- PEACE OFFICERS
- ABOUT US
- ACADEMY
- AGILITY/ABILITY
- CERTIFICATION
- DISCIPLINE
- HEARINGS
- GRANDFATHER
- EXEMPTIONS
- RESERVE/AUXILIARY
- CONTINUING EDUCATION
- TRAINING
- FORMS
- BULLETIN BOARD
- AGENCY RESPONSIBILITIES

### RULE 650-X-2-.01 TRAINING

The applicant must be gainfully employed as a law enforcement officer by a law enforcement agency at the time of his/her application to the academy. Prior to certification, the applicant shall complete the required course of training established by the Commission. An applicant may be provisionally appointed for a period of six months. No individual may be employed for an additional period until that individual is certified by the Commission.

1. Each applicant must be gainfully employed as a full time law enforcement officer by a law enforcement agency at the time of his/her application to the academy.

    a. Full time is understood to mean 40 hours per week or to average out to 40 hours per week during the monthly or bi-weekly pay periods of most agencies.

    b. A law enforcement agency hiring an applicant working less than 40 hours per week must request a written waiver from the Commission for the applicant to attend an academy.

2. Prior to certification, the applicant shall complete the required course of training established by the Commission.

3. An applicant may be provisionally appointed for a period of six months

    a. Provisional appointment requires:

        1. An application package as set out in Rule 650-X-2-.09 has been submitted on the first day of employment as stipulated in Rule 650-X-1-.16 (4) and has been received by the Commission.

        2. An applicant involved in patrol operation for the purpose of detection, prevention and suppression of crime or the enforcement of the traffic or highway laws of the state, including exercising the power of arrest, will be under the direct control and supervision of a certified law enforcement officer.

        3. Traffic direction and control may be performed without direct supervision, provided, however, that supervisory control is exercised by a certified law enforcement officer whose total span of control would be considered within reasonable limits.

        4. Applicants may render crowd control assistance

http://www.apostc.state.al.us/training.htm


EXHIBIT

    at public gatherings or governmental functions as directed by their employing law enforcement agency provided supervisory control will be exercised by a certified law enforcement officer whose span of control would be considered within reasonable limits.

5. The provisional appointment is valid for a total of six (6) months (180 days) during a two (2) year period of (730 days) from the time of first appointment by any law enforcement agency.

6. This six month period to complete his/her required course of training cannot be extended or re-started by an applicant being terminated or re-hired by the same or another law enforcement agency nor by an applicant voluntarily changing employment from one law enforcement agency to another. Each day of the six-month provisional appointment is cumulative no matter how many law enforcement agencies the applicant has worked for during his/her six-month provisional appointment.

7. The provisional appointment of any applicant who does not complete the required course of law enforcement training within six months from the date of his/her initial hiring is null and void.

8. An application package may again be submitted by a law enforcement agency on an applicant two years after they have left a law enforcement agency where they did not attain certification as required herein.

9. Provisional appointment does not apply to unpaid, volunteers, auxiliaries, or reserves who do not have the power of arrest.

Authority: <u>Code of Alabama 1975</u>, §36-21-45, §36-21-51.
Effective Date: September 29, 1983.
Amended: May 9, 1997.
Amended: February 4, 1999

<u>Back to ADADEMY</u>