AO 440 (Rev. 10/93)  Summons in a Civil Action

# United States District Court

## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RICARDO MATTHEWS, and CLEO FRANK JACKSON,
Individually and as Class Representative of all of the people
who have been issued a traffic citation or arrested by uncertified
police officers employed by the Town of Autaugaville, Alabama.

PLAINTIFFS,

v

TOWN OF AUTAUGAVILLE, A Municipal Corporation
organized under the laws of the State of Alabama;
MICHAEL MCCOLLUM, In his official capacity as a Police
Officer of the Town of Autaugaville;LE VAN JOHNSON, In his
official capacity as Police Chief of the Town of Autaugaville;
CURTIS JACKSON,In his official capacity as the Mayor of the
Town of Autaugaville; DONNIE MARTIN, In his official capacity
as a Police Officer of the Town of Autaugaville; and WYATT
LEE SEGER, III, In his official capacity as a Police Officer of
the Town of Autaugaville.

DEFENDANTS.

**SUMMONS IN A CIVIL CASE**
**CASE NUMBER:** 2:06cv185-DRB

TO: Town of Autaugaville - 109 N. Taylor St., Autaugaville, AL 36066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

### JIM L. DeBARDELABEN, P.O. BOX 152, MONTGOMERY, ALABAMA 36101-0152

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon
you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE 3/7/06

AO 440 (Rev. 10/93)  Summons in a Civil Action

# United States District Court

## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RICARDO MATTHEWS, and CLEO FRANK JACKSON,
Individually and as Class Representative of all of the people
who have been issued a traffic citation or arrested by uncertified
police officers employed by the Town of Autaugaville, Alabama.

### PLAINTIFFS,

**v**

TOWN OF AUTAUGAVILLE, A Municipal Corporation
organized under the laws of the State of Alabama;
MICHAEL MCCOLLUM, In his official capacity as a Police
Officer of the Town of Autaugaville;LE VAN JOHNSON, In his
official capacity as Police Chief of the Town of Autaugaville;
CURTIS JACKSON,In his official capacity as the Mayor of the
Town of Autaugaville; DONNIE MARTIN, In his official capacity
as a Police Officer of the Town of Autaugaville; and WYATT
LEE SEGER, III, In his official capacity as a Police Officer of
the Town of Autaugaville.

### DEFENDANTS.

**SUMMONS IN A CIVIL CASE**
**CASE NUMBER:** 2 : 06cv185 . DRB

TO: Michael McCollum C/o Autaugaville City Hall - 109 N Taylor St. Autaugaville, AL 36006

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

### JIM L. DeBARDELABEN, P.O. BOX 152, MONTGOMERY, ALABAMA 36101-0152

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon
you, exclusive of the day of service.    If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

CLERK                                          DATE    3/7/06

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93)  Summons in a Civil Action

# United States District Court

## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RICARDO MATTHEWS, and CLEO FRANK JACKSON,
Individually and as Class Representative of all of the people
who have been issued a traffic citation or arrested by uncertified
police officers employed by the Town of Autaugaville, Alabama.

### PLAINTIFFS,

**V**

TOWN OF AUTAUGAVILLE, A Municipal Corporation
organized under the laws of the State of Alabama;
MICHAEL MCCOLLUM, In his official capacity as a Police
Officer of the Town of Autaugaville;LE VAN JOHNSON, In his
official capacity as Police Chief of the Town of Autaugaville;
CURTIS JACKSON,In his official capacity as the Mayor of the
Town of Autaugaville; DONNIE MARTIN, In his official capacity
as a Police Officer of the Town of Autaugaville; and WYATT
LEE SEGER, III, In his official capacity as a Police Officer of
the Town of Autaugaville.

### DEFENDANTS.

**SUMMONS IN A CIVIL CASE**
CASE NUMBER: 2:06cv185-DRB

TO: Le Van Johnson C/o Autaugaville City Hall - 109 N. Taylor St., Autaugaville, AL 36003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

JIM L. DeBARDELABEN, P.O. BOX 152, MONTGOMERY, ALABAMA 36101-0152

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon
you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

Debra P. Hackett

DATE  3/7/06

CLERK

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)   Summons in a Civil Action

# United States District Court

## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RICARDO MATTHEWS, and CLEO FRANK JACKSON,
Individually and as Class Representative of all of the people
who have been issued a traffic citation or arrested by uncertified
police officers employed by the Town of Autaugaville, Alabama.

