**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wyatt Seger III
   77 Cherry Street
   Wetumpka, AL 36092

2. Article Number
   (Transfer from service label)

   7004 2510 0007 1464 1279

PS Form 3811, February 2004         Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

   X Wyatt Seger, III.     ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name)
   WYATT SEGERS, III.

C. Date of Delivery
   3-10-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   S.2.06cv185-DRB

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540