## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 24, 2006

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re:  Matthews et al v. Town of Autaugaville et al

Civil Action No.   2:06-cv-00185-DRB

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now 2:06-cv-00185-MHT.   This new case number should be used on all future correspondence and pleadings in this action.