IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICARDO MATTHEWS, etc., et al., ) ) ) Plaintiffs, ) ) v. ) ) TOWN OF AUTAUGAVILLE, etc., et al., ) ) ) Defendants. ) | CIVIL ACTION NO. 2:06cv185-MHT |

ORDER

It is ORDERED that defendants' motion to dismiss (doc. no. 4) is set for submission, without oral argument, on April 14, 2006, with all briefs due by said date.

DONE, this the 24th day of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE