| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Lindsey Martin*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Lindsey Martin    C. Date of Delivery: 3/23 |
| 1. Article Addressed to:<br><br>Donnie Martin<br>1626 Martin Drive<br>Deatsville, AL 36022 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2:06cv185<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)    7004 2510 0007 1464 1286 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154