IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RICARDO MATTHEWS and )
CLEO FRANK JACKSON, et al., )
    Plaintiffs, )
   )
   )     CASE NO:2:06 cv 185-DRB
   )
   )
vs. )
   )
TOWN OF AUTAUGAVILLE, et al., )
   )
   )
    Defendants. )

## MOTION TO AMEND COMPLAINT

COMES NOW the Plaintiffs, by and through their attorney, and respectfully request this

Honorable Court for permission to amend the original complaint filed on February 28, 2006. It is

shown that it is in the interest of justice to allow the complaint to be amended.

Respectfully submitted this the 4th day of April, 2006,

JIM L. DEBARDELABEN (DEB003)
Attorney for Plaintiffs

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Rick A. Howard, Esq.
Alex Holtsford, Jr., Esq.
April M. Wills, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128

Of Counsel