IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICARDO MATTHEWS and<br>CLEO FRANK JACKSON, et al.,<br>　Plaintiffs,<br><br>vs.<br><br>TOWN OF AUTAUGAVILLE, et al.,<br><br>　Defendants. | )<br>)<br>)<br>)<br>)　CASE NO:2:06 cv 185-DRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDMENT ONE TO COMPLAINT

COMES NOW the Plaintiffs, by and through their attorney, and amends the complaint to add paragraph 19A as follows:

19A) Plaintiff Matthews and Plaintiff Jackson aver and allege on their behalf and on the behalf of the class they represent, that in the town limits of the Town of Autaugaville and within its police jurisdiction limits that the Plaintiff and the class members are treated differently than similarly situated individuals located in the State of Alabama. Specifically, the Plaintiffs aver and allege that the Plaintiffs and the class they represent are subjected to arrest by improperly supervised uncertified officers by the Town of Autaugaville and the Defendants, whereas other similarly situated individuals in the State of Alabama are not subjected to arrest by improperly supervised uncertified law enforcement officers.

Respectfully submitted this the 14th day of April, 2006,

_____
JIM L. DEBARDELABEN (DEB003)
Attorney for Plaintiffs

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

### CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Rick A. Howard, Esq.
Alex Holtsford, Jr., Esq.
April M. Wills, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128

_____
Of Counsel