IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICARDO MATTHEWS, etc.,     )
et al.,                     )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )     2:06cv185-MHT
                            )
TOWN OF AUTAUGAVILLE,       )
etc., et al.,               )
                            )
    Defendants.             )
```

### ORDER

It is ORDERED that the plaintiffs' motion to amend complaint (doc. no. 8) is granted.  The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 17th day of April, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE