IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICARDO MATTHEWS, etc.,     )
et al.,                     )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )     2:06cv185-MHT
                            )
TOWN OF AUTAUGAVILLE,       )
etc., et al.,               )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that defendants' objection and motion to dismiss (doc. no. 13) are set for submission, without oral argument, on June 5, 2006, with all briefs due by said date.

DONE, this the 18th day of May, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE