# NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

H.E. NIX, JR.
ALEX L. HOLTSFORD, JR.
FLOYD R. GILLILAND, JR., Ph.D.
S. ANTHONY HIGGINS
KENNETH A. HITSON, JR.
RICK A. HOWARD
DAVID P. STEVENS
JAY S. TULEY
S. MARK DUKES

JEFFREY G. HUNTER
MURRY S. WHITT
MICHAEL ANTHONY SHAW*†
JASON D. DARNEILLE
APRIL W. MCKAY
JOHN W. BELL†
SUSAN D. SANICH*
MEGAN K. MCCARTHY◊

Of Counsel:
MONICA JAYROE

P.O. BOX 4128
MONTGOMERY, ALABAMA 36103

WEBSITE: www.nixholtsford.com

Tele: 334-215-8585
Fax: 334-215-7101

Sender's E-mail Address:
rhoward@nixholtsford.com

MONTGOMERY OFFICE:
Carmichael Center
4001 Carmichael Road, Suite 300
Montgomery, Alabama 36106

GULF COAST OFFICE:
29000 U.S. Highway 98, Suite A-302
Daphne, Alabama 36526
Tele:251-447-0234
Fax: 251-447-0212

*Also Admitted in Mississippi
†Also Admitted in Florida
◊Also Admitted in Maryland

May 31, 2006

Jim L. Debardelaben
1505 Madison Avenue
Post Office Box 152
Montgomery, AL 36101-0152

> Re: Insured: Town of Autaugaville
> File Number: 019918MM
> Claimant: Ricardo Mathews
> Date of Loss: January 1, 2004

Dear Jim:

  I am in receipt of your correspondence of May 24, 2006, in which you request that we provide you with discovery responses within the next seven (7) days. While I understand your eagerness to obtain these responses from my client, we believed that, under the local rules for the United States District Court for the Middle District of Alabama, civil discovery is not to commence prior to the Court's entry of a scheduling order under *Federal Rules of Civil Procedure* Rule 16(b). Apparently, this local rule has in fact been modified to allow such discovery. However, I would ask that we hold off on commencing discovery until the judge rules on our motion to dismiss and enter a scheduling order. I appreciate your understanding in this matter and look forward to working with you in this case.



DEFENDANT'S EXHIBIT NO. A

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Rick A. Howard

RAH/kjb
cc:   Robert Faulk