IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICARDO MATTHEWS, etc., )<br>et al., )<br>  )<br>   Plaintiffs, )<br>  )<br>   v. )<br>  )<br>TOWN OF AUTAUGAVILLE, )<br>etc., et al., )<br>  )<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv185-MHT |

ORDER

It is ORDERED that the motion to dismiss (doc. no. 4) is denied without prejudice. The court believes the issues raised by the motion would be better addressed either on summary judgment or at trial.

DONE, this the 11th day of January, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE