IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RICARDO MATTHEWS, etc.,** ) | |
| **et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv185-MHT |
| ) | |
| **TOWN OF AUTAUGAVILLE,** ) | |
| **etc., et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion to dismiss (doc. no. 13) is denied without prejudice and the objection (doc. no. 13) is overruled without prejudice. The court believes that the issues raised by the motion and the objection would be better addressed if and when the plaintiffs file a motion for class certification. Until that time, the court does not consider the issue properly before it.

DONE, this the 11th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE