IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICARDO MATTHEWS, et al. | ) |
| Plaintiffs, | ) ) ) |
| | ) CASE NO:2:06cv185-MHT |
| vs. | ) ) ) |
| TOWN OF AUTAUGAVILLE, et al. | ) ) |
| Defendants. | ) |

RECEIVED
2007 JAN 19 A 10: 33
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held on January 16, 2006, at 2:00 o'clock by telephone and was attended by:

> Alex Holtsford, Rick Howard and April McKay counsel for Town of Autaugaville
> Jim DeBardelaben counsel for Plaintiff Ricardo Matthews, et al.

2. Initial Disclosures. The parties will exchange no later than 21 days after the Scheduling Order has been entered the information required by Federal Rules of Civil Procedure 26(a)( I).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

> All discovery commenced in time to be completed by **May 26, 2008.**
>
> Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.
>
> Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.
>
> Maximum of 15 depositions by plaintiffs and 15 by each defendant.
>
> Each deposition limited to maximum of 8 hours for parties and 7 hours for non-party witnesses, unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From plaintiff by **February 26, 2008**
From defendants by **April 26, 2008**

Supplementation under Rule 26(3) due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional corrective information has not otherwise been made known to other parties in the discovery process or in writing, but no later than thirty days prior to the close of discovery.

4.   Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference on **May 26, 2008.**

Plaintiff should be allowed until **November 26, 2007** to join additional parties and until **November 26, 2007** to amend the pleadings.

Defendants should be allowed until **December 26, 2007** to join additional parties and until **December 26, 2007** to amend the pleadings.

All potentially dispositive motions should be filed by **February 26, 2008.**

Settlement cannot be evaluated prior to **May 13, 2008**.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From plaintiff by 45 days prior to trial -**May 9, 2008**
From defendants 45 days prior to trial-**May 9, 2008**

Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(8)(3).

The case should be ready for trial by **June 23, 2008** and at this time is expected to take approximately 3 days.

Date: *January 16, 2007*

Respectfully submitted,

*[signature]*
Jim L. DeBardelaben (DEB009)
Attorney for Plaintiffs

*[signature]*
Rick A. Howard (HOW045)
Alex L. Holtsford, Jr. (HOL048)
April W. McKay (WIL304)
Attorneys for Defendant