**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| Ricardo Matthews and Cleo Frank Jackson, et al., | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | 2:06 cv 185-MST |
| | * | |
| Town of Autaugaville, et al., | * | |
| | * | |
| Defendants. | * | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Relationship to Party |
|---|---|
| Curtis H. Jackson | Town of Autaugaville Mayor |
| Valerie Seabon | Town of Autaugaville Clerk |
| Lataya Cyrus | Town of Autaugaville Council Member |
| O. Lafayette Sanderson | Town of Autaugaville Council Member |
| Granger Palmer | Town of Autaugaville Council Member |
| F.B. Ward | Town of Autaugaville Council Member |
| Curtis Stoudemire | Town of Autaugaville Council Member |

/sRick A. Howard
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendants

OF COUNSEL:
Nix Holtsford Gilliland
        Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Jim L. Debardelaben
1505 Madison Avenue
Post Office Box 152
Montgomery, AL 36101-0152

This the 29th day of June, 2007.

/s Rick A. Howard
OF COUNSEL