# FREEDOM COURT REPORTING



Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3    NORTHERN DIVISION
4
5    RICARDO MATTHEWS, et al.,)
6    Plaintiffs,   )
7    vs.         ) CASE NUMBER:
8    TOWN OF AUTAUGAVILLE,   ) 2:06-CV-185-MHT
9    et al.,      )
10   Defendants.  )
11
12   DEPOSITION OF RICARDO MATTHEWS
13   In accordance with Rule 5(d) of
14   The Alabama Rules of Civil Procedure, as
15   Amended, effective May 15, 1988, I, Cindy
16   Weldon, am hereby delivering to Rick Howard,
17   the original transcript of the oral
18   testimony taken on the 19th day of April,
19   2007, along with exhibits.
20   Please be advised that this is the
21   same and not retained by the Court Reporter,
22   nor filed with the Court.
23

Page 2

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3    NORTHERN DIVISION
4
5    RICARDO MATTHEWS, et al.,)
6    Plaintiffs,   )
7    vs.         ) CASE NUMBER:
8    ) 2:06-CV-185-MHT
9    TOWN OF AUTAUGAVILLE,   )
10   et al.,      )
11   Defendants.   )
12
13   STIPULATION
14   IT IS STIPULATED AND AGREED, by
15   and between the parties through their
16   respective counsel, that the deposition of
17   RICARDO T. MATTHEWS, may be taken before
18   Cindy Weldon, Certified Shorthand Reporter,
19   Commissioner and Notary Public, at the
20   offices of Nix, Holtsford, 4001 Carmichael
21   Road, Montgomery, Alabama, on April the
22   19th, 2007 at 9:00 a.m.
23   IT IS FURTHER STIPULATED AND

Page 3

1    AGREED that the signature to and the reading
2    of the deposition by the witness is waived,
3    the deposition to have the same force and
4    effect as if full compliance had been had
5    with all laws and rules of Court relating to
6    the taking of depositions.
7    IT IS FURTHER STIPULATED AND
8    AGREED that it shall not be necessary for
9    any objections to be made by counsel to any
10   questions, except as to form or leading
11   questions, and that counsel for the parties
12   may make objections and assign grounds at
13   the time of trial, or at the time said
14   deposition is offered in evidence, or prior
15   thereto.
16   IT IS FURTHER STIPULATED AND
17   AGREED that notice of filing of the
18   deposition by the Commissioner is waived.
19
20
21
22
23

Page 4

1    A P P E A R A N C E S
2
3    FOR THE PLAINTIFF:
4    MR. JIM DEBARDELABEN
5    DEBARDELABEN, WESTRY
6    1505 MADISON AVENUE
7    MONTGOMERY, ALABAMA 36107
8
9    FOR THE DEFENDANT:
10   MR. RICK HOWARD
11   NIX, HOLTSFORD
12   4001 CARMICHAEL ROAD
13   MONTGOMERY, ALABAMA 36106
14
15   ALSO PRESENT:
16   MR. LEVAN JOHNSON
17
18
19
20
21
22
23

1 (Pages 1 to 4)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-37



EXHIBIT
1

# FREEDOM COURT REPORTING

Page 5

```
 1            I N D E X
 2
 3   EXAMINATION BY:           PAGE
 4   MR. HOWARD            6, 87, 90
 5   MR. DEBARDELABEN          84, 90
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 6

```
 1          RICARDO T. MATTHEWS,
 2     after first being duly sworn, testified
 3             as follows:
 4   EXAMINATION BY MR. HOWARD:
 5         THE COURT REPORTER:  Usual
 6   stipulations?
 7         MR. HOWARD:  Yes, ma'am.  That
 8   would be fine.
 9         MR. DEBARDELABEN:  Yes, ma'am.
10     Q.  Could you please state your full
11   name for me.
12     A.  Ricardo Tierre Matthews.
13     Q.  Would you spell your middle name.
14     A.  I doesn't use it.  So I don't know
15   how to spell it.
16     Q.  How about Ricardo T. Matthews?
17     A.  That's what I put on it.
18     Q.  Because I don't know how to spell
19   it either.  Mr. Matthews, my name is Rick
20   Howard.  I represent the defendants in this
21   lawsuit.
22         Today, I'm going to ask you some
23   questions about your involvement in this
```

Page 7

```
 1   lawsuit, some questions about your
 2   background, just some general questions.
 3         If you don't understand my
 4   question, you're free to say I need to take
 5   a break, talk to Jim.  If you need me to
 6   repeat my question, just let me know.
 7         If you answer the question, I'm
 8   going to assume that you understood it.  If
 9   you need some water, coke, whatever, we'll
10   get it for you.
11         Also, when you answer your
12   questions, I need you to speak up and
13   verbalize your answer because if you shake
14   your head, like I always do, she can't get
15   it down.
16         It has to be spoken so we can get
17   it on paper.  Okay?  What is your social
18   security number?
19     A.  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.
20     Q.  What is your date of birth?
21     A.  6-20-81.
22     Q.  Do you know your driver's license
23   number?
```

Page 8

```
 1     A.  No, sir.
 2     Q.  Do you have it with you?
 3     A.  No.
 4     Q.  Do you have a valid driver's
 5   license now?
 6     A.  It have been suspended.
 7     Q.  They're suspended right now?  Is
 8   that a yes?
 9     A.  Yes, sir.
10     Q.  That's one of those questions that
11   I'll ask that you'll have to say yes or no
12   so she can get it down.
13     A.  Yes, sir.
14     Q.  Your license are now suspended.
15   When were they suspended?
16     A.  I do not remember.
17     Q.  Has it been this year?
18     A.  It wasn't this year.
19     Q.  Do you remember if it was last
20   year?
21     A.  About two years ago.
22     Q.  Why was your license suspended?
23     A.  When I was like twenty-one,
```

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 9

1 twenty, I had got a drug charge and they
2 suspended it and I never did get it
3 reinstated.
4     **Q. Now, I'm going to have a lot of**
5 **questions about speeding tickets and**
6 **driver's license suspended. Typically, we**
7 **don't ask a lot of questions about that, but**
8 **that's what this case is about.**
9     **So I'm going to have to ask you a**
10 **lot of questions about your driving history**
11 **and your driver's license history and**
12 **particularly your involvement with the**
13 **Autaugaville police officers. Who arrested**
14 **you for that drug charge?**
15     A. The drug charge?
16     **Q. Just the -- Not the name of the**
17 **officer, which agency.**
18     A. Autauga County.
19     **Q. What were you charged with?**
20     A. Distributing illegal substance.
21     **Q. Did you have to go to jail for**
22 **that?**
23     A. At the time, I did. But I didn't

Page 10

1 do no time. I did probation. They charged
2 me as a juvenile offender.
3     **Q. Did you ever hear youthful**
4 **offender in all that?**
5     A. Yes, sir. That's what a juvenile
6 offender is.
7     **Q. Do you know whether or not that**
8 **was a felony? And a felony is a legal**
9 **word. If you don't know what it means,**
10 **that's okay. I'm just asking you what you**
11 **know.**
12     A. Well, I don't know. I forgot what
13 they tried me with. That was so long ago.
14     **Q. And that's fair enough. If you**
15 **don't know, I'm not asking you to guess**
16 **respectfully.**
17     **Do you know how long you would**
18 **have had to go to jail if you did not get**
19 **youthful offender status?**
20     A. Thirty-nine months.
21     **Q. How many?**
22     A. Thirty-nine.
23     **Q. And as a result of that**

Page 11

1 distribution charge, they also took your
2 driver's license; is that correct?
3     A. Yes, sir.
4     **Q. Where did you go to court on this**
5 **charge?**
6     A. Autauga County.
7     **Q. In Prattville?**
8     A. In Prattville.
9     **Q. Do you remember what judge you**
10 **had?**
11     A. Woods.
12     **Q. Were there any other charges**
13 **against you other than distribution?**
14     A. That's it.
15     **Q. Was this the first time that you**
16 **had ever been arrested before?**
17     A. Yes, sir.
18     **Q. And this occurred about two to**
19 **three years ago?**
20     A. Yes, sir.
21     **Q. This occurred after the speeding**
22 **tickets that you got in Autaugaville?**
23     A. I never got a speeding ticket in

Page 12

1 Autaugaville.
2     **Q. You're right. Did this occur**
3 **after -- while you were -- you got a ticket**
4 **for driving while your license was**
5 **suspended?**
6     A. Before.
7     **Q. Okay. So when you were stopped in**
8 **Autaugaville, you did not have a driver's**
9 **license because of the drug charge?**
10     A. Right.
11     **Q. I show those tickets in**
12 **Autaugaville to be in 2004; is that correct?**
13     A. Yes, sir.
14     **Q. So the drug charges would have**
15 **been probably three or four years ago; is**
16 **that correct?**
17     A. Yes, sir.
18     **Q. Other than the arrest by the**
19 **Autauga County Sheriff's Department and what**
20 **I show as four tickets, some of them for not**
21 **having a driver's license and some of them**
22 **for not having insurance, have you ever had**
23 **any other involvement with the police**

3 (Pages 9 to 12)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

# FREEDOM COURT REPORTING

Page 13

1 department?
2    A. Talking about speeding tickets?
3    Q. Well, yes. Have you ever had a
4 speeding ticket before?
5    A. One.
6    Q. Where was that at?
7    A. In Prattville. It was a state
8 trooper. When I was sixteen.
9    Q. Okay. Other than the tickets that
10 you received from Autaugaville and the drug
11 charge and the speeding ticket in
12 Prattville, have you ever been stopped or
13 questioned or anything by a policeman?
14    A. No, sir.
15    Q. How about a state trooper?
16    A. No, sir.
17    Q. How about a deputy sheriff?
18    A. No, sir.
19    Q. Any type of law enforcement?
20    A. No type.
21    Q. So sitting here today, I show that
22 there's been four tickets in Autaugaville.
23 Is that the best of your -- is that what you

Page 14

1 remember?
2    A. Yes, sir.
3    Q. You've had one speeding ticket in
4 Prattville by a state trooper?
5    A. Yes, sir.
6    Q. And you've had the drug charge?
7    A. Yes, sir.
8    Q. There's been no other charges
9 against you?
10    A. I believe I got a ticket in
11 Prattville for a driver's license suspended.
12    Q. Anything else that you can think
13 of?
14    A. No, sir.
15    Q. Do you currently drive your car
16 without a driver's license now?
17    A. Well, I've got my girl to take me
18 where I've got to go. But I drive to work.
19 My work is not far.
20    Q. You do know it's illegal to drive
21 a car without a license?
22    A. I know it.
23    Q. Do you have any plans to get your

Page 15

1 driver's license back in the future?
2    A. Yes, sir.
3    Q. Was there any time limit on how
4 long your license was suspended from that
5 drug charge?
6    A. They gave me a time limit.
7    Q. Do you know when that expires?
8    A. They had gave me six months. Then
9 I didn't get them. Then they suspended it
10 again and I have to go and pay a big fine to
11 get them back.
12    Q. What's stopping you from getting
13 it now?
14    A. I just had a trailer fire. My
15 house burnt down. I lost everything. So I
16 was going to get them back, but that's --
17 the accident happened and I just ain't able
18 to get them back.
19    Q. When did your house trailer burn
20 down?
21    A. Last month.
22    Q. What was the address of that house
23 trailer?

Page 16

1    A. 484 North Picket Street.
2    Q. How long had you lived at North
3 Picket Street?
4    A. About a year.
5    Q. Where did you live at before North
6 Picket Street?
7    A. Jones, Alabama.
8    Q. Where is Jones, Alabama?
9    A. It's like -- It's in Autauga
10 County.
11    Q. Do you remember your address in
12 Jones, Alabama?
13    A. 3390 Mitchell Drive, Jones,
14 Alabama.
15    Q. How long did you live at 3390
16 Mitchell Drive?
17    A. About two years.
18    Q. Did you own the house trailer that
19 burned last month?
20    A. I was renting it.
21    Q. What caused it to catch on fire?
22    A. Old wires.
23    Q. Was there any type of fire

4 (Pages 13 to 16)

# FREEDOM COURT REPORTING

Page 17

1   investigation?
2       A.  Not to my knowledge.
3       Q.  Did you own the house or trailer
4   that was at 3390 Mitchell Drive?
5       A.  Yes, sir.
6       Q.  So that puts us back three years.
7   Where did you live before the Mitchell Drive
8   address?
9       A.  With my mother.
10      Q.  What was her address?
11      A.  204 North Picket Street,
12  Autaugaville, Alabama.
13      Q.  How long did you live at 204 North
14  Picket Street?
15      A.  For about fifteen years.
16      Q.  For the last fifteen years, you've
17  lived at three different locations; is that
18  correct?
19      A.  Yes, sir.  For the last
20  twenty-five years.
21      Q.  That's right.  I was cutting it a
22  little short because I'm not too good at
23  math.

Page 18

1       During the time that you received
2   the speeding tickets -- or not speeding
3   tickets -- the traffic tickets in
4   Autaugaville, you lived at 204 North Picket
5   Street or 3390 Mitchell Drive?
6       A.  Right.
7       Q.  When you were arrested for the
8   drug charge, did you live at 204 North
9   Picket Street?
10      A.  Yes, sir.
11      Q.  What is your educational
12  background?
13      A.  My educational background?
14      Q.  Where did you go to school and the
15  training that you've had?
16      A.  I went to Autaugaville High to the
17  ninth grade.  I transferred to Prattville
18  High tenth on and twelfth.
19      Q.  Did you graduate from Prattville?
20      A.  No, sir.
21      Q.  Why did you not graduate?
22      A.  I dropped out in the twelfth
23  grade.

Page 19

1       Q.  Why did you drop out?
2       A.  I had a son to take care of.  I
3   had to get a job.
4       Q.  Have you gone back and obtained
5   your GED?
6       A.  I've taken it.  But I failed it.
7       Q.  Do you plan to take it again?
8       A.  Yes, sir.
9       Q.  Do you have any times set already
10  for that test?
11      A.  No, sir.
12      Q.  Have you had any employment
13  training or any type of training for jobs?
14      A.  What do you mean?
15      Q.  Sometimes you can go to trade
16  school and sometimes you get training --
17      A.  No, sir.
18      Q.  -- by a company.
19      A.  Well, a company, I got trained
20  from -- I worked for the Town for like five
21  years and I was a pipe layer.  They trained
22  me to lay pipes.
23      Q.  We're going to talk about all the

Page 20

1   places that you worked.  Is that all the
2   education that you've had, has been
3   Autaugaville High School, Prattville and I
4   guess the study that you had for the GED?
