# ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

FORM UTC-1
REV. 3/97

COURT CASE NO. 04-1029

| CO. | CITY | TICKET NUMBER |
|---|---|---|
| 04 | 1 | M 6347086 |

ALABAMA, COUNTY OF: Autauga

TYPE VEHICLE: ☒ Private

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month: 04  Day: 18  Year: 04  At Approx. Time: 11:45  ☒ AM

First Name: Ricardo
Middle/Maiden: Tierre
Last: Matthews

Address: 204 North Pickett Street
City: Autaugaville
State: AL
Zip Code: 36003

Driver's License Number: 6813021
Class of License: D
Drivers License in Possession: ☒ Yes

Social Security Number: 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

Sex: M   Race: B   DOB: 06/20/81

Vehicle Tag Number: None
State: N/A   Year: N/A

Owner of Vehicle: ☒ Driver

Hgt.   Wgt.   Eyes: Bro   Hair: Blk

Vehicle Description: 1989 Chevy Beretta

Employer/Owner of Vehicle (Address): 1989 Chevy Beretta

☒ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near Hwy 14 + N. Pickett Street, within the ☒ city limits or ☐ police jurisdiction of Autaugaville, County, at or near the following location, or ☐ within _____ in violation of ☒ Section 732-5A-16 Code of Alabama 1975, ☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. 3-2000, duly adopted and in force at the time the offense was committed, (if applicable) ☒ Adopting Section 732-5A-16 Code 1975, more particularly described below:

| UCR Code | KM No. | Street/Road Code |
|---|---|---|

CHECK THE APPROPRIATE BLOCK:
1 ☐ Speeding _____ MPH _____ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☐ Other Violation (Specify) No Proof of Insurance

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify)
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify)
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

☒ Companion Case ☒ Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)

Complainant's Signature: Wyatt Lee Sigers, III
Officer ID: 2504   Agency ORI: AL0040200

Verified and Acknowledged before me this date: Carla W. Mims
(Circle Title) Judge/Magistrate
Date: 4/19/04

COURT APPEARANCE INFORMATION
Phone: 334 361-3739

☐ Municipal
☒ District Court

Court Appearance Date: 08/02/04   Time: 01:30 ☒ PM
Court Address: 134 N. Court St. Prattville AL

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: Ricardo Matthews
Phone: (334) 358-____

☒ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

COMPLAINT AND AFFIDAVIT

TICKET # M 6347086   CASE#

*(handwritten in margin)* months at a rate of $100 per month $35

*(handwritten at bottom)* Was with Segars

EXHIBIT 2

AL 004013

TICKET NUMBER: M054100

☐ MUNICIPAL OR ☒ DISTRICT COURT OF: **Attalla**

COUNTY CHARGE: **No Insurance**

DEFENDANT'S NAME: **Ricardo Matthews**

| | M | D | Y | REASON |
|---|---|---|---|---|
| CONTINUED TO | | | | |
| 2ND CONTINUANCE | | | | REASON |

| NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
|---|---|---|
| M D Y | M D Y | M D Y |

| UTC-6A MAILED | | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M D Y | | M D Y | M D Y |

| WARRANT ISSUED | BOND SET $ CASH DEPOSITED $ | | |
|---|---|---|---|
| M D Y | M D Y | BOND FORFEITURE ORDERED FINAL M D Y | ☐ Voluntarily waived counsel |

CONDITIONAL BOND FORFEITURE ORDER ISSUED: M D Y

CHECK IF APPLICABLE: ☐ Defendant informed of right to counsel ☐ Defendant found indigent, counsel appointed

ATTORNEY FOR DEFENDANT:

PLEA OF DEFENDANT (CHECK ONE): 1☐ Guilty as charged  2☐ Guilty of ___  3☐ Not guilty

ADJUDICATION (CHECK ONE): 1☒ Guilty as charged  2☐ Not guilty  4☐ Nol prossed  5☐ Dismissed
3.☐ Guilty of

**ORDERS OF THE COURT**

FINE $ **500.00**   COURT COSTS $ ___   TOTAL FINE AND COURT COSTS $ ___

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ | |
|---|---|---|---|
| | | ATTORNEY RECOUPMENT $ | RESTITUTION $ | PARTIAL PAYMENTS AUTHORIZED FOR |

| HOUSING & MAINTENANCE $ | MEDICAL $ | | M D Y | LOCATION |
|---|---|---|---|---|

| ☐ JAILED M D Y | DAYS ___ RELEASED ☐ | ☐ COMMUNITY SERVICE DAYS ___ MONTHS ___ |
|---|---|---|
| ☒ SENTENCE SUSPENDED **90** DAYS MONTHS | ☐ PROBATION DAYS **24** MONTHS | M D Y |
| ☐ TRAFFIC SAFETY PROGRAM M D Y | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED |
| COURT ORDERED LICENSE SUSPENSION | ☐ CONSECUTIVE ☐ CONCURRENT | LICENSE SURRENDERED TO COURT M D Y   RECEIVED BY |
| DAYS ___ MOS ___ | | |

