# ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

**EV-347**

LABAMA, COUNTY OF **Autauga**

TICKET NUMBER: **M 7056656**

CO: **04** CITY: **012**

Month/Day/Year: **06/19/04** Approx. Time: **10:08 PM**

TYPE VEHICLE: ☒ Private

Defendant's Name: **Cleo Frank Jackson**
Street: **5 White Oak Ct.**
City: **Prattville** State: **AL** Zip: **36067**

Driver's License Number: **6021694** Class: **D** State: **AL** Year: **04**
Social Security Number: **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**
Vehicle Tag Number: **AG204ME**
Owner of Vehicle: ☒ Driver
Vehicle Description: **Gold Infiniti' G-20**

DOB: **05/04/75** Sex: **M** Wgt: **190** Hgt: **5'10"** Eyes: **Brn** Hair: **Blk**

Did unlawfully operate a motor vehicle, other vehicle, or otherwise unlawfully use a public street, road, highway or other place, to wit: **Al. Hwy. H+Co. Rd 21 N.** within the ☒ city limits or ☐ police jurisdiction of **Autaugaville**, County, at or near the following location: **Al Hwy H+Co. Rd. 21 N.**

Charge Description: **Speeding**
Speed Limit: **55** MPH Speed: **74** MPH
☒ Reckless Driving
☐ Driving While Suspended
☐ Under the Influence of Alcohol
☐ Under the Influence of Controlled Substance
☐ Under the Combined Influence of Alcohol and Controlled Substances
☐ Physical Faculties
☐ Failure to Yield Right of Way
☐ Seat Belt Violation (Specify)

In violation of ☒ Section **32-5A-171**, Code of Alabama 1975, or Municipal Ordinance No. **3-2000**, duly adopted and in force

UCR Code: **32-5A-171**  KM No: ___  Street/Road Code: ___

UCR Code violations:
7 Driving While Revoked
8 Driving While Suspended
10 Running Red Light
13 Improper Equipment
14 Improper Passing
28 Improper Tag (Specify)
29 Improper Turn
42 Overweight Vehicle
61 Child Restraint Violation
77 Seat Belt Violation

☐ Companion Case (Traffic)
☐ Non-Traffic, Felony, Other
☐ Accident Involved

Officer's Signature: _[signed]_
Officer ID: **2505**  Agency ORI: **AL 0040200**

RELATING TO THE OFFENSE:
Witnesses, etc.: **Prattraled w/ss**

Defendant's Signature: _[signed]_
☐ I promise to appear in court at said time and place or otherwise comply with the provisions of this ticket.

Appearance Date/Time: **10/07/04  7:00 ☒ AM ☐ PM**

Court: **District Court**
Court Address: **105 N. Taylor St. Autaugaville**
Phone: (**334**) **361-9735**

☐ Released on Own Recognizance
☐ Driver's License Posted in Lieu of Bond

Acknowledged before me this date: _[signed]_
Chief Judge/Magistrate

---

## ABSTRACT OF COURT RECORD

Court O.R.I.: **0021000**
☒ MUNICIPAL COURT / DISTRICT COURT OF: **Autauga** COUNTY
Defendant's Name: **Cleo Jackson**
Charge: **Speeding 74/55**
Ticket Number: **M 7056656**

UTC-6A MAILED: M ___ D ___ Y ___
WARRANT ISSUED: M ___ D ___ Y ___
CONDITIONAL BOND FORFEITURE ORDER ISSUED: M ___ D ___ Y ___
NEW COURT DATE: M ___ D ___ Y ___  REASON: ___
BOND SET $ ___  CASH ___  DEPOSITED $ ___
UTC-6B ISSUED: M ___ D ___ Y ___
WARRANT SERVED: M ___ D ___ Y ___
BOND FORFEITURE ORDERED FINAL: M ___ D ___ Y ___
☐ Defendant informed of right to counsel
☐ Defendant found indigent, counsel appointed
☐ Voluntarily waived counsel
UTC-6B CLEARANCE: M ___ D ___ Y ___
WARRANT RECALLED: M ___ D ___ Y ___

PLEA OF DEFENDANT (CHECK ONE):
1 ☐ Guilty as charged  2 ☐ Guilty of ___

ADJUDICATION (CHECK ONE):
1 ☐ Guilty as charged  2 ☐ Guilty of ___  3 ☐ Not guilty  4 ☐ Not prossed  5 ☐ Dismissed

### ORDERS OF THE COURT

FINE $ ___  COURT COSTS $ ___  TOTAL FINE AND COURT COSTS $ ___

ADDITIONAL PENALTIES / FEES / COSTS:
HEAD INJURY DUI $ ___  CRIMINAL HISTORY DUI (DUI/RECKLESS DRIVING MISDEMEANOR) $ ___
HOUSING & MAINTENANCE $ **10.00**  MEDICAL $ ___  CRIME VICTIMS (MINIMUM $25.00) $ ___  RESTITUTION ___  PARTIAL PAYMENTS AUTHORIZED ___
☐ JAILED M ___ D ___ Y ___  DAYS ___  ATTORNEY RECOUPMENT ___  LOCATION ___
☐ SENTENCE SUSPENDED M ___ D ___ Y ___  DAYS ___  ☐ RELEASED  ☐ PROBATION  ☐ COMMUNITY SERVICE
☐ TRAFFIC SAFETY PROGRAM  M ___ D ___ Y ___  MONTHS ___  ☐ SUBSTANCE ABUSE EVALUATION  ☐ COURT REFERRAL PROGRAM COMPLETED
COURT ORDERED LICENSE SUSPENSION  M ___ D ___ Y ___  MOS ___  ☐ CONSECUTIVE  ☐ CONCURRENT  LICENSE SURRENDERED TO COURT
CONFIDENTIAL ☐ NO  ☐ IF YES: ☐ Juvenile  ☐ Youthful Offender  RECEIVED BY ___

DISPOSITION DATE: M ___ D ___ Y ___
CASE APPEALED: ☐ N ☐ Y  SIGNATURE OF JUDGE/MAGISTRATE ___
ARRESTING AGENCY (TYPE OF ARREST) ___  ☐ STATE  ☐ COUNTY  ☐ MUNICIPAL  APPEAL BOND $ ___
LICENSE ATTACHED ☐ YES ☐ NO  CASH RECEIVED FROM ___  RECEIPT # ___  AMOUNT ___
NAME AND TITLE ___  CIRCUIT COURT CASE NUMBER ___  DATE: ___

COURT ACTION AND DISPOSITION / DPS DATA INPUT

CASE # **M 7056656**

**EXHIBIT 3**