# ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION

Chief R. Alan Benefield, Executive Secretary
RSA Union Building, Suite 600 – 100 North Union Street/P. O. Box 300075
Montgomery, AL 36130-0075
Office: 334-242-4045          Fax: 334-242-4633

**Sheriff James H. Abbett, Chairman**
Tallapoosa County Sheriff's Department
316 Industrial Park Drive
Dadeville, AL 36853

Office: 256-825-4264     Fax: 256-825-1012

**Chief John W. Anderson**
1806 Oak Crest Drive
Marion, AL 36756

Office: 334-683-6329     Fax: 334-683-9592

**Chief Deputy R. John Samaniego**
Shelby County Sheriff's Office
104 Depot Street
Columbiana, AL 35051

Office: 205-669-3932     Fax: 205-669-3865

**Mr. Lyle D. Mitchell**
Alabama Power Security Department
600 North 18th Street
Birmingham, AL 35291

Office: 205-257-2199     Fax: 205-257-2306

**Sheriff Edmund M. Sexton**
Tuscaloosa County Sheriff's Department
714 ½ Greensboro Avenue
Tuscaloosa, AL 35401

Office: 205-752-0616     Fax: 205-349-0973

**Major Cary B. Sutton**
Department of Public Safety
P. O. Box 1511
Montgomery, AL 36130-1511

Office: 334-242-1799     Fax: 334-353-1380

**Lieutenant Danny Hester**
Department of Public Safety
P. O. Box 1511
Montgomery, AL 36130-1511
Office: 334-353-1298     Fax: 334-242-4369

EXHIBIT
tabbies'
4

# INDEX

## CHAPTER 650-X-1 ORGANIZATION, ADMINISTRATION AND PROCEDURE

PAGE

RULE 650-X-1-.01 Definitions ................................................................ 1-1
RULE 650-X-1-.02 Purpose .................................................................... 1-2
RULE 650-X-1-.03 Composition and Selection of Commission. ................. 1-2
RULE 650-X-1-.04 General Description of Organization and Operation ....... 1-2
RULE 650-X-1-.05 Rules of Order .......................................................... 1-3
RULE 650-X-1-.06 Quorum .................................................................... 1-3
RULE 650-X-1-.07 Election of Officers ................................................... 1-3
RULE 650-X-1-.08 Meetings .................................................................. 1-3
RULE 650-X-1-.09 Use of Forms ............................................................ 1-3
RULE 650-X-1-.10 Executive Secretary ................................................... 1-3
RULE 650-X-1-.11 Records .................................................................... 1-3
RULE 650-X-1-.12 Employment of Agents, etc .......................................... 1-4
RULE 650-X-1-.13 Grants and Appropriations ........................................... 1-4
RULE 650-X-1-.14 Declaratory Rulings .................................................... 1-4
RULE 650-X-1-.15 Functions and Duties of the Commission ....................... 1-5
RULE 650-X-1-.16 Responsibilities of Each Law Enforcement Agency .......... 1-5

## CHAPTER 650-X-2 ADMITTANCE TO TRAINING ACADEMY

RULE 650-X-2-.01 Training ..................................................................... 2-1
RULE 650-X-2-.02 Age ........................................................................... 2-2
RULE 650-X-2-.03 Education Requirement ................................................ 2-2
RULE 650-X-2-.04 Physical Qualifications ................................................ 2-2
RULE 650-X-2-.05 Character ................................................................... 2-2
RULE 650-X-2-.06 Applicants to be Citizens .............................................. 2-3
RULE 650-X-2-.07 Discharge from Armed Services ..................................... 2-4
RULE 650-X-2-.08 Driver's License. ........................................................ 2-4
RULE 650-X-2-.09 Application Package Required ........................................ 2-4

## CHAPTER 650-X-3 TRAINING ACADEMIES

RULE 650-X-3-.01 Academy Certification .................................................. 3-1
RULE 650-X-3-.02 Course of Study (Law Enforcement Officer) ................... 3-1
RULE 650-X-3-.03 Academy Employees .................................................... 3-2
RULE 650-X-3-.04 Instructors ................................................................. 3-2

APOSTC 02/03

# CHAPTER 650-X-4 CERTIFICATION OF LAW ENFORCEMENT OFFICERS

RULE 650-X-4-.01 Education Requirements ........................................................... 4-1
RULE 650-X-4-.02 Employment Requirements ...................................................... 4-1
RULE 650-X-4-.03 Waiver for Lateral Entry Equivalency Training ........................ 4-2
RULE 650-X-4-.04 Failure to Complete Training ................................................... 4-4
RULE 650-X-4-.05 Withdrawal from School .......................................................... 4-4
RULE 650-X-4-.08 Firearms Re-qualification ......................................................... 4-4

# CHAPTER 650-X-5 DISCIPLINARY ACTIONS

RULE 650-X-5-.01 Complaints ............................................................................... 5-1
RULE 650-X-5-.02 Probable Cause ........................................................................ 5-1

# CHAPTER 650-X-6 HEARING OF CONTESTED CASES

RULE 650-X-6-.01 Procedure for Hearing Contested Cases ................................... 6-1
RULE 650-X-6-.02 Revocation of Certification ...................................................... 6-1

# CHAPTER 650-X-7 PERSONS WHO CEASE ACTIVE DUTIES

RULE 650-X-7-.01 Grandfather Status .................................................................... 7-1

# CHAPTER 650-X-8 PERSONS EXEMPT FROM MINIMUM STANDARDS REQUIREMENTS

RULE 650-X-8-.01 Cabinet Members appointed by the Governor of the State of Alabama ...... 8-1
RULE 650-X-8-.02 The Commissioner of the Department of Corrections and his deputies ...... 8-1
RULE 650-X-8-.03 Elected Officials, Police Commissioners, and Sheriffs ................ 8-1
RULE 650-X-8-.04 Building Inspectors, Meter Maids and License Inspectors, without
        powers of arrest ............................................................................ 8-1

# CHAPTER 650-X-9 AMENDMENT OF RULES

RULE 650-X-9-.01 Petition for Adoption of Rules .................................................. 9-1
RULE 650-X-9-.02 Notice ....................................................................................... 9-1
RULE 650-X-9-.03 Public Hearings ........................................................................ 9-1
RULE 650-X-9-.04 Written Notice ......................................................................... 9-1
RULE 650-X-9-.05 Emergency Rules ..................................................................... 9-2
RULE 650-X-9-.06 Compliance with Administrative Procedure Act ....................... 9-2

APOSTC 02/03

# CHAPTER 650-X-10 RESERVE AND/OR AUXILIARY LAW ENFORCEMENT OFFICERS

RULE 650-X-10-.01 Definition .................................................................................. 10-1
RULE 650-X-10-.02 Auxiliary-Reserve Training ......................................................... 10-1

# CHAPTER 650-X-11 CERTIFICATION OF CORRECTIONAL OFFICERS

RULE 650-X-11-.01 Education Requirements .............................................................. 11-1
RULE 650-X-11-.02 Employment Requirements ......................................................... 11-1
RULE 650-X-11-.03 Correctional Officers (Course of Study) ...................................... 11-1
RULE 650-X-11-.04 Correctional Officer Waiver for Lateral Entry Equivalency Training ....... 11-2

# CHAPTER 650-X-12 CONTINUING EDUCATION REQUIREMENTS

RULE 650-X-12-.01 Executive Continuing Education ................................................... 12-1
RULE 650-X-12-.02 Continuing Education ................................................................. 12-1

## INDEX TO THE APPENDIX

POST-1: Application Form ......................................................................................... A-1
POST-2: Affidavit ..................................................................................................... A-4
POST-3: Physical Examination Form ......................................................................... A-5
POST-4: Release Form .............................................................................................. A-6
POST-5: Firearms Re-qualification Form .................................................................... A-7
POST-7: Certified Law Enforcement Officer Employment Form .................................. A-10
POST-8: Law Enforcement Officer Termination Form ................................................ A-11
Physical Agility/Ability Examination .......................................................................... A-12

APOSTC 02/03

# ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION
## ADMINISTRATIVE CODE

### CHAPTER 650-X-1
### ORGANIZATION, ADMINISTRATION AND PROCEDURE

## TABLE OF CONTENTS

650-X-1-.01   Definitions
650-X-1-.02   Purpose
650-X-1-.03   Composition and Selection of Commission
650-X-1-.04   General Description of Organization and Operation
650-X-1-.05   Rules of Order
650-X-1-.06   Quorum
650-X-1-.07   Election of Officers
650-X-1-.08   Meetings
650-X-1-.09   Use of Forms
650-X-1-.10   Executive Secretary
650-X-1-.11   Records
650-X-1-.12   Employment of Agents, etc.
650-X-1-.13   Grants and Appropriations
650-X-1-.14   Declaratory Rulings
650-X-1-.15   Functions and Duties of the Commission
650-X-1-.16   Responsibilities of Each Law Enforcement Agency

**RULE 650-X-1-.01 Definitions.** As used by the Peace Officers Standards and Training Commission, the following words and phrases shall have the following meanings respectively.

(1) **Approved Academy**: A school certified and authorized by the Commission to conduct law enforcement training.

(2) **Certification**: A written statement issued by the Commission testifying to the accreditation of an approved academy, instructor, or applicant.

(3) **Commission**: The Peace Officers Standards and Training Commission or employees thereof acting on its behalf.

(4) **Curriculum**: A program of study that conforms to the Commission's promulgated requirements.

(5) **Instructor**: An individual possessing a certificate issued by the Commission to instruct in an approved academy.

(6) **Academy Director**: The individual appointed or approved by the Commission to administer the operation of an approved academy.

(7) **Subject**: A specific course of instruction within the curriculum required by the Commission.

(8) **Applicant:** An individual seeking admittance to an approved academy as a trainee and/or certification as a law enforcement officer.

1-1

(9) **Trainee**: An individual undergoing training at an approved academy.

(10) **Law Enforcement Agency**: Means and includes the State Department of Public Safety, the Alabama Department of Corrections, the police department of each incorporated city or town, the department of each sheriff of the state, including all deputy sheriffs, the enforcement division of the State Department of Conservation and each public agency in the state charged with the enforcement of any laws and the officers or employees of which have power as such officials or employees to make arrests. Such term does not include the National Guard or any military organization.

(11) **Law Enforcement Officer**: Means and includes a police officer, deputy sheriff, deputy constable, and other officials who have authority as such official to make arrests. Such term includes Alabama State Troopers or members of the State Department of Public Safety.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended: June 12, 1995. Amended: May 9, 1997.

**RULE 650-X-1-.02 Purpose**. The Peace Officers Standards and Training Commission was created to insure that law enforcement officers receive training in their vocation, thereby providing better service to the public. These goals are obtained by empowering the Commission with authority to promulgate rules in the selection, recruitment and training of law enforcement officers and the work of law enforcement agencies in the State; to prescribe standards for law enforcement officers; to grant to the Commission power to establish standards and issue and promulgate rules and regulations; to make the violation of certain provisions of the Code of Alabama 1975, Sections 36-21-40 through 36-21-50 or the standards, rules and regulations of the Commission a misdemeanor.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended: May 9, 1997.

