IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RICARDO MATTHEWS, etc., )
et al., )
 )
   Plaintiffs, )
 )  CIVIL ACTION NO.
   v. )  2:06cv185-MHT
 )
TOWN OF AUTAUGAVILLE, )
etc., et al., )
 )
   Defendants. )

## ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 27) is set for submission, without oral argument, on March 6, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 20th day of February, 2008.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE