IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICARDO MATTHEWS and <br> CLEO FRANK JACKSON, et al., <br>     Plaintiffs, <br><br> vs. <br><br> TOWN OF AUTAUGAVILLE, et al., <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) CASE NO:2:06 cv 185-DRB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM BRIEF IN SUPPORT THEREOF

Comes now the Plaintiffs, by and through their counsel of record, and opposes the Defendants' Motion For Summary Judgment filed in the above-styled case. Defendants are not entitled to summary judgment as there are genuine issues of material facts in this case. In support thereof Plaintiffs' present the following:

1. All pleadings previously filed in this Court.

2. Deposition of Curtis Jackson (Exhibit 1)

3. Deposition of LeVan Johnson (Exhibit 2)

4. Deposition of Donnie Martin (Exhibit 3)

5. Deposition of Wyatt Lee Segers, III (Exhibit 4)

6. Rule 650-X-2:01 of Alabama Police Officers Standards and Training Commission (Exhibit 5).

Respectfully submitted this the 5th day of March, 2008.

_____
JIM L. DEBARDELABEN (DEB003)
Attorney for Plaintiffs

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
P.O. Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

### CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Rick A. Howard, Esq.
Alex Holtsford, Jr., Esq.
April M. Wills, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128

_____
Of Counsel