### PLAINTIFFS,

v

TOWN OF AUTAUGAVILLE, A Municipal Corporation
organized under the laws of the State of Alabama;
MICHAEL MCCOLLUM, In his official capacity as a Police
Officer of the Town of Autaugaville;LE VAN JOHNSON, In his
official capacity as Police Chief of the Town of Autaugaville;
CURTIS JACKSON,In his official capacity as the Mayor of the
Town of Autaugaville; DONNIE MARTIN, In his official capacity
as a Police Officer of the Town of Autaugaville; and WYATT
LEE SEGER, III, In his official capacity as a Police Officer of
the Town of Autaugaville.

### DEFENDANTS.

## SUMMONS IN A CIVIL CASE
CASE NUMBER: 2:06cv185-DRB

TO: Mayor Curtis Jackson c/o Autaugaville City Hall- 109 N. Taylor Street Autaugaville, AL 36066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

### JIM L. DeBARDELABEN, P.O. BOX 152, MONTGOMERY, ALABAMA 36101-0152

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon
you, exclusive of the day of service.    If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE    3/7/06

AO 440 (Rev. 10/93)  Summons in a Civil Action

# United States District Court

## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RICARDO MATTHEWS, and CLEO FRANK JACKSON,
Individually and as Class Representative of all of the people
who have been issued a traffic citation or arrested by uncertified
police officers employed by the Town of Autaugaville, Alabama.

#### PLAINTIFFS,

**SUMMONS IN A CIVIL CASE**
CASE NUMBER:  2 . 06 cv 185 . DRB

v

TOWN OF AUTAUGAVILLE, A Municipal Corporation
organized under the laws of the State of Alabama;
MICHAEL MCCOLLUM, In his official capacity as a Police
Officer of the Town of Autaugaville;LE VAN JOHNSON, In his
official capacity as Police Chief of the Town of Autaugaville;
CURTIS JACKSON,In his official capacity as the Mayor of the
Town of Autaugaville; DONNIE MARTIN, In his official capacity
as a Police Officer of the Town of Autaugaville; and WYATT
LEE SEGER, III, In his official capacity as a Police Officer of
the Town of Autaugaville.

#### DEFENDANTS.

TO: Donnie Martin - 1626 Martin Drive, Deatsville, AL 36022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

### JIM L. DeBARDELABEN, P.O. BOX 152, MONTGOMERY, ALABAMA 36101-0152

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon
you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE   3/7/06

AO 440 (Rev. 10/93)  Summons in a Civil Action

# United States District Court

## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RICARDO MATTHEWS, and CLEO FRANK JACKSON,
Individually and as Class Representative of all of the people
who have been issued a traffic citation or arrested by uncertified
police officers employed by the Town of Autaugaville, Alabama.

### PLAINTIFFS,

**v**

TOWN OF AUTAUGAVILLE, A Municipal Corporation
organized under the laws of the State of Alabama;
MICHAEL MCCOLLUM, In his official capacity as a Police
Officer of the Town of Autaugaville;LE VAN JOHNSON, In his
official capacity as Police Chief of the Town of Autaugaville;
CURTIS JACKSON,In his official capacity as the Mayor of the
Town of Autaugaville; DONNIE MARTIN, In his official capacity
as a Police Officer of the Town of Autaugaville; and WYATT
LEE SEGER, III, In his official capacity as a Police Officer of
the Town of Autaugaville.

### DEFENDANTS.

## SUMMONS IN A CIVIL CASE
### CASE NUMBER: 2.06cv185.DRB

**TO:** Wyatt Lee Seger, III - 77 Cherry Street, Wetumpka, AL 36092

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

### JIM L. DeBARDELABEN, P.O. BOX 152, MONTGOMERY, ALABAMA 36101-0152

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon
you, exclusive of the day of service.    If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

*Debra P. Hackett*

_____        _____
CLERK                                    DATE   3/7/06

_____
(BY) DEPUTY CLERK