5       A.  Yes, sir.
6       Q.  Where do you currently work?
7       A.  Crystal Lake, a broom
8   manufacturer.
9       Q.  Have you ever spoken to anyone at
10  Crystal Lake about this lawsuit?
11      A.  I didn't have to.  It was in the
12  newspaper.
13      Q.  Well, I asked you, have you ever
14  spoken to anyone at Crystal Lake about this
15  lawsuit?
16      A.  My mother.  She works there.
17      Q.  What's your mother's name?
18      A.  Janice Seborn.
19      Q.  Have you ever told anybody that
20  you would drop it if it were not for your
21  uncle?
22      A.  Have I ever told anybody that?
23      Q.  Yes.

5 (Pages 17 to 20)

# FREEDOM COURT REPORTING

Page 21

1    A.  Yes.
2    Q.  Who did you tell that to?
3    A.  Chief.
4    Q.  Let me make sure the record is
5    straight.  You told the chief that you would
6    drop this lawsuit if it were not for your
7    uncle; is that correct?
8    A.  Yes, sir.
9    Q.  What is your uncle's name?
10   A.  Michael Matthews.
11   Q.  Why did you make that statement?
12   A.  For one, I was afraid.
13   Q.  Okay.  Any other reasons?
14   A.  No other reason.
15   Q.  Have you ever told anybody at
16   Crystal Lake that you would drop this
17   lawsuit if it were not for Michael Matthews?
18   A.  No, sir.
19   Q.  How long have you worked at
20   Crystal Lake?
21   A.  Three years.
22   Q.  What do you do at Crystal Lake?
23   A.  I'm a winder.  I make mops.

Page 22

1    Q.  While you were -- In those three
2    years at Crystal Lake, have you ever been
3    disciplined for any reason?
4    A.  No, sir.
5    Q.  Have you ever failed any drug test
6    while you were at Crystal Lake?
7    A.  No, sir.
8    Q.  Have you ever failed a drug test
9    at all?
10   A.  No, sir.
11   Q.  Where did you work at before
12   Crystal Lake?
13   A.  The Town of Autaugaville.
14   Q.  What did you do at the Town of
15   Autaugaville?
16   A.  A majority of things.  But I was
17   like -- I fixed pipes.
18   Q.  Were all of your duties in the
19   maintenance field?
20   A.  Yes, sir.
21   Q.  Did you work for any -- like the
22   street department or did you work for a
23   separate department?

Page 23

1    A.  All of it was the same.  We did
2    streets.  It was a little town.  We did
3    everything.
4    Q.  That's what I was getting at.  In
5    small towns, you have one person that does
6    it all?
7    A.  Right.
8    Q.  In big towns, you have different
9    departments.  Am I correct in saying that
10   you were one of the guys that did
11   everything?
12   A.  Right.
13   Q.  Why did you leave the town of
14   Autaugaville?
15   A.  I was like missing days at work
16   and different stuff just got me fired.
17   Q.  Okay.  Why were you missing days
18   at work?
19   A.  Like I said, my baby had came
20   along and, you know, I wanted to spend time
21   with my son.
22   Q.  Do you hold any ill feelings
23   against the Town of Autaugaville for firing

Page 24

1    you?
2    A.  What do you mean?
3    Q.  Are you mad at the Town of
4    Autaugaville for firing you?
5    A.  No, I ain't mad at them.  Me and
6    all the employees and employers, we still,
7    you know, no problem.
8    Q.  Do you understand -- Well, let me
9    back up.  Did the Town of Autaugaville
10   ultimately terminate your employment?
11   A.  What do you mean?
12   Q.  Did the Town of Autaugaville fire
13   you?
14   A.  Yes, sir.
15   Q.  Do you understand why they fired
16   you?
17   A.  Yes, sir.
18   Q.  Your being fired, does it have
19   anything to do with this lawsuit?
20   A.  No, sir.
21   Q.  How long did you work at the Town
22   of Autaugaville?
23   A.  From when I was eighteen until I

6  (Pages 21 to 24)

# FREEDOM COURT REPORTING

Page 25

1 was twenty-three. So that was like --
2    Q.  Five years?
3    A.  Five years.
4    Q.  Where did you work when you
5 received the traffic tickets in
6 Autaugaville?
7    A.  Crystal Lake.
8    Q.  Did you receive any traffic ticket
9 from the City of Autaugaville while you were
10 employed by the Town of Autaugaville?
11    A.  No, sir.
12    Q.  All of those tickets came after
13 you were no longer working at the Town of
14 Autaugaville?
15    A.  Yes, sir.
16    Q.  Where did you work at before the
17 Town of Autaugaville?
18    A.  I was in school.
19    Q.  Other than Crystal Lake and the
20 Town of Autaugaville, have you ever had any
21 other jobs?
22    A.  I had other jobs. But I didn't
23 work there but like a week. So I wouldn't

Page 26

1 say I had another job. I was going for a
2 week at a time.
3    Q.  Where were those places?
4    A.  I worked for a place in
5 Prattville. It was called Holidays.
6    Q.  Any others?
7    A.  The golf course that was in
8 Prattville. What is the name of it? Robert
9 Trent Jones. I worked there.
10    Q.  Any other places?
11    A.  That's about it. Because when I
12 get a job, I try to -- if I like it, I hold
13 on to it. Like Crystal Lake. I don't jump
14 around. I stay there.
15    Q.  Have you ever received any type of
16 disability payment?
17    A.  No, sir.
18    Q.  Have you ever received any
19 unemployment compensation?
20    A.  No, sir.
21    Q.  Have you ever filed a worker's
22 compensation claim?
23    A.  No, sir.

Page 27

1    Q.  Have you ever received any money
2 from the government whatsoever?
3    A.  Other than my income tax.
4    Q.  How many children do you have?
5    A.  One. And I have four -- I've been
6 married to one with three kids. So it will
7 be four. I've been raising all of them for
8 the last three years. So I claim them as
9 mine.
10    Q.  So when you got married, you got a
11 family; right?
12    A.  We're not married yet.
13    Q.  When you got that girlfriend, you
14 got a family?
15    A.  Right.
16    Q.  What's the one that's your name?
17    A.  McKenzie.
18    Q.  McKenzie Matthews?
19    A.  Bristol.
20    Q.  What is the mother's name?
21    A.  Alma Bristol.
22    Q.  Who?
23    A.  Alma.

Page 28

1    Q.  Alma. And what are the names of
2 the three other children?
3    A.  Antonio Hardy, Jr.
4    Q.  Hardy?
5    A.  Yes, sir.
6    Q.  Okay. Who is else?
7    A.  Dewon Stubbs.
8    Q.  Okay.
9    A.  And Laquandra Parker.
10    Q.  Did they live with you at 484
11 North Picket Street?
12    A.  Yes, sir.
13    Q.  Where do you live now?
14    A.  I live at 303 South Picket.
15    Q.  Do you own that place or do you
16 rent?
17    A.  Rent.
18    Q.  Who owns that?
19    A.  Raymond Titus.
20    Q.  Raymond Titus?
21    A.  Titus.
22    Q.  Titus. Are you kin to Raymond
23 Titus?

7 (Pages 25 to 28)

# FREEDOM COURT REPORTING

Page 29

1    A.  No kin.
2    Q.  Did he own the place at 484 North
3  Picket?
4    A.  No, sir.
5    Q.  What are your parents' names?
6    A.  Janice Seborn.
7    Q.  Okay.
8    A.  Glen Matthews.
9    Q.  How many brothers and sisters does
10  Glen Matthews have that live in Autauga
11  County?
12    A.  Brothers and sisters?
13    Q.  Yes, sir.
14    A.  I have to count them.
15    Q.  I'd have to take my shoes off to
16  count all mine.  But go ahead.
17    A.  Four that live in Autaugaville.
18    Q.  What are their names?
19    A.  Mike, Elijah Jr., Freeman and May
20  Lois.
21    Q.  May Lewis?
22    A.  May Lois.
23    Q.  What is May Lois' last name?

Page 30

1    A.  Seborn.  I left out one more.
2  Calvin.
3    Q.  Is Mike's last name Matthews?
4    A.  Matthews.
5    Q.  Elijah, Jr. --
6    A.  Matthews.
7    Q.  Freeman Matthews?
8    A.  Matthews.  And Calvin Matthews.
9    Q.  Okay.  Does your father have any
10  other brothers and sisters that live in a
11  seventy mile -- seventy miles of Montgomery?
12    A.  No, sir.
13    Q.  How about Janice Seborn, does she
14  have any brothers and sisters that live in
15  Autauga County?
16    A.  Yes, sir.
17    Q.  What are their names?
18    A.  Juanita, Joyce, Wesley.  And
19  that's it.
20    Q.  What's Wesley's last name, Seborn?
21    A.  Goson.
22    Q.  Goshen?
23    A.  G-O-S-O-N.

Page 31

1    Q.  Is Juanita's last name Joyce or is
2  it Juanita Joyce Seborn?
3    A.  Juanita and Joyce are two
4  different people.  Juanita is my aunt and
5  Joyce is my aunt.
6    Q.  I'm sorry.  What's Juanita's last
7  name?
8    A.  Goson.
9    Q.  G-O-S-O-N?
10    A.  Yes.
11    Q.  What is Joyce's last name?
12    A.  Motley.
13    Q.  Does your mother have any brothers
14  and sisters that live in about a seventy
15  mile area of Montgomery?
16    A.  No, sir.
17    Q.  Other than Motley, Goson, Seborn
18  and Matthews, do you have any relatives in
19  this area with a different last name?
20    A.  Them all the last names right
21  there.
22    Q.  How old are the children,
23  McKenzie, Antonio, Dewon and Laquandra?

Page 32

1    A.  McKenzie is four.  Antonio is
2  three.  Dewon is four and Laquandra is
3  seven.
4    Q.  What is McKenzie's birthdate?
5    A.  McKenzie's birthdate.  I've
6  forgot.  October 29th, 2002.  2004.
7    Q.  She was born right after a couple
8  of these traffic tickets in Autaugaville; is
9  that correct?
10    A.  Yes, she was born after.  No.  She
11  was born before.
12    Q.  And that's -- I was trying to --
13  what I'm trying to do is, sometimes it's
14  very difficult to remember dates.  So I'm
15  trying to --
16    A.  She was born before.
17    Q.  -- figure out what happened and
18  put those in order.
19    A.  He was already born.
20    Q.  Could his birthday be in 2003
21  then?
22    A.  He'll be five this year.  Let me
23  see.  It had to be 2002, ain't it?

8 (Pages 29 to 32)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 33

1    Q. 2002?
2    A. 2002.
3    Q. Because I had one born in 2002 and
4  he'll be five this year. So McKenzie was
5  born by the time you got your first traffic
6  ticket in Autaugaville; is that correct?
7    A. He was born --
8    Q. He was about two years old at that
9  time?
10    A. Right.
11    Q. Were you with Alma Bristol at that
12  time?
13    A. When the tickets came?
14    Q. Yes.
15    A. No, sir.
16    Q. Who were you with at that time?
17    A. Sally Parker, my other three kids.
18    Q. Do you have children with Sally
19  Parker?
20    A. No, sir.
21    Q. But you were with her at the time
22  of the traffic tickets?
23    A. Yes, sir.

Page 34

1    Q. What is her address or where does
2  she live?
3    A. She the same as me.
4    Q. Now?
5    A. Yes.
6    Q. You live with Sally Parker and
7  with Alma Bristol?
8    A. I'm not with Alma Bristol. I'm
9  with Sally Parker. Alma is just McKenzie's
10  mother.
11    Q. I understand. I had my notes
12  backwards. I understand. You're with Sally
13  Parker now?
14    A. Right.
15    Q. You were with Alma Bristol at the
16  time of the tickets and that's McKenzie's
17  mom?
18    A. Right.
19    Q. Okay. Where does Alma Bristol
20  live now?
21    A. Montgomery.
22    Q. Do you know her address?
23    A. No, sir, I don't.

Page 35

1    Q. Do you know what part of town or
2  where about she lives?
3    A. She lives in Tulane Court.
4    Q. Does McKenzie live with you or
5  with Alma?
6    A. With Alma.
7    Q. And Antonio, Dewon, and Laquandra
8  live with you; correct?
9    A. That's correct.
10    Q. Have you thought of any other
11  relatives that live around Montgomery that
12  we haven't talked about?
13    A. No, sir.
14    Q. While you were working at the Town
15  of Autaugaville, did you know any of the
16  police officers?
17    A. Yes, sir.
18    Q. Who were the police officers while
19  you were working in Autaugaville?
20    A. Jay McMichael was the chief. And
21  Kevin -- what's Kevin's last name -- McNabb
22  was one of the officers.
23    Q. Was Michael McCollum working there

Page 36

1  when you were working in Autaugaville?
2    A. No, sir.
3    Q. How about Donnie Martin?
4    A. No, sir.
5    Q. How about Wyatt Segers?
6    A. I believe Wyatt came right before
7  I had got fired.
8    Q. How about Britt Wadsworth?
9    A. No, sir.
10    Q. Was Levan Johnson chief at that
11  time or was that after you left?
12    A. He came after I left.
13    Q. Who was the mayor while you were
14  there?
15    A. Curtis Jackson.
16    Q. Have you ever been involved in an
17  automobile accident?
18    A. Yes, sir.
19    Q. How many?
20    A. One.
21    Q. Tell me about that accident.
22    A. Well, it was on a Sunday morning.
23  I goes to the store and I goes around the

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

# FREEDOM COURT REPORTING

Page 37

1 block on Picket and come up. I mean, I
2 looked both ways, pulled out in front of a
3 motorcycle. I didn't see him.
4    **Q. Did the two -- Was that -- Was the**
5 **person driving the other car Mary Caroline?**
6    A. Yes, sir.
7    **Q. Did you know her before the**
8 **accident?**
9    A. No, sir.
10    **Q. Have you spoken to her since the**
11 **accident?**
12    A. A couple of times.
13    **Q. What have you spoken to her about?**
14    A. Trying to help her with the stuff
15 that she needed done around the house.
16    **Q. Trying to pay her back for the**
17 **accident?**
18    A. Trying to help a little bit. You
19 know, I didn't have nothing to give her.
20    **Q. Did you have insurance at the time**
21 **of the accident?**
22    A. No, sir.
23    **Q. Did you have a valid driver's**

Page 38

1 license at the time of the accident?