CONFIDENTIAL: ☐ NO ☐ IF YES: ☐ Juvenile ☐ Youthful Offender

*Cont to 9-7-04 (press)*
*ordered to pay $100.00 a month the*
*11-28-05 Probation revoked for 15 days. Upon*
*release return to supervised probation PWW/DSH*

SIGNATURE OF JUDGE/MAGISTRATE: ___

DISPOSITION DATE: M D Y

CASE APPEALED: M D Y   APPEAL BOND $ ___   CIRCUIT COURT CASE NUMBER

ARRESTING AGENCY (TYPE OF ARREST): ☐ STATE ☐ COUNTY ☒ MUNICIPAL   DATE M D Y

CASH RECEIVED FROM:   RECEIPT #   AMOUNT $

NAME AND TITLE:   DPS RECEIVED LICENSE ☐ YES ☐ NO

LICENSE ATTACHED: ☐ YES ☐ NO

**COURT ACTION AND DISPOSITION - DPS DATA INPUT**

# TICKET AND COMPLAINT

**ALABAMA, COUNTY OF:** Autauga

**COL:** 0408
**TICKET NUMBER:** M8360963

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

**Month:** 11  **Day:** 11  **Year:** 05  **At Approx. Time:** 20:02 PM/MT

**TYPE VEHICLE:**
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☒ Private

**First Name:** Ricardo
**Middle/Maiden:**
**Last:** Matthews

**Address:** 204 N. Pickett St
**City:** Autaugaville  **State:** AL  **Zip Code:** 36003

**State:** AL
**Driver's License Number:** 6813021
**Class of License:** D

**Sex:** M  **Race:** B  **DOB:** 06/20/81
**Social Security Number:** 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
**Drivers License in Possession:** ☐ Yes ☒ No

**Hgt:** 6'0"  **Wgt:** 260  **Eyes:** BRO  **Hair:** BLK
**Vehicle Tag Number:** No Tag  **State:**  **Year:**

**Vehicle Description:** BLU BRW CHEV 4D
**Owner of Vehicle:** ☒ Driver ☐ Employer ☐ Other

**Employer/Owner of Vehicle (Address):**

☒ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near **Hwy 14 & C.R. 165**, within the ☒ city limits or ☐ police jurisdiction of **Autaugaville**, or ☐ within _____ County, at or near the following location _____ in violation of ☒ Section **32-6-19** Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☒ Municipal Ordinance No. **3-2000**, duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section **32-6-19** Code 1975, more particularly described below:

**CHECK THE APPROPRIATE BLOCK:**
1. ☐ Speeding _____ MPH _____ Speed Limit
2. ☐ Reckless Driving
3. ☐ Driving Without First Obtaining a Driver's License

**DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:**
4. ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4. ☐ Under the Influence of Alcohol
5. ☐ Under the Influence of Controlled Substance
71. ☐ Under the Combined Influence of Alcohol and Controlled Substance
72. ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6. ☐ Failure to Yield Right of Way
☐ Other Violation (Specify) _____

7. ☐ Driving While Revoked
8. ☒ Driving While Suspended
10. ☐ Running Red Light
13. ☐ Improper Equipment (Specify)
14. ☐ Improper Passing
28. ☐ Improper Tag (Specify)
29. ☐ Improper Turn
42. ☐ Overweight Vehicle
61. ☐ Child Restraint Violation
77. ☐ Seat Belt Violation

**FACTS RELATING TO THE OFFENSE:** (Witnesses, etc)
☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

**Complainant's Signature:** McCall
**Officer ID:** 2503  **Agency ORI:** AL 0040200

**Verified and Acknowledged before me this date** (Circle Title) Judge/Magistrate: Laura Darlow  **M:** 11 **D:** 4 **Y:** 05

☒ Municipal
☐ District Court

**COURT APPEARANCE INFORMATION**
**Phone:** (334) 365-9335

**Court Appearance Date:** 01/03/06  **Time:** 6:00 PM
**Court Address:** 109 N. Taylor St, Autaugaville, AL 36003

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

**Defendant's Signature:** X Ricardo Matthews  **Phone:** (334) 365-3292

☐ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

**TICKET # M8360963 CASE #**

## COMPLAINT AND AFFIDAVIT

**INSTRUCTION TO OFFICER:** **PRESS FIRMLY** — ASK IF MOTORIST'S ADDRESS IS CORRECT ON DRIVER'S LICENSE