**RULE 650-X-1-.03 Composition and Selection of Commission**. The Commission is composed of seven members, each of whom must be a qualified elector of the State who is over the age of 21 years. The State Fraternal Order of Police shall designate one member of the Commission to serve for a term of four years; the Alabama Peace Officers Association shall designate one member to serve for a term of four years; the Law Enforcement Planning Association shall designate one member to serve for a term of four years; and the Governor shall designate four members to serve for terms of four years.

Authority: Code of Alabama 1975, § 36-21-41, § 36-21-45.

Effective Date: September 29, 1983. Amended June 12, 1995.

**RULE 650-X-1-.04 General Description of Organization and Operation**. The Commission is an independent agency of the State of Alabama. All costs of operating the Commission, including administrative, secretarial, clerical and investigative are paid from legislative appropriations. The Attorney General and his assistants provide legal services to the Commission.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

APOSTC 02/03

**RULE 650-X-1-.05 <u>Rules of Order</u>**. All proceedings of the Commission shall be governed by Roberts Rules of Order, except during disciplinary hearings and except where otherwise provided in these rules.

Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-1-.06 <u>Quorum</u>**. Four members of the Commission shall constitute a quorum.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-1-.07 <u>Election of Officers</u>**. The Commission shall elect a Chairman and Vice-Chairman from among its members on the first meeting after January 1st of each year.

Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-1-.08 <u>Meetings</u>**.

(1) The Commission shall meet in regular sessions, quarterly, at a time and place in the State of Alabama, to be designated by the Chairman of the Commission.

(2) Special Meetings may be called by the Chairman, the Vice-Chairman or any three members, by giving notice of the time, place and purpose of such meeting to each member.

(3) Each member of the Commission shall be given at least five days notice of the time, place, and purpose of quarterly or Special Meetings. Such notice may be waived by all members of the Commission either before or after a Special Meeting.

Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-1-.09 <u>Use of Forms</u>**. All applications and requests for which the Commission has prescribed a form must be made on the prescribed form. Forms used by the Commission may be acquired from the Executive Secretary.

Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-1-.10 <u>Executive Secretary</u>**. The Executive Secretary of the Commission is a certified law enforcement officer with the power of arrest as defined in Rule 650-X-1-.01(11) and shall be responsible for the administration of Commission policy. The Executive Secretary is designated as agent for the Commission for service of legal process upon the Commission. The Executive Secretary shall be custodian of the seal and shall have authority to affix the seal to agreements and obligations of the Commission and to certify copies of proceedings of the Commission. All correspondence to the Commission, including requests for information and all submissions and other requests, should be made to the Executive Secretary at the Commission's headquarters.

Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended June 12, 1995. Amended September 5, 2000.

APOSTC 02/03

**RULE 650-X-1-.11 Records.**

(1)  "Public Record" for the purpose of these Rules means all Commission records which are reasonably necessary to record the business and activities required to be done or carried on by the Commission so that the status and condition of such business and activities can be known by the public. Records which do not constitute "public records" include, but are not limited to, those received by a public officer in confidence, sensitive personal and criminal records, complaints against law enforcement officers and individuals seeking certification as law enforcement officers, and records, the disclosure of which would be detrimental to the best interests of the public.

(2)  Specific public records are available for inspection at Commission headquarters during regular business hours.

(3)  Any person wishing to obtain copies of specific public records may request same from the Executive Secretary, and upon payment of the cost of copying, which cost shall be estimated and set from time to time by resolution of the Commission, will be supplied copies.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-1-.12 Employment of Agents, etc.** The Commission may employ investigators, inspectors, attorneys and any other agents, and employees and assistants as may from time to time be necessary, and may use any other means necessary to bring about and maintain a rigid administration and enforcement of the Code and these rules.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-1-.13 Grants and Appropriations.** The Commission is authorized to accept grants from the Federal Government, its departments and agencies as well as grants and appropriations by the State, any county or municipality, or any individual, corporation or fund.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-1-.14 Declaratory Rulings.**

(1)  The Commission may issue declaratory rulings to any person substantially affected by a Rule with respect to the validity of the Rule, or with respect to the applicability to any person, property, or state of facts of any rule or statute enforceable by the Commission, or with respect to the meaning and scope of any order of the Commission.  Such ruling shall be issued provided:

(a)  The petitioner shows that he/she is substantially affected by the Rule in question,

(b)  Sufficient facts are supplied in the request to permit the Commission to make a valid determination, and

(c)  The request arises from an actual question or controversy.

(2)  A request for a declaratory ruling must be in writing and must specifically state that it is a "request for a declaratory ruling".

(3)  Such rulings will be made in accordance with the Alabama Administrative Procedure Act §11.

Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.
Effective Date: September 29, 1983.

**RULE 650-X-1-.15** <u>Functions and Duties of the Commission</u>. The Commission shall have the following functions and duties together with all powers necessary or convenient for the performance thereof:

(1) To study, obtain data, statistics, and information and to make reports concerning the recruitment, selection and training of law enforcement officers in the state and to make improvements in methods of recruitment, selection, and training of law enforcement officers;

(2) To review from time to time the standards described in Section 36-21-46 for applicants for and appointees as law enforcement officers;

(3) To consider, hold public hearings on, adopt and promulgate standards relating to the physical, mental and moral fitness of any applicant for or appointee as a law enforcement officer as do not lower the standards in Section 36-21-46 or as otherwise permitted by Section 36-21-46;

(4) To study, consider, and make reports from time to time concerning the work and the curriculum and courses offered by law enforcement training schools in the State and to make recommendations for improving the schools, curriculum, and courses;

(5) To encourage the establishment of law enforcement training schools and courses on law enforcement in existing institutions of learning;

(6) To gather statistics and data relative to standards and training and make the same available to governmental entities upon request;

(7) To revoke its approval or certification of any person appointed or certified pursuant to this article for failure to meet the continuing training or education requirements set forth in the rules of the Commission or for failure to meet the requirements of Section 36-21-46;

(8) To make investigation to determine whether the requirements of this article and the rules, regulations and standards of the Commission issued pursuant to this article are being observed and followed;

(9) To enforce this article and the rules, regulations, and standards issued by the commission with appropriate civil and criminal actions by the Attorney General, district attorneys or other appropriate officials;

(10) To enter into cooperative agreements with federal, state and local law enforcement agencies for effective training; and

(11) To obtain the services and advice of experts in the field of law enforcement for the purpose of aiding the Commission in its studies, considerations, reports and recommendations, and in the adoption of standards, rules and regulations.

Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.
Effective Date: September 29, 1983. Amended: June 12, 1995. Amended: May 9, 1997.

**RULE 650-X-1-.16** <u>Responsibilities of Each Law Enforcement Agency</u>.

(1) Each law enforcement agency shall have the responsibility of seeing that all required forms and necessary information are properly submitted to the Commission in a timely manner.

(2) Each law enforcement agency shall have the responsibility of assuring that each of its employees who are law enforcement officers, receive the training required by the Code of

APOSTC 02/03

Alabama 1975, Title 36-21-40 through Title 36-21-52 or by the rules of the Commission.

(3) Each law enforcement agency shall cooperate with the Commission and its Executive Secretary in carrying out the provisions and responsibilities of the Code of Alabama 1975, Title 36-21-40 through Title 36-21-52 and the rules and regulations of the Commission.

(4) It shall be the responsibility of each law enforcement agency to submit an application to the Commission on the day the applicant is employed.

(5) It shall be the responsibility of each law enforcement agency to submit a notice of employment, within 10 days of employment, to the Commission on any law enforcement officer previously certified by the Commission.

(6) Each law enforcement agency shall file, within 10 days of the termination of a law enforcement officer, a notice of termination form with the Commission.

(7) It shall be the sole responsibility for each law enforcement agency to hire and/or terminate persons as law enforcement officers and not the responsibility, duty or obligation of the Commission.

(8) It shall be the responsibility of each law enforcement agency to conduct a thorough background investigation on each applicant.

Authority: Code of Alabama 1975, §36-21-40 through §36-21-52.

Effective Date: September 29, 1983. Amended: June 12,1995. Amended: February 4, 1999. Amended: August 4, 1999.

# ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION
## ADMINISTRATIVE CODE

### CHAPTER 650-X-2
### ADMITTANCE TO TRAINING ACADEMY

## TABLE OF CONTENTS

| | |
|---|---|
| 650-X-2-.01 | Training |
| 650-X-2-.02 | Age |
| 650-X-2-.03 | Education Requirement |
| 650-X-2-.04 | Physical Qualifications |
| 650-X-2-.05 | Character |
| 650-X-2-.06 | Applicants to be Citizens |
| 650-X-2-.07 | Discharge from Armed Services |
| 650-X-2-.08 | Driver's License |
| 650-X-2-.09 | Application Package Required |

**RULE 650-X-2-.01** <u>Training</u>. The applicant must be gainfully employed as a law enforcement officer by a law enforcement agency at the time of his/her application to the academy. Prior to certification, the applicant shall complete the required course of training established by the Commission. An applicant may be provisionally appointed for a period of six months. No individual may be employed for an additional period until that individual is certified by the commission.

(1) Each applicant must be gainfully employed as a full time law enforcement officer by a law enforcement agency at the time of his/her application to the academy.

(a) Full time is understood to mean 40 hours per week or to average out to 40 hours per week during the monthly or bi-weekly pay periods of most agencies.

(b) A law enforcement agency hiring an applicant working less than 40 hours per week must request a written waiver from the Commission for the applicant to attend an academy.

(2) Prior to certification, the applicant shall complete the required course of training established by the Commission.

(3) An applicant may be provisionally appointed for a period of six months.

(a) Provisional appointment requires:

(1) An application package as set out in Rule 650-X-2-.09 has been submitted on the first day of employment as stipulated in Rule 650-X-1-.16(4) and has been received by the Commission.

(2) An applicant involved in patrol operation for the purpose of detection, prevention and suppression of crime or the enforcement of the traffic or highway laws of the state, including exercising the power of arrest, will be under the direct control and supervision of a certified law enforcement officer.

(3) Traffic direction and control may be performed without direct supervision, provided, however, that supervisory control is exercised by a certified law enforcement officer whose total span of control would be considered within reasonable limits.

APOSTC 02/03

(4) Applicants may render crowd control assistance at public gatherings or governmental functions as directed by their employing law enforcement agency provided supervisory control will be exercised by a certified law enforcement officer whose span of control would be considered within reasonable limits.

(5) The provisional appointment is valid for a total of six (6) months (180 days) during a two (2) year period of (730 days) from the time of first appointment by any law enforcement agency.

(6) This six month period to complete his/her required course of training cannot be extended or re-started by an applicant being terminated or re-hired by the same or another law enforcement agency nor by an applicant voluntarily changing employment from one law enforcement agency to another. Each day of the six-month provisional appointment is cumulative no matter how many law enforcement agencies the applicant has worked for during his/her six-month provisional appointment.

(7) The provisional appointment of any applicant who does not complete the required course of law enforcement training within six months from the date of his/her initial hiring is null and void.

(8) An application package may again be submitted by a law enforcement agency on an applicant two years after they have left a law enforcement agency where they did not attain certification as required herein.

(9) Provisional appointment does not apply to unpaid, volunteers, auxiliaries, or reserves who do not have the power of arrest.

Authority: Code of Alabama 1975, §36-21-45, §36-21-46.