2    A. No, sir.
3    **Q. When's the last time that you have**
4 **worked for Mary Caroline?**
5    A. Oh, I haven't -- I didn't do but
6 one job for her right after the accident.
7 She moved. I don't know where she moved to
8 or nothing.
9    **Q. The accident report shows a 912**
10 **area code. Do you know when she moved?**
11    A. No, sir.
12    **Q. Did her insurance company ever sue**
13 **you or contact you in any way?**
14    A. They contacted and we made
15 arrangements for me to make a payment to
16 them.
17    **Q. Right. Did you pay that?**
18    A. No, sir.
19    **Q. Her insurance company was**
20 **Progressive. Did they sue you or did they**
21 **just call you and you agreed to pay them?**
22    A. I agreed to pay them.
23    **Q. How much was that?**

Page 39

1    A. Like a hundred dollars a month.
2    **Q. And you never made any of those**
3 **payments?**
4    A. I made like -- No, I didn't. I
5 didn't make no payment. When I went to make
6 the payment, something had happened. I
7 can't remember. But I didn't make the
8 payment.
9    **Q. Who were the police officers that**
10 **came to the accident scene?**
11    A. That came to the accident scene?
12    **Q. Yes, sir. Well, let me back up.**
13 **Did any police officers come to the accident**
14 **scene?**
15    A. What do you mean, besides the one
16 who wrote me the ticket?
17    **Q. Well, let's just go in the way it**
18 **happened. We have the accident. Somebody**
19 **calls the police, I assume. Who was the**
20 **first police officer or law enforcement to**
21 **arrive? What agency? You don't have to**
22 **know their names. Who --**
23    A. Autaugaville.

Page 40

1    **Q. What was on the door when they got**
2 **there?**
3    A. Autaugaville.
4    **Q. How many Autaugaville officers**
5 **showed up?**
6    A. One.
7    **Q. Who was that; do you know?**
8    A. I know him. I just forgot his
9 name. I'm kind of nervous.
10    **Q. We'll go through a list. Michael**
11 **McCollum?**
12    A. Who?
13    **Q. Michael McCollum, Donnie Martin,**
14 **Wyatt Segers?**
15    A. I think it was Donnie.
16    **Q. Do you know what he looked like?**
17    A. Yes. He kind of short, shorter
18 than me. Little hair on his head. Looked
19 kind of young. Not young. But I remember
20 he -- I ain't too good with names.
21    **Q. And that's okay. I don't want you**
22 **guessing. If you don't know, don't guess.**
23 **Did you talk to that police officer from**

10  (Pages 37 to 40)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 41

1 Autaugaville?
2   A.   He asked me some questions.
3   Q.   Do you remember what he asked you?
4   A.   Asked me what had happened and --
5 what else did he ask me.  After everything
6 was -- you know, the lady had got in the
7 ambulance and stuff, he asked me for like
8 information on my car.
9   Q.   What questions did he ask you, did
10 you have a driver's license?  Did he ask you
11 if you had a driver's license?
12   A.   Did he ask me that?  No, he
13 didn't.
14   Q.   Have you ever seen the accident
15 report from that accident?
16   A.   No, sir.
17   Q.   When you have a suspended license,
18 do you actually still have the card itself?
19   A.   The license?
20   Q.   The license, yes.
21   A.   You're supposed to turn them in.
22 But I lost mine.  So I couldn't turn it in.
23   Q.   Do you know how he got your

Page 42

1 driver's license number?
2   A.   I probably gave it to him.  I
3 remembered it at the time.  I was still
4 using my license.  That was a long time
5 ago.  I don't know.
6   Q.   He has a driver's license number
7 6813021.  Is that what you might have told
8 him?
9   A.   It's been a long time.  I don't
10 know.
11   Q.   Tell me, you indicated that you
12 still had your driver's license at that time
13 and you still used it.  What did you use it
14 for?
15   A.   My driver's license?
16   Q.   Right.
17   A.   Just to show that I had a driver's
18 license.  They might have been suspended,
19 but I had them.
20   Q.   Right.  I'm talking about as
21 identification to get in Sam's wholesale, to
22 --
23   A.   Yes, sir.

Page 43

1   Q.   -- write checks or stuff like
2 that?
3   A.   Yes.  It was the only ID I had.
4   Q.   About when did you lose your
5 license?  Bad question.  The card itself,
6 when did you lose the actual card?
7   A.   I had it when I was working for
8 the Town.  So it had to be after I, you
9 know, lost my job with the Town.  It had to
10 be after that because I had it.  We had to
11 have it with us at all times when I was on
12 the job.
13   Q.   Was the drug charge before or
14 after you left the Town of Autaugaville?
15   A.   Before I came to the Town of
16 Autaugaville.  I got the charge.  Then I got
17 the job.  So I had to have a job.  To even
18 go before my judge, I had to have a job.
19   Q.   Okay.
20   A.   So I had the job.
21   Q.   Okay.
22   A.   You know, make me look better.
23   Q.   Right.  I understand.  At the

Page 44

1 scene of this accident, do you know whether
2 or not the police officer knew that the
3 driver's license was suspended, your
4 driver's license was suspended?
5   A.   I don't know.  I mean --
6   Q.   And I know you can't read his
7 mind.  Did he say anything to you about it?
8   A.   No, sir.
9   Q.   While you were working for the
10 Town of Autaugaville, did you ever drive one
11 of their trucks?
12   A.   Yes, sir.
13   Q.   But you didn't have a driver's
14 license?
15   A.   When I was with the Town?
16   Q.   Yes.
17   A.   My case didn't come through until
18 like -- I was at the job like a year or
19 two.  And even though I lost it, you know,
20 at the end -- when I loose my job, that's
21 how I lost my license.  See what I'm saying.
22   Q.   And that's one of the things I'm
23 trying to do, is trying to put all this

11 (Pages 41 to 44)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 45

1  stuff in order.
2      A. Okay.
3      Q. Let me see if this is right. If
4  it's not, tell me. Before you went to work
5  for the Town of Autaugaville, you got
6  arrested for distribution?
7      A. Right.
8      Q. Before they sentenced you, you
9  went to work for the Town; correct?
10     A. Right.
11     Q. While you were working for the
12 Town of Autaugaville, your license was
13 suspended?
14     A. Right.
15     Q. After your license was suspended,
16 did you ever drive any other cars or trucks
17 for the Town of Autaugaville?
18     A. No. I had another dude that did
19 all the driving.
20     Q. Did the Town of Autaugaville know
21 that you lost your license?
22     A. They knew it at the end.
23     Q. When you say at the end, what does

Page 46

1  that mean?
2      A. Like probably six months before I
3  got fired.
4      Q. Okay. And that's -- When the
5  Court took your driver's license away, the
6  Town of Autaugaville knew it?
7      A. I told them.
8      Q. Okay. What other questions did
9  the police officer ask you at the scene of
10 the accident after Ms. Carolyn was taken off
11 in the ambulance?
12     A. He asked me why didn't I have
13 insurance.
14     Q. What did you say?
15     A. Well, I had just bought the car.
16 I told him I had just bought it. And it was
17 on the weekend. I bought it that weekend.
18 I had showed him all the paperwork.
19         He had seen the -- where I had
20 bought it and everything. And he told me
21 you're not supposed to drive it if you
22 didn't have insurance on it. But I didn't
23 know that.

Page 47

1      Q. What kind of car was it?
2      A. It was a --
3      Q. 1989 Chevrolet?
4      A. Corsica, wasn't it? Not a
5  Corsica.
6      Q. A Beretta?
7      A. A Beretta.
8      Q. And who did you buy that from?
9      A. A lady named Shacara, Shacara
10 Davis.
11     Q. Does she live in Autaugaville?
12     A. Yes, sir.
13     Q. And you bought that car how many
14 days before the accident?
15     A. Oh, about two.
16     Q. Did you have a car before then?
17     A. No, sir.
18     Q. Did you -- Well, if you didn't
19 have a car, I don't guess you had car
20 insurance, did you?
21     A. No, sir.
22     Q. Did you ever title the Chevrolet
23 Beretta in your name?

Page 48

1      A. No, sir. It was in my mother's
2  name.
3      Q. When was it titled in your
4  mother's name, before or after the accident?
5      A. Right after the accident, that
6  Monday.
7      Q. Was your car totaled?
8      A. No, sir. It just knocked the
9  fender off.
10     Q. How long did you continue to drive
11 the Chevrolet Beretta after the accident?
12     A. About a week. It tore up in a
13 week. The head blew on it.
14     Q. Did you sell that car or do you
15 still have it?
16     A. I sold it. Junk yard.
17     Q. But you're sure it was titled in
18 your mother's name?
19     A. My mother's name. Had insurance
20 on it right after that, too.
21     Q. Who did you have insurance with?
22     A. Acceptance.
23     Q. How did you get -- Well, did your

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

# FREEDOM COURT REPORTING

Page 49

1  mother have insurance --
2      A.  Yes, sir.
3      Q.  -- or did you have insurance?
4      A.  My mother.  She put the car
5  insurance in her name.  She actually bought
6  it and I was supposed to be paying her back
7  for buying it.
8      Q.  What all did the police officer
9  say about not having insurance?  You told
10  him that you just bought the car.  He said
11  it didn't matter.  Did you say anything else
12  or did he say anything else?
13      A.  Nothing else.
14      Q.  Did you receive any tickets at the
15  scene of the accident?
16      A.  No, sir.
17      Q.  And you said there was only one
18  police officer there; correct?
19      A.  Yes, sir.  From Autaugaville.
20      Q.  Were there any other police
21  officers from any other organization there?
22      A.  I believe McNabb, he came.  He was
23  at the County, you know, at the time.

Page 50

1      Q.  Okay.  A county car was there?
2      A.  Right.
3      Q.  Were there any other cars there?
4      A.  No, sir.
5      Q.  How long were you actually at the
6  scene of the accident?
7      A.  About an hour.
8      Q.  Where did you go after the
9  accident?
10      A.  Well, I stayed about from here to
11  that road from the accident.  So I went to
12  the house.
13      Q.  What was Ms. Carolyn driving?
14      A.  A motorcycle.
15      Q.  At what point -- let me back up.
16  Did you receive any traffic tickets from
17  this accident?
18      A.  Yes, sir.  The next day.
19      Q.  That would have been on a Monday?
20      A.  Yes, sir.
21      Q.  Tell me about receiving those
22  tickets.
23      A.  The guy that did the accident and

Page 51

1  the chief came to my house and arrested me
2  because I guess I must have had a warrant.
3  I don't remember.  But I got arrested.
4      I don't know what it was, for
5  driving with suspended or whatever.  But
6  that's when they brung me the two tickets.
7      Q.  The chief and the officer came to
8  your house.  And which address was that?
9      A.  204 Picket.
10      Q.  What time of day was that?
11      A.  About seven o'clock in the
12  morning, eight o'clock.  No later than 8:00.
13      Q.  And they said you had an
14  outstanding arrest warrant?
15      A.  I can't remember.  I think.  I
16  can't remember.
17      Q.  They gave you two traffic tickets;
18  right?
19      A.  I know they arrested me.
20      Q.  They gave you a ticket for not
21  having a driver's license?
22      A.  Right.
23      Q.  And they gave you a ticket for

Page 52

1  having no insurance; correct?
2      A.  Right.
3      Q.  Do you remember what they arrested
4  you for?  I just don't have that on my list
5  from earlier.
6      A.  I can't remember.
7      Q.  Are you sure that you were
8  arrested that day?
9      A.  Yes, sir.
10      Q.  Where did they take you to?
11      A.  They took me -- I think they took
12  me to the store in Prattville and I got in
13  other officer's car.  Prattville had a
14  warrant out on me.  Prattville for
15  something.  I don't remember.  That's what
16  happened.
17      Q.  So it wasn't -- Well, do you know
18  what Prattville had a warrant out on you
19  for?
20      A.  I don't remember.
21      Q.  Could it have been driving while
22  license suspended?
23      A.  I think it was failure to appear.

13 (Pages 49 to 52)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 53

1     Q. Was it failure to appear because
2 of the driver's -- driving while suspended?
3     A. I think so.
4     Q. So it wasn't Autaugaville's
5 warrant that was out, it was Prattville's;
6 correct?
7     A. On that, yes, sir. On that right
8 there.
9     Q. And they just arrested you for
10 Prattville? Did you understand that?
11     A. On that one, I did.
12     Q. Yes. That's what we're talking
13 about, when they brought you the two traffic
14 tickets.
15     A. Right.
16     Q. And that was failure to appear on
17 a charge for driving while you did not have
18 a license; correct?
19     A. Right.
20     Q. So they took you to a store and
21 you got in the Prattville police officer's
22 car?
23     A. Right.

Page 54

1     Q. Did they put handcuffs on you?
2     A. Yes.
3     Q. Put you in the back seat?
4     A. Yes, sir.
5     Q. After you got in the Prattville
6 police officer's car, where did you go?
7     A. Jail.
8     Q. At the City jail?
9     A. City jail.
10     Q. How long did you have to stay in
11 the City jail?
12     A. Oh, I got right out that day. I
13 just had to pay the fine.
14     Q. And let me get this straight. You
15 did not receive any traffic tickets at the
16 scene of the accident; correct?
17     A. No, sir.
18     Q. You did not receive any tickets
19 when Chief Johnson was not there; correct?
20 And that may be a bad question. The only --
21 I'll restate if you want me to.
22     When you received the traffic
23 ticket for driving while having a suspended

Page 55

1 license and for no insurance, Chief Johnson
2 was there; correct?
3     A. Yes. Chief Johnson -- I believe
4 he came to me -- yes, sir.
5     Q. What happened with the tickets
6 that you received for this accident, the no
7 insurance and the no driver's license?
8     A. What happened to them?
9     Q. Yes.
10     A. One of them, when I went to court
11 on the court date, they dropped it. Driving
12 while suspended, they dropped it.
13     Q. Do you know why they dropped that?
14     A. No, sir.
15     Q. Do you know whether or not you
16 pled guilty to either one of them?
17     A. I pled guilty to them. The
18 driving while no insurance.
19     Q. Did these tickets affect your
20 probation for the drug charge?
21     A. Did it affect it?
22     Q. I don't know how that works.
23     A. I got in a little trouble.

Page 56

1     Q. How did you get in trouble?
2     A. I wasn't supposed to come into
3 contact with any kind of officers while I
4 was probation.
5     Q. They told you to keep your nose
6 clean?
7     A. Right.
8     Q. Who did you get in trouble with,
9 the probation officer?