Effective Date: September 29, 1983. Amended May 9, 1997. Amended: February 4, 1999.

**RULE 650-X-2-.02 Age**. The applicant shall not be less than 19 years old.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-2-.03 Education Requirement**. The applicant shall have graduated and received a regular or advanced high school diploma as approved by the Alabama State Department of Education. In the instance of a private high school diploma, the diploma must be the equivalent to the regular or advanced diploma issued by the public schools in Alabama and approved by the State Board of Education. A certificate of high school equivalency (GED) issued by General Education Development is acceptable. Correspondence or mail order high school diplomas or certificates are not acceptable.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended: February 24, 2000.

**RULE 650-X-2-.04 Physical Qualifications**. The applicant shall be certified by a licensed physician, designated by the appointing authority, as in good health and physically fit for the performance of the duties of a law enforcement officer.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended: June 12, 1995. Amended: May 9, 1997.

**RULE 650-X-2-.05 Character**.

(1) The applicant shall be a person of good moral character and reputation;

2-2

(2) Conviction of any felony pursuant to any state or federal law shall be a complete and absolute bar to certification, employment, appointment or approval as a law enforcement officer.

(a) The existence of a pardon does not nullify a conviction for the purpose of this Rule.

(b) An applicant having pleaded guilty or nolo contendere to any felony pursuant to state or federal law is not eligible for certification, employment, appointment or approval as a law enforcement officer, notwithstanding suspension of sentence or withholding of adjudication.

(c) Conviction of any conduct, including a plea of guilty or nolo contendere, in any other jurisdiction that would have constituted a felony in Alabama and been punishable by a sentence exceeding one year in Alabama shall be a complete and absolute bar to certification, employment, appointment or approval as a law enforcement officer, notwithstanding suspension of sentence, withholding of adjudication or the existence of a pardon.

(3) Conviction of a misdemeanor pursuant to any municipal, state or federal law shall not automatically disqualify a person as a law enforcement officer. Such a conviction may be considered as a factor among several in evaluating fitness as a law enforcement officer, which factors shall include but not be limited to the nature and gravity of the offense or offenses, the time that has passed since the conviction and/or completion of the sentence and the nature of the job held or sought and such other factors as to affect the applicant's character. In the case of a misdemeanor conviction involving a guilty plea or plea of nolo contendere, involving force, violence, moral turpitude, perjury, or false statements, notwithstanding suspension of sentence or withholding of adjudication, results of psychological testing shall also be considered as a factor in considering the applicant's fitness as a law enforcement officer.

(a) The psychological test administered to law enforcement officers will be approved by the Commission.

(b) At the request of the agency, and at the expense of the applicant or agency, a complete comprehensive psychological evaluation may be approved for an applicant who fails the psychological test. This complete comprehensive psychological evaluation will be administered by an agency selected by the Commission and must be given immediately after the failure of the first test.

(c) The results of the psychological test will be furnished to the Commission. The psychological test results must include a statement of whether or not the person is recommended for law enforcement.

(d) If an applicant fails the psychological test, he/she must wait one year to be eligible to submit a new application package requesting to attend the academy. This does not exempt the applicant from Rule 650-X-2-.01.

(4) Adjudication as a youthful offender or juvenile shall not be considered as a conviction for the purpose of these Rules.

(5) Any person who is prohibited by state or federal law from owning, possessing, or carrying a firearm, including but not limited to a pistol, handgun, rifle or shotgun, shall not be employed or certified as a law enforcement officer.

(6) The arrest of any certified law enforcement officer, provisionally appointed law enforcement officer, or applicant for any felony or misdemeanor offense shall be immediately reported to the Commission by the employing agency, arresting agency and the law enforcement officer.

(7) Applicants who falsify their application must wait two years to be eligible to submit a new application package requesting to attend the academy.

Authority: Code of Alabama 1975, §36-21-46.

APOSTC 02/03

Effective Date: September 29, 1983. Amended June 12, 1995. Amended: February 4, 1999. Amended March 14, 2002.

**RULE 650-X-2-.06 Applicants To Be Citizens**. The applicant must be a citizen of the United States.
Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.
Effective Date: September 29, 1983.

**RULE 650-X-2-.07 Discharge from Armed Services**. If an applicant has been a member of the armed forces of The United States, the discharge must be under honorable conditions.
Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.
Effective Date: September 29, 1983. Amended: February 4, 1999.

**RULE 650-X-2-.08 Driver's License**. The applicant must have a valid Driver's License.
Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.
Effective Date: September 29, 1983.

**RULE 650-X-2-.09 Application Package Required**.
(1)  Application Package. Each applicant for admittance to a training academy shall complete an application package prescribed by the Commission and supplied by the Executive Secretary.
(2)  Documentation. The documents below must be received by the Executive Secretary before an application package will be processed.
(a)  Each applicant for admittance to a training academy shall complete an application form. Application forms must be printed or typewritten, and all items on the form must be completed fully.
(b)  Certification by a licensed physician that the applicant is physically able to participate in the required law enforcement training program.
(c)  Each applicant for admittance to a training academy shall submit an affidavit which certifies that he/she has met all the requirements for a law enforcement officer under the provisions of Title 36-21-46, Code of Alabama.
(d)  Each applicant for admittance to a training academy shall submit a copy of his/her High School Diploma or G.E.D.
(e)  Each applicant for admittance to a training academy shall submit two POST O.R.I. fingerprint cards.
(f)  Each applicant for admittance to a training academy shall submit a release form.
Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.
Effective Date: September 29, 1983. Amended: June 12, 1995. Amended: May 9, 1997.

APOSTC 02/03

# ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION
## ADMINISTRATIVE CODE

### CHAPTER 650-X-3
### TRAINING ACADEMIES

#### TABLE OF CONTENTS

650-X-3-.01      Academy Certification
650-X-3-.02      Course of Study (Law Enforcement Officer)
650-X-3-.03      Academy Employees
650-X-3-.04      Instructors

**RULE 650-X-3-.01 <u>Academy Certification</u>.**

(1)   Certification may be issued for an approved academy that offers basic training, and in-service training courses. Certification will continue in effect until surrendered or revoked.

(2)   Prior to considering certification, an inspection of the proposed academy shall be conducted by the Commission employees. Such inspection shall include but shall not be limited to the following areas: Administration, faculty, and facilities. The Executive Secretary shall submit to the Commission the results of inspection with an appropriate recommendation.

(3)   The following information will be provided to the Commission:

(a)   The request must include the geographical area that will be covered (counties).

(b)   The estimated number of students that will be trained in the program.

(c)   Proposed method of funding.

(d)   Anticipated yearly budget of proposed academy.

(e)   Statement as to why basic and advanced training cannot be obtained through existing academies.

(f)   Statement of request for basic or advanced training from existing academies that have not been met.

Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended: June 12, 1995. Amended: May 9, 1997.

**RULE 650-X-3-.02 <u>Course of Study (Law Enforcement Officer)</u>.**

(1)   Introduction to Law Enforcement

(2)   General Topics

(3)   Equipment

(4)   Criminal Investigations

(5)   Criminal Procedures and Laws of Evidence

(6)   Juvenile Procedures

(7)   Courts

(8)   Patrol Techniques

(9)   Traffic Operations

(10) Offensive and Defensive Tactics

(11) Community/News Media Relations
(12) Firearms Training
(13) Examinations
Authority: Code of Alabama 1975, §36-21-40, §36-21-51.
Effective Date: September 29, 1983. Amended June 12, 1995.

**RULE 650-X-3-.03 Academy Employees**. The employees of each law enforcement academy shall be governed by personnel rules and regulations of the academy.
Authority: Code of Alabama 1975, §36-21-40, §36-21-51.
Effective Date: September 29, 1983. Amended June 12, 1995.

**RULE 650-X-3-.04 Instructors**. All instructors participating in basic and in-service training courses at an approved academy must be certified. Instructor's Certification: General, Specific, Legal and Firearms. Instructor certificates are valid three years from date of issue.
Authority: Code of Alabama 1975, §36-21-40, §36-21-51.
Effective Date: September 29, 1983. Amended: May 9, 1997. Amended: August 4, 1999.

# ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION
## ADMINISTRATIVE CODE

### CHAPTER 650-X-4
### CERTIFICATION OF LAW ENFORCEMENT OFFICERS
TABLE OF CONTENTS

| | |
|---|---|
| 650-X-4-.01 | Education Requirements |
| 650-X-4-.02 | Employment Requirements |
| 650-X-4-.03 | Waiver for Lateral Entry Equivalency Training |
| 650-X-4-.04 | Failure to Complete Training |
| 650-X-4-.05 | Withdrawal from School |
| 650-X-4-.06 | Repealed |
| 650-X-4-.07 | Repealed |
| 650-X-4-.08 | Firearms Re-qualification |

**RULE 650-X-4-.01 Education Requirements.**

(1) The applicant must successfully complete 480 hours of basic training at an approved academy.

(2) The applicant must satisfactorily complete the law enforcement training course within the time set forth in the statutory requirement of the Code of Alabama, Title 36-21-46.

(3) In order to successfully complete the police training course and be certified by the Commission, the applicant must achieve the following:

(a) An overall score of not less than 70% on written exams,

(b) Pass the first aid exam with a score of not less than 70% (Any re-test, if necessary, shall be administered within 72 hours.),

(c) Pass the legal issues exam with a score of not less than 70% (Any re-test, if necessary, shall be administered within 72 hours.),

(d) Pass the physical agility/ability test (Any re-test, if necessary, shall be administered within 48 to 72 hours.),

(e) A score of at least 70% on the firearms course (In the event he/she fails the initial firearms course test, and has successfully completed all other required law enforcement training, the applicant will be allowed one re-test of the firearms course at the next available session.),

(f) Students shall not be absent more than 5% of the required training hours.

(4) The trainee in addition to complying with the Commission's rules and regulations shall comply with all rules and regulations promulgated by the approved academy.

(5) The trainee shall comply with all rules and regulations promulgated by the Commission.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended: June 12, 1995. Amended: May 9, 1997. Amended: February 4, 1999.

**RULE 650-X-4-.02 Employment Requirements.** The applicant must be gainfully employed as a law enforcement officer by a law enforcement agency at the time of his/her application to the academy.

APOSTC 02/03

Prior to certification, the applicant shall complete the required course of training established by the commission. An applicant may be provisionally appointed for a period of six months. No individual may be employed for an additional period until that individual is certified by the commission.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended: June 12, 1995. Amended: May 9, 1997.

## RULE 650-X-4-.03 Waiver for Lateral Entry Equivalency Training.

(1) The Commission may waiver the completion of any course required by Rule 650-X-4-.01 of the regulations upon presentation of documentary evidence by a department that a gainfully employed (full-time or part-time) officer has received equivalent training in another jurisdiction or through federal, or department of defense law enforcement experience.

(a) If a law enforcement agency has a properly established and bonafide law enforcement reserve program, and if a duly appointed reserve officer is qualified and commissioned with the power of arrest, then the Chief Law Enforcement Officer may submit a letter of request to the Commission requesting the reserve officer be considered for Waiver of Lateral Entry Equivalence training. Reserve law enforcement officers who are approved for this training will be admitted to the refresher training program on a space available status only and may not occupy a position in the class if participation prevents a gainfully employed law enforcement officer from attending.