10     A. Officer Sterns.
11     Q. Who is that?
12     A. He's the probation officer.
13     Q. Who does he work for, Autauga
14 County?
15     A. Autauga County. At the time, he
16 did. I don't know if he's still there.
17     Q. You said the driving while
18 suspended was dismissed?
19     A. Yes, sir.
20     Q. And you pled guilty to the no
21 insurance?
22     A. Yes, sir.
23     Q. Did you miss any court dates for

14 (Pages 53 to 56)

# FREEDOM COURT REPORTING

Page 57

1  that no proof of insurance charge and have
2  to go back later?
3      A.  Did I miss any -- No, sir.  I was
4  there.
5      Q.  How many times did you have to go
6  to court for the no insurance?
7      A.  One time.
8      Q.  Since those two traffic tickets,
9  have you received any other tickets in
10 Autaugaville?
11     A.  Since what two traffic tickets?
12     Q.  The two traffic tickets with the
13 accident.
14     A.  Oh, the accident.
15     Q.  Ms. Carolyn.  And I'm going to
16 represent to you that that accident happened
17 on April 18th, 2004.  Does that sound about
18 right?
19     A.  Sounds about right.
20     Q.  Have you received any other
21 traffic tickets in Autaugaville since April
22 2004?
23     A.  Yes.

Page 58

1      Q.  How many?
2      A.  Two.
3      Q.  Tell me about the first one.
4      A.  Well, I was driving my Chevy
5  Capella (spelled phonetically) when the
6  officer pulled me over.
7      Q.  Do you know who the officer was?
8      A.  I can't really remember.  I'm not
9  good with names.
10     Q.  Can you describe what he looked
11 like?
12     A.  Yes, I can.  He ain't too big.  He
13 was kind of heavy.  Not bigger than me, but
14 he was shorter than me.  Kind of talkative.
15     Q.  What did he pull you over for; do
16 you know?
17     A.  I guess he was just suspicious.  I
18 mean, I wasn't speeding or anything.
19     Q.  Was it a driver's license check?
20     A.  That got to be what it had been.
21     Q.  They were pulling everybody over,
22 weren't they?
23     A.  Not at the time.  I don't know.  I

Page 59

1  don't know.
2      Q.  You don't know whether they were
3  pulling everybody over?
4      A.  I don't know.  I didn't stay in
5  Autaugaville at the time.
6      Q.  Tell me about how the stop
7  happened.  Did they get behind you with
8  their lights on or were they parked on the
9  side of the road and just told you to stop?
10     A.  When I seen him, he was at the
11 store.  When I come off on Picket, he was at
12 the store.  I turned on Highway 14 coming
13 west that way.  And I turned on County Road
14 13 -- not 13 -- 165.  And when I turned on
15 165, he was behind me.
16     Q.  Did he have his lights on?
17     A.  He had his lights on.
18     Q.  Did you have a valid driver's
19 license at that time?
20     A.  No, sir.
21     Q.  Did you pull over?
22     A.  I pulled over.
23     Q.  What was the first thing the

Page 60

1  officer told you or said to you when he came
2  up to your car?
3      A.  Asked me for my driver's license
4  and registration.
5      Q.  And what did you say?
6      A.  Well, I had the registration.  I
7  told him I don't have any driver's license.
8  I got them, but they are suspended.
9      Q.  What did he say?
10     A.  Give me a social security number
11 so I can run a check on you.  He didn't say
12 that, but I know what he wanted the social
13 security number for.
14     Q.  How did you know that?
15     A.  I've been stopped by the police
16 before.
17     Q.  After he got your social security
18 number, did he go back to his car?
19     A.  Yes, sir.
20     Q.  Did you have a license plate on
21 your car at that time?
22     A.  A license plate.
23     Q.  A tag.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 61

1    A.  I can't remember.
2    Q.  Did he say anything about that,
3  that you did not have a tag on your car?
4    A.  I don't remember.
5    Q.  Okay.  Had you ever met this
6  police officer before?
7    A.  No, sir.
8    Q.  Did you argue with the police
9  officer in any way?
10    A.  No, sir.
11    Q.  After he went back to his car and
12  then came back to your car, what did you and
13  the officer talk about?
14    A.  He told me to step out of the car,
15  he had a warrant for my arrest.
16    Q.  What was that warrant for?
17    A.  That drug case I had got we were
18  talking about earlier --
19    Q.  Yes, sir.
20    A.  -- I had got off probation on it,
21  but I hadn't paid all my fines up.  They
22  wanted to find their money.  They issued a
23  warrant for me not paying my fine.

Page 62

1    Q.  That was the Autauga County
2  warrant; correct?
3    A.  Autauga County.
4    Q.  Have you ever been actually
5  arrested based on an Autaugaville warrant?
6    A.  No, sir.
7    Q.  How many times have you been
8  arrested?
9    A.  About three, four times.  Three
10  times.
11    Q.  I've got on my notes three.  The
12  first was, I guess, the distribution charge;
13  is that correct?
14    A.  Uh-huh.
15    Q.  Is that yes?
16    A.  Yes, sir.
17    Q.  And I'm sorry I have to keep doing
18  that.  She has to get it down.  The second
19  time was right after the accident where you
20  were arrested on the City of Prattville --
21    A.  Yes, sir.
22    Q.  -- ticket?  The third time that I
23  have on my notes is when you were stopped

Page 63

1  for what says no tag and given a ticket.
2  Well, I don't know when you were given the
3  ticket.  But they arrested you on another
4  Autauga County warrant?
5    A.  Yes, sir.
6    Q.  Any other arrests that you can
7  remember?
8    A.  No, sir.
9    Q.  And when they arrested you for
10  this traffic ticket, it was for not paying
11  fines for that distribution charge?
12    A.  Right.
13    Q.  Did you receive an actual traffic
14  ticket that day?  And when I say --
15    A.  Yes, sir.
16    Q.  -- that day --
17    A.  From him?
18    Q.  Yes.  From the police officer.
19    A.  Yes, sir.
20    Q.  How many Autaugaville police
21  officers were present?
22    A.  Just him.
23    Q.  Did he ever talk to anybody?

Page 64

1    A.  Yes, sir.  He talked to the man in
2  the wrecker when he came to pull my car.
3    Q.  Do you know if he talked to
4  anybody on the radio in his car?
5    A.  No, sir.  He had put me right in
6  the car.
7    Q.  After you gave him your social
8  security number, did he go back to the car
9  and talk on the radio?
10    A.  Yes, sir.
11    Q.  Now, he didn't put you in the car
12  at that point, did he?
13    A.  No, sir.
14    Q.  He came back up to the car and got
15  you?
16    A.  Right.
17    Q.  So after you gave him your social
18  security number, he was in the car -- his
19  own police car talking to somebody; right?
20    A.  Yes, sir.
21    Q.  You don't know who that was, do
22  you?
23    A.  No, sir.

16  (Pages 61 to 64)

# FREEDOM COURT REPORTING

Page 65

1    Q.  And then he came back up to the
2  car and I guess got you out?
3    A.  Yes, sir.
4    Q.  What time of day was this?
5    A.  It was in the evening.  It was
6  October.  So it was about --
7    Q.  Could it have been in November?
8    A.  November?  My mom got married.  It
9  was the day my mom got married.  It was in
10  November the day my mom got married.
11    Q.  November the 11th?
12    A.  Yes, sir.
13    Q.  And that's referenced in the
14  complaint that you filed.  That's where I
15  got that date from.
16    A.  Yes, sir.
17    Q.  November 11th.  Do you remember --
18  Was that before or after the wedding?
19    A.  It was -- Like the wedding was
20  fixing to happen when I got there.  So it
21  was like before the wedding.  I never made
22  it to it.
23    Q.  Do you know about what time it

Page 66

1  was?
2    A.  About six o'clock.  It was getting
3  dark.
4    Q.  Could it have been about eight
5  o'clock?
6    A.  It was getting dark.  What time it
7  get dark in November?
8    Q.  Well, in November.  I don't know
9  what time it gets dark in November.
10    A.  I know it was getting dark.
11    Q.  I'm not asking you to guess.  Just
12  tell me if you know.  If you don't know,
13  tell me.
14    A.  I don't know the exact time.
15    Q.  And this was on Highway 14 near
16  County Road 165?
17    A.  165.
18    Q.  Okay.  Did any other police
19  officers from anywhere come to the scene of
20  this stop?
21    A.  No, sir.
22    Q.  After he arrested you, I guess,
23  and put you in his car, where did he take

Page 67

1  you?
2    A.  To the County jail.
3    Q.  There in Prattville?
4    A.  In Prattville.
5    Q.  Did he just drop you off or did he
6  have to book you in?  How did that work?
7    A.  He just dropped me off.  They
8  booked me.
9    Q.  I mean, it was their warrant;
10  correct?
11    A.  Right.
12    Q.  What happened with this ticket
13  that we're talking about for not having a
14  driver's license?
15    A.  I was paying on it and they put it
16  on hold.
17    Q.  Do you know why they put it on
18  hold?
19    A.  I don't know.  I don't know.  I
20  don't know.
21    Q.  Did you ever have a failure to
22  appear for this ticket?  And the ticket
23  we're talking about is the one that happened

Page 68

1  on November 11th, 2005.
2    A.  Failure to appear?
3    Q.  Yes.  I'm just trying to figure
4  out what happened with this ticket.
5    A.  I don't know.
6    Q.  Okay.
7    A.  I don't know.
8    Q.  Did you plead guilty?
9    A.  Yes, sir.
10    Q.  I mean, you didn't have a license,
11  did you?
12    A.  No, sir.
13    Q.  Did you ever have a lawyer go to
14  court with you on any of these traffic
15  tickets?
16    A.  No, sir.
17    Q.  When you pled guilty, did you
18  actually go to City Hall or the court house
19  or did you send them your check?  How did
20  you do that?
21    A.  I went to court.
22    Q.  Went to the court and pled guilty
23  and they told you to start making payments?

17 (Pages 65 to 68)

# FREEDOM COURT REPORTING

Page 69

1    A.  Right.
2    Q.  Did you make all those payments
3    until they put it on hold?
4    A.  I was making payments until they
5    put it on hold.
6    Q.  Do you have any idea why they put
7    it on hold? How did you find out that they
8    put it on hold?
9    A.  Which ticket are you talking
10   about? I know one ticket got put on hold.
11   I'm kind of confused.
12   Q.  Okay.  Well, I don't want you to
13   be confused.  This is the ticket that you
14   got on your mother's wedding day.  What
15   happened with that ticket?
16       I understand that you pled guilty
17   when you went to court.  Did you pay it or
18   what happened?
19   A.  I don't know.  I don't even think
20   I paid it.  I don't know.
21   Q.  How many times did you have to go
22   to court for the ticket that you got on your
23   mother's wedding day?

Page 70

1    A.  Once.
2    Q.  Have you received any other
3    tickets in Autaugaville since your mother's
4    wedding day?
5    A.  One.
6    Q.  Was that on February 24th, 2006?
7    A.  February?
8    Q.  Yes.  Well, did you receive
9    another ticket since your mother's wedding
10   day?
11   A.  One.
12   Q.  What was it for?
13   A.  Driving while suspended.
14   Q.  Who gave you that ticket; do you
15   know?
16   A.  Yes, sir.
17   Q.  Who was that?
18   A.  Chief.
19   Q.  How many police officers were
20   there?
21   A.  It was a road block.  It was the
22   majority.
23   Q.  A driver's license check?

Page 71

1    A.  Right.
2    Q.  What happened with that ticket?
3    Did you pay it or is that the one that was
4    put on hold?
5    A.  That's one I've got to pay.
6    Q.  Did you plead guilty for not
7    having a driver's license?
8    A.  Yes, sir.
9    Q.  At that what you called a road
10   block, that license check, were you arrested
11   there?
12   A.  Yes, sir.
13   Q.  Where were you taken to?
14   A.  To the Town of Autaugaville.
15   Q.  Do you know why you were arrested?
16   A.  I had a warrant for failure to
17   appear.
18   Q.  Failure to appear for that traffic
19   ticket on your mother's wedding day; right?
20   A.  I don't know which traffic
21   ticket.  I got so many, three or four
22   tickets, I don't know which one.
23   Q.  Where did you say you were taken?

Page 72

1    A.  To the Town.
2    Q.  Of Autaugaville?
3    A.  Yes, sir.
4    Q.  Do you know if it was their
5    warrant?
6    A.  It was their warrant.
7    Q.  So now we have four arrests, one
8    warrant was from Prattville, one was Autauga
9    County and that one was from Autaugaville;
10   correct?
11   A.  Yes, sir.
12   Q.  Could that warrant from
13   Autaugaville have been for the traffic
14   ticket failure to appear that you received
15   on your mother's wedding day?
16   A.  I can't remember.
17   Q.  Okay.  Have you received any
18   traffic tickets from anybody since that
19   license check?
20   A.  No, sir.
21   Q.  Was it a license check or was it a
22   seat belt check or do you know?
23   A.  I don't know.  It was a road

18  (Pages 69 to 72)

# FREEDOM COURT REPORTING

Page 73

1  block. That's all I know. It was the 3rd
2  of July.
3      Q.  How do you know it was the 3rd of
4  July?
5      A.  Because the 4th was the next day.
6      Q.  The 3rd of July of what year?
7      A.  2006.
8      Q.  Did you do anything special on the
9  4th of July that you would remember that?
10     A.  Did I do anything special?  Yes,
11  sir.
12     Q.  What did you do?
13     A.  We ate down at my Uncle Mike's
14  house. He's the one that I was talking to
15  the night before that, before I -- Before I
16  got arrested, I was going to his house to
17  have a barbecue. That's how I remember it.
18     Q.  Do you remember receiving any
19  traffic ticket in February of 2006 from a
20  guy named McCollum?
21     A.  February?
22     Q.  February 24th, 2006. Driving
23  while revoked?

Page 74

1      A.  That's where I had the warrant for
2  Autaugaville or something.
3      Q.  Okay. Do you know what you're
4  suing the Town of Autaugaville police
5  officers, Chief Johnson in this lawsuit for?
6      A.  All I know is that I told my
7  lawyer what happened and he wrote the
8  complaint up.
9      Q.  I understand you've got a lawyer.
10  What -- Well, strike that. Do you have any
11  complaints about the procedures that you
12  used in this case like going to court,
13  talking to the police officers, pleading
14  guilty, do you have any complaints about all
15  that?
16     A.  What do you mean?
17     Q.  When you went to court, did they
18  tell you you had the right to remain silent
19  and all that stuff or did -- strike that.
20     When you went to court, did the
21  judge explain all this stuff to you?