(b) Any reserve law enforcement officer who attends this program must be covered by Workers Compensation Insurance.

(2) The Commission will review the documentation of equivalent training presented by the department and use a point system, as described later in this rule, to determine if comparative compliance is achieved.

(3) If equivalency training is approved, the officer will qualify to attend an 80 hour Law Enforcement Officer Refresher Course to equate previous training with current standards.

(4) Equivalency of Training Point System. For the purpose of determining equivalency of training, the terms listed below shall have the following meaning and values:

(a) Experience: The total; number of years the applicant has been employed full time as a law enforcement officer since completing an entry level basic police training course.

(b) Education: An academic title awarded by a post-secondary institution which is accredited by a state certification board or commission and authorized to award such degrees.

(c) Equivalency: Achieved by obtaining a total of ten or more points based on the following schedule; of which, each applicant will be awarded the maximum number of points that he/she qualifies for in each of the three categories:

Years of full-time Law Enforcement Experience:

| | |
|---|---|
| Less than one (1) | 0 |
| One (1) to five (5) years | 5 |
| Five years, 1 day, to 10 years | 6 |
| Ten years, 1 day, to 15 years | 7 |
| Fifteen years, 1 day, to 20 years | 8 |
| Twenty years and one day or more | 9 |

Basic Police Training

| | |
|---|---|
| less than 280 hours | 0 |
| 280 hours - 319 hours | 1 |
| 320 hours - 479 hours | 2 |
| 480 hours - 639 hours | 3 |
| 640 hours - 800 hours | 4 |
| 801 hours - 959 hours | 5 |
| 960 hours or more | 6 |

Post-secondary Degrees

| | |
|---|---|
| Associate Degree | 1 |
| Bachelor Degree | 2 |
| Masters Degree or above | 3 |
| (correspondence courses not accepted) | |

(5)  Eligibility. An applicant requesting lateral entry to the law enforcement field in Alabama must meet the following requirements:

(a)  Other State Applicants. Possess a current and valid Peace Officers Standards and Training Certificate from the state the applicant received training. This certification of training must be issued after completing a basic police training course mandated by the State in which the officer was trained. Applicant must not have had a break in service in excess of two (2) years following separation.

(b)  Military Police Applicant. Be a graduate of a formal Military Police "Law Enforcement" Basic Police Training Course. Must have been performing duties in a law enforcement function the last four years prior to separation and must not have a break in service in excess of two (2) years following military separation.

(c)  Federal Law Enforcement Applicant. Be a graduate of a formal Federal Law Enforcement Basic Police Training Course. Must have been performing duties in a law enforcement function the last four years prior to separation from Federal Service and must not have a break in service in excess of two (2) years following Federal Service separation.

(d)  The following applicants will not be considered for eligibility:

(1)  Applicants who do not meet APOSTC standards for certification.

(2)  Applicants who have been "Grandfathered" or "exempted" from training.

(3)  Applicants whose certification has been suspended or revoked.

(4)  Applicants who have a primary Security Police occupational code.

(6)  Refresher Course. Those applicants who have received an acceptable evaluation of their experience, education, and training are required to attend an eighty (80) hour refresher training course to be conducted at an assigned regional academy. The general curriculum will be developed and updated as needed by a committee of Academy Directors and approved by the Alabama Peace Officers Standards and Training Commission. This training course will be rotated among the regional academies. A minimum of one course (if there is a sufficient number of applicants) will be conducted each calendar year. No credit will be given for a partially completed training course. Students shall not be absent more than 5% of the required training hours. Students who must withdraw during the training session or who fail must attend the standard course. The following are mandated subjects and must be passed with the following scores:

(a)  An overall academic average of not less than 70%.

4-3

(b) Pass the legal issues exam with a score of not less than 70%.

(c) Pass the defensive driving course with a score of not less than 70%.

(d) Pass the physical agility test.

(e) A score of at least 70% on the firearms course (In the event the applicant fails the firearms course test, and has successfully completed all other required training, the applicant will be required to attend the 43 hour firearms training course at the next available basic academy session. The applicant will be allowed one re-test of the firearms qualification course following completion of the 43 hour course.

(f) Applicant must present proof of CPR Training prior to admission to the course.

(7) Definitions:

(a) Law Enforcement Officer: One who is responsible for the prevention and detection of crime and the enforcement of the criminal, traffic, or highway laws of the State of Alabama. A full-time federal or military law enforcement officer who has powers of arrest, authority to carry a firearm, and is classified by their agency in a law enforcement position.

(b) Basic Police Training Course: A basic course recognized by a state commission, state board, or agency which leads to licensing or certification as a law enforcement officer; or a basic course sponsored by the federal government for its law enforcement officers; or a basic course conducted by the Department of Defense for personnel classified as law enforcement personnel under their military specialty codes, i.e., Military Occupation Code (MOS), Air Force Specialty Code (AFSC).

(8) Procedures:

(a) All commission procedures applicable to certification of newly employed officers must be followed when applying for Lateral Entry.

(b) The employer must complete the required application forms in duplicate, and provide certified true copies of law enforcement training and training curriculums provided in the training of the applicant.

(c) The applicant will arrange for the post-secondary schools, colleges, and universities to forward a certified true copy of post-secondary degrees earned, to the Peace Officers Standards and Training Commission.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended: June 12, 1995. Amended: May 9, 1997. Amended: May 5, 1999. Amended: September 5, 2000. Amended: September 13, 2000. Amended: July 18, 2001.


RULE 650-X-4-.04 **Failure to Complete Training**. Should a trainee fail academically or physically, the hiring agency may request that the trainee be allowed to attend another session. An applicant is eligible for two attempts of completion of the academy. If an applicant fails the academy twice, the applicant is ineligible to attend an academy for a period of two years from the date of failure of the second academy attempt. If, after two years, the applicant is again employed as a law enforcement officer, a new application package is required. This does not exempt the applicant from Rule 650-X-2-.01.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended June 12, 1995. Amended: February 4, 1999.

**RULE 650-X-4-.05** <u>Withdrawal from School</u>. A trainee who is failing the course of study may withdraw and re-enter school only in hardship or emergency situations.

   Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.

   Effective Date: September 29, 1983.

**RULE 650-X-4-.06** <u>Repealed.</u>

**RULE 650-X-4-.07** <u>Repealed.</u>

**RULE 650-X-4-.08** <u>Firearms Re-qualification</u>. Alabama Peace Officers Standards and Training Commission requires that all law enforcement officers as defined in the Code of Alabama 36-21-40, subsection 4, who have been certified by APOSTC, shall successfully pass an approved firearms course annually.

   (1) All law enforcement agencies or departments shall report annually to the Alabama Peace Officers Standards and Training Commission the results of firearms re-qualifications for each certified law enforcement officer on POST approved forms.

   (2) The employer or appointing authority of any certified law enforcement officer, as defined by the Code of Alabama 1975, §36-21-40(7) may request in writing a suspension or waiver of firearms re-qualification if their department no longer authorizes or requires them to carry or use a firearm.

   (3) Any officer who has been granted a waiver or suspension of the firearms re-qualification rule, must submit proof of firearms re-qualification signed by the department head, prior to again being authorized or required to carry or use a firearm.

   (4) Any officer who fails to pass an annual firearms re-qualification course shall be subject to his/her certification being revoked.

   Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.

   Effective Date: October 29, 1990. Amended: June 12, 1995. Amended: May 9, 1997.

APOSTC 02/03

# ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION
# ADMINISTRATIVE CODE

## CHAPTER 650-X-5
## DISCIPLINARY ACTIONS

### TABLE OF CONTENTS

650-X-5-.01        Complaints
650-X-5-.02        Probable Cause

**RULE 650-X-5-.01 Complaints.** Complaints alleging any violations of the law of Alabama, training, or rules of this Commission concerning law enforcement selection, may be lodged by any person with the Executive Secretary.

   Authority: Code of Alabama 1975, §36-21-40, §36-21-51.
   Effective Date: September 29, 1983.

**RULE 650-X-5-.02 Probable Cause.** The Executive Secretary will investigate the alleged violation and determine whether probable cause exists for disciplinary action.

   Authority: Code of Alabama 1975, §36-21-40, §36-21-51.
   Effective Date: September 29, 1983.

APOSTC 02/03

ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION
ADMINISTRATIVE CODE

CHAPTER 650-X-6
HEARING OF CONTESTED CASES

TABLE OF CONTENTS

650-X-6-.01        Procedure for Hearing Contested Cases
650-X-6-.02        Revocation of Certification

RULE 650-X-6-.01 **Procedure for Hearing Contested Cases**.

(1) Before the Commission can deny an individual certification as a law enforcement officer, the Commission shall follow the requirements set forth in the Alabama Administrative Procedure Act concerning contested cases as defined in the Code of Alabama 1975, §41-22-1 through §41-22-27.

(2) Without limiting the scope of Rule 650-X-6-.01, the following shall apply to contested cases:

(a) The Commission may at its discretion, appoint some person to act as a hearing officer. In the event a hearing officer is appointed, he/she shall preside at the hearing and shall rule on all questions of evidence and procedure, notwithstanding any other provisions of these rules to the contrary.

(b) The Commission shall be allowed the right to examine any witnesses called by either party.

(c) The Commission shall issue an order within thirty (30) days of the date of the final hearing, which shall include findings of fact, official notice taken and conclusions of law, separately stated. The individual shall be delivered a copy of the order by certified mail, return receipt requested, and a copy shall be mailed first class to each attorney of record.

(d) Evidence. Evidence shall be admitted in accordance with the Code of Alabama 1975, Title 41-22-13.

(3) Emergencies. The Commission may in an emergency situation, when danger to the public health, safety and welfare requires, deny certification without a hearing or with an abbreviated hearing in accordance with the Code of Alabama 1975, Title 41-22-19(d).

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended June 12, 1995.

RULE 650-X-6-.02 **Revocation of Certification**.

(1) The certification or authority of any law enforcement officer certified by the Alabama Peace Officers Standards and Training Commission or otherwise exempt from the minimum standards pursuant to subsection (b) of Section 36-21-46 of the Code of Alabama 1975, shall be revoked by the Commission when a law enforcement officer is convicted of a felony.

(2) Any law enforcement officer whose certificate or authority is revoked pursuant to this section may request a hearing before the Commission concerning the revocation. The only issue at the hearing shall be whether the revocation was based on a felony conviction of the officer.

(3) In the event the felony conviction is reversed or a new trial granted, the officer whose certificate has been revoked will have his/her certificate restored upon notification of the Commission by certified mail. The notification will include a certified copy of the court record of reversal or

APOSTC 02/03

granting of a new trial.

    Authority: <u>Code of Alabama 1975</u>, §36-21-40, §36-21-51.

    Effective Date: Amended: May 9, 1997.

APOSTC 02/03

# ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION
## ADMINISTRATIVE CODE

### CHAPTER 650-X-8
### PERSONS EXEMPT FROM MINIMUM STANDARDS REQUIREMENTS

#### TABLE OF CONTENTS

650-X-8-.01 Cabinet Members appointed by the Governor of the State of Alabama
650-X-8-.02 The Commissioner of the Department of Corrections and his deputies
650-X-8-.03 Elected Officials, Police Commissioners, and Sheriffs
650-X-8-.04 Building Inspectors, Meter Maids and License Inspectors, without powers of arrest

**650-X-8-.01 Cabinet Members appointed by the Governor of the State of Alabama.**
Authority: Code of Alabama 1975, §36-21-40, §36-21-51.
Effective Date: September 29, 1983.