22     A.  No, sir.
23     Q.  When you went to court, what kind

Page 75

1  of questions did the judge ask you?
2      A.  How did I plea on the tickets, on
3  the driving while suspended.
4      Q.  And I think -- thanks for telling
5  me that. So the judge asked you how you
6  plea; correct?
7      A.  Yes, sir.
8      Q.  And every one of these tickets you
9  pled guilty?
10     A.  Yes, sir.
11     Q.  One of the claims in your
12  complaint is that you were not treated the
13  same as other people. That's what's called
14  an equal protection violation.
15     Is there any group of people that
16  you claim that you were treated differently
17  than?
18     A.  I don't understand what you're
19  trying to say.
20     Q.  I know you didn't draft the
21  complaint and you're not a lawyer and
22  ninety-nine percent of lawyers and me have
23  trouble with all these concepts.

Page 76

1      Do you claim there's somebody that
2  was treated -- Do you claim that you were
3  treated differently than somebody else?
4      A.  On that last ticket I got, when he
5  arrested me and took me to jail --
6      Q.  The one in two 2006.
7      A.  -- I believe -- I mean, he had me
8  sit in that car for so long uncomfortable --
9  I'm a big guy -- in that car, so yes, I
10  believe I was treated differently. Anybody
11  else get in there and go.
12     Take them on where you've got to
13  go. But I had to sit in the car in the hot
14  and heat that long uncomfortable. I felt
15  like I was like in a closet.
16     Q.  Do you think you have been treated
17  differently in any other one of these
18  tickets?
19     A.  Just that one.
20     Q.  Okay. Were you upset that you
21  were stopped on your mother's wedding day?
22     A.  I mean, wouldn't you? Yes, sir.
23     Q.  Did you tell anybody that you held

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 77

1  a grudge against them for that?
2      A.  I didn't tell them that.
3      Q.  Did you hold a grudge against
4  them?
5      A.  I didn't hold a grudge.  You know,
6  I just don't think -- you know, I mean, all
7  the times, my mother's wedding?  She still
8  ain't speaking to me because of that or she
9  ain't speaking to me like she would.  She
10  still faults me for that.
11      Q.  Well, were you driving without a
12  license?
13      A.  I were.  I was.
14      Q.  And you knew that was wrong;
15  right?
16      A.  Yes, I knew.
17      MR. HOWARD:  Jim, let us take a
18  few minutes break.  I think we're about
19  done.
20      (Whereupon, a short recess was
21  taken.)
22      Q.  Have you ever had any interaction
23  with a police officer about a gun being shot

Page 78

1  at a snake?
2      A.  A gun being shot at a snake?
3      Q.  Yes.  I don't even know if you've
4  got anything to do with this.  Do you know
5  anything about that?
6      A.  I don't remember nothing about a
7  gun being shot at no snake.  What's that all
8  about?
9      Q.  Well, I don't know.  I was asking
10  you.  Have you ever been arrested for having
11  a gun?
12      A.  No, sir.
13      Q.  You can't have a gun on your
14  probation, can you?
15      A.  No, sir.
16      Q.  Has Alma Bristol ever filed a
17  claim of domestic violence against you?
18      A.  No, sir.
19      Q.  Have you spoken to Michael
20  McCollum since this lawsuit was filed?  And
21  that's one of the police officers.  I don't
22  think you have, but I just need to ask these
23  questions.

Page 79

1      A.  No, sir.
2      Q.  Have you spoken to Chief Johnson
3  since this lawsuit has been filed?
4      A.  Have I spoken to him?
5      Q.  Yes, sir.
6      A.  That night he had me in the
7  handcuffs.
8      Q.  About how any other times?
9      A.  That's it.
10      Q.  How about a month ago when he saw
11  you almost about to drive and you sat there,
12  got out of the car, then walked over to him
13  and spoke to him?
14      A.  Well, I wasn't about to drive.
15  That's where my grandmother stay.  You know,
16  I got a right to sit in my grandmother's
17  yard, don't I?
18      Q.  You do.
19      A.  But what happened was --
20      Q.  Well, I'm not accusing you of
21  wrongdoing.  Just did you talk to him that
22  day?
23      A.  I talked to him that day.

Page 80

1      Q.  What did you say to him?
2      A.  It was about the trash in the
3  yard.  I was asking about the trash in the
4  yard because, you know, they said something
5  about some violation for garbage in the
6  yard.  They give you a fine to pay.
7      Q.  Right.
8      A.  I was asking him about that.  He
9  was watching the yard, said he was watching
10  for some young guy selling drugs down
11  there.  I don't know what it was all about.
12      Q.  Have you talked to Mayor Jackson
13  since the lawsuit has been filed?
14      A.  No, sir.
15      Q.  Have you talked to an officer
16  named Donnie Martin since the lawsuit has
17  been filed?
18      A.  No, sir.
19      Q.  What how about Britt Wadsworth?
20      A.  No.
21      Q.  How about an officer named Wyatt
22  Segers?
23      A.  No, sir.

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 81

1    Q. Earlier you said that you spoke to
2  the chief once and told him that you would
3  drop this case if it was not for your uncle
4  and you said that you were scared when you
5  said that.
6        Are you pursuing this case or is
7  your uncle making you pursue this case?
8    A. I'm pursuing the case. Because
9  like I said --
10   Q. Would you be doing it on your own
11  if it were not for your uncle?
12   A. I wouldn't have the money to.
13   Q. What does it cost you?
14   A. I don't know.
15   Q. What's your uncle's involvement in
16  this whole situation?
17   A. He feels I was treated not fairly.
18   Q. Has your uncle ever been in
19  politics in Autaugaville?
20   A. Yes, sir.
21   Q. What kind of politics?
22   A. He ran for mayor.
23   Q. Did he win?

Page 82

1    A. No, sir.
2    Q. Is your uncle for or against Chief
3  Johnson that you know of?
4    A. I don't know.
5    Q. Has he ever told you anything
6  about Chief Johnson?
7    A. No, sir.
8    Q. Has he ever said I want Chief
9  Johnson out of there?
10   A. No, sir. He never said it to me.
11   Q. Do you know if he's planning to
12  run for mayor again?
13   A. I don't know that either.
14   Q. You said that you were suing --
15  your uncle was helping you pursue this
16  lawsuit because of money. What money have
17  you had to pay?
18   A. Money and -- I don't know anything
19  about the law.
20   Q. Does your uncle?
21   A. I mean, he knows to get in touch
22  with a lawyer and try to find out.
23   Q. Okay. I'm just trying to figure

Page 83

1  out what your uncle's involvement in all
2  this is.
3    A. I don't know anything about the
4  law and he know how to get in touch with
5  somebody that know about the law.
6    Q. What all have you and your uncle
7  talked about regarding this lawsuit?
8    A. What do you mean?
9    Q. What all have you told your uncle
10  about this lawsuit and what all has he told
11  you?
12   A. The only thing I did, I told him
13  what had happened. And all he did was told
14  me, you know, that he was going to talk to
15  the lawyer.
16   Q. What did he say he was going to
17  tell the lawyer?
18   A. What had happened.
19   Q. Did he say anything the lawyer
20  told him?
21   A. No, he did not.
22   Q. Did he tell you that if you didn't
23  -- strike that. Does your uncle give you

Page 84

1  any money for anything?
2    A. What do you mean? He's my uncle.
3    Q. Does he pay your bills or help you
4  out in any way?
5    A. If I need him to, he will.
6    Q. When's the last time he did that?
7    A. I don't know. I take care of
8  myself.
9    Q. Did he tell you that he would quit
10  giving you money if you dropped this
11  lawsuit?
12   A. No. He would never tell me
13  anything like that.
14      MR. HOWARD: That's all I've got.
15  EXAMINATION BY MR. DEBARDELABEN:
16   Q. I want to straighten up
17  something. You were arrested July the 3rd,
18  2006; is that correct?
19   A. Yes, sir.
20   Q. And you had handcuffs placed on
21  you; is that correct?
22   A. Yes, sir.
23   Q. Who took you to wherever they took

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 85

1  you?
2    A.  The chief.
3    Q.  Was there anybody else present?
4    A.  You talking about --
5    Q.  Just you and -- When you left --
6    A.  Oh, no one else.
7    Q.  -- who was in the car?
8    A.  No one was.
9    Q.  Who else?
10   A.  That's it.  Me and the chief.
11   Q.  Who brought up anything about this
12  lawsuit?
13   A.  The chief was saying something
14  about what was going on with it.
15   Q.  Did he first bring it up?
16   A.  Yes.
17   Q.  While you were sitting in the back
18  of his police car with handcuffs on you?
19   A.  Yes, sir.
20   Q.  Did that frighten you?
21   A.  Yes.
22   Q.  Were you afraid for your safety
23  being handcuffed and having the chief of

Page 86

1  police you had sued asking you questions
2  about your lawsuit?
3    A.  Yes, sir.
4    Q.  When you got to -- Where did he
5  take you?
6    A.  To Autaugaville, Town of
7  Autaugaville.
8    Q.  When you got to the Autaugaville
9  Town Hall or police station, was there
10  anybody else there?
11   A.  No, sir.
12   Q.  How long did he keep you in
13  handcuffs?
14   A.  About fifteen, twenty minutes.
15   Q.  And the entire time he was asking
16  you about this lawsuit, did he have
17  handcuffs on you?
18   A.  Yes, sir.
19   Q.  Is that why you told him you would
20  drop it if it wasn't for your uncle, for you
21  were afraid?
22   A.  Yes, sir.
23   Q.  What did you think he would do to

Page 87

1  you?
2    A.  I don't know.  I don't know.  I
3  was just being safe for myself.
4    Q.  You couldn't do anything, could
5  you, you had handcuffs on you?
6    A.  Right.
7    Q.  Were they behind your back?
8    A.  I believe they was in front.  He
9  had them in front.
10   Q.  Did the chief have a gun at that
11  time?
12   A.  Yes, sir.
13   Q.  Okay.
14    MR. DEBARDELABEN:  That's all.  I
15  have no more.
16  EXAMINATION BY MR. HOWARD:
17   Q.  Did he pull a gun?
18   A.  No, sir.
19   Q.  Why were you scared?
20   A.  I mean, I just -- We're suing this
21  guy and, you know, he's the chief.
22   Q.  What were you scared about?  What
23  did he do to make you scared?

Page 88

1    A.  I was alone with the guy
2  handcuffed.  What do you expect.
3    Q.  Had he ever hit you before?
4    A.  I don't even know him.
5    Q.  The chief?
6    A.  No, I don't know the chief.
7    Q.  This was the first time you had
8  ever talked to him before?
9    A.  It might not have been the first
10  time.
11   Q.  He had brought you a couple of
12  speeding tickets or a couple of traffic
13  tickets; right?
14   A.  Right.
15   Q.  At that time, did he threaten you
16  in any way?
17   A.  No, sir.
18   Q.  A month ago when you spoke to him
19  about trash, were you scared when you walked
20  up and talked to him then?
21   A.  When I talked to him about the
22  trash?
23   Q.  Yes.

22  (Pages 85 to 88)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

## FREEDOM COURT REPORTING

Page 89

1    A.  I wasn't handcuffed.
2    **Q.  Well, I didn't ask you about**
3    **handcuffs.  I just asked if you were**
4    **scared.**
5    A.  No.  There wasn't anything on me.
6    **Q.  And you walked up to him; right?**
7    A.  He was right across the road
8    watching my house.
9    **Q.  Did you walk up to him?**
10    A.  Yes, sir.  I wanted to see what
11    was going on.
12    MR. HOWARD:  That's all I've got.
13    EXAMINATION BY MR. DEBARDELABEN:
14    **Q.  I want to be clear about July**
15    **3rd.  Were there any other Autaugaville**
16    **police officers at that road block where you**
17    **were arrested on July the 3rd?**
18    A.  Yes, sir.
19    **Q.  Were there officers there that you**
20    **didn't have a lawsuit against?**
21    A.  Against?
22    **Q.  Yes.**
23    A.  Yes, sir.

Page 90

1    **Q.  So there were other officers that**
2    **could transport you back to City Hall?**
3    A.  Yes, sir.
4    **Q.  Okay.**
5    MR. DEBARDELABEN:  That's all.
6    EXAMINATION BY MR. HOWARD:
7    **Q.  You said other officers.  Who were**
8    **they?**
9    A.  I don't know their names.  It was
10    -- They had a black guy and probably like
11    two or three other white guys.
12    MR. HOWARD:  That's all I've got.
13    MR. DEBARDELABEN:  That's all.
14
15
16
17
18
19
20
21
22
23

Page 91

1    C E R T I F I C A T E
2
3    STATE OF ALABAMA )
4    MONTGOMERY COUNTY)
5
6    I hereby certify that the above
7    and foregoing deposition was taken down by
8    me in stenotype, and the questions and
9    answers thereto were transcribed by means of
10    computer-aided transcription, and that the
11    foregoing represents a true and correct
12    transcript of the testimony given by said
13    witness upon said hearing.
14    I further certify that I am
15    neither of counsel, nor of kin to the
16    parties to the action, nor am I in any wise
17    interested in the result of said cause.