**650-X-8-.02 The Commissioner of the Department of Corrections and his deputies.**
Authority: Code of Alabama 1975, §36-21-40, §36-21-51.
Effective Date: September 29, 1983.

**650-X-8-.03 Elected Officials, Police Commissioners, and Sheriffs.**
Authority: Code of Alabama 1975, §36-21-40, §36-21-51.
Effective Date: September 29, 1983.

**650-X-8-.04 Building Inspectors, Meter Maids and License Inspectors, without powers of arrest.**
Authority: Code of Alabama 1975, §36-21-40, §36-21-51.
Effective Date: September 29, 1983.

APOSTC 02/03

# ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION
## ADMINISTRATIVE CODE

### CHAPTER 650-X-9
### AMENDMENT OF RULES

### TABLE OF CONTENTS

650-X-9-.01       Petition for Adoption of Rules
650-X-9-.02       Notice
650-X-9-.03       Public Hearings
650-X-9-.04       Written Notice
650-X-9-.05       Emergency Rules
650-X-9-.06       Compliance with Administrative Procedure Act

**RULE 650-X-9-.01 Petition for Adoption of Rules**.

(1)   Any person who wishes to propose that the Commission adopt, repeal, or amend any rule may do so on the form prescribed by the Commission and supplied by the Executive Secretary.

(2)   The Commission shall meet and consider any petition for adoption, repeal, or amendment at the next quarterly meeting of its submission.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-9-.02 Notice**.

(1)   The Commission shall give at least 35 days notice of any proposed action on any rule by publication in the Alabama Administrative Monthly in compliance with the Alabama Administrative Procedure Act §5(1)(a).

(2)   Any person who wishes to receive notice by mail of all proposed actions on rules may do so by requesting such notice from the Executive Secretary and paying an annual charge of $10 to cover costs of the mailings.  All annual subscriptions begin October 1 and expire September 30.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-9-.03 Public Hearings**. The Commission shall permit all interested persons reasonable opportunity to submit data, views or arguments in writing which must be received by the Executive Secretary at least five days before the date specified in the notice as the day of the public hearing. Those persons wishing to appear before the Commission to present data, views or arguments orally must submit a request to appear before the Commission to the Executive Secretary, and such request must be received by the Executive Secretary at least five days before the scheduled public hearing.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-9-.04 Written Notice**. The Commission shall fully consider all written and oral

APOSTC 02/03

submissions concerning every proposed rule action. Upon adoption of a rule, the Commission, if conflicting views are submitted on the proposed rule, shall issue a concise statement of the principle reasons for and against its adoption, incorporating therein its reasons for overruling any considerations urged against its adoption.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-9-.05 Emergency Rules**. In the event the Commission finds that an immediate danger to the public health, safety or welfare requires adoption of a rule upon fewer than 35 days notice or that action is required by or to comply with a federal statute or regulation which requires adoption of a rule upon fewer than 35 days notice, the Commission may adopt an emergency rule under the provisions of the Administrative Procedure Act, §5(2).

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

**RULE 650-X-9-.06 Compliance with Administrative Procedure Act**. All rules adopted by the Commission shall otherwise substantively and procedurally comply with the provisions of the Alabama Administrative Procedure Act.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983.

APOSTC 02/03

ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION
ADMINISTRATIVE CODE

CHAPTER 650-X-10
RESERVE AND/OR AUXILIARY LAW ENFORCEMENT OFFICERS

TABLE OF CONTENTS

650-X-10-.01     Definition
650-X-10-.02     Auxiliary-Reserve Training

**RULE 650-X-10-.01** Definition. "Reserve law enforcement officers" are defined as set forth in the Code of Alabama, Title 11-43-210(a) and their functions shall be confined to those functions as set forth in the Code of Alabama, Title 11-43-210(c).

(1) Title 11-43-210(d) No reserve law enforcement officer shall have authority to exercise any power of arrest unless he or she has completed the training requirements of the Alabama Peace Officers Standards and Training Commission as set out in Article 3, Chapter 21, Title 36.

(2) Title 11-43-210(e) No reserve law enforcement officer shall carry any firearm unless he/she has obtained a properly issued permit for such firearm and the appointing authority has approved his/her use of such firearm. Reserve law enforcement officers may use such firearms only to the extent permitted by properly promulgated regulations of the appointing authority.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended June 12, 1995.

**RULE 650-X-10-.02** Auxiliary-Reserve Training.

(1) The Peace Officers Standards and Training Commission shall establish and maintain an Auxiliary or Reserve police training program with a prescribed curriculum and administered by an approved certified training academy.

(2) Upon successful completion of the prescribed curriculum for Auxiliary or Reserve police the certified academy will issue to the officer a certificate indicating that he/she has completed the prescribed curriculum.

(3) Only those Auxiliary or Reserve officers who complete the full 480 hours of instruction at an approved training academy will be certified by the Commission.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: September 29, 1983. Amended June 12, 1995.

APOSTC 02/03

(2) Ethics and Professionalism
(3) Communication
(4) Inmate Management
(5) Officer Safety/Fitness
(6) Medical and Mental Health
(7) Legal Issues
(8) Security, Custody, and Control
(9) Conflict and Crisis Management
(10) Correctional Operations
Authority: Code of Alabama 1975, §36-21-40, §36-21-51.
Effective Date: June 12, 1995.

## RULE 650-X-11.04 Correctional Officer Waiver for Lateral Entry Equivalency Training.

(1) The Commission may waiver the completion of any course required by Rule 650-X-11.01 of the regulations upon presentation of documentary evidence by the Department of Corrections that a gainfully employed (full-time or part-time) officer has received equivalent training in another jurisdiction or through federal, or department of defense correctional experience.

(2) The Commission will review the documentation of equivalent training presented by the Department of Corrections and use a point system, as described later in this rule, to determine if comparative compliance is achieved.

(3) If equivalency training is approved, the officer will qualify to attend an 80 hour Correctional Officer Refresher Course to equate previous training with current standards.

(4) Equivalency of Training Point System. For the purpose of determining equivalency of training, the terms listed below shall have the following meaning and values:

(a) Experience: The total; number of years the applicant has been employed full time as a correctional officer since completing an entry level basic correctional training course.

(b) Education: An academic title awarded by a post-secondary institution which is accredited by a state certification board or commission and authorized to award such degrees.

(c) Equivalency: Achieved by obtaining a total of ten or more points based on the following schedule; of which, each applicant will be awarded the maximum number of points that he/she qualifies for in each of the three categories:

Years of full-time Correctional Experience:

| | |
|---|---|
| Less than one (1) | 0 |
| One (1) to five (5) years | 5 |
| Five years, 1 day, to 10 years | 6 |
| Ten years, 1 day, to 15 years | 7 |
| Fifteen years, 1 day, to 20 years | 8 |
| Twenty years and one day or more | 9 |

Basic Correctional Training

| | |
|---|---|
| less than 280 hours | 0 |
| 280 hours - 319 hours | 1 |
| 320 hours - 479 hours | 2 |
| 480 hours - 639 hours | 3 |

11-2

| | |
|---|---|
| 640 hours - 800 hours | 4 |
| 801 hours – 959 hours | 5 |
| 960 hours or more | 6 |
| Post-secondary Degrees | |
| Associate Degree | 1 |
| Bachelor Degree | 2 |
| Masters Degree or above | 3 |
| (correspondence courses not accepted) | |

(5) Eligibility. An applicant requesting lateral entry to the correctional field in Alabama must meet the following requirements:

(a) Other State Applicants. Possess a current and valid Peace Officers Standards and Training Certificate from the state the applicant received training. This certification of training must be issued after completing a basic correctional training course mandated by the State in which the officer was trained. Applicant must not have had a break in service in excess of two (2) years following separation.

(b) Military Corrections Applicant. Be a graduate of a formal Military Confinement Basic Training Course. Applicant must have been performing duties in a correctional function the last four years prior to separation and must not have a break in service in excess of two (2) years following military separation.

(c) Federal Corrections Applicant. Be a graduate of a formal Federal Correctional Basic Training Course. Applicants must have been performing duties in a correctional function the last four years prior to separation from Federal Service and must not have a break in service in excess of two (2) years following Federal Service separation.

(d) The following applicants will not be considered for eligibility:

(1) Applicants who do not meet APOSTC standards for certification.

(2) Applicants who have been "Grandfathered" or "exempted" from training.

(3) Applicants whose certification has been suspended or revoked.

(4) Applicants who have a primary Security Guard occupational code.

(6) Refresher Course. Those applicants who have received an acceptable evaluation of their experience, education, and training are required to attend an eighty (80) hour refresher training course to be conducted at the corrections basic training academy. The general curriculum will be developed and updated as needed by the departmental curriculum development committee and approved by the Alabama Peace Officers Standards and Training Commission. No credit will be given for a partially completed training course. Students shall not be absent more than 5% of the required training hours. Students who must withdraw during the training session or who fail must attend the standard course. The following are mandated subjects and must be passed with the following scores:

(a) An overall academic average of not less than 70%

(b) Pass the Legal Issues Exam with a score of not less than 70%

(c) Pass the physical agility test

(d) A score of at least 70% on the firearms course (handgun and shotgun). In the event the applicant fails the firearms course test, and has successfully completed all other required training, the applicant will be required to attend the 40 hour firearms training course on the designated weapon

APOSTC 02/03

failed (handgun or shotgun) at the next available academy class. The applicant will be allowed one re-test of the firearms qualification course following completion of the 40 hour course.

(e)    Applicant must present proof of CPR Training, as approved by the American Heart Association or American Red Cross, prior to admission to the course.

(7)  Definitions:

(a)  Correctional Officer: An individual who is employed or has been employed by a federal, state, county, or municipal agency as a correctional officer, federal correctional officer, or military confinement officer who has power of arrest.

(b)  Basic Correctional Training Course: A basic course recognized by a state commission, state board, or agency which leads to licensing or certification as a correctional officer; or a basic course conducted by the Department of Defense for personnel classified as correctional personnel under their military specialty codes, i.e., Military Occupation Code (MOS), Air Force Specialty Code (AFSC).

(8)  Procedures:

(a)  All Commission procedures applicable to certification of newly employed correctional officers must be followed when applying for Lateral Entry.

(b)  The employer must complete the required application forms in duplicate, and provide certified true copies of correctional training and training curriculums provided in the training of the applicant.

(c)  The applicant will arrange for the post-secondary schools, colleges, and universities to forward a certified true copy of post-secondary degrees earned, to the Peace Officers Standards and Training Commission.

Authority: Code of Alabama 1975, §36-21-40, §36-21-51.

Effective Date: October 10, 1997. Amended: February 4, 2003.