18
19
20    ----------------
21    CINDY WELDON
22
23

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

**A**

able 15:17
Acceptance 48:22
accident 15:17 36:17,21 37:8 37:11,17,21 38:1,6,9 39:10 39:11,13,18 41:14,15 44:1 46:10 47:14 48:4,5,11 49:15 50:6,9 50:11,17,23 54:16 55:6 57:13,14,16 62:19
accusing 79:20
action 91:16
actual 43:6 63:13
address 15:22 16:11 17:8,10 34:1,22 51:8
advised 1:20
affect 55:19,21
afraid 21:12 85:22 86:21
agency 9:17 39:21
ago 8:21 10:13 11:19 12:15 42:5 79:10 88:18
agreed 2:14 3:1 3:8,17 38:21 38:22
ahead 29:16
ain't 15:17 24:5 32:23 40:20 58:12 77:8,9
al 1:5,9 2:5,10
Alabama 1:2,14 2:2,21 4:7,13

16:7,8,12,14 17:12 91:3
Alma 27:21,23 28:1 33:11 34:7,8,9,15,19 35:5,6 78:16
ambulance 41:7 46:11
Amended 1:15
answer 7:7,11 7:13
answers 91:9
Antonio 28:3 31:23 32:1 35:7
anybody 20:19 20:22 21:15 63:23 64:4 72:18 76:10,23 85:3 86:10
appear 52:23 53:1,16 67:22 68:2 71:17,18 72:14
April 1:18 2:21 57:17,21
area 31:15,19 38:10
argue 61:8
arrangements 38:15
arrest 12:18 51:14 61:15
arrested 9:13 11:16 18:7 45:6 51:1,3,19 52:3,8 53:9 62:5,8,20 63:3 63:9 66:22 71:10,15 73:16 76:5 78:10 84:17 89:17
arrests 63:6 72:7

arrive 39:21
asked 20:13 41:2,3,4,7 46:12 60:3 75:5 89:3
asking 10:10,15 66:11 78:9 80:3,8 86:1,15
assign 3:12
assume 7:8 39:19
ate 73:13
aunt 31:4,5
Autauga 9:18 11:6 12:19 16:9 29:10 30:15 56:13,15 62:1,3 63:4 72:8
Autaugaville 1:8 2:9 9:13 11:22 12:1,8,12 13:10,22 17:12 18:4,16 20:3 22:13,15 23:14 23:23 24:4,9 24:12,22 25:6 25:9,10,14,17 25:20 29:17 32:8 33:6 35:15,19 36:1 39:23 40:3,4 41:1 43:14,16 44:10 45:5,12 45:17,20 46:6 47:11 49:19 57:10,21 59:5 62:5 63:20 70:3 71:14 72:2,9,13 74:2 74:4 81:19 86:6,7,8 89:15
Autaugaville's 53:4

automobile 36:17
AVENUE 4:6
a.m 2:22

**B**

baby 23:19
back 15:1,11,16 15:18 17:6 19:4 24:9 37:16 39:12 49:6 50:15 54:3 57:2 60:18 61:11,12 64:8,14 65:1 85:17 87:7 90:2
background 7:2 18:12,13
backwards 34:12
bad 43:5 54:20
barbecue 73:17
based 62:5
believe 14:10 36:6 49:22 55:3 76:7,10 87:8
belt 72:22
Beretta 47:6,7 47:23 48:11
best 13:23
better 43:22
big 15:10 23:8 58:12 76:9
bigger 58:13
bills 84:3
birth 7:20
birthdate 32:4,5
birthday 32:20
bit 37:18
black 90:10
blew 48:13
block 37:1 70:21

71:10 73:1 89:16
book 67:6
booked 67:8
born 32:7,10,11 32:16,19 33:3 33:5,7
bought 46:15,16 46:17,20 47:13 49:5,10
break 7:5 77:18
bring 85:15
Bristol 27:19,21 33:11 34:7,8 34:15,19 78:16
Britt 36:8 80:19
broom 20:7
brothers 29:9,12 30:10,14 31:13
brought 53:13 85:11 88:11
brung 51:6
burn 15:19
burned 16:19
burnt 15:15
buy 47:8
buying 49:7

**C**

C 4:1 91:1,1
call 38:21
called 26:5 71:9 75:13
calls 39:19
Calvin 30:2,8
Capella 58:5
car 14:15,21 37:5 41:8 46:15 47:1,13 47:16,19,19 48:7,14 49:4 49:10 50:1 52:13 53:22 54:6 60:2,18

60:21 61:3,11
61:12,14 64:2
64:4,6,8,11,14
64:18,19 65:2
66:23 76:8,9
76:13 79:12
85:7,18
**card** 41:18 43:5
43:6
**care** 19:2 84:7
**Carmichael**
2:20 4:12
**Caroline** 37:5
38:4
**Carolyn** 46:10
50:13 57:15
**cars** 45:16 50:3
**case** 1:7 2:7 9:8
44:17 61:17
74:12 81:3,6,7
81:8
**catch** 16:21
**cause** 91:17
**caused** 16:21
**Certified** 2:18
**certify** 91:6,14
**charge** 9:1,14,15
11:1,5 12:9
13:11 14:6
15:5 18:8
43:13,16 53:17
55:20 57:1
62:12 63:11
**charged** 9:19
10:1
**charges** 11:12
12:14 14:8
**check** 58:19
60:11 68:19
70:23 71:10
72:19,21,22
**checks** 43:1
**Chevrolet** 47:3
47:22 48:11

**Chevy** 58:4
**chief** 21:3,5
35:20 36:10
51:1,7 54:19
55:1,3 70:18
74:5 79:2 81:2
82:2,6,8 85:2
85:10,13,23
87:10,21 88:5
88:6
**children** 27:4
28:2 31:22
33:18
**Cindy** 1:15 2:18
91:21
**City** 25:9 54:8,9
54:11 62:20
68:18 90:2
**Civil** 1:14
**claim** 26:22 27:8
75:16 76:1,2
78:17
**claims** 75:11
**clean** 56:6
**clear** 89:14
**closet** 76:15
**code** 38:10
**coke** 7:9
**come** 37:1 39:13
44:17 56:2
59:11 66:19
**coming** 59:12
**Commissioner**
2:19 3:18
**company** 19:18
19:19 38:12,19
**compensation**
26:19,22
**complaint** 65:14
74:8 75:12,21
**complaints**
74:11,14
**compliance** 3:4
**computer-aided**

91:10
**concepts** 75:23
**confused** 69:11
69:13
**contact** 38:13
56:3
**contacted** 38:14
**continue** 48:10
**correct** 11:2
12:12,16 17:18
21:7 23:9 32:9
33:6 35:8,9
45:9 49:18
52:1 53:6,18
54:16,19 55:2
62:2,13 67:10
72:10 75:6
84:18,21 91:11
**Corsica** 47:4,5
**cost** 81:13
**counsel** 2:16 3:9
3:11 91:15
**count** 29:14,16
**county** 9:18 11:6
12:19 16:10
29:11 30:15
49:23 50:1
56:14,15 59:13
62:1,3 63:4
66:16 67:2
72:9 91:4
**couple** 32:7
37:12 88:11,12
**course** 26:7
**court** 1:1,21,22
2:1 3:5 6:5
11:4 35:3 46:5
55:10,11 56:23
57:6 68:14,18
68:21,22 69:17
69:22 74:12,17
74:20,23
**Crystal** 20:7,10
20:14 21:16,20

21:22 22:2,6
22:12 25:7,19
26:13
**currently** 14:15
20:6
**Curtis** 36:15
**cutting** 17:21

─── **D** ───

**D** 5:1
**dark** 66:3,6,7,9
66:10
**date** 7:20 55:11
65:15
**dates** 32:14
56:23
**Davis** 47:10
**day** 1:18 50:18
51:10 52:8
54:12 63:14,16
65:4,9,10
69:14,23 70:4
70:10 71:19
72:15 73:5
76:21 79:22,23
**days** 23:15,17
47:14
**DEBARDEL...**
4:4,5 5:5 6:9
84:15 87:14
89:13 90:5,13
**DEFENDANT**
4:9
**defendants** 1:10
2:11 6:20
**delivering** 1:16
**department**
12:19 13:1
22:22,23
**departments**
23:9
**deposition** 1:12
2:16 3:2,3,14
3:18 91:7

**depositions** 3:6
**deputy** 13:17
**describe** 58:10
**Dewon** 28:7
31:23 32:2
35:7
**different** 17:17
23:8,16 31:4
31:19
**differently**
75:16 76:3,10
76:17
**difficult** 32:14
**disability** 26:16
**disciplined** 22:3
**dismissed** 56:18
**Distributing**
9:20
**distribution**
11:1,13 45:6
62:12 63:11
**DISTRICT** 1:1
1:2 2:1,2
**DIVISION** 1:3
2:3
**doing** 62:17
81:10
**dollars** 39:1
**domestic** 78:17
**Donnie** 36:3
40:13,15 80:16
**door** 40:1
**draft** 75:20
**drive** 14:15,18
14:20 16:13,16
17:4,7 18:5
44:10 45:16
46:21 48:10
79:11,14
**driver's** 7:22 8:4
9:6,11 11:2
12:8,21 14:11
14:16 15:1
37:23 41:10,11

# FREEDOM COURT REPORTING

42:1,6,12,15
42:17 44:3,4
44:13 46:5
51:21 53:2
55:7 58:19
59:18 60:3,7
67:14 70:23
71:7
**driving** 9:10
12:4 37:5
45:19 50:13
51:5 52:21
53:2,17 54:23
55:11,18 56:17
58:4 70:13
73:22 75:3
77:11
**drop** 19:1 20:20
21:6,16 67:5
81:3 86:20
**dropped** 18:22
55:11,12,13
67:7 84:10
**drug** 9:1,14,15
12:9,14 13:10
14:6 15:5 18:8
22:5,8 43:13
55:20 61:17
**drugs** 80:10
**dude** 45:18
**duly** 6:2
**duties** 22:18

**E**

**E** 4:1,1 5:1 91:1
91:1
**earlier** 52:5
61:18 81:1
**education** 20:2
**educational**
18:11,13
**effect** 3:4
**effective** 1:15
**eight** 51:12 66:4

**eighteen** 24:23
**either** 6:19
55:16 82:13
**Elijah** 29:19
30:5
**employed** 25:10
**employees** 24:6
**employers** 24:6
**employment**
19:12 24:10
**enforcement**
13:19 39:20
**entire** 86:15
**equal** 75:14
**et** 1:5,9 2:5,10
**evening** 65:5
**everybody** 58:21
59:3
**evidence** 3:14
**exact** 66:14
**EXAMINATI...**
5:3 6:4 84:15
87:16 89:13
90:6
**exhibits** 1:19
**expect** 88:2
**expires** 15:7
**explain** 74:21

**F**

**F** 91:1
**failed** 19:6 22:5
22:8
**failure** 52:23
53:1,16 67:21
68:2 71:16,18
72:14
**fair** 10:14
**fairly** 81:17
**family** 27:11,14
**far** 14:19
**father** 30:9
**faults** 77:10
**February** 70:6,7

73:19,21,22
**feelings** 23:22
**feels** 81:17
**felony** 10:8,8
**felt** 76:14
**fender** 48:9
**field** 22:19
**fifteen** 17:15,16
86:14
**figure** 32:17
68:3 82:23
**filed** 1:22 26:21
65:14 78:16,20
79:3 80:13,17
**filing** 3:17
**find** 61:22 69:7
82:22
**fine** 6:8 15:10
54:13 61:23
80:6
**fines** 61:21
63:11
**fire** 15:14 16:21
16:23 24:12
**fired** 23:16
24:15,18 36:7
46:3
**firing** 23:23 24:4
**first** 6:2 11:15
33:5 39:20
58:3 59:23
62:12 85:15
88:7,9
**five** 19:20 25:2,3
32:22 33:4
**fixed** 22:17
**fixing** 65:20
**follows** 6:3
**force** 3:3
**foregoing** 91:7
91:11
**forgot** 10:12
32:6 40:8
**form** 3:10

**four** 12:15,20
13:22 27:5,7
29:17 32:1,2
62:9 71:21
72:7
**free** 7:4
**Freeman** 29:19
30:7
**frighten** 85:20
**front** 37:2 87:8,9
**full** 3:4 6:10
**further** 2:23 3:7
3:16 91:14
**future** 15:1

**G**

**garbage** 80:5
**GED** 19:5 20:4
**general** 7:2
**getting** 15:12
23:4 66:2,6,10
**girl** 14:17
**girlfriend** 27:13
**give** 37:19 60:10
80:6 83:23
**given** 63:1,2
91:12
**giving** 84:10
**Glen** 29:8,10
**go** 9:21 10:18
11:4 14:18
15:10 18:14
19:15 29:16
39:17 40:10
43:18 50:8
54:6 57:2,5
60:18 64:8
68:13,18 69:21
76:11,13
**goes** 36:23,23
**going** 6:22 7:8
9:4,9 15:16
19:23 26:1
57:15 73:16

74:12 83:14,16
85:14 89:11
**golf** 26:7
**good** 17:22
40:20 58:9
**Goshen** 30:22
**Goson** 30:21
31:8,17
**government**
27:2
**grade** 18:17,23
**graduate** 18:19
18:21
**grandmother**
79:15
**grandmother's**
79:16
**grounds** 3:12
**group** 75:15
**grudge** 77:1,3,5
**guess** 10:15 20:4
40:22 47:19
51:2 58:17
62:12 65:2
66:11,22
**guessing** 40:22
**guilty** 55:16,17
56:20 68:8,17
68:22 69:16
71:6 74:14
75:9
**gun** 77:23 78:2,7
78:11,13 87:10
87:17
**guy** 50:23 73:20
76:9 80:10
87:21 88:1
90:10
**guys** 23:10
90:11
**G-O-S-O-N**
30:23 31:9

**H**

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

| | | | | |
|---|---|---|---|---|
| hair 40:18 | hot 76:13 | issued 61:22 | Kevin's 35:21 | 83:14 84:7 |
| Hall 68:18 86:9 | hour 50:7 | | kids 27:6 33:17 | 87:2,2,21 88:4 |
| 90:2 | house 15:15,19 | **J** | kin 28:22 29:1 | 88:6 90:9 |
| handcuffed | 15:22 16:18 | Jackson 36:15 | 91:15 | knowledge 17:2 |
| 85:23 88:2 | 17:3 37:15 | 80:12 | kind 40:9,17,19 | knows 82:21 |
| 89:1 | 50:12 51:1,8 | jail 9:21 10:18 | 47:1 56:3 | |
| handcuffs 54:1 | 68:18 73:14,16 | 54:7,8,9,11 | 58:13,14 69:11 | **L** |
| 79:7 84:20 | 89:8 | 67:2 76:5 | 74:23 81:21 | L 2:13 |