11-4

# ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION
## ADMINISTRATIVE CODE

### CHAPTER 650-X-12
### CONTINUING EDUCATION REQUIREMENTS

### TABLE OF CONTENTS

650-X-12-.01      Executive Continuing Education

650-X-12-.02      Continuing Education

**RULE 650-X-12-.01 Executive Continuing Education.**

(1) Each chief of police or acting chief of police of any municipality in this state must annually complete 20 hours of executive level continuing education courses approved by the Alabama Peace Officers Standards and Training Commission.

(2) Any chief of police or acting chief of police who fails or refuses to comply with the provisions of this section or falsely reports executive level training shall be subject to having his/her certification revoked by the Alabama Peace Officers Standards and Training Commission.

(3) The Alabama Peace Officers Standards and Training Commission may, for sufficient cause, grant an extension of time in which to complete said courses.

(4) Any chief of police or acting chief of police who is aggrieved by any order or ruling made under the provisions of this section shall have the same rights and procedure of appeal as from any other order or ruling of the Alabama Peace Officers Standards and Training Commission.

Authority: Code of Alabama 1975, §36-21-51.

Effective Date: June 12, 1995. Amended: February 4, 1999.


**RULE 650-X-12-.02 Continuing Education.**

(1) Certified law enforcement officers in this state shall annually complete 12 hours of continuing education courses approved by the Commission.

(a) Law enforcement officer includes all officers certified by the Alabama Peace Officers Standards and Training Commission who have arrest powers to include reserve officers who are certified and have the power of arrest.

(b) In the case of law enforcement officers employed by a county sheriff's office, the training shall be required only if the county commission of the county in which the officer serves adopts a resolution requiring such continuing education.

(c) No reserve deputy sheriff or auxiliary, who is a law enforcement officer, is exempt from completing the annual continuing education requirements.

(2) The Alabama Peace Officers Standards and Training Commission may, for sufficient cause, grant an extension of time in which to complete said courses.

(a) Any certified law enforcement officer who is a member of the Alabama National Guard or U.S. Military Reserve and who is ordered to active duty because of a declared state of emergency shall be exempt from continuing education requirements while he or she is serving on

APOSTC 02/03

active military duty, provided the certified law enforcement officer's continuing education is current and not delinquent at the time he or she is called to active military service.

(b) The Chief Law Enforcement Officer of the employing agency must file a written request to the Executive Secretary stating that the officer is currently employed and has been ordered to active military duty because of a national emergency. A copy of the officer's military orders shall be included with the request.

(c) This exemption shall not extend beyond twenty-four (24) months.

(3) A certified law enforcement officer in this state may keep up or maintain their continuing education courses for two (2) years without being employed as a law enforcement officer to allow them to re-enter the field of law enforcement without having to take the refresher training. This training will be maintained by the law enforcement officer and sent to the Alabama Peace Officers Standards and Training Commission immediately after re-employment as a law enforcement officer within the two-year period. The courses must be acceptable and approved by the Commission.

(4) After a two year absence from employment as a law enforcement officer in this state, a previously certified law enforcement officer in this state shall be required to apply for renewal of his/her certification which will require successful completion of an approved 80-hour academy re-certification course. A previously certified law enforcement officer in this state, who has not been employed as a law enforcement officer for two years or more in this state, may be provisionally appointed for six months by the employing agency upon their submitting a notice to the Commission as required by Rule 650-X-1-.16(5) and an application for training as set out in Rule 650-X-2-.09, requesting to attend the next available 80-hour academy re-certification course.

(5) If the Commission is unable to provide an 80-hour academy re-certification course within the state, during the six-month provisional appointment period for a previously certified officer, the commission may through the Executive Secretary extend the provisional appointment period for a period up to 180 days.

(a) The provisional appointment of any law enforcement officer shall be null and void at the end of one year after appointment unless that person has completed the 80-hour academy re-certification course. Said person shall then be required to attend the regular basic law enforcement training course (480 hours).

(6) Continuing Education credit may not be granted for re-certification training, i.e., chemical aerosol, firearms qualification, defensive driving, etc.

(7) No more than six hours of continuing education credit may be obtained through video, computer, multi-media, or satellite-based training and the training must:

(a) Be approved by the agency head in advance, and

(b) Be directly related to law enforcement, and

(c) Occur in a classroom setting, and

(d) Have a training coordinator or department official present, and

(e) The student achieve a minimum passing score of 70% or above on a post-viewing examination.

(8) Continuing education shall be reported to the Commission by each agency head in the manner prescribed by the Commission.

APOSTC 02/03

(9) Permanent training records verifying course of study, including syllabus listing instructor(s), institution sponsoring name, date and time of training and proof of officer attendance shall be maintained by the law enforcement agency. All training records shall be available to inspection and verification by the Commission.

(10) The certification of any law enforcement officer, not otherwise exempt, shall be suspended if the law enforcement officer's continuing education becomes delinquent twenty-four (24) or more hours. The law enforcement officer shall then be required to complete the Alabama Peace Officers Standards and Training Commission eighty (80) hour refresher training program before having his/her certification reinstated. The Executive Secretary shall notify the law enforcement officer and the chief law enforcement officer of the employing agency, thirty (30) days before the effective date of said suspension.

(a) The certification of any law enforcement officer shall be automatically suspended if the law enforcement officer's employment is terminated and he/she is in violation of this section at the time of termination.

(11) Any law enforcement officer who fails or refuses to comply with the provisions of this section or who falsely reports training shall be subject to having his/her certification revoked by the Alabama Peace Officers Standards and Training Commission.

(12) Law enforcement officers who have honorably retired from law enforcement in this state, and who qualify under Title 36-21-9, Code of Alabama, with 20 years or more of service, are exempt from Sections (3) and (4) of this rule.

(13) Any law enforcement officer who is aggrieved by any order or ruling made under the provisions of this section shall have the same rights and procedure of appeal as from any other order or ruling of the Alabama Peace Officers Standards and Training Commission.

Authority: Code of Alabama 1975, §36-21-51, §36-21-45.

Effective Date: February 4, 1999. Amended: January 4, 2000. Amended: September 5, 2000. Amended: September 13, 2000. Amended November 7, 2001.

APOSTC 02/03

# APPENDIX

## STATE OF ALABAMA
## PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION
## LAW ENFORCEMENT ACADEMY APPLICATION

DEPARTMENT: _____ TELEPHONE: ( ) _____

ADDRESS: _____
　　　　　STREET　　　　PO BOX　　　　　　　　CITY　　　　COUNTY　　　ZIP

AGENCY HEAD: _____ TELEPHONE: ( ) _____

AGENCY CONTACT PERSON _____ TELEPHONE: ( ) _____

AS THE CHIEF LAW ENFORCEMENT OFFICER OF THE ABOVE-NAMED LAW ENFORCEMENT AGENCY, I HEREBY MAKE APPLICATION TO THE ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION

FOR _____
　　　　　　　　　　　　　　　NAME OF APPLICANT

TO ATTEND A LAW ENFORCEMENT ACADEMY. THE APPLICANT HEREIN NAMED HAS BEEN RECRUITED PURSUANT TO ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION REGULATIONS. I CERTIFY THAT THE APPLICANT IS:

( ) EMPLOYED AS A FULL-TIME LAW ENFORCEMENT OFFICER,
( ) GAINFULLY EMPLOYED AS A PART-TIME LAW ENFORCEMENT OFFICER,
( ) A RESERVE/VOLUNTEER FOR THIS AGENCY.

I REQUEST THAT THE APPLICANT ATTEND THE _____
ACADEMY.

SIGNED _____
　　　　　　　　CHIEF LAW ENFORCEMENT OFFICER

DATE: _____

| RECENT PHOTO OF APPLICANT | APOSTC USE ONLY |
|---|---|
| | REMARKS: |
| | |
| | |
| | |
| | |
| | |
| | CERTIFICATION # _____ |

POST-1 (Rev. 1/02)　　　　　　A-1

## STATE OF ALABAMA
## PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION
## LAW ENFORCEMENT ACADEMY APPLICATION

### Personal

| LAST NAME | FIRST NAME | MIDDLE NAME | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | | |

OTHER NAMES (INCLUDING NICKNAMES), ALIASES AND MAIDEN NAMES YOU HAVE USED OR BEEN KNOWN BY

| RESIDENCE ADDRESS IF DIFFERENT FROM MAILING ADDRESS | MAILING ADDRESS |
|---|---|
| STREET NUMBER | STREET OR POST OFFICE NUMBER |
| CITY | CITY |
| STATE                    ZIP CODE | STATE                    ZIP CODE |
| AREA CODE       HOME TELEPHONE NUMBER | AREA CODE       BUSINESS TELEPHONE NUMBER |

| BIRTHDATE: MONTH DAY YEAR | RACE | SEX | WEIGHT | HEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|
| | | | | | | |

| PLACE OF BIRTH:  CITY/COUNTY/STATE | CITIZENSHIP |
|---|---|
| | |

### Education

| HIGH SCHOOL GRADUATE: [ ] YES  [ ] NO | YEAR GRADUATED | SCHOOL | CITY | STATE |
|---|---|---|---|---|
| | | | | |

GED CERTIFICATE: [ ] YES    [ ] NO    YEAR:             RECEIVED GED FROM:

COLLEGE ATTENDED                                    YEARS              DEGREE

### Military Service

| HAVE YOU EVER SERVED IN THE ARMED FORCES, NATIONAL GUARD OR MILITARY RESERVES?  YES [ ]  NO [ ] | SELECTIVE SERVICE NUMBER |
|---|---|

| BRANCH | DATE OF SERVICE     /     /    to    /     / | RANK AT DISCHARGE | TYPE OF DISCHARGE |
|---|---|---|---|

ARE YOU CURRENTLY PARTICIPATING IN ANY MILITARY SERVICE OR NATIONAL GUARD PROGRAMS?  YES [ ]  NO [ ]

| BRANCH | DATE OF SERVICE     /     /    to    /     / | ORGANIZATION DESIGNATION / NAME | RANK |
|---|---|---|---|

HAVE YOU EVER BEEN THE SUBJECT OF ANY JUDICIAL OR NON-JUDICIAL DISCIPLINARY ACTION? YES [ ]  NO [ ]  IF YES, GIVE DETAILS (BRANCH OF SERVICE, WHEN, WHERE, CIRCUMSTANCES, INCLUDING ARTICLE 15, CAPTAIN'S MAST, OR COURT MARTIAL.)

### Criminal History

HAVE YOU EVER BEEN ARRESTED OR CONVICTED OF ANY OFFENSE, EXCLUDING TRAFFIC OFFENSES? YES [ ]  NO [ ]  (IF YES, COMPLETE THE FOLLOWING.)  NOTE: THE OFFENSE OF DUI SHOULD BE LISTED IN THIS SECTION.

| DATE | LOCATION (CITY AND STATE) | ORIGINAL CHARGE | FINAL CHARGE IF AMENDED OR REDUCED | DISPOSITION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Driver History

| DRIVER LICENSE NUMBER | STATE | EXPIRATION DATE | NAME(S) UNDER WHICH LICENSE WAS GRANTED |
|---|---|---|---|
| | | | |

HAVE YOU RECEIVED A TRAFFIC CITATION IN THE PAST FIVE (5) YEARS?  YES [ ]  NO [ ]  IF YES, LIST ALL TRAFFIC CITATIONS (EXCEPT PARKING VIOLATIONS) YOU HAVE RECEIVED WITHIN THE LAST FIVE (5) YEARS. (INCLUDE MILITARY BASES)

| NATURE OF VIOLATION | LOCATION (CITY) | APPROXIMATE DATE | INDICATE WHETHER FINED OR ACTION TAKEN ON DRIVER LICENSE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## Law Enforcement Experience / Training

LIST ALL LAW ENFORCEMENT EMPLOYMENT HISTORY AND ATTACH ON SEPARATE PAGE. INCLUDE ANY LAW ENFORCEMENT CERTIFICATION IN ANOTHER STATE(S).