| 85:18 86:13,17 | Howard 1:16 | Janice 28:10 | knew 44:2 45:22 | lady 41:6 47:9 |
| 87:5 89:3 | 4:10 5:4 6:4,7 | 29:6 30:13 | 46:6 77:14,16 | Lake 20:7,10,14 |
| happen 65:20 | 6:20 77:17 | Jay 35:20 | knocked 48:8 | 21:16,20,22 |
| happened 15:17 | 84:14 87:16 | Jim 4:4 7:5 | know 6:14,18 | 22:2,6,12 25:7 |
| 32:17 39:6,18 | 89:12 90:6,12 | 77:17 | 7:6,22 10:7,9 | 25:19 26:13 |
| 41:4 52:16 | hundred 39:1 | job 19:3 26:1,12 | 10:11,12,15,17 | Laquandra 28:9 |
| 55:5,8 57:16 | | 38:6 43:9,12 | 14:20,22 15:7 | 31:23 32:2 |
| 59:7 67:12,23 | **I** | 43:17,17,18,20 | 23:20 24:7 | 35:7 |
| 68:4 69:15,18 | ID 43:3 | 44:18,20 | 34:22 35:1,15 | law 13:19 39:20 |
| 71:2 74:7 | idea 69:6 | jobs 19:13 25:21 | 37:7,19 38:7 | 82:19 83:4,5 |
| 79:19 83:13,18 | identification | 25:22 | 38:10 39:22 | laws 3:5 |
| Hardy 28:3,4 | 42:21 | Johnson 4:16 | 40:7,8,16,22 | lawsuit 6:21 7:1 |
| head 7:14 40:18 | ill 23:22 | 36:10 54:19 | 41:6,23 42:5 | 20:10,15 21:6 |
| 48:13 | illegal 9:20 | 55:1,3 74:5 | 42:10 43:9,22 | 21:17 24:19 |
| hear 10:3 | 14:20 | 79:2 82:3,6,9 | 44:1,5,6,19 | 74:5 78:20 |
| hearing 91:13 | income 27:3 | Jones 16:7,8,12 | 45:20 46:23 | 79:3 80:13,16 |
| heat 76:14 | indicated 42:11 | 16:13 26:9 | 49:23 51:4,19 | 82:16 83:7,10 |
| heavy 58:13 | information | Joyce 30:18 31:1 | 52:17 55:13,15 | 84:11 85:12 |
| held 76:23 | 41:8 | 31:2,3,5 | 55:22 56:16 | 86:2,16 89:20 |
| help 37:14,18 | insurance 12:22 | Joyce's 31:11 | 58:7,16,23 | lawyer 68:13 |
| 84:3 | 37:20 38:12,19 | Jr 28:3 29:19 | 59:1,2,4 60:12 | 74:7,9 75:21 |
| helping 82:15 | 46:13,22 47:20 | 30:5 | 60:14 63:2 | 82:22 83:15,17 |
| he'll 32:22 33:4 | 48:19,21 49:1 | Juanita 30:18 | 64:3,21 65:23 | 83:19 |
| High 18:16,18 | 49:3,5,9 52:1 | 31:2,3,4 | 66:8,10,12,12 | lawyers 75:22 |
| 20:3 | 55:1,7,18 | Juanita's 31:1,6 | 66:14 67:17,19 | lay 19:22 |
| Highway 59:12 | 56:21 57:1,6 | judge 11:9 43:18 | 67:19,20 68:5 | layer 19:21 |
| 66:15 | interaction | 74:21 75:1,5 | 68:7 69:10,19 | leading 3:10 |
| history 9:10,11 | 77:22 | July 73:2,4,6,9 | 69:20 70:15 | leave 23:13 |
| hit 88:3 | interested 91:17 | 84:17 89:14,17 | 71:15,20,22 | left 30:1 36:11 |
| hold 23:22 26:12 | investigation | jump 26:13 | 72:4,22,23 | 36:12 43:14 |
| 67:16,18 69:3 | 17:1 | Junk 48:16 | 73:1,3 74:3,6 | 85:5 |
| 69:5,7,8,10 | involved 36:16 | juvenile 10:2,5 | 75:20 77:5,6 | legal 10:8 |
| 71:4 77:3,5 | involvement | | 78:3,4,9 79:15 | let's 39:17 |
| Holidays 26:5 | 6:23 9:12 | **K** | 80:4,11 81:14 | Levan 4:16 |
| Holtsford 2:20 | 12:23 81:15 | keep 56:5 62:17 | 82:3,4,11,13 | 36:10 |
| 4:11 | 83:1 | 86:12 | 82:18 83:3,4,5 | Lewis 29:21 |
| | | Kevin 35:21 | | |

# FREEDOM COURT REPORTING

license 7:22 8:5
  8:14,22 9:6,11
  11:2 12:4,9,21
  14:11,16,21
  15:1,4 38:1
  41:10,11,17,19
  41:20 42:1,4,6
  42:12,15,18
  43:5 44:3,4,14
  44:21 45:12,15
  45:21 46:5
  51:21 52:22
  53:18 55:1,7
  58:19 59:19
  60:3,7,20,22
  67:14 68:10
  70:23 71:7,10
  72:19,21 77:12
lights 59:8,16,17
limit 15:3,6
list 40:10 52:4
little 17:22 23:2
  37:18 40:18
  55:23
live 16:5,15 17:7
  17:13 18:8
  28:10,13,14
  29:10,17 30:10
  30:14 31:14
  34:2,6,20 35:4
  35:8,11 47:11
lived 16:2 17:17
  18:4
lives 35:2,3
locations 17:17
Lois 29:20,22,23
long 10:13,17
  15:4 16:2,15
  17:13 21:19
  24:21 42:4,9
  48:10 50:5
  54:10 76:8,14
  86:12
longer 25:13

look 43:22
looked 37:2
  40:16,18 58:10
loose 44:20
lose 43:4,6
lost 15:15 41:22
  43:9 44:19,21
  45:21
lot 9:4,7,10

**M**
mad 24:3,5
MADISON 4:6
maintenance
  22:19
majority 22:16
  70:22
making 68:23
  69:4 81:7
man 64:1
manufacturer
  20:8
married 27:6,10
  27:12 65:8,9
  65:10
Martin 36:3
  40:13 80:16
Mary 37:5 38:4
math 17:23
matter 49:11
Matthews 1:5
  1:12 2:5,17 6:1
  6:12,16,19
  21:10,17 27:18
  29:8,10 30:3,4
  30:6,7,8,8
  31:18
mayor 36:13
  80:12 81:22
  82:12
ma'am 6:7,9
McCollum
  35:23 40:11,13
  73:20 78:20

McKenzie 27:17
  27:18 31:23
  32:1 33:4 35:4
McKenzie's
  32:4,5 34:9,16
McMichael
  35:20
McNabb 35:21
  49:22
mean 19:14 24:2
  24:11 37:1
  39:15 44:5
  46:1 58:18
  67:9 68:10
  74:16 76:7,22
  77:6 82:21
  83:8 84:2
  87:20
means 10:9 91:9
met 61:5
Michael 21:10
  21:17 35:23
  40:10,13 78:19
middle 1:2 2:2
  6:13
Mike 29:19
Mike's 30:3
  73:13
mile 30:11 31:15
miles 30:11
mind 44:7
mine 27:9 29:16
  41:22
minutes 77:18
  86:14
missing 23:15
  23:17
Mitchell 16:13
  16:16 17:4,7
  18:5
mom 34:17 65:8
  65:9,10
Monday 48:6
  50:19

money 27:1
  61:22 81:12
  82:16,16,18
  84:1,10
Montgomery
  2:21 4:7,13
  30:11 31:15
  34:21 35:11
  91:4
month 15:21
  16:19 39:1
  79:10 88:18
months 10:20
  15:8 46:2
mops 21:23
morning 36:22
  51:12
mother 17:9
  20:16 31:13
  34:10 49:1,4
mother's 20:17
  27:20 48:1,4
  48:18,19 69:14
  69:23 70:3,9
  71:19 72:15
  76:21 77:7
Motley 31:12,17
motorcycle 37:3
  50:14
moved 38:7,7,10

**N**
N 2:13 4:1 5:1
name 6:11,13,19
  9:16 20:17
  21:9 26:8
  27:16,20 29:23
  30:3,20 31:1,7
  31:11,19 35:21
  40:9 47:23
  48:2,4,18,19
  49:5
named 47:9
  73:20 80:16,21

names 28:1 29:5
  29:18 30:17
  31:20 39:22
  40:20 58:9
  90:9
near 66:15
necessary 3:8
need 7:4,5,9,12
  78:22 84:5
needed 37:15
neither 91:15
nervous 40:9
never 9:2 11:23
  39:2 65:21
  82:10 84:12
newspaper
  20:12
night 73:15 79:6
ninety-nine
  75:22
ninth 18:17
Nix 2:20 4:11
North 16:1,2,5
  17:11,13 18:4
  18:8 28:11
  29:2
NORTHERN
  1:3 2:3
nose 56:5
Notary 2:19
notes 34:11
  62:11,23
notice 3:17
November 65:7
  65:8,10,11,17
  66:7,8,9 68:1
number 1:7 2:7
  7:18,23 42:1,6
  60:10,13,18
  64:8,18

**O**
O 2:13
objections 3:9

3:12
obtained 19:4
occur 12:2
occurred 11:18
11:21
October 32:6
65:6
offender 10:2,4
10:6,19
offered 3:14
officer 9:17
39:20 40:23
44:2 46:9 49:8
49:18 51:7
56:9,10,12
58:6,7 60:1
61:6,9,13
63:18 77:23
80:15,21
officers 9:13
35:16,18,22
39:9,13 40:4
49:21 56:3
63:21 66:19
70:19 74:5,13
78:21 89:16,19
90:1,7
officer's 52:13
53:21 54:6
offices 2:20
Oh 38:5 47:15
54:12 57:14
85:6
okay 7:17 10:10
12:7 13:9
21:13 23:17
28:6,8 29:7
30:9 34:19
40:21 43:19,21
45:2 46:4,8
50:1 61:5
66:18 68:6
69:12 72:17
74:3 76:20

82:23 87:13
90:4
old 16:22 31:22
33:8
once 70:1 81:2
oral 1:17
order 32:18 45:1
organization
49:21
original 1:17
outstanding
51:14
owns 28:18
o'clock 51:11,12
66:2,5

**P**

P 2:13 4:1,1
PAGE 5:3
paid 61:21 69:20
paper 7:17
paperwork
46:18
parents 29:5
parked 59:8
Parker 28:9
33:17,19 34:6
34:9,13
part 35:1
particularly
9:12
parties 2:15
3:11 91:16
pay 15:10 37:16
38:17,21,22
54:13 69:17
71:3,5 80:6
82:17 84:3
paying 49:6
61:23 63:10
67:15
payment 26:16
38:15 39:5,6,8
payments 39:3

68:23 69:2,4
people 31:4
75:13,15
percent 75:22
person 23:5 37:5
phonetically
58:5
Picket 16:1,3,6
17:11,14 18:4
18:9 28:11,14
29:3 37:1 51:9
59:11
pipe 19:21
pipes 19:22
22:17
place 26:4 28:15
29:2
placed 84:20
places 20:1 26:3
26:10
PLAINTIFF 4:3
Plaintiffs 1:6 2:6
plan 19:7
planning 82:11
plans 14:23
plate 60:20,22
plea 75:2,6
plead 68:8 71:6
pleading 74:13
please 1:20 6:10
pled 55:16,17
56:20 68:17,22
69:16 75:9
point 50:15
64:12
police 9:13
12:23 35:16,18
39:9,13,19,20
40:23 44:2
46:9 49:8,18
49:20 53:21
54:6 60:15
61:6,8 63:18
63:20 64:19

66:18 70:19
74:4,13 77:23
78:21 85:18
86:1,9 89:16
policeman 13:13
politics 81:19,21
Prattville 11:7,8
13:7,12 14:4
14:11 18:17,19
20:3 26:5,8
52:12,13,14,18
53:10,21 54:5
62:20 67:3,4
72:8
Prattville's 53:5
present 4:15
63:21 85:3
prior 3:14
probably 12:15
42:2 46:2
90:10
probation 10:1
55:20 56:4,9
56:12 61:20
78:14
problem 24:7
Procedure 1:14
procedures
74:11
Progressive
38:20
proof 57:1
protection 75:14
Public 2:19
pull 58:15 59:21
64:2 87:17
pulled 37:2 58:6
59:22
pulling 58:21
59:3
pursue 81:7
82:15
pursuing 81:6,8
put 6:17 32:18

44:23 49:4
54:1,3 64:5,11
66:23 67:15,17
69:3,5,6,8,10
71:4
puts 17:6

**Q**

question 7:4,6,7
43:5 54:20
questioned
13:13
questions 3:10
3:11 6:23 7:1,2
7:12 8:10 9:5,7
9:10 41:2,9
46:8 75:1
78:23 86:1
91:8
quit 84:9

**R**

R 4:1 91:1
radio 64:4,9
raising 27:7
ran 81:22
Raymond 28:19
28:20,22
read 44:6
reading 3:1
really 58:8
reason 21:14
22:3
reasons 21:13
receive 25:8
49:14 50:16
54:15,18 63:13
70:8
received 13:10
18:1 25:5
26:15,18 27:1
54:22 55:6
57:9,20 70:2
72:14,17
receiving 50:21

| | | | | |
|---|---|---|---|---|
| 73:18 | **Ricardo** 1:5,12 | saw 79:10 | short 17:22 | 59:20 60:19 |
| recess 77:20 | 2:5,17 6:1,12 | saying 23:9 | 40:17 77:20 | 61:7,10,19 |
| record 21:4 | 6:16 | 44:21 85:13 | shorter 40:17 | 62:6,16,21 |
| referenced | **Rick** 1:16 4:10 | says 63:1 | 58:14 | 63:5,8,15,19 |
| 65:13 | 6:19 | scared 81:4 | Shorthand 2:18 | 64:1,5,10,13 |
| regarding 83:7 | right 8:7 12:2,10 | 87:19,22,23 | shot 77:23 78:2 | 64:20,23 65:3 |
| registration | 17:21 18:6 | 88:19 89:4 | 78:7 | 65:12,16 66:21 |
| 60:4,6 | 23:7,12 27:11 | scene 39:10,11 | show 12:11,20 | 68:9,12,16 |
| reinstated 9:3 | 27:15 31:20 | 39:14 44:1 | 13:21 42:17 | 70:16 71:8,12 |
| relating 3:5 | 32:7 33:10 | 46:9 49:15 | showed 40:5 | 72:3,11,20 |
| relatives 31:18 | 34:14,18 36:6 | 50:6 54:16 | 46:18 | 73:11 74:22 |
| 35:11 | 38:6,17 42:16 | 66:19 | shows 38:9 | 75:7,10 76:22 |
| remain 74:18 | 42:20 43:23 | school 18:14 | side 59:9 | 78:12,15,18 |
| remember 8:16 | 45:3,7,10,14 | 19:16 20:3 | signature 3:1 | 79:1,5 80:14 |
| 8:19 11:9 14:1 | 48:5,20 50:2 | 25:18 | silent 74:18 | 80:18,23 81:20 |
| 16:11 32:14 | 51:18,22 52:2 | seat 54:3 72:22 | sir 8:1,9,13 10:5 | 82:1,7,10 |
| 39:7 40:19 | 53:7,15,19,23 | Seborn 20:18 | 11:3,17,20 | 84:19,22 85:19 |
| 41:3 51:3,15 | 54:12 56:7 | 29:6 30:1,13 | 12:13,17 13:14 | 86:3,11,18,22 |