### Employment

### CHECK APPLICABLE STATUS

[ ] I AM GAINFULLY EMPLOYED AS A FULL-TIME LAW ENFORCEMENT OFFICER
BY THE _____ DEPARTMENT, _____, ALABAMA.
DATE EMPLOYED: _____

[ ] I AM GAINFULLY EMPLOYED AS A PART-TIME LAW ENFORCEMENT OFFICER
BY THE _____ DEPARTMENT, _____, ALABAMA.
DATE EMPLOYED: _____
I WORK _____ HOURS PER WEEK AS A PART-TIME LAW ENFORCEMENT OFFICER.

[ ] I AM A RESERVE/VOLUNTEER OFFICER FOR
THE _____ DEPARTMENT, _____, ALABAMA.
START DATE: _____

### Affidavit / Release of Liability

I HEREBY ATTEST THAT I AM IN GOOD HEALTH, PHYSICALLY FIT, AND OF GOOD MORAL CHARACTER. I HAVE NEVER BEEN CONVICTED OF A FELONY. I RELEASE THE ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION, THE LAW ENFORCEMENT ACADEMY, AND ANY DEPARTMENT OFFICIALLY ASSOCIATED WITH THE LAW ENFORCEMENT ACADEMY FROM ANY LIABILITY IN CASE OF ACCIDENT OR ILLNESS. I UNDERSTAND THAT FALSIFICATION OF THIS APPLICATION WILL RENDER ME INELIGIBLE TO ATTEND ANY LAW ENFORCEMENT ACADEMY IN THE STATE OF ALABAMA AND WILL RENDER ME INELIGIBLE FOR CERTIFICATION AS A LAW ENFORCEMENT OFFICER BY THE ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION.

SIGNED: _____

SUBSCRIBED TO BEFORE ME THIS THE _____ DAY OF _____, 20 _____

SEAL

_____
NOTARY PUBLIC

## STATE OF ALABAMA
## PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION
## LAW ENFORCEMENT ACADEMY APPLICATION

## AFFIDAVIT

This is to certify that, I _____, have met all the requirements for a law enforcement officer under the provisions of TITLE 36-21-46, Subsections: (2) Education, (4) Physical Qualifications and (5) Character, Code of Alabama 1975, as amended. I have never been convicted of a felony. I have listed any and all misdemeanor arrests and convictions on my Academy application.

_____
SIGNATURE OF APPLICANT

Sworn to and subscribed before me this the _____ day of _____, 20 ____ .

SEAL

_____
NOTARY PUBLIC

This is to certify that the applicant has met all requirements to be trained and certified as a law enforcement officer under the provisions of TITLE 36-21-46, (2) (4) (5), Code of Alabama 1975, as amended. *NOTE: All three signatures are required. If the applicant is employed as a Deputy Sheriff, the Sheriff signs as both the Chief Law Enforcement Officer and Apointing Authority.*

_____
Chief Law Enforcement Officer/Agency Head

_____
Financial Officer (The person responsible for issuing employees paycheck)

_____
Appointing Authority (Mayor, Sheriff, College President, etc.)

Sworn to and subscribed before me this the _____ day of _____, 20 ____ .

SEAL

_____
NOTARY PUBLIC

# STATE OF ALABAMA
# PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION

## PHYSICAL EXAMINATION

APPLICANT'S NAME: _____  SEX: [ ] Male  [ ] Female

APPLICANT'S ADDRESS: _____
Street                           City                    County

PHYSICIAN'S NAME: _____
Please Print or Type

PHYSICIAN'S ADDRESS: _____
Street                           City                    County

PHYSICIAN'S TELEPHONE NUMBER: _____

> **TO EXAMINING PHYSICIAN:** This physical examination is to determine the above-named applicant's ability to **FULLY PARTICIPATE** in all of the rigorous physical activities of law enforcement training. These activities include but are not limited to: push-ups, sit-ups, distance running, close order self-defense training, and tactical firearms training (which may be anywhere from 2 to 8 hours per day). The amount of physical training may vary from day to day in difficulty. The applicant **MUST** be able to participate **EVERY DAY** at all prescribed levels.

Height _____   Weight _____ lbs   Frame: Light _____   Medium _____   Heavy _____
(without shoes)        (stripped)

| NORMAL | ABNORMAL | | |
|--------|----------|---|---|
| | | Eyes: Vision: | Right 20/_____ Left 20/_____ Without Glasses – Color Perception _____ |
| | | | Right 20/_____ Left 20/_____ With Glasses |
| | | Ears: Hearing: | Right _____/15 Left _____/15 External ear drum _____ |
| | | Nose & Sinuses: | Deformity; Obstruction; Chronic Infection |
| | | Throat: | Enlarged Tonsils; Chronic Infection |
| | | Thorax: | Inadequate Expansion; Deformity |
| | | Heart: | Enlargement; Arrhythmia; Deformity |
| | | | Blood Pressure: Systolic _____ Diastolic _____ |
| | | Lungs: | Rales; Dullness; Chronic Infection |
| | | Abdomen: | Organ Enlargement; Hernia: Ventral _____ Inguinal _____ |
| | | Genitalia: | Phimosia; Hydrocele; Varicocele |
| | | Rectum & Anus: | Hemorrhoids; Fissure; Fistula; Pilonidal Disease |
| | | Extremities: | Deformity; Loss of Parts; Limitation of Motion; Chronic Infection; Varicose Veins |
| | | Skin: | Disfiguring Defects or Scars; Infection |
| | | Nervous & Mental: | Vasomotor Instability; Mental or Neurologic Defect |
| | | Urinalysis: | Sugar _____ Albumin _____ |

Comments on Abnormalities _____
_____
_____

EKG Results _____

The above-named applicant is physically qualified and capable of performing all of the above-described physical tasks pertaining to law enforcement training.

_____, M.D. _____
Examining Physician                              Date

POST–3 (Rev. 1/02)                    – A-5 –

# STATE OF ALABAMA
# PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION

## AUTHORIZATION TO RELEASE RECORDS

TO WHOM IT MAY CONCERN:

I hereby release to the Alabama Peace Officers' Standards and Training Commission and its designated officers, agents, or employees, any and all information (including criminal records, physical/medical information, and psychological examinations) required by law or regulations to process my application to attend a police academy to obtain certification as a law enforcement officer.

_____
NAME (PRINTED)


_____
SIGNATURE



DATE _____


Sworn to and subscribed before me this the _____ day of _____, 20 ___ .


SEAL


_____
NOTARY PUBLIC

POST–4 (Rev. 1/02)                                    A-6

## ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION'S
### 50 ROUND BASIC POLICE HANDGUN COURSE
#### B-27 Target

| YARD LINE | POSITION | ROUNDS | TIME |
|---|---|---|---|
| 25 YD | Standing Strong Hand Barricade<br>Kneeling Strong Hand Barricade<br>Kneeling Weak Hand Barricade | 6 Rounds<br>6 Rounds<br>6 Rounds | 75 Seconds |
| 15 YD | Move to Position, Draw & Fire<br>Ready<br>Ready<br>Ready | 2 Rounds<br>2 Rounds<br>2 Rounds<br>2 Rounds | 6 Seconds<br>3 Seconds<br>3 Seconds<br>3 Seconds |
| 7 YD | Move to Position, Draw & Fire | 12 Rounds | 25 Seconds |
| 5 YD | Move to Position, Draw & Fire<br>Strong Hand Unsupported<br>Weak Hand Unsupported | 6 Rounds<br>6 Rounds | 25 Seconds |

TOTAL SCORE OF 70 REQUIRED BY A.P.O.S.T. COMMISSION. TOTAL SCORE _____

_____         _____
SHOOTERS NAME (PRINT)                    SOCIAL SECURITY NUMBER

_____         _____         _____
DEPARTMENT                      RANK                    DATE

_____         _____         _____
WEAPON                          SERIAL NUMBER           CALIBER, TYPE

_____    _____    _____
SHOOTERS SIGNATURE         INSTRUCTORS SIGNATURE       INSTRUCTORS NAME(PRINT)

SUBMIT TO:        APOSTC        P.O. BOX 300075        MONTGOMERY, AL 36130-0075

## ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION'S
## 50 ROUND Q COURSE
### APPROVED ONLY FOR ANNUAL REQUALIFICATION
### Q TARGET

| YARD LINE | POSITION | ROUNDS | TIME |
|---|---|---|---|
| 25 YD | Standing | 5 Rounds | 10 Seconds |
| 15 YD | Move to Position, Draw & Fire<br>Ready<br>Ready<br>Ready<br>Ready | 3 Rounds<br>3 Rounds<br>3 Rounds<br>3 Rounds<br>3 Rounds | 8 Seconds<br>5 Seconds<br>5 Seconds<br>5 Seconds<br>5 Seconds |
| 7 YD | Move to Position, Draw & Fire<br>Draw & Fire<br>Draw & Fire<br>Draw & Fire<br>Draw & Fire | 4 Rounds<br>4 Rounds<br>4 Rounds<br>4 Rounds<br>4 Rounds | 8 Seconds<br>5 Seconds<br>5 Seconds<br>5 Seconds<br>5 Seconds |
| 5 YD | Move to Position, Draw & Fire<br>Strong Hand Only, Unsupported<br>Weak Hand Only, Unsupported<br>**MANDATORY MAGAZINE<br>CHANGE** | <br>5 Rounds<br>5 Rounds | <br>Total of 15<br>Seconds |

TOTAL SCORE OF 70 REQUIRED BY A.P.O.S.T. COMMISSION. TOTAL SCORE _____

_____     _____
     SHOOTERS NAME (PRINT)           SOCIAL SECURITY NUMBER

_____     _____     _____
       DEPARTMENT            RANK             DATE

_____     _____     _____
       WEAPON          SERIAL NUMBER       CALIBER, TYPE

_____     _____     _____
SHOOTERS SIGNATURE     INSTRUCTORS SIGNATURE     INSTRUCTORS NAME(PRINT)

SUBMIT TO:        APOSTC       P.O. BOX 300075       MONTGOMERY, AL 36130-0075

POST-5B

# ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION'S
## SHOTGUN QUALIFICATION COURSE
### B-27 Target

| YARD LINE | POSITION | ROUNDS | TIME |
|---|---|---|---|
| **RIFLED SLUGS** | | | |
| 50 YD | Standing from the shoulder | 1 Round | 10 Seconds |
| 40 YD | Standing from the shoulder<br>Kneeling | 1 Round<br>1 Round | Total of 15 Seconds |
| 25 YD | Kneeling<br>Standing from the shoulder | 1 Round<br>1 Round | Total of 15 Seconds |
| **00 BUCKSHOT 9 PELLET** | <u>CHANGE TARGETS</u> | | |
| 25 YD | Standing from the shoulder<br>Kneeling | 1 Round<br>2 Rounds | Total of 20 Seconds (time will include combat loading) |
| 15 YD | Standing from the shoulder | 2 Rounds | 10 Seconds |