| 51:16 52:3,6 | 57:18,19 62:19 | 30:20 31:2,17 | 13:16,18 14:2 | 87:12,18 88:17 |
| 52:15,20 58:8 | 63:12 64:5,16 | second 62:18 | 14:5,7,14 15:2 | 89:10,18,23 |
| 61:1,4 63:7 | 64:19 67:11 | security 7:18 | 17:5,19 18:10 | 90:3 |
| 65:17 72:16 | 69:1 71:1,19 | 60:10,13,17 | 18:20 19:8,11 | sisters 29:9,12 |
| 73:9,17,18 | 74:18 77:15 | 64:8,18 | 19:17 20:5 | 30:10,14 31:14 |
| 78:6 | 79:16 80:7 | see 32:23 37:3 | 21:8,18 22:4,7 | sit 76:8,13 79:16 |
| remembered | 87:6 88:13,14 | 44:21 45:3 | 22:10,20 24:14 | sitting 13:21 |
| 42:3 | 89:6,7 | 89:10 | 24:17,20 25:11 | 85:17 |
| rent 28:16,17 | road 2:21 4:12 | seen 41:14 46:19 | 25:15 26:17,20 | situation 81:16 |
| renting 16:20 | 50:11 59:9,13 | 59:10 | 26:23 28:5,12 | six 15:8 46:2 |
| repeat 7:6 | 66:16 70:21 | Segers 36:5 | 29:4,13 30:12 | 66:2 |
| report 38:9 | 71:9 72:23 | 40:14 80:22 | 30:16 31:16 | sixteen 13:8 |
| 41:15 | 89:7,16 | sell 48:14 | 33:15,20,23 | small 23:5 |
| Reporter 1:21 | Robert 26:8 | selling 80:10 | 34:23 35:13,17 | snake 78:1,2,7 |
| 2:18 6:5 | Rule 1:13 | send 68:19 | 36:2,4,9,18 | social 7:17 60:10 |
| represent 6:20 | rules 1:14 3:5 | sentenced 45:8 | 37:6,9,22 38:2 | 60:12,17 64:7 |
| 57:16 | run 60:11 82:12 | separate 22:23 | 38:11,18 39:12 | 64:17 |
| represents 91:11 | ——————— | set 19:9 | 41:16 42:23 | sold 48:16 |
| respectfully | **S** | seven 32:3 51:11 | 44:8,12 47:12 | somebody 39:18 |
| 10:16 | S 2:13 4:1 | seventy 30:10,11 | 47:17,21 48:1 | 64:19 76:1,3 |
| respective 2:16 | safe 87:3 | 31:14 | 48:8 49:2,16 | 83:5 |
| restate 54:21 | safety 85:22 | Shacara 47:9,9 | 49:19 50:4,18 | son 19:2 23:21 |
| result 10:23 | Sally 33:17,18 | shake 7:13 | 50:20 52:9 | sorry 31:6 62:17 |
| 91:17 | 34:6,9,12 | sheriff 13:17 | 53:7 54:4,17 | sound 57:17 |
| retained 1:21 | Sam's 42:21 | Sheriff's 12:19 | 55:4,14 56:19 | Sounds 57:19 |
| revoked 73:23 | sat 79:11 | shoes 29:15 | 56:22 57:3 | South 28:14 |

speak 7:12
speaking 77:8,9
special 73:8,10
speeding 9:5
    11:21,23 13:2
    13:4,11 14:3
    18:2,2 58:18
    88:12
spell 6:13,15,18
spelled 58:5
spend 23:20
spoke 79:13
    81:1 88:18
spoken 7:16
    20:9,14 37:10
    37:13 78:19
    79:2,4
start 68:23
state 6:10 13:7
    13:15 14:4
    91:3
statement 21:11
STATES 1:1 2:1
station 86:9
status 10:19
stay 26:14 54:10
    59:4 79:15
stayed 50:10
stenotype 91:8
step 61:14
Sterns 56:10
STIPULATED
    2:14,23 3:7,16
stipulations 6:6
stop 59:6,9
    66:20
stopped 12:7
    13:12 60:15
    62:23 76:21
stopping 15:12
store 36:23
    52:12 53:20
    59:11,12
straight 21:5

54:14
straighten 84:16
street 16:1,3,6
    17:11,14 18:5
    18:9 22:22
    28:11
streets 23:2
strike 74:10,19
    83:23
Stubbs 28:7
study 20:4
stuff 23:16
    37:14 41:7
    43:1 45:1
    74:19,21
substance 9:20
sue 38:12,20
sued 86:1
suing 74:4 82:14
    87:20
Sunday 36:22
supposed 41:21
    46:21 49:6
    56:2
sure 21:4 48:17
    52:7
suspended 8:6,7
    8:14,15,22 9:2
    9:6 12:5 14:11
    15:4,9 41:17
    42:18 44:3,4
    45:13,15 51:5
    52:22 53:2
    54:23 55:12
    56:18 60:8
    70:13 75:3
suspicious 58:17
sworn 6:2

_____
T
T 2:13,13,17 6:1
    6:16 91:1,1
tag 60:23 61:3
    63:1

take 7:4 14:17
    19:2,7 29:15
    52:10 66:23
    76:12 77:17
    84:7 86:5
taken 1:18 2:17
    19:6 46:10
    71:13,23 77:21
    91:7
talk 7:5 19:23
    40:23 61:13
    63:23 64:9
    79:21 83:14
talkative 58:14
talked 35:12
    64:1,3 79:23
    80:12,15 83:7
    88:8,20,21
talking 13:2
    42:20 53:12
    61:18 64:19
    67:13,23 69:9
    73:14 74:13
    85:4
tax 27:3
tell 21:2 36:21
    42:11 45:4
    50:21 58:3
    59:6 66:12,13
    74:18 76:23
    77:2 83:17,22
    84:9,12
telling 75:4
tenth 18:18
terminate 24:10
test 19:10 22:5,8
testified 6:2
testimony 1:18
    91:12
thanks 75:4
thereto 3:15
    91:9
thing 59:23
    83:12

things 22:16
    44:22
think 14:12
    40:15 51:15
    52:11,23 53:3
    69:19 75:4
    76:16 77:6,18
    78:22 86:23
third 62:22
Thirty-nine
    10:20,22
thought 35:10
threaten 88:15
three 11:19
    12:15 17:6,17
    21:21 22:1
    27:6,8 28:2
    32:2 33:17
    62:9,9,11
    71:21 90:11
ticket 11:23 12:3
    13:4,11 14:3
    14:10 25:8
    33:6 39:16
    51:20,23 54:23
    62:22 63:1,3
    63:10,14 67:12
    67:22,22 68:4
    69:9,10,13,15
    69:22 70:9,14
    71:2,19,21
    72:14 73:19
    76:4
tickets 9:5 11:22
    12:11,20 13:2
    13:9,22 18:2,3
    18:3 25:5,12
    32:8 33:13,22
    34:16 49:14
    50:16,22 51:6
    51:17 53:14
    54:15,18 55:5
    55:19 57:8,9
    57:11,12,21

68:15 70:3
71:22 72:18
75:2,8 76:18
88:12,13
Tierre 6:12
time 3:13,13
    9:23 10:1
    11:15 15:3,6
    18:1 23:20
    26:2 33:5,9,12
    33:16,21 34:16
    36:11 37:20
    38:1,3 42:3,4,9
    42:12 49:23
    51:10 56:15
    57:7 58:23
    59:5,19 60:21
    62:19,22 65:4
    65:23 66:6,9
    66:14 84:6
    86:15 87:11
    88:7,10,15
times 19:9 37:12
    43:11 57:5
    62:7,9,10
    69:21 77:7
    79:8
title 47:22
titled 48:3,17
Titus 28:19,20
    28:21,22,23
today 6:22 13:21
told 20:19,22
    21:5,15 42:7
    46:7,16,20
    49:9 56:5 59:9
    60:1,7 61:14
    68:23 74:6
    81:2 82:5 83:9
    83:10,12,13,20
    86:19
tore 48:12
totaled 48:7
touch 82:21 83:4

| | | | |
|---|---|---|---|
| **town** 1:8 2:9 19:20 22:13,14 23:2,13,23 24:3,9,12,21 25:10,13,17,20 35:1,14 43:8,9 43:14,15 44:10 44:15 45:5,9 45:12,17,20 46:6 71:14 72:1 74:4 86:6 86:9 **towns** 23:5,8 **trade** 19:15 **traffic** 18:3 25:5 25:8 32:8 33:5 33:22 50:16 51:17 53:13 54:15,22 57:8 57:11,12,21 63:10,13 68:14 71:18,20 72:13 72:18 73:19 88:12 **trailer** 15:14,19 15:23 16:18 17:3 **trained** 19:19,21 **training** 18:15 19:13,13,16 **transcribed** 91:9 **transcript** 1:17 91:12 **transcription** 91:10 **transferred** 18:17 **transport** 90:2 **trash** 80:2,3 88:19,22 **treated** 75:12,16 76:2,3,10,16 81:17 **Trent** 26:9 | **trial** 3:13 **tried** 10:13 **trooper** 13:8,15 14:4 **trouble** 55:23 56:1,8 75:23 **trucks** 44:11 45:16 **true** 91:11 **try** 26:12 82:22 **trying** 32:12,13 32:15 37:14,16 37:18 44:23,23 68:3 75:19 82:23 **Tulane** 35:3 **turn** 41:21,22 **turned** 59:12,13 59:14 **twelfth** 18:18,22 **twenty** 9:1 86:14 **twenty-five** 17:20 **twenty-one** 8:23 **twenty-three** 25:1 **two** 8:21 11:18 16:17 31:3 33:8 37:4 44:19 47:15 51:6,17 53:13 57:8,11,12 58:2 76:6 90:11 **type** 13:19,20 16:23 19:13 26:15 **Typically** 9:6 ___ **U** ___ **U** 2:13 **Uh-huh** 62:14 **ultimately** 24:10 **uncle** 20:21 21:7 | 73:13 81:3,7 81:11,18 82:2 82:15,20 83:6 83:9,23 84:2 86:20 **uncle's** 21:9 81:15 83:1 **uncomfortable** 76:8,14 **understand** 7:3 24:8,15 34:11 34:12 43:23 53:10 69:16 74:9 75:18 **understood** 7:8 **unemployment** 26:19 **UNITED** 1:1 2:1 **upset** 76:20 **use** 6:14 42:13 **Usual** 6:5 ___ **V** ___ **valid** 8:4 37:23 59:18 **verbalize** 7:13 **violation** 75:14 80:5 **violence** 78:17 **vs** 1:7 2:7 ___ **W** ___ **Wadsworth** 36:8 80:19 **waived** 3:2,18 **walk** 89:9 **walked** 79:12 88:19 89:6 **want** 40:21 54:21 69:12 82:8 84:16 89:14 **wanted** 23:20 60:12 61:22 89:10 | **warrant** 51:2,14 52:14,18 53:5 61:15,16,23 62:2,5 63:4 67:9 71:16 72:5,6,8,12 74:1 **wasn't** 8:18 47:4 52:17 53:4 56:2 58:18 79:14 86:20 89:1,5 **watching** 80:9,9 89:8 **water** 7:9 **way** 38:13 39:17 59:13 61:9 84:4 88:16 **ways** 37:2 **wedding** 65:18 65:19,21 69:14 69:23 70:4,9 71:19 72:15 76:21 77:7 **week** 25:23 26:2 48:12,13 **weekend** 46:17 46:17 **Weldon** 1:16 2:18 91:21 **went** 18:16 39:5 45:4,9 50:11 55:10 61:11 68:21,22 69:17 74:17,20,23 **weren't** 58:22 **Wesley** 30:18 **Wesley's** 30:20 **west** 59:13 **WESTRY** 4:5 **we'll** 7:9 40:10 **we're** 19:23 27:12 53:12 67:13,23 77:18 | 87:20 **whatsoever** 27:2 **When's** 38:3 84:6 **white** 90:11 **wholesale** 42:21 **win** 81:23 **winder** 21:23 **wires** 16:22 **wise** 91:16 **witness** 3:2 91:13 **Woods** 11:11 **word** 10:9 **work** 14:18,19 20:6 22:11,21 22:22 23:15,18 24:21 25:4,16 25:23 45:4,9 56:13 67:6 **worked** 19:20 20:1 21:19 26:4,9 38:4 **worker's** 26:21 **working** 25:13 35:14,19,23 36:1 43:7 44:9 45:11 **works** 20:16 55:22 **wouldn't** 25:23 76:22 81:12 **wrecker** 64:2 **write** 43:1 **wrong** 77:14 **wrongdoing** 79:21 **wrote** 39:16 74:7 **Wyatt** 36:5,6 40:14 80:21 ___ **X** ___ **X** 5:1 |

# FREEDOM COURT REPORTING

| Y | |
|---|---|
| **yard** 48:16 | |
| 79:17 80:3,4,6 | |
| 80:9 | |
| **year** 8:17,18,20 | |
| 16:4 32:22 | |
| 33:4 44:18 | |
| 73:6 | |
| **years** 8:21 11:19 | |
| 12:15 16:17 | |
| 17:6,15,16,20 | |
| 19:21 21:21 | |
| 22:2 25:2,3 | |
| 27:8 33:8 | |
| **young** 40:19,19 | |
| 80:10 | |
| **youthful** 10:3,19 | |

**1**

**11th** 65:11,17
68:1
**13** 59:14,14
**14** 59:12 66:15
**15** 1:15
**1505** 4:6
**165** 59:14,15
66:16,17
**18th** 57:17
**19th** 1:18 2:22
**1988** 1:15
**1989** 47:3

**2**

**2:06-CV-185-...**
1:8 2:8
**2002** 32:6,23
33:1,2,3
**2003** 32:20
**2004** 12:12 32:6
57:17,22
**2005** 68:1
**2006** 70:6 73:7
73:19,22 76:6
84:18

**2007** 1:19 2:22
**204** 17:11,13
18:4,8 51:9
**24th** 70:6 73:22
**29th** 32:6

**3**

**3rd** 73:1,3,6
84:17 89:15,17
**303** 28:14
**3390** 16:13,15
17:4 18:5
**36106** 4:13
**36107** 4:7

**4**

**4th** 73:5,9
**4001** 2:20 4:12
**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**
7:19
**484** 16:1 28:10
29:2

**5**

**5(d)** 1:13

**6**

**6** 5:4
**6-20-81** 7:21
**6813021** 42:7

**8**

**8:00** 51:12
**84** 5:5
**87** 5:4

**9**

**9:00** 2:22
**90** 5:4,5
**912** 38:9

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660