TOTAL SCORE OF 70 REQUIRED BY A.P.O.S.T. COMMISSION. TOTAL SCORE _____

SCORING: Rifled Slugs. Each hit within the 7 ring = 2 points. Any other hit in the black = 1 point. "00" Buck (9 pellets) any hit in black = 2 points

_____          _____
SHOOTERS NAME (PRINT)                         SOCIAL SECURITY NUMBER

_____     _____     _____
DEPARTMENT                                  RANK                        DATE

_____     _____     _____
WEAPON                                SERIAL NUMBER              CALIBER, TYPE

_____     _____     _____
SHOOTERS SIGNATURE       INSTRUCTORS SIGNATURE       INSTRUCTORS NAME(PRINT)

SUBMIT TO:        APOSTC        P.O. BOX 300075        MONTGOMERY, AL 36130-0075

A-9

## STATE OF ALABAMA
## PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION
## CERTIFIED LAW ENFORCEMENT OFFICER EMPLOYMENT FORM

**(ALL AGENCIES ARE REQUIRED BY RULE 650-X-1-.16(5) TO REPORT THE EMPLOYMENT OF LAW ENFORCEMENT OFFICERS WITHIN 10 DAYS)**

DEPARTMENT: _____

AGENCY HEAD: _____

CONTACT PERSON: _____ TELEPHONE: _____

OFFICER'S NAME: _____

SOCIAL SECURITY NUMBER: _____ EMPLOYMENT DATE: _____

___FULL-TIME    __PART-TIME    __RESERVE

(PLEASE FILL OUT THE APPROPRIATE BLOCK)

I.    HIRED FORM ANOTHER LAW ENFORCEMENT AGENCY:   __ YES    __NO

    (a)    IF YES, AGENCY NAME: _____

         DATE(S) OF EMPLOYMENT: _____

    (b)    IF NO, LAST LAW ENFORCEMENT AGENCY OF EMPLOYMENT:

         _____ DATE(S): _____

II.    BACKGROUND INVESTIGATION CONDUCTED PRIOR TO EMPLOYMENT:

    __ YES    __NO

    IF NO, EXPLAIN: _____

    _____

SIGNED_____

                    CHIEF LAW ENFORCEMENT OFFICER

DATE: _____

**RETURN TO:**    APOSTC P.O. BOX 300075 MONTGOMERY, AL 36130-0075
             OR FAX TO: (334)-242-4633

## STATE OF ALABAMA
## PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION
## LAW ENFORCEMENT OFFICER TERMINATION FORM

**(ALL AGENCIES ARE REQUIRED BY RULE 650-X-1-.16(6) TO REPORT THE TERMINATIONS OF LAW ENFORCEMENT OFFICERS WITHIN 10 DAYS)**

DEPARTMENT: _____

AGENCY HEAD: _____

CONTACT PERSON: _____ TELEPHONE: _____

OFFICER'S NAME: _____

SOCIAL SECURITY NUMBER: _____ EMPLOYMENT DATE: _____

(PLEASE FILL OUT THE APPROPRIATE BLOCK)

I.    RETIRED: _____ YES _____ NO  IF YES, EFFICTIVE DATE: _____

II.   DECEASED: _____ YES _____ NO  IF YES, DATE: _____

III.  RESIGNED: _____ YES _____ NO  IF YES, EFFICTIVE DATE: _____

WAS THE RESIGNATION _____ VOLUNTARY _____ INVOLUNTARY

IF INVOLUNTARY, PLEASE EXPLAIN: _____

IV.   FIRED: _____ YES _____ NO  IF YES, EFFECTIVE DATE: _____

IF YES, PLEASE EXPLAIN: _____

V.    MEDICAL/DISABILITY: _____ YES _____ NO

IF YES, EFFECTIVE DATE: _____ IF YES, PLEASE EXPLAIN

_____

SIGNED _____
CHIEF LAW ENFORCEMENT OFFICER

DATE: _____

**RETURN TO:   APOSTC P.O. BOX 300075 MONTGOMERY, AL 36130-0075
OR FAX TO: (334)-242-4633**

# ALABAMA PEACE OFFICERS STANDARDS AND TRAINING COMMISSION

## PHYSICAL AGILITY/ABILITY EXAMINATION

### Physical Agility/Ability Test Outline and "Script"

## GENERAL INFORMATION

As an applicant you are required to pass a test of physical agility/ and ability as an entry-level requirement to the law enforcement training academy condition of certification. The test is composed of two phases, physical agility and physical ability components, and both parts will be administered on the same day. The test is formatted to a pass/fail structure. Failure to successfully complete any part of phase one or two means failure of the entire physical agility and ability test. After failure of any part of the exam, the applicant will be given an opportunity for one (1) retest within forty-eight (48) to seventy-two (72) hours (determined at the test administrator's discretion). The examination will be conducted at the Police Academy during your 480 hours of basic training. The physical agility/ability test is to be administered within the first five class days of the academy. Each event is to be video-taped.

This test simulates any number of job-related activities such as jumping down from porches, stairs, walking along walls, rafters, pipes or beams while in foot pursuit or checking buildings for suspects.

## PHASE ONE – PHYSICAL AGILITY EXAMINATION

### A. PHYSICAL AGILITY.

The physical agility portion of the test simulates certain specific activities routinely expected of a law enforcement officer or correctional officer, and consists of five events designed to measure minimum levels of endurance, strength, agility and coordination.

This test simulates any number of job-related activities such as jumping down from porches, climbing stairs, walking along walls, rafters, pipes, or beams while in foot pursuit or while checking buildings for suspects. A period of running is incorporated into each of the events to simulate the apprehension and control of a fleeing suspect.

The time limit for the five physical agility events is ninety (90) seconds.

### Event 1 – Pushing

This test requires pushing a patrol vehicle a distance of fifteen (15) feet on a paved, level surface with the gear in neutral. A driver will remain inside the vehicle at all times as a safety factor.

This will demonstrate the applicant's ability to remove or assist in the removal of a stalled vehicle from an intersection in order to eliminate a traffic hazard or restore the flow of

traffic.

## Event 2 – Climbing

Climbing - This is essentially a wall surmount and is intended to measure agility and coordination. It consists of a fence, six (6) feet in height. One fence is made of wood and one is a chainlink fence. The applicant has the choice of which fence to climb. Only one fence will be climbed. These are typical of the type commonly found around numerous business establishments as well as those found around residences.

The applicant is instructed to run a distance of fifty (50) yards and then surmount the fence in any manner they wish so long as it is a solo effort.

## Event 3 – Window Entry

The applicant must run a distance of fifty (50) yards to the next position where the applicant will step through an obstacle approximately twenty-four (24) inches square.
This insures that the applicant has sufficient body mobility to step through an obstacle the approximate size of a residential window.

## Event 4 – Balance

The balance test requires running a distance of twenty-five (25) yards and then surmounting a six (6) inch by six (6) inch beam suspended one (1) foot in the air and walking a distance of fifteen (15) feet. At the end of the beam, the applicant is required to jump the one foot distance to the ground.
The balance beam is a combination test demonstrating the ability to maintain balance while moving forward on a flat surface to a narrow surface and back to a flat surface again. Minimum levels of both balance and coordination are required.

## Event 5 – Weight Drag

Weight Drag - The applicant is required to run a distance of twenty-five (25) yards and then lift, pull, or drag a dead weight object (dummy) approximately one hundred sixty-five (165) pounds for a distance of fifteen (15) feet. The applicant will drop the weight at the finish line.
This test is designed to gauge the applicant's ability to extricate a human being from an automobile, burning building, etc.

**This concludes the physical agility portion of the exam. After a minimum of a 20 minute rest break, you will proceed to the physical ability portion of the test.**

A-13

## PHASE TWO – PHYSICAL ABILITY EXAM

## B.  PHYSICAL ABILITY.

### Event 1 – Timed Push-ups

On the "Get Ready" command, the applicant will assume the front-leaning rest position (push-up) with the arms straight, elbows locked, hands about shoulder width apart, and palms placed on the floor. The feet may be together or up to twelve (12) inches apart. The body should be essentially straight when viewed from the side, from the shoulders to the ankles.

On the "Start Push-ups" command, the applicant begins the push-up by bending the elbows and lowering the entire body until the chest touches the fist of the Test Administrator (the upper arms should be parallel to the ground at this point).

The applicant returns to the starting position by raising the entire body until the arms are fully extended. The applicant may rest in the up (elbows locked) position only. The body must remain in a generally straight line and as a single unit for the entire repetition.

Failure to perform the required number of repetitions in the time allotted results in failure. Failure to keep the body straight or to properly lower the entire body until the chest touches the Test Administrator's fist or allowing any part of the body other than the hands or feet to touch the ground results in disqualification. Incorrect movements will not be counted.

Each applicant has sixty (60) seconds to complete twenty-two (22) push-ups.

*After a minimum twenty (20) minute rest, applicants will begin the timed sit-up event.*

### Event 2 – Timed Sit-ups

On the "Get Ready" command the applicant assumes the starting position by lying flat on their back with knees bent at forty-five (45) degrees. Feet may be together or up to twelve (12) inches apart, resting on the ground and may be stabilized by a partner holding the ankles with the hands only. The applicant's fingers must be interlocked behind the neck or head.

On the "Start Sit-ups" command, the applicant begins raising the upper body to the up position with elbow touching knees.

The applicant lowers the body until the upper portion of the back (shoulder blades) touches the mat. The head, hands, arms, and elbows don't have to touch the ground.

The up position is the only authorized rest position.

Failing to reach the up position, failing to keep the fingers locked behind the neck or head, arching or bowing the back and raising the buttocks off the ground to raise the upper body, or allowing feet to leave the floor will result in incorrect movements. Incorrect movements will not be counted.

Each applicant has sixty (60) seconds to complete twenty-five (25) sit-ups.

*After a minimum twenty (20) minute rest, applicants will begin the timed 1.5 mile run.*

### Event 3 – 1.5 Mile Run

A-14

At the start, all applicants will be lined up behind the starting line, on a flat, level course.

Applicants are instructed to complete the 1.5 mile run and to listen to their finish time.

On the command "GO," the timing clock will be started and the applicants will begin running at their own pace.

The Test Administrator timing the event will begin calling off the time in minutes and seconds as the applicants approach the finish line. Each applicant's time will be recorded after they pass through the finish line.

Do not deviate from the course. Do not touch any other applicant during the course. If you feel faint, pain, dizziness, weakness, sustain an injury, or otherwise feel that you cannot complete the test, immediately stop and signal for a Tester.

Each applicant must run one and one-half (1 ½) miles within 15:28 (fifteen minutes and twenty-eight seconds).

## THIS CONCLUDES THE A.P.O.S.T.C. PHYSICAL AGILITY/ABILITY TEST



# P.O.S.T.C.
# AGILITY COURSE

Balance beam

15'

25 yards

25 yards

15'  165 lb. drag

6 foot wall

24 inch window

50 yards

50 yards

15'  Car

A-16