# FREEDOM COURT REPORTING

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3         NORTHERN DIVISION
4
5    RICARDO MATTHEWS, et al.,)
6         Plaintiffs,   )
7    vs.          ) CASE NUMBER:
8    TOWN OF AUTAUGAVILLE,   ) 2:06-CV-185-MHT
9    et al.,          )
10        Defendants.   )
11
12        DEPOSITION OF LEVAN JOHNSON
13        In accordance with Rule 5(d) of
14   The Alabama Rules of Civil Procedure, as
15   Amended, effective May 15, 1988, I, Cindy
16   Weldon, am hereby delivering to Jim
17   Debardelaben, the original transcript of the
18   oral testimony taken on the 20th day of
19   April, 2007, along with exhibits.
20        Please be advised that this is the
21   same and not retained by the Court Reporter,
22   nor filed with the Court.
23

Page 2

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3         NORTHERN DIVISION
4
5    RICARDO MATTHEWS, et al.,)
6    Plaintiffs,   )
7    vs.          ) CASE NUMBER:
8              ) 2:06-CV-185-MHT
9    TOWN OF AUTAUGAVILLE,   )
10   et al.,          )
11        Defendants.   )
12
13        S T I P U L A T I O N
14        IT IS STIPULATED AND AGREED, by
15   and between the parties through their
16   respective counsel, that the deposition of
17   LEVAN JOHNSON, may be taken before Cindy
18   Weldon, Certified Shorthand Reporter,
19   Commissioner and Notary Public, at the
20   offices of Nix, Holtsford, 4001 Carmichael
21   Road, Montgomery, Alabama, on April the
22   20th, 2007 at 9:50 a.m.
23        IT IS FURTHER STIPULATED AND

Page 3

1    AGREED that it shall not be necessary for
2    any objections to be made by counsel to any
3    questions, except as to form or leading
4    questions, and that counsel for the parties
5    may make objections and assign grounds at
6    the time of trial, or at the time said
7    deposition is offered in evidence, or prior
8    thereto.
9         IT IS FURTHER STIPULATED AND
10   AGREED that notice of filing of the
11   deposition by the Commissioner is waived.
12
13
14
15
16
17
18
19
20
21
22
23

Page 4

1         A P P E A R A N C E S
2
3    FOR THE PLAINTIFF:
4         MR. JIM DEBARDELABEN
5         DEBARDELABEN, WESTRY
6         1505 MADISON AVENUE
7         MONTGOMERY, ALABAMA  36107
8
9    FOR THE DEFENDANT:
10        MR. RICK HOWARD
11        NIX, HOLTSFORD
12        4001 CARMICHAEL ROAD
13        MONTGOMERY, ALABAMA  36106
14
15   ALSO PRESENT:
16        MR. WYATT SEGERS
17        MR. DONNIE MARTIN
18
19
20
21
22
23

1 (Pages 1 to 4)




PLAINTIFF'S
EXHIBIT
2

# FREEDOM COURT REPORTING

Page 5

1  I N D E X
2
3  EXAMINATION BY:          PAGE
4  MR. DEBARDELABEN          6
5  MR. HOWARD               69
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 7

1    A.  Levan Johnson.
2    **Q.  What's your social security**
3  **number?**
4    A.  ▮▮▮▮▮▮
5    **Q.  What's your driver's license**
6  **number?**
7    A.  ▮▮▮▮▮▮
8    **Q.  Do you have a current Alabama**
9  **driver's license?**
10   A.  Yes, I do.
11   **Q.  How are you presently employed?**
12   A.  I am presently employed as the
13  acting chief of police of the Town of
14  Autaugaville.
15   **Q.  You said acting.  What do you mean**
16  **by acting?**
17   A.  Just as I stated, the acting chief
18  of police for the Town of Autaugaville.
19   **Q.  You're not the -- hired as chief**
20  **of police?**
21   A.  I am titled and paid for that
22  position.  But I have never been sworn in as
23  chief of police for that position.

---

Page 6

1        LEVAN JOHNSON,
2    after first being duly sworn, testified
3            as follows:
4  EXAMINATION BY MR. DEBARDELABEN:
5        THE COURT REPORTER:  Usual
6  stipulations?
7    **Q.  Mr. Johnson, this is a Federal**
8  **deposition.  You have the right to read and**
9  **sign or the right to waive reading and**
10  **signing.  You might want to talk to your**
11  **lawyer and see what you want to do.**
12       MR. HOWARD:  We'll read and sign.
13   **Q.  You can't change anything.  Only**
14  **if she got it wrong.  If you think she got**
15  **it wrong, I understand you're supposed to**
16  **say, you got this wrong and check with her.**
17       MR. HOWARD:  It's not substantive
18  stuff.  If you say your address is 150 and
19  she gets it down as 149, that's what's
20  subject to change.  Nothing else.  But yes,
21  we will read and sign.
22   **Q.  Would you state your name,**
23  **please.**

Page 8

1    **Q.  Is there any reason for that?**
2    A.  Not that I'm aware of, sir.
3    **Q.  When did you get the title and pay**
4  **of a chief of police in the Town of**
5  **Autaugaville?**
6    A.  January 2004.
7    **Q.  Were you employed by the Town of**
8  **Autaugaville prior to that?**
9    A.  No, sir.
10   **Q.  Where were you employed prior to**
11  **Autaugaville?**
12   A.  Directly, Town of Hayneville.
13   **Q.  And what was your position there?**
14   A.  I was a police officer.
15   **Q.  And how long were you with the**
16  **Town of Hayneville?**
17   A.  Approximately about five months,
18  five and a half months approximately.
19   **Q.  Why did you leave the Town of**
20  **Hayneville?**
21   A.  I went to work for the Town of
22  Autaugaville.
23   **Q.  Okay.  Where were you employed**

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

# FREEDOM COURT REPORTING

Page 9

1  prior to the Town of Hayneville?
2      A.  Well, I was -- When I first
3  started with the Town of Hayneville, it was
4  a part-time position because I was also
5  employed full-time by the Army National
6  Guard, stationed at George C. Wallace
7  headquarters in Montgomery, Alabama.  When I
8  left that detail, I took on the position
9  full-time.
10     Q.  When did you take on the position
11  full-time with the Town of Hayneville?
12     A.  Say November.  Approximately
13  November.
14     Q.  Of what year?
15     A.  Of 2003.
16     Q.  Was that your first law
17  enforcement job?
18     A.  No, sir.
19     Q.  Where was your first law
20  enforcement job?
21     A.  It was in Clio, Alabama.
22     Q.  And when was that?
23     A.  It was in July of 1998.

Page 10

1      Q.  And how long did you work in Clio?
2      A.  For one and a half years
3  approximately.
4      Q.  So you left sometime in -- was it
5  '99 or 2000 in Clio?
6      A.  I left right at January of 2000.
7  I went to work for the Barbour County
8  Sheriff's Department.
9      Q.  Okay.  And how long did you work
10  for the Barbour County Sheriff's Department?
11     A.  Approximately six months.
12     Q.  Why did you leave the Town of
13  Clio?
14     A.  To go to work for the Barbour
15  County Sheriff's Department.
16     Q.  What was your position in the Town
17  of Clio?
18     A.  I was a police officer.
19     Q.  What was your position for the
20  Barbour County Sheriff's Department?
21     A.  I was a deputy sheriff.
22     Q.  And how long were you a deputy
23  sheriff?

Page 11

1      A.  Approximately six months.
2      Q.  And where did you go then?
3      A.  I went to the City of Valley.
4      Q.  City of Valley.  What was your
5  position at the City of Valley?
6      A.  I was a police officer.
7      Q.  How long did you stay at the City
8  of Valley?
9      A.  I was there until July of 2001.
10     Q.  Where did you go in July of 2001?
11     A.  I went to the Town of Hurtsboro.
12     Q.  How long -- What was your position
13  at the Town of Hurtsboro?
14     A.  I was a police officer.
15     Q.  How long did you stay with the
16  Town of Hurtsboro?
17     A.  Until August of 2001.
18  Correction.  October of 2001 when I was
19  activated for September 11 duties.
20     Q.  Okay.  How long were you -- Where
21  were you activated?
22     A.  I was activated Alpha Company 167
23  out of Valley, Alabama.  Deployed to Fort

Page 12

1  Rucker, Alabama from October 5, 2001 to
2  October 5, 2002.
3      Q.  What did you do after you got off
4  active duty?
5      A.  I returned back to the Town of
6  Hurtsboro.
7      Q.  How long did you stay there?
8      A.  About another month until I got
9  reassigned to Montgomery, Alabama, January
10  of -- I took a couple of weeks off.  So
11  about a month and a half.
12     Q.  Reassigned to what?
13     A.  To Montgomery, George C. Wallace
14  force protection guard detail.
15     Q.  And you stayed here in Montgomery
16  until you went full-time with the City of
17  Hayneville?
18     A.  I lived in Montgomery until
19  through Hayneville and for about a year,
20  approximately a year, little more than a
21  year in the City of Montgomery while I still
22  worked for Autaugaville.
23     Q.  Okay.  And where do you live now?

3  (Pages 9 to 12)

# FREEDOM COURT REPORTING

Page 13

1      A.  I live at 234 Club View Drive,
2  Prattville, Alabama.
3      Q.  **Do you have any relatives within**
4  **about a hundred mile radius of the City of**
5  **Montgomery?**
6      A.  In a hundred mile radius?
7      Q.  **Yes.**
8      A.  I do, sir.
9      Q.  **What's their name?  And I'm only**
10  **interested in relatives over nineteen years**
11  **of age.  I'm not interested in anybody from**
12  **Dallas County west.**
13      A.  My relatives are in Russell
14  County, Phenix City.
15      Q.  **What are their names?**
16      A.  Claudie May Spivey.
17      Q.  **And what's the relationship to**
18  **you?**
19      A.  She's my grandmother.
20      Q.  **Okay.  Who else, please?**
21      A.  Jack Spivey.
22      Q.  **That's your grandfather?**
23      A.  That's correct.

Page 14

1      Q.  **Who else, please?**
2      A.  Jeremy Greer and Josh Greer.  They
3  are two cousins.  Barbara Ann Delong is an
4  aunt.  Glenda Carswell is an aunt.  Sandra
5  -- I'm trying to think of her husband's new
6  name, the last name.  Correction.
7         Brandon Anglin, he's a cousin.
8  Bobby Joe Greer.  Lee Carswell, cousin.  Kip
9  Carswells, cousin.  Glenda Carswell, she's
10  an aunt.  I believe that would about cover
11  it.
12      Q.  **Okay.  Have you ever been sued**
13  **before?**
14      A.  No, sir.
15      Q.  **Prior to this suit, you've never**
16  **had any suits filed against you?**
17      A.  No, sir.
18      Q.  **What about --**
19      A.  Oh, the Bogan suit.  That came at
20  the same time.  Correction.
21      Q.  **Have you ever been arrested**
22  **before?**
23      A.  As a juvenile.

Page 15

1      Q.  **When was that?**
2      A.  I can't remember the year, sir.
3      Q.  **Where was that?**
4      A.  It was in Florida.
5      Q.  **How did you come to get the job at**
6  **the Town of Autaugaville?**
7      A.  The current chief resigned and the
8  mayor asked me if I would fill the position.
9      Q.  **How did you -- How did he know to**
10  **ask you?**
11      A.  I do not know, sir.
12      Q.  **Did you know Curtis Jackson prior**
13  **to you becoming police chief?**
14      A.  No, sir.
15      Q.  **Did you apply for the position?**
16      A.  No, sir.
17      Q.  **Did you interview for the**
18  **position?**
19      A.  With the mayor, sir.
20      Q.  **Did you interview with the**
21  **council?**
22      A.  No, sir.
23      Q.  **What are your duties as police**

Page 16

1  chief?
2      A.  I have several duties as police
3  chief.  But it's -- I'll use the short
4  version.  It's to oversee the day-to-day
5  operations of the police department,
6  budgeting, human resource and personnel
7  issues, evidence technician, community
8  relations, training of police officers,
9  personnel policies and manuals, et cetera.
10      Q.  **Do you assign the police officers**
11  **to their time they work?**
12      A.  They are given a schedule, yes,
13  sir.
14      Q.  **Are you familiar with the Alabama**
15  **Peace Officers Standards and Training**
16  **Commission?**
17      A.  Yes, I am aware of that
18  organization.
19      Q.  **How do you get police officers to**
20  **work for the City of Autaugaville?**
21      A.  Well, I advertise that we have an
22  opening and will receive applications.  Once
23  applications are received, their employment

4  (Pages 13 to 16)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 17

1 references are checked, their background
2 references are checked.
3     Criminal and driving histories
4 that are checked. They are also responsible
5 for signing a waiver to these effects for
6 background investigations.
7     They're responsible for giving me
8 appropriate documentation, driver's license,
9 social security cards, birth certificates
10 and any and all training documents relating
11 to any experience that they may have
12 involving law enforcement or security or
13 military.
14     If they are in the military, they
15 are responsible for giving me a copy of
16 their DD214.
17     **Q. You said you were acting police**
18 **chief of the City of Autaugaville?**
19     A. The Town of Autaugaville, yes,
20 sir.
21     **Q. Town of Autaugaville. I'm sorry.**
22 **And you have never been named police chief;**
23 **is that correct?**

Page 18

1     A. I have never been sworn in by the
2 mayor as the chief of police for the Town of
3 Autaugaville.
4     **Q. Do you know of any reason why you**
5 **have not been sworn in as the police chief?**
6     A. I've already answered that
7 question, sir.
8     MR. HOWARD: Do it again.
9     A. Not that I'm aware of, sir.
10     **Q. Okay. How many hours of**
11 **continuing education courses do you take a**
12 **year?**
13     A. It depends on the year. I'm
14 required to take a minimum of twenty of
15 executive level training.
16     **Q. And that's for police chief?**
17     A. That's correct.
18     **Q. And how many hours did you take**
19 **last year?**
20     A. Over twenty. But I'd have to go
21 through the records to see approximately how
22 many or specifically how many I did take
23 last year.

Page 19

1     **Q. Has there ever been any time when**
2 **you were the police -- I think they call it**
3 **law enforcement officer -- that you did not**
4 **get in your required training within the one**
5 **year period of time?**
6     A. Not that I'm aware of, no, sir.
7     **Q. So all the time you've been acting**
8 **police chief for the Town of Autaugaville,**
9 **you always got in at least twenty hours**
10 **during that year's period of time?**
11     A. Of executive level training,
12 that's correct, sir.
13     **Q. What do you mean by executive**
14 **level training?**
15     A. Training that which is approved
16 through the Alabama Peace Officers Standards
17 and Training Commission that is recognized
18 as executive training.
19     **Q. Now, are you aware -- and you can**
20 **look at the standard out there -- that Rule**
21 **650-X-2 states the training requirements for**
22 **police officers or law enforcement officers**
23 **for the State of Alabama?**

Page 20

1     A. Am I aware of this rule?
2     **Q. Yes, sir.**
3     A. Yes, I am aware of this rule.
4     **Q. When did you become aware of this**
5 **rule?**
6     A. I first read over this section,
7 this particular section of this rule when
8 the -- it was the loss -- I believe when
9 actually it was filed in the newspaper, it
10 was brought up about it. I started
11 conducting some research into this when the
12 lawsuit was filed.
13     **Q. And prior to this lawsuit being**
14 **filed in February of 2006, did you ever go**
15 **over this rule?**
16     A. I have read it. But I -- If you
17 would ask me about it, I would have to go
18 back and read it again to understand the --
19 to remember the specifics of what it said.
20     **Q. Okay. Are you familiar -- I want**
21 **you to look at Section 3-A-2. Do you allow**
22 **your police officers to patrol for the**
23 **purpose of protection, prevention,**

5 (Pages 17 to 20)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

## FREEDOM COURT REPORTING

Page 21

1  suppression of crime?
2      A.  Do I allow it, yes, sir.
3      Q.  Is that part of their jobs?
4      A.  That is part of their job, yes,
5  sir.
6      Q.  When they patrol, do they enforce
7  the traffic and highway laws of the State of
8  Alabama?
9      A.  Well, traffic in general, yes,
10  sir.
11     Q.  Now, do your police officers have
12  the power of arrest?
13     A.  Yes, they do, sir.
14     Q.  Okay.  When it says will be under
15  direct control and supervision of a
16  certified law enforcement officer, how do
17  you interpret that?
18     A.  I would define it just being able
19  to maintain contact and communications with
20  them to be able to respond to a situation or
21  a problem that arises as it occurs and give
22  them direction and supervision as to what
23  they may -- and need to do at that

Page 22

1  particular time involving the situation that
2  they are involved in.
3      Q.  Have you ever discussed this with
4  anybody at the Alabama Peace Officers
5  Standards and Training Commission?
6      A.  Yes, sir, I have.
7      Q.  Who did you discuss it with?
8      A.  I talked with Allen Benefield.
9      Q.  When did you talk to Mr.
10  Benefield?
11     A.  When?
12     Q.  Yes, sir.
13     A.  First it was at a chief's
14  conference in Montgomery.  So it would have
15  been in February.  And this lawsuit was
16  filed in what year?
17         MR. HOWARD:  2006.
18         THE WITNESS:  What month in 2006?
19         MR. HOWARD:  February 28th, 2006.
20  So you didn't get it until March 2006.
21     A.  I knew about it prior to.  Yes, I
22  spoke with him in February of 2006.
23     Q.  What was his interpretation of

Page 23

1  direct supervision?
2          MR. HOWARD:  Object to the form.
3      Q.  If you know.
4      A.  His statement to me was that it's
5  always -- and again, it was in 2006 when
6  this is said.  So I'm not -- I don't know if
7  I'm repeating him word-for-word -- that it
8  is generally known by everybody that the
9  rule means that an uncertified officer has
10  to be within -- in a -- correction.
11         It did not mean that a supervisor
12  could be sitting in his office while a
13  patrol officer that was uncertified was out
14  patrolling the streets.  That's what he
15  advised me.
16     Q.  Basically he told you, you had to
17  be in the car with him?
18     A.  He didn't use those words, no,
19  sir.
20     Q.  But you couldn't supervise
21  somebody from the office?
22         MR. HOWARD:  Object to the form.
23     Q.  Is that what he basically said?

Page 24

1      A.  That's his language of it.
2      Q.  Okay.
3      A.  And I also asked him at that time
4  why was the definition not defined.  And
5  again, he responded by that's just the
6  general understanding, that the people
7  should know that.  They should know that and
8  understand it to be that.
9      Q.  Okay.  Prior to that conversation
10  with Chief Benefield, had you ever asked
11  anyone if you could supervise from the
12  office and have people out patrolling?
13     A.  Well, I talked to a couple of
14  different people during that time period.  I
15  contacted the APOSTC and I did speak with a
16  female representative there.
17     Q.  Who was that?
18     A.  I do not recall her name, sir.
19     Q.  Okay.  When was that?
20     A.  It would have been around February
21  to March, during that time period of 2006.
22     Q.  And what did that female
23  representative tell you?

6 (Pages 21 to 24)

# FREEDOM COURT REPORTING

Page 25

1    A.   She advised that the person would
2  have to be in the vehicle with them.
3    Q.  Has anyone with APOSTC ever told
4  you anything that the people have to be in
5  the vehicle?
6    A.   Rephrase your question.
7    Q.  Has anyone that represented the
8  Alabama Peace Officers Standards and
9  Training Commission ever told you anything
10  other than an uncertified officer to be on
11  patrol would have to be in the vehicle with
12  a certified officer?
13    A.   Not with APOSTC, no, sir.
14    Q.  Are you aware that APOSTC is the
15  agency of the State of Alabama who sets
16  certification standards for law enforcement
17  officers of the State of Alabama?
18    A.   Yes, sir.
19    Q.  When you interviewed applicants
20  for a police officer in the Town of
21  Autaugaville, what requirements were
22  necessary for them to become a police
23  officer?

Page 26

1    A.   Requirements that they pass a
2  criminal background investigation, that they
3  have a GED or high school diploma.  Those
4  would be the minimum requirements, that they
5  be able to pass a criminal background
6  investigation and that they are eligible
7  because they have a GED or a high school
8  diploma under APOSTC standards.
9    Q.  And that's the only requirement
10  you have?
11    A.   Well, I follow the requirements of
12  APOSTC when it comes to that, sir.
13    Q.  Now, when an officer is hired by
14  the Town of Autaugaville, what equipment is
15  he issued?
16    A.   He is issued a -- He's issued
17  uniforms.  He is issued all appropriate gear
18  that's associated with his position.  He's
19  issued a duty belt, handcuffs, keys to the
20  office, a badge, holders that hold different
21  types of equipment in it.
22    Q.  Is he issued a firearm?
23    A.   He is issued -- He's able to carry

Page 27

1  his firearm once he's been certified on his
2  firearm.  He's issued a firearm, but he's
3  only able to carry it once he's been
4  certified on it.
5    Q.  What do you mean certified?
6    A.   Meaning he has to go through a
7  qualification course that's been approved by
8  the Alabama Peace Officers Standards and
9  Training and he has to have a firearm's
10  instructor sign off that he has passed and
11  met the requirements.
12    Q.  Are the patrol cars with the City
13  of -- excuse me -- the Town of Autaugaville
14  equipped with radar equipment?
15    A.   Yes, sir, they are.
16    Q.  What training is necessary before
17  an officer can operate the radar equipment?
18    A.   Well, the requirement is that they
19  must be certified on radar before they are
20  allowed to write citations involving
21  speeding.
22    Q.  Now, prior to these officers --
23  Now, has that been certified on the radar by

Page 28

1  the State of Alabama?
2    A.   The State of Alabama isn't
3  necessarily the organization that will
4  certify.  There's several different types of
5  organizations out there that certify.
6  Sometimes they are certified in the Police
7  Academy.
8         Sometimes they are certified at
9  other training sites.  Like Montgomery P.D.,
10  for example, has a training facility there
11  and they do radar certification.
12         Sometimes organizations will come
13  out and certify people on site, take them
14  through a training class.
15    Q.  And those organizations are
16  approved by the Alabama Peace Officers
17  Standards and Training Commission, aren't
18  they?
19    A.   Well, sir, I don't believe there's
20  a requirement that they have to be approved
21  by the Alabama Peace Officers Standards and
22  Training Commission.
23    Q.  Can you tell me one agency that

7  (Pages 25 to 28)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

# FREEDOM COURT REPORTING

Page 29

1    certifies radar in the State of Alabama that
2    is not approved by the Alabama Peace
3    Officers Standards and Training Commission?
4        A.  Can you rephrase the question?
5        Q.  Can you give me one agency in the
6    State of Alabama that is certified to
7    operate a radar but is not certified by
8    APOSTC?
9        A.  Can I give you one agency?
10       Q.  Yes, sir.
11       A.  That is not certified by APOSTC?
12       Q.  Yes.
13       A.  APOSTC does not certify people on
14   radar.
15       Q.  Okay.  Who trains the officers to
16   write tickets?
17       A.  Who trains them?
18       Q.  Yes, sir.
19       A.  Well, it depends.  Either they may
20   have had previous training prior to getting
21   to our agency.  But every officer that comes
22   to work for my department is required to go
23   through training prior to me allowing them

Page 30

1    to get on the road by themselves.
2         This training covers policy and
3    procedure manuals.  It covers rules and
4    regulations.  It covers becoming aware and
5    acclimated with the city limits, with
6    information that they need to put -- if
7    they're writing a ticket, the information
8    they need to put on a ticket.
9         So they go -- Training is
10   generally about two weeks long that they
11   ride with me.  Approximately two weeks on,
12   they ride with me.  They study policy and
13   procedure manuals.
14        And during this time, they also
15   get certified on their weapon and firearms
16   and just a multitude of different things in
17   order to get them acclimated to our agency
18   and what our rules and regulations are.  And
19   we document that training.
20       Q.  So after they've ridden with you
21   for two weeks and you train them, you put
22   them out on the road by themselves to
23   patrol?

Page 31

1        A.  Two weeks is just an
2    approximation.  If I feel like the officer
3    needs additional training, then he will stay
4    with me.  If I feel like the officer has the
5    capability at that time to ride by himself,
6    I will allow him to ride by himself.
7         And at that time, when I feel like
8    -- well, when I feel comfortable that he's
9    -- has that ability.
10       Q.  Now, you realize now, don't you,
11   that the Alabama Peace Officers Standards
12   and Training Commission requires more than
13   what you were requiring?
14        MR. HOWARD:  Object to the form.
15   Tell him what you know or don't know.
16       A.  No, sir, it does not.  State that,
17   sir.
18       Q.  So you don't -- You believe -- You
19   do not believe that direct control and
20   supervision by a certified law enforcement
21   officer requires the law enforcement officer
22   to be in the vehicle with the uncertified
23   police officer?

Page 32

1        A.  No, sir.  Administrative view, no,
2    sir, I do not believe that is the definition
3    of it.
4        Q.  What do you base that opinion on?
5        A.  Well, sir, I've worked in
6    management since I was nineteen years of
7    age.  And in every management position that
8    I've held, I've never been next to every
9    employee while they're performing functions
10   or duties, neither have I ever seen any
11   other manager stand directly over an
12   individual employee twenty-four seven to
13   supervise every movement that he made when
14   he was carrying out his duties.
15        Basically it would be impossible
16   to do so, especially if you were a large
17   organization and had multiple employees.
18   You couldn't stand over every employee.
19       Q.  Now, what management positions
20   have you worked in?
21       A.  Prior to law enforcement, I was in
22   the restaurant business and I was management
23   for Burger King and had between fifteen

8 (Pages 29 to 32)

# FREEDOM COURT REPORTING

Page 33

1   employees on a given shift under my
2   supervision.
3       Q.  Did any of those employees carry a
4   firearm?
5       A.  No, sir.
6       Q.  Did any of those employees that
7   you managed prior to law enforcement have
8   the right to arrest people?
9       A.  I don't know, sir, if they were
10  certified, if they worked for -- had another
11  job somewhere else.
12      Q.  Under your employment. You were
13  supervisor.
14      A.  While they were on duty working in
15  the confines of the organization, no, sir.
16  I'm not aware. Other than citizens arrest.
17      Q.  Would any of those employees that
18  you were working for when you were the
19  management be put in a position with their
20  job or possibly put in a position say with
21  their job where they would have to pull a
22  weapon and fire at a person?
23      A.  No, sir.

Page 34

1       Q.  Is the only position you're aware
2   of that would have to pull a weapon and fire
3   it at a person besides the military is the
4   position of a law enforcement officer?
5       A.  No, sir.
6       Q.  Which other one is there?
7       A.  Security agents.
8       Q.  Security agents. What's security
9   agencies do you know of that carry firearms?
10      A.  There's -- I don't know the name
11  of the agency, but I know that the military
12  employs a security agency now to take over
13  force protection. And those security guards
14  there carry firearms.
15      Q.  Are you talking about the Black
16  Water people?
17      A.  The what now?
18      Q.  Black Water? You don't know what
19  Black Water is?
20      A.  No, sir.
21      Q.  Okay.
22      A.  I know it's a private security
23  agency that the military has contracted

Page 35

1   with, the ones that replaced us for force
2   protection.
3       Q.  What were your usual hours -- What
4   are your usual hours at work at the Town of
5   Autaugaville?
6       A.  Well, I list myself on the
7   schedule between 9:00 and 5:00. But, I
8   mean, I work different hours different
9   times. I mean, I'm on -- in my position,
10  it's never really standard for me to work
11  9:00 to 5:00. Sometimes it's later and
12  earlier.
13      Q.  What is crime protection patrol?
14      A.  What is what, sir?
15      Q.  What is meant by crime protection
16  patrol?
17      A.  Crime protection and patrol?
18      Q.  Yes. The purpose of the -- What
19  do you define patrol operation for the
20  purpose of protection, prevention and
21  suppression of crime to mean?
22          MR. HOWARD:  Is that in that?
23          MR. DEBARDELABEN:  Yes.

Page 36

1           MR. HOWARD:  Let him read that in
2   the context.
3       Q.  That's in Rule 6-X-2 3-A-2.
4       A.  That would come with general
5   patrol as an officer is out there making
6   themselves visible. If he sees the crime
7   happening, he can detect it.
8           Sometimes presence is sufficient
9   enough just to prevent crime when people see
10  and also the same thing with suppression.
11  As we're trained -- The way I've been
12  trained is that the first level of force is
13  an officer's presence.
14      Q.  Okay. What training did you give
15  these officers that are involved in this
16  lawsuit -- we're talking about Officer
17  Segers, McCollum, Martin -- in enforcing the
18  criminal laws of this state before you put
19  them out on patrol?
20      A.  Well, again, they rode with me.
21  We conducted traffic stops together. We
22  went over various types of traffic laws,
23  criminal laws.

9 (Pages 33 to 36)

# FREEDOM COURT REPORTING

Page 37

1  Just a multitude of different
2  things in areas that they may face as they
3  come across out there as a police officer in
4  their official duty.
5      Q.  Did they have any training on
6  conducting DUI examinations?
7      A.  Not unless we -- I mean, not any
8  training that would be in the sense of
9  receiving a certification certificate for.
10     Q.  Did they have any training on
11  recognizing illegal drugs?
12     A.  Again, if there was a traffic stop
13 and we happened to arrest somebody that had
14 drugs on them, they've just received
15 on-the-job training in that particular area.
16     Q.  Did they have any training on what
17 to do in a volatile situation?
18     A.  Again, when we respond to calls,
19 they would get training, on-the-job training
20 in that situation there.  But I will point
21 out that even at the Police Academy, there's
22 not a training class that they do on
23 identification of drugs.

Page 38

1      Q.  Did you have --
2      A.  That I'm aware of.
3      Q.  Did you have any training for
4  these people on what to do God forbid if
5  somebody they stopped pulled a weapon on
6  them?
7      A.  Sir, they were certified on their
8  firearm prior to being able to carry their
9  firearm.  They were trained on policies and
10 procedures on use of force and they signed
11 off on reading these policies and procedures
12 and that they understood and were aware of
13 how to follow them.
14     Q.  So firearm training certification,
15 that means you can hit a target at so many
16 yards out of so many shots, doesn't it?  You
17 have to have a certain score?
18     A.  Correct.  That's required by
19 APOSTC.  It's a seventy percent score, sir.
20     Q.  Right.  And is there any safety
21 training that goes along with that firearm
22 certification?
23     A.  The instructor gives them

Page 39

1  instructions on safety.
2      Q.  Is there any training that goes
3  along with that on when you employ lethal
4  force?
5      A.  No.  That's left up to each
6  independent agency on their policies of use
7  and force.
8      Q.  And your policies on use of force
9  -- when I say yours, I'm talking about the
10 Town of Autaugaville -- where did you get
11 them?
12     A.  Well, there was policies and
13 procedures manuals prior to me being there
14 that I reviewed and went over myself.  I am
15 also in the process of revamping and coming
16 out with a new policy and procedure manual.
17     But the one that they specifically
18 trained on was the one that I reviewed when
19 I arrived.  I read over the policies and
20 procedures and that's the ones that they
21 went by when they arrived, the same policies
22 and procedures.
23     Q.  You remember yesterday Mr.

Page 40

1  Matthews' deposition?
2      A.  Yes, I was present.
3      Q.  He mentioned a fact that he was
4  stopped July the 3rd, 2006.  Do you recall
5  that?
6      A.  He was stopped at a safety check
7  point, yes, sir.
8      Q.  Where was the safety check point?
9      A.  I believe that safety check point
10 was conducted on County Road 19, I believe.
11     Q.  Okay.  What was the purpose of the
12 safety check point?
13     A.  Well, we were conducting overtime
14 enforcement details which was funded by
15 ADCA, the Alabama Department of Community
16 Affairs.  It's a -- All our check points are
17 the same.
18     There are safety check points to
19 make sure people have their driver's license
20 and that they are wearing their seats belts,
21 that they're not drinking and driving,
22 things of that sort.
23     Q.  Who established that safety check

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 41

1  point that day?
2      A.  I was the operations planner for
3  that day.
4      Q.  **And what are the standards for**
5  **conducting a safety check point?**
6      A.  Standards as far as what the rule
7  is of how we conduct them?
8      Q.  **No, sir.  Why do you conduct them?**
9      A.  We conduct them for several
10  different reasons.  But it's to provide
11  safety for our motorists that are out there
12  to reduce accidents.
13      Q.  **That was probably a bad question.**
14  **How do you decide to conduct one at a**
15  **particular location on a particular day?**
16  **Are there any standards for that?**
17      A.  Well, it's not about -- the plans
18  were given -- When we receive a contract
19  from ADCA, there are dates on there that we
20  are to focus on, particular dates that we
21  must spend the money between this date and
22  this date.
23          These are dates that the State has

Page 42

1  determined as areas where there's more
2  traffic fatalities and accidents.  The way I
3  decide what location we actually set up on
4  is based on our own individual accident
5  reports and problem areas that we have
6  inside our town.
7      Q.  **So the location is up to your**
8  **discretion?**
9      A.  That's correct.
10      Q.  **Now, who was the officer from the**
11  **Town of Autaugaville that was present at**
12  **that check point?**
13      A.  Sir, I'd have to go back to the
14  records to be able to tell you who all was
15  involved in that check point.
16      Q.  **Can you provide those records to**
17  **your attorney?**
18      A.  Yes, I can.
19      Q.  **So he can provide them to me.**
20          MR. HOWARD:  Would you send me a
21  request, too, just so I can remember.  Yes,
22  go ahead and get those together.
23      A.  Well, I have them.

Page 43

1      Q.  **On County Road 19?**
2      A.  That's where I believe the
3  location was.  Again, I'd have to go back to
4  the records.
5      Q.  **Did you have any other check**
6  **points from July the 3rd, 2006 besides that**
7  **one?**
8      A.  I'd have to reflect back on the
9  records.  We did several different details
10  during that time frame.  More than just July
11  the 3rd.  I think we did one July 4th and
12  July 2nd and there were some other dates and
13  time.  I can provide the records for every
14  detail that we did and who was there.
15      Q.  **Do you recall Mr. Ricardo Matthews**
16  **being arrested?**
17      A.  Yes, sir, I do.
18      Q.  **Who arrested him --**
19          MR. HOWARD:  What date?
20      Q.  **-- on July 3rd, 2006?**
21      A.  I did, sir.
22      Q.  **For what reason?**
23      A.  He had a warrant out for his

Page 44

1  arrest.
2      Q.  **What was the warrant for?**
3      A.  Failure to appear.
4      Q.  **Failure to appear where?**
5      A.  The Town of Autaugaville.
6      Q.  **On what charge?**
7      A.  I believe it was on a failure to
8  appear for driving while suspended, sir.
9      Q.  **And when was he issued that**
10  **ticket?**
11      A.  I'd have to reflect back on the
12  records, sir.
13      Q.  **Let's see.  Do you know who issued**
14  **him that ticket?**
15      A.  I'd have to reflect back on the
16  records, sir.
17      Q.  **When he was arrested, tell me what**
18  **happened.**
19      A.  He was transported to the
20  Autaugaville Police Department, at which
21  time I parked the vehicle.  And I actually
22  left him inside the vehicle and went inside
23  and grabbed the warrant and came back out to

11 (Pages 41 to 44)

# FREEDOM COURT REPORTING

Page 45

1 the car to -- ended up transporting him to
2 the Autauga County Metro Jail.
3    Q. All right. Who was with you when
4 you transported him?
5    A. I transported him to the police
6 department by myself.
7    Q. Okay. Anybody else with you?
8    A. No, sir.
9    Q. Okay. And you transported him
10 from the police department to the Autauga
11 County Jail?
12    A. No, sir. He was released from
13 there.
14    Q. Okay. Did you have a conversation
15 with him?
16    A. Yes, sir, I did.
17    Q. What was the conversation
18 concerning?
19    A. It was lot of different things.
20 Do you have any specific question?
21    Q. How far was the check point from
22 the Autaugaville Police Department?
23    A. Well, if I was correct on the

Page 46

1 location that I believe that it occurred at,
2 it would be within a two mile -- less than a
3 two mile radius, sir.
4    Q. Did you discuss this pending
5 lawsuit with Mr. Matthews?
6    A. I did, sir. After he brought it
7 up.
8    Q. You say he brought it up?
9    A. Yes, sir.
10    Q. Did he have handcuffs on him?
11    A. I do not recall. I want to say
12 that I believe I did not handcuff him. I
13 mean, I let him out of his handcuffs once we
14 got back to the police department. He would
15 have been handcuffed during transportation.
16    But I believe once I actually got
17 back after I secured the warrant and got it
18 in hand and knew I was going to release him
19 from the police department, that I
20 unhandcuffed him. But again, that was a
21 long time ago, sir.
22    Q. Who gave you permission to let him
23 go?

Page 47

1    A. Sir, I don't have to get
2 permission. That's determined by me as far
3 as once he signs his either bond or his
4 citations or whatever he needs to do to
5 ascertain the ability to be let go.
6    Q. Well, did he sign any bond?
7    A. No. Once I went inside the
8 department and pulled the warrant and
9 noticed that it was on -- involving an
10 officer that was no longer at the agency, I
11 advised him that I was just going to write
12 him a citation for driving while suspended
13 that evening and release him, and that the
14 next day, I would take the warrant back to
15 the clerk and advise for it to be dismissed.
16    Q. Which officer did it involve?
17    A. Again, I'd have to reflect on the
18 records. But I believe it was Officer
19 McCollum that had issued the original
20 citation.
21    Q. Officer McCollum?
22    A. Yes, sir.
23    Q. Let's see if we can find that

Page 48

1 citation. Why did you let him go after you
2 determined that Officer McCollum issued the
3 citation?
4    A. Because Officer McCollum -- we did
5 not know his whereabouts when he left. He
6 up and left kind of at the spur of the
7 moment without finishing out his notice.
8 Did not know his whereabouts and location.
9    And by constitutional right, the
10 defendant has the right to confront his
11 accuser. And we did not have the ability to
12 provide his accuser in court.
13    Q. Was the arrest warrant -- How did
14 you find out about the arrest warrant?
15    A. We have a warrant list that we go
16 by that's printed out by the municipal court
17 clerk.
18    Q. How long was this after Officer
19 McCollum left?
20    A. Rephrase, sir.
21    Q. How long was this arrest on July
22 the 3rd after Officer McCollum left?
23    A. I don't know, sir. I'd have to

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 49

1 reflect back on the record as to what
2 citation that he received from Officer
3 McCollum, the date it was written, to the
4 date --
5    **Q. I think you misunderstood the**
6 **question. My question was, when did Officer**
7 **McCollum leave?**
8    A. I'd have to reflect back on the
9 records, sir.
10    **Q. So you don't know when Officer**
11 **McCollum left the Town of Autaugaville?**
12    A. I'd have to go back to his
13 personnel file and look at his record to
14 give you the specific date, sir.
15    **Q. This is what has been furnished to**
16 **me as Officer McCollum's personnel file.**
17 **And if it's in his personnel file, if it's**
18 **any different from that, since you know the**
19 **personnel file --**
20      MR. HOWARD: Let me.
21      MR. DEBARDELABEN: I'll give you
22 the Bates stamp on them.
23    **Q. I was just asking you to tell me,**

Page 50

1 **based on the personnel file I requested and**
2 **y'all furnished me -- and I gave you the**
3 **personnel file -- when did McCollum leave.**
4    A. That's not -- It's not in that
5 personnel file right there.
6    **Q. You mean those personnel files**
7 **that I haven't been furnished after I --**
8      MR. HOWARD: Wait a minute, Jim.
9 You haven't requested personnel files.
10      MR. DEBARDELABEN: Yes, I did.
11      MR. HOWARD: I'll go get the
12 request. Those are included in my initial
13 disclosures. You asked for the traffic
14 tickets from one day to the next.
15      MR. DEBARDELABEN: Okay. I will
16 request personnel files.
17      MR. HOWARD: Okay. And I thought
18 I had everything.
19      MR. DEBARDELABEN: You and I will
20 argue about that.
21    **Q. So there are personnel files that**
22 **have not been disclosed to me in the initial**
23 **disclosures?**

Page 51

1    A. Sir, I keep a copy of everybody's
2 personnel files in my desk. And a copy of
3 that information is also given to our city
4 clerk. So there's two actual personnel
5 files, one that I keep in my office for my
6 records and one that is given to the town
7 clerk for the City records.
8    **Q. So there's two personnel files and**
9 **there's one kept by you?**
10    A. Yes, sir. I keep a copy of all
11 the officers' personnel files.
12    **Q. And one kept by the town clerk?**
13    A. Yes, sir.
14    **Q. Any difference in them?**
15    A. Well, there are some things in
16 this one that you have right here that I
17 have in mine that you do not have.
18    **Q. What do you keep that I do not**
19 **have in that one?**
20    A. She should have received a copy of
21 everything that I had. But the only other
22 things would be -- the only thing she
23 wouldn't receive a copy of is if I made

Page 52

1 notes on the side of the folder.
2    **Q. Okay.**
3    A. Personal notes that I made on the
4 side of the folder. She would just have a
5 copy of his applications, disciplinary
6 actions, which there was -- I believe there
7 was more than that one.
8    **Q. Okay. Now, which copy of the**
9 **personnel file is this?**
10    A. I do not know, sir.
11    **Q. You do not know. This is not the**
12 **one you keep in your file, is it?**
13    A. I would say it's not because it
14 doesn't have everything that I have inside
15 my folder. So I would say that that may
16 have came from the clerk.
17    **Q. All right. So you don't know when**
18 **Mr. McCollum left?**
19    A. I do not know the specific date,
20 no, sir.
21    **Q. Do you know the month?**
22    A. No, sir.
23    **Q. Okay. Do you know the year?**

13 (Pages 49 to 52)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 53

1    A. I believe Officer McCollum left in
2  the year 2006.
3    Q. 2006. Do you know if it was
4  winter or spring?
5    A. No, sir. I don't want to
6  speculate.
7    Q. Okay.
8    A. Officers come and go. I don't
9  keep up.
10    Q. Okay. So the conversation between
11  you and Mr. Matthews, there's no one there
12  except you and he to verify or not verify;
13  is that correct?
14    A. It's videotaped, sir.
15    Q. You've got a videotape?
16    A. Yes, I do.
17    Q. You videotape all the arrests?
18    A. Yes, sir. We activate our camera
19  any time we make a traffic stop or make a
20  arrest or when the blue lights are turned
21  on, it's automatically activated.
22    Q. So how long do you keep these
23  videotapes?

Page 54

1    A. Well, if there's no arrest on
2  them, we'll keep them for three months
3  before we reuse them again. If there's an
4  arrest on them, we'll keep it until they go
5  to court or deposition and then we'll
6  approximately keep them for another -- I
7  just changed my policy on this. But I think
8  we about average keep them for a year on
9  that.
10    Q. Okay. So if they go to court, you
11  keep them a year after they go to court?
12    A. Approximately. Sometimes longer.
13  It just depends on the case. If there's
14  anything that I believe that somebody --
15  well, I don't want to speak in ignorance.
16    I'd have to go back and reflect on
17  the laws as far as that is concerned. But
18  your client was the one that brought it up,
19  sir.
20    MR. DEBARDELABEN: We're going to
21  request all videotapes of all arrests made
22  by the officers named in this suit,
23  including Chief Johnson.

Page 55

1    MR. HOWARD: All of them?
2    MR. DEBARDELABEN: Yes. I just
3  want to view them. And I can view them up
4  at --
5    MR. HOWARD: Do we have all of
6  them? How many tapes are we --
7    THE WITNESS: Like I said, some of
8  them were -- they've been reused if there
9  was no arrest on them.
10    MR. HOWARD: We will give you
11  access to what we have.
12    MR. DEBARDELABEN: All right.
13    MR. HOWARD: We will not erase any
14  from right now. Don't erase any, even if
15  you have to go buy some tapes. If you have
16  reused some that you --
17    THE WITNESS: So what I do from
18  here, until he gets a chance to view them,
19  is use all brand new tapes.
20    MR. HOWARD: Just use all brand
21  new tapes and keep what you've got.
22    Q. Who has custody of those tapes?
23    A. They are kept in the evidence

Page 56

1  room. And I'm responsible for them.
2    MR. HOWARD: How many different
3  tapes do you have?
4    THE WITNESS: I think thirty-five,
5  approximately thirty-five.
6    MR. HOWARD: Just use all new
7  tapes from this point forward until Mr.
8  Debardelaben gets a chance to review them.
9    MR. DEBARDELABEN: I can do it
10  within the next month.
11    MR. HOWARD: Okay. That's fine.
12    THE WITNESS: It will take you a
13  lot longer than that to view them.
14    MR. HOWARD: Well, we've only got
15  four or five officers to review. Do you
16  have them -- Do you have them classified by
17  officers?
18    THE WITNESS: No. They are not
19  done that way. The only way I would be able
20  to tell you if we have a tape from a
21  particular officer, is I'd have to go back
22  and view every arrest that they made and
23  then go back on their arrest report.

14 (Pages 53 to 56)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 57

1  And they will log under their
2  notes what tape was used for that arrest.
3  If that tape hasn't been reused since then,
4  due to the fact if the person has already
5  pled guilty or gone to court in the time
6  frame involved, then we'll still have some
7  videotape of that officer on traffic stops.
8  So that's how I can determine.
9  **Q.  Well, I'll get up there and watch**
10 **them. There's got to be a camera room.**
11 A.  I have a camera room.
12    MR. HOWARD:  That's not a problem.
13 **Q.  I'll get up there and watch them.**
14 A.  As long as you're willing to pay
15 for the expenses of all that, sir.
16 **Q.  What expenses?**
17 A.  Well, in order for you to be in
18 that room, I have to be there in that room
19 with you.
20 **Q.  I'll tell you what. I'm just**
21 **going to subpoena them. I'm going to**
22 **subpoena copies of all made to you and y'all**
23 **can make copies of all the tapes.**

Page 58

1  A.  Okay.  As long as you pay for the
2  expenses.
3    MR. HOWARD:  You and I can be
4  there.
5    MR. DEBARDELABEN:  We'll just make
6  copies of all the tapes.  If he wants to be
7  like that, then I will get them and I'll
8  subpoena him and we'll sit down here and go
9  over each and every one of them in person.
10 **Q.  So you're going to be there one**
11 **way or the other.**
12 A.  That's fine, sir.  But we do have
13 an administrative right to request that you
14 pay for that stuff, sir.
15 **Q.  Sir, I'm going to subpoena you to**
16 **bring the tapes to a deposition and you and**
17 **I are going to watch them if it takes ten**
18 **hours a day for the next thirty days. And I**
19 **don't have to pay for that because you're a**
20 **defendant in this lawsuit.**
21 A.  Okay.
22 **Q.  You got that. Thank you.**
23 A.  Whatever you say, sir.

Page 59

1  **Q.  That's right.**
2    MR. HOWARD:  I still think I'll
3  just put you in a room with him and you can
4  watch them up there.
5    MR. DEBARDELABEN:  Well, you know
6  --
7    MR. HOWARD:  We'll do it that
8  way.
9  **Q.  Now, can you -- Can a ticket be**
10 **looked at for a speeding ticket if this -- a**
11 **ticket issued for speeding -- and it be**
12 **determined it was by radar or if it was by**
13 **any other way?**
14 A.  Say that one more time, sir.
15 **Q.  If I have an Alabama Uniform**
16 **Traffic ticket and complaint and it's on**
17 **speeding, can you tell if that ticket was**
18 **issued pursuant to radar or some other way?**
19 A.  It's not -- There's not a box on
20 the actual ticket that says was radar used.
21 So there is no indication on the actual
22 citation to state that a radar was used.
23 There's no box for that field.

Page 60

1  **Q.  Okay.  So we can't look at a**
2  **speeding ticket and tell whether or not**
3  **radar was used; right?**
4  A.  No, sir.
5  **Q.  Okay.**
6  A.  The officer would have to testify
7  to that.
8  **Q.  Now, does the officer have notes**
9  **on each ticket they issue?**
10 A.  If he made them or her.
11 **Q.  Where would those notes be?**
12 A.  It would be on a -- They are --
13 there's four carbon copies.  You have one
14 that goes to the Court.  You have one that
15 stays with the officer.  You have one that
16 goes to the complainant.  And I believe
17 there's one more that goes to the State of
18 Alabama.
19 **Q.  Okay.  And where would the**
20 **officer's notes be?**
21 A.  It would be on his record, sir,
22 his personal records that he's allowed to
23 keep.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

# FREEDOM COURT REPORTING

Page 61

1    Q.  When you say personal records he
2  is allowed to keep, does he keep those
3  records in his personal possession or in the
4  possession of the police department?
5    A.  Those records are his personal
6  possession property.
7    Q.  So when that officer leaves the
8  employment of a police department, he takes
9  the records with him?
10   A.  If he so -- If he or she so wishes
11  to do so.  They may shred them, not take
12  them with them.  I've got copies of the
13  majority of every traffic ticket I've ever
14  written in my career, my own personal copies
15  that I keep.  And it's referred to on the
16  ticket as officer's copy.
17   Q.  So for every ticket you've ever
18  written, you have that person's social
19  security number?
20   A.  I didn't say that, sir.
21   Q.  Well, don't all the Alabama
22  Uniform Traffic ticket and complaint --
23   A.  It may not be on their driver's

Page 62

1  license, sir.  Like the new ones don't have
2  it on the driver's license.  They may not
3  know it or remember it.  Some will, some
4  will not.
5    Q.  And you have their driver's
6  license number?
7    A.  Yes, sir.  It will be on there,
8  the driver's license number if they had one.
9  Sometimes they have file numbers that are
10  issued by the State.  Sometimes they've
11  never even had a license, so they won't have
12  a file number nor would they have a license
13  number.
14   Q.  And this information is turned
15  over to the individual officer to do with it
16  as he pleased?
17   A.  It's his officer's copy.
18   Q.  Okay.
19   A.  That's done --
20   MR. HOWARD:  Just answer his
21  question.  And you did.
22   Q.  Do you know if -- Do you go by
23  that because it's just on the ticket where

Page 63

1  it says officer's copy?
2    A.  Do I go by that?  What do you
3  mean?
4    Q.  Yes, sir.  You told me it's the
5  officer's copy.  So it's given to the
6  officer.
7    A.  Well, the officer keeps it.  I
8  don't give it to them.  That's something
9  that they keep.
10   Q.  Now, is there any rules or
11  regulations you know of any place or any
12  statutes you know of any place that allows
13  an officer to keep that as his personal
14  property?
15   A.  Well, sir, I would imagine it
16  wouldn't be --
17   MR. HOWARD:  Don't guess.  It's a
18  yes or no question.
19   A.  No.
20   Q.  Okay.
21   A.  No, sir.
22   Q.  Have you ever seen anything that
23  says the officer can keep a copy of the

Page 64

1  ticket for his personal property?
2    A.  I've never seen anything in
3  writing, no, sir.
4    Q.  In every other place you've been
5  employed as a police officer, did they allow
6  you to keep the ticket as your personal
7  property?
8    A.  Yes, sir.
9    Q.  How often would your officers that
10  we're here on today -- and I'm talking about
11  Martin and Wadsworth and McCollum and Mr.
12  Segers -- be allowed to patrol in a patrol
13  vehicle without anyone riding with them?
14   A.  How often would they be allowed?
15   Q.  Yes.
16   A.  I'm sure they would work their
17  scheduled shift once they are released, once
18  I feel comfortable for them to ride by
19  themselves.  Whenever they are scheduled to
20  work is when they will work.
21   Q.  When you were not in -- excuse
22  me.  Let me ask this.  When did you move to
23  Prattville?

16  (Pages 61 to 64)

# FREEDOM COURT REPORTING

Page 65

1    A.  I know it was in the summertime.
2  And it was in I believe the year 2005.
3    Q.  Okay.  Prior to then -- let's put
4  it this way.  When you weren't on duty in
5  Autaugaville, you were on your off duty
6  hours, how would these officers who weren't
7  certified be supervised?
8    A.  Well, they would -- If they had an
9  issue that arised, they would contact me via
10  the link or cell phone and ask me a question
11  in relation to whatever their problem was.
12    Q.  So it would be wherever you were
13  located?
14    A.  Yes, sir.
15    Q.  Are you still in the Guard?
16    A.  Yes, sir, I am, sir.
17    Q.  Do you go off for training?
18    A.  Yes, I do, sir.
19    Q.  Do you drill one weekend out of
20  the month?
21    A.  Yes, sir.
22    Q.  Where do you drill?
23    A.  Well, my location down here until

Page 66

1  recently was in Wetumpka, Alabama.
2    Q.  Okay.  Where do you go to
3  training?
4    A.  Well, that's determined by the
5  Guard, where the location we go to.
6    Q.  2004, where did you go to summer
7  camp?
8    A.  I don't recall if I even made it
9  to summer camp that year.
10    Q.  2005, where did you go to summer
11  camp?
12    A.  I believe we went to Anniston.
13    Q.  Anniston?
14    A.  Correct.
15    Q.  These officers that were
16  uncertified when you were in summer camp,
17  how were they supervised?
18    A.  Sir, I don't know while I was in
19  summer camp that there was an uncertified
20  officer working there on a shift.  Again,
21  I'd have to go back to the dates I was in
22  summer camp and go back to the officer that
23  was working and look at the dates of his

Page 67

1  certification to determine that question.
2    Q.  Do you have your orders?  It shows
3  up in your personnel file, doesn't it?
4    A.  With the Army, they may have a
5  copy of it.  I could probably try to locate
6  it myself or online.  They have access to
7  personnel files that we can go to to try to
8  get it.
9      But I don't keep a copy of my
10  orders in a file somewhere of every time I
11  was sent somewhere.
12    Q.  You don't have a copy of your
13  orders to go in your personnel file when you
14  were on two weeks active duty or three weeks
15  active duty where you get paid by the City
16  and by the --
17    A.  I don't know.  I don't go look at
18  my personnel file inside Valerie's office.
19    Q.  You don't turn in a copy of your
20  orders when you go --
21    A.  I may or may have not.
22    Q.  I know how to get those.  So you
23  don't know when you were on active duty

Page 68

1  whether or not you had any uncertified
2  officers working at the Town of
3  Autaugaville?
4    A.  No, sir.
5    Q.  How long does an officer have to
6  get certified?
7    A.  I'd have to reflect back on the
8  rule to give you that specific.
9    Q.  Okay.  Whose responsibility is it
10  to see that the officer gets certification
11  within the time limit required by APOSTC?
12    A.  Mine, sir.
13    Q.  Okay.  Do you make the
14  determination of when that officer goes off
15  to training?  Let's put it this way.  You
16  have to register him with APOSTC, don't you?
17    A.  I have to send their packet in to
18  -- I believe one copy of the packet goes to
19  the Alabama Peace Officers Standards and
20  Training Commission and I believe another
21  section of it goes to the actual academy
22  itself.
23    Q.  What academy does the Town of

17 (Pages 65 to 68)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

Page 69

1 Autaugaville use to send its officers to?
2    A. We've used two primarily. We've
3 used Tuscaloosa and we have sent officers to
4 Montgomery.
5       MR. DEBARDELABEN: That's all I
6 have.
7 EXAMINATION BY MR. HOWARD:
8    Q. When you wrote a speeding -- When
9 an officer writes a speeding ticket, is he
10 controlling the speed of traffic?
11    A. Is he controlling it?
12    Q. Yes. Is he telling him to slow
13 down?
14    A. You know, presence, sometimes
15 people will slow down if they see the
16 officer. He doesn't have any direct control
17 of being able to get people to slow down or
18 stop.
19    Q. When he writes a ticket, is he not
20 telling that person to slow down and to
21 control the speed of traffic?
22    A. He may or may not advise the
23 person that they need to obey the speed

Page 70

1 limits. I don't -- Again, I don't know what
2 they say every single time they are on
3 traffic stops.
4       MR. HOWARD: That's all.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 71

1       C E R T I F I C A T E
2
3 STATE OF ALABAMA )
4 MONTGOMERY COUNTY)
5
6       I hereby certify that the above
7 and foregoing deposition was taken down by
8 me in stenotype, and the questions and
9 answers thereto were transcribed by means of
10 computer-aided transcription, and that the
11 foregoing represents a true and correct
12 transcript of the testimony given by said
13 witness upon said hearing.
14       I further certify that I am
15 neither of counsel, nor of kin to the
16 parties to the action, nor am I in any wise
17 interested in the result of said cause.
18
19
20       ----------------
21       CINDY WELDON
22
23

# FREEDOM COURT REPORTING

| A | | | | |
|---|---|---|---|---|
| **ability** 31:9 47:5 48:11 | **agencies** 34:9 | 22:4 45:7 | **asked** 15:8 24:3 24:10 50:13 | **Barbara** 14:3 |
| **able** 21:18,20 26:5,23 27:3 38:8 42:14 56:19 69:17 | **agency** 25:15 28:23 29:5,9 29:21 30:17 34:11,12,23 39:6 47:10 | **APOSTC** 24:15 25:3,13,14 26:8,12 29:8 29:11,13 38:19 68:11,16 | **asking** 49:23 | **Barbour** 10:7,10 10:14,20 |
| | | | **assign** 3:5 16:10 | **base** 32:4 |
| | **agents** 34:7,8 | **appear** 44:3,4,8 | **associated** 26:18 | **based** 42:4 50:1 |
| | **ago** 46:21 | **applicants** 25:19 | **attorney** 42:17 | **basically** 23:16 23:23 32:15 |
| **academy** 28:7 37:21 68:21,23 | **AGREED** 2:14 3:1,10 | **applications** 16:22,23 52:5 | **August** 11:17 | **Bates** 49:22 |
| **access** 55:11 67:6 | **ahead** 42:22 | **apply** 15:15 | **aunt** 14:4,4,10 | **becoming** 15:13 30:4 |
| **accident** 42:4 | **al** 1:5,9 2:5,10 | **appropriate** 17:8 26:17 | **Autauga** 45:2,10 | **believe** 14:10 20:8 28:19 31:18,19 32:2 40:9,10 43:2 44:7 46:1,12 46:16 47:18 52:6 53:1 54:14 60:16 65:2 66:12 68:18,20 |
| **accidents** 41:12 42:2 | **Alabama** 1:2,14 2:2,21 4:7,13 7:8 9:7,21 11:23 12:1,9 13:2 16:14 19:16,23 21:8 22:4 25:8,15 25:17 27:8 28:1,2,16,21 29:1,2,6 31:11 40:15 59:15 60:18 61:21 66:1 68:19 71:3 | **Autaugaville** 1:8 2:9 7:14,18 8:5 8:8,11,22 12:22 15:6 16:20 17:18,19 17:21 18:3 19:8 25:21 26:14 27:13 35:5 39:10 42:11 44:5,20 45:22 49:11 65:5 68:3 69:1 | **automatically** 53:21 | |
| **acclimated** 30:5 30:17 | | **approved** 19:15 27:7 28:16,20 29:2 | | |
| **accuser** 48:11 48:12 | | **approximately** 8:17,18 9:12 10:3,11 11:1 12:20 18:21 30:11 54:6,12 56:5 | | |
| **acting** 7:13,15 7:16,17 17:17 19:7 | | | | |
| **action** 71:16 | | **approximation** 31:2 | **AVENUE** 4:6 | **belt** 26:19 |
| **actions** 52:6 | | **April** 1:19 2:21 | **average** 54:8 | **belts** 40:20 |
| **activate** 53:18 | **Allen** 22:8 | **area** 37:15 | **aware** 8:2 16:17 18:9 19:6,19 20:1,3,4 25:14 30:4 33:16 34:1 38:2,12 | **Benefield** 22:8 22:10 24:10 |
| **activated** 11:19 11:21,22 53:21 | **allow** 20:21 21:2 31:6 64:5 | **areas** 37:2 42:1 42:5 | | **birth** 17:9 |
| **active** 12:4 67:14,15,23 | **allowed** 27:20 60:22 61:2 64:12,14 | **argue** 50:20 | **a.m** 2:22 | **Black** 34:15,18 34:19 |
| **actual** 51:4 59:20,21 68:21 | | **arised** 65:9 | | **blue** 53:20 |
| | | **arises** 21:21 | | **Bobby** 14:8 |
| | | **Army** 9:5 67:4 | B | **Bogan** 14:19 |
| **ADCA** 40:15 41:19 | **allowing** 29:23 | **arrest** 21:12 33:8,16 37:13 44:1 48:13,14 48:21 53:20 54:1,4 55:9 56:22,23 57:2 | **back** 12:5 20:18 42:13 43:3,8 44:11,15,23 46:14,17 47:14 49:1,8,12 54:16 56:21,23 66:21,22 68:7 | **bond** 47:3,6 |
| | **allows** 63:12 | | | **box** 59:19,23 |
| **additional** 31:3 | **Alpha** 11:22 | | | **brand** 55:19,20 |
| **address** 6:18 | **Amended** 1:15 | | | **Brandon** 14:7 |
| **administrative** 32:1 58:13 | **Anglin** 14:7 | | | **bring** 58:16 |
| | **Ann** 14:3 | | | **brought** 20:10 46:6,8 54:18 |
| **advertise** 16:21 | **Anniston** 66:12 66:13 | **arrested** 14:21 43:16,18 44:17 | | **budgeting** 16:6 |
| **advise** 47:15 69:22 | **answer** 62:20 | **arrests** 53:17 54:21 | **background** 17:1,6 26:2,5 | **Burger** 32:23 |
| **advised** 1:20 23:15 25:1 47:11 | **answered** 18:6 | | **bad** 41:13 | **business** 32:22 |
| | **answers** 71:9 | **arrived** 39:19,21 | **badge** 26:20 | **buy** 55:15 |
| **Affairs** 40:16 | **anybody** 13:11 | **ascertain** 47:5 | | |
| **age** 13:11 32:7 | | | | C |
| | | | | **C** 4:1 9:6 12:13 |

FREEDOM COURT REPORTING

71:1,1
call 19:2
calls 37:18
camera 53:18
   57:10,11
camp 66:7,9,11
   66:16,19,22
capability 31:5
car 23:17 45:1
carbon 60:13
cards 17:9
career 61:14
Carmichael
   2:20 4:12
carry 26:23 27:3
   33:3 34:9,14
   38:8
carrying 32:14
cars 27:12
Carswell 14:4,8
   14:9
Carswells 14:9
case 1:7 2:7
   54:13
cause 71:17
cell 65:10
certain 38:17
certificate 37:9
certificates 17:9
certification
   25:16 28:11
   37:9 38:14,22
   67:1 68:10
certified 2:18
   21:16 25:12
   27:1,4,5,19,23
   28:6,8 29:6,7
   29:11 30:15
   31:20 33:10
   38:7 65:7 68:6
certifies 29:1
certify 28:4,5,13
   29:13 71:6,14
cetera 16:9

chance 55:18
   56:8
change 6:13,20
changed 54:7
charge 44:6
check 6:16 40:6
   40:8,9,12,16
   40:18,23 41:5
   42:12,15 43:5
   45:21
checked 17:1,2,4
chief 7:13,17,19
   7:23 8:4 15:7
   15:13 16:1,3
   17:18,22 18:2
   18:5,16 19:8
   24:10 54:23
chief's 22:13
Cindy 1:15 2:17
   71:21
citation 47:12
   47:20 48:1,3
   49:2 59:22
citations 27:20
   47:4
citizens 33:16
city 11:3,4,5,7
   12:16,21 13:4
   13:14 16:20
   17:18 27:12
   30:5 51:3,7
   67:15
Civil 1:14
class 28:14
   37:22
classified 56:16
Claudie 13:16
clerk 47:15
   48:17 51:4,7
   51:12 52:16
client 54:18
Clio 9:21 10:1,5
   10:13,17
Club 13:1

come 15:5 28:12
   36:4 37:3 53:8
comes 26:12
   29:21
comfortable
   31:8 64:18
coming 39:15
Commission
   16:16 19:17
   22:5 25:9
   28:17,22 29:3
   31:12 68:20
Commissioner
   2:19 3:11
communicatio...
   21:19
community 16:7
   40:15
Company 11:22
complaint 59:16
   61:22
complaintant
   60:16
computer-aided
   71:10
concerned 54:17
concerning
   45:18
conduct 41:7,8,9
   41:14
conducted 36:21
   40:10
conducting
   20:11 37:6
   40:13 41:5
conference
   22:14
confines 33:15
confront 48:10
constitutional
   48:9
contact 21:19
   65:9
contacted 24:15

context 36:2
continuing
   18:11
contract 41:18
contracted
   34:23
control 21:15
   31:19 69:16,21
controlling
   69:10,11
conversation
   24:9 45:14,17
   53:10
copies 57:22,23
   58:6 60:13
   61:12,14
copy 17:15 51:1
   51:2,10,20,23
   52:5,8 61:16
   62:17 63:1,5
   63:23 67:5,9
   67:12,19 68:18
correct 13:23
   17:23 18:17
   19:12 38:18
   42:9 45:23
   53:13 66:14
   71:11
correction 11:18
   14:6,20 23:10
council 15:21
counsel 2:16 3:2
   3:4 71:15
County 10:7,10
   10:15,20 13:12
   13:14 40:10
   43:1 45:2,11
   71:4
couple 12:10
   24:13
course 27:7
courses 18:11
court 1:1,21,22
   2:1 6:5 48:12

48:16 54:5,10
   54:11 57:5
   60:14
cousin 14:7,8,9
cousins 14:3
cover 14:10
covers 30:2,3,4
crime 21:1 35:13
   35:15,17,21
   36:6,9
criminal 17:3
   26:2,5 36:18
   36:23
current 7:8 15:7
Curtis 15:12
custody 55:22

_____
         D
_____
D 5:1
Dallas 13:12
date 41:21,22
   43:19 49:3,4
   49:14 52:19
dates 41:19,20
   41:23 43:12
   66:21,23
day 1:18 41:1,3
   41:15 47:14
   50:14 58:18
days 58:18
day-to-day 16:4
DD214 17:16
Debardelaben
   1:17 4:4,5 5:4
   6:4 35:23
   49:21 50:10,15
   50:19 54:20
   55:2,12 56:8,9
   58:5 59:5 69:5
decide 41:14
   42:3
defendant 4:9
   48:10 58:20
Defendants 1:10

2:11
define 21:18
 35:19
defined 24:4
definition 24:4
 32:2
delivering 1:16
Delong 14:3
department
 10:8,10,15,20
 16:5 29:22
 40:15 44:20
 45:6,10,22
 46:14,19 47:8
 61:4,8
depends 18:13
 29:19 54:13
Deployed 11:23
deposition 1:12
 2:16 3:7,11 6:8
 40:1 54:5
 58:16 71:7
deputy 10:21,22
desk 51:2
detail 9:8 12:14
 43:14
details 40:14
 43:9
detect 36:7
determination
 68:14
determine 57:8
 67:1
determined 42:1
 47:2 48:2
 59:12 66:4
difference 51:14
different 24:14
 26:20 28:4
 30:16 35:8,8
 37:1 41:10
 43:9 45:19
 49:18 56:2
diploma 26:3,8

direct 21:15
 23:1 31:19
 69:16
direction 21:22
directly 8:12
 32:11
disciplinary
 52:5
disclosed 50:22
disclosures
 50:13,23
discretion 42:8
discuss 22:7
 46:4
discussed 22:3
dismissed 47:15
DISTRICT 1:1
 1:2 2:1,2
DIVISION 1:3
 2:3
document 30:19
documentation
 17:8
documents
 17:10
DONNIE 4:17
drill 65:19,22
drinking 40:21
Drive 13:1
driver's 7:5,9
 17:8 40:19
 61:23 62:2,5,8
driving 17:3
 40:21 44:8
 47:12
drugs 37:11,14
 37:23
due 57:4
DUI 37:6
duly 6:2
duties 11:19
 15:23 16:2
 32:10,14
duty 12:4 26:19

33:14 37:4
 65:4,5 67:14
 67:15,23
———————
E
E 4:1,1 5:1 71:1
 71:1
earlier 35:12
education 18:11
effective 1:15
effects 17:5
either 29:19
 47:3
eligible 26:6
employ 39:3
employed 7:11
 7:12 8:7,10,23
 9:5 64:5
employee 32:9
 32:12,18
employees 32:17
 33:1,3,6,17
employment
 16:23 33:12
 61:8
employs 34:12
ended 45:1
enforce 21:6
enforcement
 9:17,20 17:12
 19:3,22 21:16
 25:16 31:20,21
 32:21 33:7
 34:4 40:14
enforcing 36:17
equipment
 26:14,21 27:14
 27:17
equipped 27:14
erase 55:13,14
especially 32:16
established
 40:23
et 1:5,9 2:5,10

16:9
evening 47:13
everybody 23:8
everybody's
 51:1
evidence 3:7
 16:7 55:23
EXAMINATI...
 5:3 6:4 69:7
examinations
 37:6
example 28:10
excuse 27:13
 64:21
executive 18:15
 19:11,13,18
exhibits 1:19
expenses 57:15
 57:16 58:2
experience
 17:11
———————
F
F 71:1
face 37:2
facility 28:10
fact 40:3 57:4
failure 44:3,4,7
familiar 16:14
 20:20
far 41:6 45:21
 47:2 54:17
fatalities 42:2
February 20:14
 22:15,19,22
 24:20
Federal 6:7
feel 31:2,4,7,8
 64:18
female 24:16,22
field 59:23
fifteen 32:23
file 49:13,16,17
 49:19 50:1,3,5

52:9,12 62:9
 62:12 67:3,10
 67:13,18
filed 1:22 14:16
 20:9,12,14
 22:16
files 50:6,9,16
 50:21 51:2,5,8
 51:11 67:7
filing 3:10
fill 15:8
find 47:23 48:14
fine 56:11 58:12
finishing 48:7
fire 33:22 34:2
firearm 26:22
 27:1,2,2 33:4
 38:8,9,14,21
firearms 30:15
 34:9,14
firearm's 27:9
first 6:2 9:2,16
 9:19 20:6
 22:13 36:12
five 8:17,18
 56:15
Florida 15:4
focus 41:20
folder 52:1,4,15
follow 26:11
 38:13
follows 6:3
forbid 38:4
force 12:14
 34:13 35:1
 36:12 38:10
 39:4,7,8
foregoing 71:7
 71:11
form 3:3 23:2,22
 31:14
Fort 11:23
forward 56:7
four 56:15 60:13

# FREEDOM COURT REPORTING

frame 43:10
57:6
full-time 9:5,9
9:11 12:16
functions 32:9
funded 40:14
furnished 49:15
50:2,7
further 2:23 3:9
71:14

**G**

gear 26:17
GED 26:3,7
general 21:9
24:6 36:4
generally 23:8
30:10
George 9:6
12:13
getting 29:20
give 21:21 29:5
29:9 36:14
49:14,21 55:10
63:8 68:8
given 16:12 33:1
41:18 51:3,6
63:5 71:12
gives 38:23
giving 17:7,15
Glenda 14:4,9
go 10:14 11:2,10
18:20 20:14,17
27:6 29:22
30:9 42:13,22
43:3 46:23
47:5 48:1,15
49:12 50:11
53:8 54:4,10
54:11,16 55:15
56:21,23 58:8
62:22 63:2
65:17 66:2,5,6
66:10,21,22

67:7,13,17,20
God 38:4
goes 38:21 39:2
60:14,16,17
68:14,18,21
going 46:18
47:11 54:20
57:21,21 58:10
58:18 65:6
grabbed 44:23
grandfather
13:22
grandmother
13:19
Greer 14:2,2,8
grounds 3:5
guard 9:6 12:14
65:15 66:5
guards 34:13
guess 63:17
guilty 57:5

**H**

half 8:18 10:2
12:11
hand 46:18
handcuff 46:12
handcuffed
46:15
handcuffs 26:19
46:10,13
happened 37:13
44:18
happening 36:7
Hayneville 8:12
8:16,20 9:1,3
9:11 12:17,19
headquarters
9:7
hearing 71:13
held 32:8
high 26:3,7
highway 21:7
hired 7:19 26:13

histories 17:3
hit 38:15
hold 26:20
holders 26:20
Holtsford 2:20
4:11
hours 18:10,18
19:9 35:3,4,8
58:18 65:6
HOWARD 4:10
5:5 6:12,17
18:8 22:17,19
23:2,22 31:14
35:22 36:1
42:20 43:19
49:20 50:8,11
50:17 55:1,5
55:10,13,20
56:2,6,11,14
57:12 58:3
59:2,7 62:20
63:17 69:7
70:4
human 16:6
hundred 13:4,6
Hurtsboro
11:11,13,16
12:6
husband's 14:5

**I**

identification
37:23
ignorance 54:15
illegal 37:11
imagine 63:15
impossible
32:15
included 50:12
including 54:23
independent
39:6
indication 59:21
individual 32:12

42:4 62:15
information
30:6,7 51:3
62:14
initial 50:12,22
inside 42:6
44:22,22 47:7
52:14 67:18
instructions
39:1
instructor 27:10
38:23
interested 13:10
13:11 71:17
interpret 21:17
interpretation
22:23
interview 15:17
15:20
interviewed
25:19
investigation
26:2,6
investigations
17:6
involve 47:16
involved 22:2
36:15 42:15
57:6
involving 17:12
22:1 27:20
47:9
issue 60:9 65:9
issued 26:15,16
26:16,17,19,22
26:23 27:2
44:9,13 47:19
48:2 59:11,18
62:10
issues 16:7

**J**

Jack 13:21
Jackson 15:12

Jail 45:2,11
January 8:6
10:6 12:9
Jeremy 14:2
Jim 1:16 4:4
50:8
job 9:17,20 15:5
21:4 33:11,20
33:21
jobs 21:3
Joe 14:8
Johnson 1:12
2:17 6:1,7 7:1
54:23
Josh 14:2
July 9:23 11:9
11:10 40:4
43:6,10,11,12
43:20 48:21
juvenile 14:23

**K**

keep 51:1,5,10
51:18 52:12
53:9,22 54:2,4
54:6,8,11
55:21 60:23
61:2,2,15 63:9
63:13,23 64:6
67:9
keeps 63:7
kept 51:9,12
55:23
keys 26:19
kin 71:15
kind 48:6
King 32:23
Kip 14:8
knew 22:21
46:18
know 15:9,11,12
18:4 23:3,6
24:7,7 31:15
31:15 33:9

34:9,10,11,18
34:22 44:13
48:5,8,23
49:10,18 52:10
52:11,17,19,21
52:23 53:3
59:5 62:3,22
63:11,12 65:1
66:18 67:17,22
67:23 69:14
70:1
**known** 23:8

_____
**L**
**L** 2:13
**language** 24:1
**large** 32:16
**law** 9:16,19
17:12 19:3,22
21:16 25:16
31:20,21 32:21
33:7 34:4
**laws** 21:7 36:18
36:22,23 54:17
**lawsuit** 20:12,13
22:15 36:16
46:5 58:20
**lawyer** 6:11
**leading** 3:3
**leave** 8:19 10:12
49:7 50:3
**leaves** 61:7
**Lee** 14:8
**left** 9:8 10:4,6
39:5 44:22
48:5,6,19,22
49:11 52:18
53:1
**lethal** 39:3
**let's** 44:13 47:23
65:3 68:15
**Levan** 1:12 2:17
6:1 7:1
**level** 18:15

19:11,14 36:12
**license** 7:5,9
17:8 40:19
62:1,2,6,8,11
62:12
**lights** 53:20
**limit** 68:11
**limits** 30:5 70:1
**link** 65:10
**list** 35:6 48:15
**little** 12:20
**live** 12:23 13:1
**lived** 12:18
**locate** 67:5
**located** 65:13
**location** 41:15
42:3,7 43:3
46:1 48:8
65:23 66:5
**log** 57:1
**long** 8:15 10:1,9
10:22 11:7,12
11:15,20 12:7
30:10 46:21
48:18,21 53:22
57:14 58:1
68:5
**longer** 47:10
54:12 56:13
**look** 19:20 20:21
49:13 60:1
66:23 67:17
**looked** 59:10
**loss** 20:8
**lot** 45:19 56:13

_____
**M**
**MADISON** 4:6
**maintain** 21:19
**majority** 61:13
**making** 36:5
**managed** 33:7
**management**
32:6,7,19,22

33:19
**manager** 32:11
**manual** 39:16
**manuals** 16:9
30:3,13 39:13
**March** 22:20
24:21
**Martin** 4:17
36:17 64:11
**Matthews** 1:5
2:5 40:1 43:15
46:5 53:11
**mayor** 15:8,19
18:2
**McCollum**
36:17 47:19,21
48:2,4,19,22
49:3,7,11 50:3
52:18 53:1
64:11
**McCollum's**
49:16
**mean** 7:15 19:13
23:11 27:5
35:8,9,21 37:7
46:13 50:6
63:3
**Meaning** 27:6
**means** 23:9
38:15 71:9
**meant** 35:15
**mentioned** 40:3
**met** 27:11
**Metro** 45:2
**MIDDLE** 1:2
2:2
**mile** 13:4,6 46:2
46:3
**military** 17:13
17:14 34:3,11
34:23
**mine** 51:17
68:12
**minimum** 18:14

26:4
**minute** 50:8
**misunderstood**
49:5
**moment** 48:7
**money** 41:21
**Montgomery**
2:21 4:7,13 9:7
12:9,13,15,18
12:21 13:5
22:14 28:9
69:4 71:4
**month** 12:8,11
22:18 52:21
56:10 65:20
**months** 8:17,18
10:11 11:1
54:2
**motorists** 41:19
**move** 64:22
**movement** 32:13
**multiple** 32:17
**multitude** 30:16
37:1
**municipal** 48:16

_____
**N**
**N** 2:13 4:1 5:1
**name** 6:22 13:9
14:6,6 24:18
34:10
**named** 17:22
54:22
**names** 13:15
**National** 9:5
**necessarily** 28:3
**necessary** 3:1
25:22 27:16
**need** 21:23 30:6
30:8 69:23
**needs** 31:3 47:4
**neither** 32:10
71:15
**never** 7:22 14:15

17:22 18:1
32:8 35:10
62:11 64:2
**new** 14:5 39:16
55:19,21 56:6
62:1
**newspaper** 20:9
**nineteen** 13:10
32:6
**Nix** 2:20 4:11
**NORTHERN**
1:3 2:3
**Notary** 2:19
**notes** 52:1,3
57:2 60:8,11
60:20
**notice** 3:10 48:7
**noticed** 47:9
**November** 9:12
9:13
**number** 1:7 2:7
7:3,6 61:19
62:6,8,12,13
**numbers** 62:9

_____
**O**
**O** 2:13
**obey** 69:23
**Object** 23:2,22
31:14
**objections** 3:2,5
**occurred** 46:1
**occurs** 21:21
**October** 11:18
12:1,2
**offered** 3:7
**office** 23:12,21
24:12 26:20
51:5 67:18
**officer** 8:14
10:18 11:6,14
19:3 21:16
23:9,13 25:10
25:12,20,23

# FREEDOM COURT REPORTING

26:13 27:17
29:21 31:2,4
31:21,21,23
34:4 36:5,16
37:3 42:10
47:10,16,18,21
48:2,4,18,22
49:2,6,10,16
53:1 56:21
57:7 60:6,8,15
61:7 62:15
63:6,7,13,23
64:5 66:20,22
68:5,10,14
69:9,16
**officers** 16:8,10
16:15,19 19:16
19:22,22 20:22
21:11 22:4
25:8,17 27:8
27:22 28:16,21
29:3,15 31:11
36:15 51:11
53:8 54:22
56:15,17 64:9
65:6 66:15
68:2,19 69:1,3
**officer's** 36:13
60:20 61:16
62:17 63:1,5
**offices** 2:20
**official** 37:4
**Oh** 14:19
**Okay** 8:23 10:9
11:20 12:23
13:20 14:12
18:10 20:20
21:14 24:2,9
24:19 29:15
34:21 36:14
40:11 45:7,9
45:14 50:15,17
52:2,8,23 53:7
53:10 54:10

56:11 58:1,21
60:1,5,19
62:18 63:20
65:3 66:2 68:9
68:13
**once** 16:22 27:1
27:3 46:13,16
47:3,7 64:17
64:17
**ones** 35:1 39:20
62:1
**online** 67:6
**on-the-job** 37:15
37:19
**opening** 16:22
**operate** 27:17
29:7
**operation** 35:19
**operations** 16:5
41:2
**opinion** 32:4
**oral** 1:18
**order** 30:17
57:17
**orders** 67:2,10
67:13,20
**organization**
16:18 28:3
32:17 33:15
**organizations**
28:5,12,15
**original** 1:17
47:19
**oversee** 16:4
**overtime** 40:13

——————————
**P**
**P** 2:13 4:1,1
**packet** 68:17,18
**PAGE** 5:3
**paid** 7:21 67:15
**parked** 44:21
**part** 21:3,4
**particular** 20:7

22:1 37:15
41:15,15,20
56:21
**parties** 2:15 3:4
71:16
**part-time** 9:4
**pass** 26:1,5
**passed** 27:10
**patrol** 20:22
21:6 23:13
25:11 27:12
30:23 35:13,16
35:17,19 36:5
36:19 64:12,12
**patrolling** 23:14
24:12
**pay** 8:3 57:14
58:1,14,19
**Peace** 16:15
19:16 22:4
25:8 27:8
28:16,21 29:2
31:11 68:19
**pending** 46:4
**people** 24:6,12
24:14 25:4
28:13 29:13
33:8 34:16
36:9 38:4
40:19 69:15,17
**percent** 38:19
**performing** 32:9
**period** 19:5,10
24:14,21
**permission**
46:22 47:2
**person** 25:1
33:22 34:3
57:4 58:9
69:20,23
**personal** 52:3
60:22 61:1,3,5
61:14 63:13
64:1,6

**personnel** 16:6,9
49:13,16,17,19
50:1,3,5,6,9,16
50:21 51:2,4,8
51:11 52:9
67:3,7,13,18
**person's** 61:18
**Phenix** 13:14
**phone** 65:10
**place** 63:11,12
64:4
**PLAINTIFF** 4:3
**Plaintiffs** 1:6 2:6
**planner** 41:2
**plans** 41:17
**please** 1:20 6:23
13:20 14:1
**pleased** 62:16
**pled** 57:5
**point** 37:20 40:7
40:8,9,12 41:1
41:5 42:12,15
45:21 56:7
**points** 40:16,18
43:6
**police** 7:13,18
7:20,23 8:4,14
10:18 11:6,14
15:13,23 16:2
16:5,8,10,19
17:17,22 18:2
18:5,16 19:2,8
19:22 20:22
21:11 25:20,22
28:6 31:23
37:3,21 44:20
45:5,10,22
46:14,19 61:4
61:8 64:5
**policies** 16:9
38:9,11 39:6,8
39:12,19,21
**policy** 30:2,12
39:16 54:7

**position** 7:22,23
8:13 9:4,8,10
10:16,19 11:5
11:12 15:8,15
15:18 26:18
32:7 33:19,20
34:1,4 35:9
**positions** 32:19
**possession** 61:3
61:4,6
**possibly** 33:20
**power** 21:12
**Prattville** 13:2
64:23
**presence** 36:8
36:13 69:14
**present** 4:15
40:2 42:11
**presently** 7:11
7:12
**prevent** 36:9
**prevention**
20:23 35:20
**previous** 29:20
**primarily** 69:2
**printed** 48:16
**prior** 3:7 8:8,10
9:1 14:15
15:12 20:13
22:21 24:9
27:22 29:20,23
32:21 33:7
38:8 39:13
65:3
**private** 34:22
**probably** 41:13
67:5
**problem** 21:21
42:5 57:12
65:11
**procedure** 1:14
30:3,13 39:16
**procedures**
38:10,11 39:13

39:20,22
process 39:15
property 61:6
63:14 64:1,7
protection 12:14
20:23 34:13
35:2,13,15,17
35:20
provide 41:10
42:16,19 43:13
48:12
Public 2:19
pull 33:21 34:2
pulled 38:5 47:8
purpose 20:23
35:18,20 40:11
pursuant 59:18
put 30:6,8,21
33:19,20 36:18
59:3 65:3
68:15
P.D 28:9

_____

**Q**

qualification
27:7
question 18:7
25:6 29:4
41:13 45:20
49:6,6 62:21
63:18 65:10
67:1
questions 3:3,4
71:8

_____

**R**

R 4:1 71:1
radar 27:14,17
27:19,23 28:11
29:1,7,14
59:12,18,20,22
60:3
radius 13:4,6
46:3
read 6:8,12,21

20:6,16,18
36:1 39:19
reading 6:9
38:11
realize 31:10
really 35:10
reason 8:1 18:4
43:22
reasons 41:10
reassigned 12:9
12:12
recall 24:18 40:4
43:15 46:11
66:8
receive 16:22
41:18 51:23
received 16:23
37:14 49:2
51:20
receiving 37:9
recognized
19:17
recognizing
37:11
record 49:1,13
60:21
records 18:21
42:14,16 43:4
43:9,13 44:12
44:16 47:18
49:9 51:6,7
60:22 61:1,3,5
61:9
reduce 41:12
references 17:1
17:2
referred 61:15
reflect 43:8
44:11,15 47:17
49:1,8 54:16
68:7
register 68:16
regulations 30:4
30:18 63:11

relating 17:10
relation 65:11
relations 16:8
relationship
13:17
relatives 13:3,10
13:13
release 46:18
47:13
released 45:12
64:17
remember 15:2
20:19 39:23
42:21 62:3
repeating 23:7
rephrase 25:6
29:4 48:20
replaced 35:1
report 56:23
Reporter 1:21
2:18 6:5
reports 42:5
representative
24:16,23
represented
25:7
represents 71:11
request 42:21
50:12,16 54:21
58:13
requested 50:1,9
required 18:14
19:4 29:22
38:18 68:11
requirement
26:9 27:18
28:20
requirements
19:21 25:21
26:1,4,11
27:11
requires 31:12
31:21
requiring 31:13

research 20:11
resigned 15:7
resource 16:6
respective 2:16
respond 21:20
37:18
responded 24:5
responsibility
68:9
responsible 17:4
17:7,15 56:1
restaurant
32:22
result 71:17
retained 1:21
returned 12:5
reuse 54:3
reused 55:8,16
57:3
revamping
39:15
review 56:8,15
reviewed 39:14
39:18
Ricardo 1:5 2:5
43:15
RICK 4:10
ridden 30:20
ride 30:11,12
31:5,6 64:18
riding 64:13
right 6:8,9 10:6
33:8 38:20
45:3 48:9,10
50:5 51:16
52:17 55:12,14
58:13 59:1
60:3
road 2:21 4:12
30:1,22 40:10
43:1
rode 36:20
room 56:1 57:10
57:11,18,18

59:3
Rucker 12:1
rule 1:13 19:20
20:1,3,5,7,15
23:9 36:3 41:6
68:8
rules 1:14 30:3
30:18 63:10
Russell 13:13

_____

**S**

S 2:13 4:1
safety 38:20
39:1 40:6,8,9
40:12,18,23
41:5,11
Sandra 14:4
says 21:14 59:20
63:1,23
schedule 16:12
35:7
scheduled 64:17
64:19
school 26:3,7
score 38:17,19
seats 40:20
section 20:6,7,21
68:21
secured 46:17
security 7:2 17:9
17:12 34:7,8,8
34:12,13,22
61:19
see 6:11 18:21
36:9 44:13
47:23 68:10
69:15
seen 32:10 63:22
64:2
sees 36:6
Segers 4:16
36:17 64:12
send 42:20
68:17 69:1

**FREEDOM COURT REPORTING**

| | | | | |
|---|---|---|---|---|
| sense 37:8 | 44:12,16 45:8 | 59:10,11,17 | 40:4,6 | 61:11 |
| sent 67:11 69:3 | 45:12,16 46:3 | 60:2 69:8,9 | stops 36:21 57:7 | taken 1:18 2:17 |
| September | 46:6,9,21 47:1 | spend 41:21 | 70:3 | 71:7 |
| 11:19 | 47:22 48:20,23 | Spivey 13:16,21 | streets 23:14 | takes 58:17 61:8 |
| set 42:3 | 49:9,14 51:1 | spoke 22:22 | study 30:12 | talk 6:10 22:9 |
| sets 25:15 | 51:10,13 52:10 | spring 53:4 | stuff 6:18 58:14 | talked 22:8 |
| seven 32:12 | 52:20,22 53:5 | spur 48:6 | subject 6:20 | 24:13 |
| seventy 38:19 | 53:14,18 54:19 | stamp 49:22 | subpoena 57:21 | talking 34:15 |
| sheriff 10:21,23 | 57:15 58:12,14 | stand 32:11,18 | 57:22 58:8,15 | 36:16 39:9 |
| Sheriff's 10:8,10 | 58:15,23 59:14 | standard 19:20 | substantive 6:17 | 64:10 |
| 10:15,20 | 60:4,21 61:20 | 35:10 | sued 14:12 | tape 56:20 57:2 |
| shift 33:1 64:17 | 62:1,7 63:4,15 | standards 16:15 | sufficient 36:8 | 57:3 |
| 66:20 | 63:21 64:3,8 | 19:16 22:5 | suit 14:15,19 | tapes 55:6,15,19 |
| short 16:3 | 65:14,16,16,18 | 25:8,16 26:8 | 54:22 | 55:21,22 56:3 |
| Shorthand 2:18 | 65:21 66:18 | 27:8 28:17,21 | suits 14:16 | 56:7 57:23 |
| shots 38:16 | 68:4,12 | 29:3 31:11 | summer 66:6,9 | 58:6,16 |
| shows 67:2 | sit 58:8 | 41:4,6,16 | 66:10,16,19,22 | target 38:15 |
| shred 61:11 | site 28:13 | 68:19 | summertime | technician 16:7 |
| side 52:1,4 | sites 28:9 | started 9:3 | 65:1 | tell 24:23 28:23 |
| sign 6:9,12,21 | sitting 23:12 | 20:10 | supervise 23:20 | 31:15 42:14 |
| 27:10 47:6 | situation 21:20 | state 6:22 19:23 | 24:11 32:13 | 44:17 49:23 |
| signed 38:10 | 22:1 37:17,20 | 21:7 25:15,17 | supervised 65:7 | 56:20 57:20 |
| signing 6:10 | six 10:11 11:1 | 28:1,2 29:1,6 | 66:17 | 59:17 60:2 |
| 17:5 | slow 69:12,15,17 | 31:16 36:18 | supervision | telling 69:12,20 |
| signs 47:3 | 69:20 | 41:23 59:22 | 21:15,22 23:1 | ten 58:17 |
| single 70:2 | social 7:2 17:9 | 60:17 62:10 | 31:20 33:2 | testified 6:2 |
| sir 8:2,9 9:18 | 61:18 | 71:3 | supervisor | testify 60:6 |
| 13:8 14:14,17 | somebody 23:21 | stated 7:17 | 23:11 33:13 | testimony 1:18 |
| 15:2,11,14,16 | 37:13 38:5 | statement 23:4 | supposed 6:15 | 71:12 |
| 15:19,22 16:13 | 54:14 | states 1:1 2:1 | suppression | Thank 58:22 |
| 17:20 18:7,9 | sorry 17:21 | 19:21 | 21:1 35:21 | thereto 3:8 71:9 |
| 19:6,12 20:2 | sort 40:22 | stationed 9:6 | 36:10 | thing 36:10 |
| 21:2,5,10,13 | speak 24:15 | statutes 63:12 | sure 40:19 64:16 | 51:22 |
| 22:6,12 23:19 | 54:15 | stay 11:7,15 | suspended 44:8 | things 30:16 |
| 24:18 25:13,18 | specific 45:20 | 12:7 31:3 | 47:12 | 37:2 40:22 |
| 26:12 27:15 | 49:14 52:19 | stayed 12:15 | sworn 6:2 7:22 | 45:19 51:15,22 |
| 28:19 29:10,18 | 68:8 | stays 60:15 | 18:1,5 | think 6:14 14:5 |
| 31:16,17 32:1 | specifically | stenotype 71:8 | | 19:2 43:11 |
| 32:2,5 33:5,9 | 18:22 39:17 | STIPULATED | T | 49:5 54:7 56:4 |
| 33:15,23 34:5 | specifics 20:19 | 2:14,23 3:9 | T 2:13,13 71:1,1 | 59:2 |
| 34:20 35:14 | speculate 53:6 | stipulations 6:6 | take 9:10 18:11 | thirty 58:18 |
| 38:7,19 40:7 | speed 69:10,21 | stop 37:12 53:19 | 18:14,18,22 | thirty-five 56:4 |
| 41:8 42:13 | 69:23 | 69:18 | 28:13 34:12 | 56:5 |
| 43:17,21 44:8 | speeding 27:21 | stopped 38:5 | 47:14 56:12 | thought 50:17 |

# FREEDOM COURT REPORTING

three 54:2 67:14
ticket 30:7,8
    44:10,14 59:9
    59:10,11,16,17
    59:20 60:2,9
    61:13,16,17,22
    62:23 64:1,6
    69:9,19
tickets 29:16
    50:14
time 3:6,6 14:20
    16:11 19:1,5,7
    19:10 22:1
    24:3,14,21
    30:14 31:5,7
    43:10,13 44:21
    46:21 53:19
    57:5 59:14
    67:10 68:11
    70:2
times 35:9
title 8:3
titled 7:21
today 64:10
told 23:16 25:3,9
    63:4
town 1:8 2:9
    7:13,18 8:4,7
    8:12,16,19,21
    9:1,3,11 10:12
    10:16 11:11,13
    11:16 12:5
    15:6 17:19,21
    18:2 19:8
    25:20 26:14
    27:13 35:4
    39:10 42:6,11
    44:5 49:11
    51:6,12 68:2
    68:23
traffic 21:7,9
    36:21,22 37:12
    42:2 50:13
    53:19 57:7

59:16 61:13,22
    69:10,21 70:3
train 30:21
trained 36:11,12
    38:9 39:18
training 16:8,15
    17:10 18:15
    19:4,11,14,15
    19:17,18,21
    22:5 25:9 27:9
    27:16 28:9,10
    28:14,17,22
    29:3,20,23
    30:2,9,19 31:3
    31:12 36:14
    37:5,8,10,15
    37:16,19,19,22
    38:3,14,21
    39:2 65:17
    66:3 68:15,20
trains 29:15,17
transcribed 71:9
transcript 1:17
    71:12
transcription
    71:10
transportation
    46:15
transported
    44:19 45:4,5,9
transporting
    45:1
trial 3:6
true 71:11
try 67:5,7
trying 14:5
turn 67:19
turned 53:20
    62:14
Tuscaloosa 69:3
twenty 18:14,20
    19:9
twenty-four
    32:12

two 14:3 30:10
    30:11,21 31:1
    46:2,3 51:4,8
    67:14 69:2
types 26:21 28:4
    36:22

_____
**U**
_____

U 2:13
uncertified 23:9
    23:13 25:10
    31:22 66:16,19
    68:1
understand 6:15
    20:18 24:8
understanding
    24:6
understood
    38:12
unhandcuffed
    46:20
Uniform 59:15
    61:22
uniforms 26:17
UNITED 1:1 2:1
use 16:3 23:18
    38:10 39:6,8
    55:19,20 56:6
    69:1
usual 6:5 35:3,4

_____
**V**
_____

Valerie's 67:18
Valley 11:3,4,5
    11:8,23
various 36:22
vehicle 25:2,5,11
    31:22 44:21,22
    64:13
verify 53:12,12
version 16:4
videotape 53:15
    53:17 57:7
videotaped
    53:14

videotapes
    53:23 54:21
view 13:1 32:1
    55:3,3,18
    56:13,22
visible 36:6
volatile 37:17
vs 1:7 2:7

_____
**W**
_____

Wadsworth
    64:11
Wait 50:8
waive 6:9
waived 3:11
waiver 17:5
Wallace 9:6
    12:13
want 6:10,11
    20:20 46:11
    53:5 54:15
    55:3
wants 58:6
warrant 43:23
    44:2,23 46:17
    47:8,14 48:13
    48:14,15
watch 57:9,13
    58:17 59:4
Water 34:16,18
    34:19
way 36:11 42:2
    56:19,19 58:11
    59:8,13,18
    65:4 68:15
weapon 30:15
    33:22 34:2
    38:5
wearing 40:20
weekend 65:19
weeks 12:10
    30:10,11,21
    31:1 67:14,14
Weldon 1:16

2:18 71:21
went 8:21 10:7
    11:3,11 12:16
    36:22 39:14,21
    44:22 47:7
    66:12
weren't 65:4,6
west 13:12
WESTRY 4:5
Wetumpka 66:1
we'll 6:12 54:2,4
    54:5 57:6 58:5
    58:8 59:7
we're 36:11,16
    54:20 64:10
we've 56:14 69:2
    69:2
whereabouts
    48:5,8
willing 57:14
winter 53:4
wise 71:16
wishes 61:10
witness 22:18
    55:7,17 56:4
    56:12,18 71:13
words 23:18
word-for-word
    23:7
work 8:21 10:1
    10:7,9,14
    16:11,20 29:22
    35:4,8,10
    64:16,20,20
worked 12:22
    32:5,20 33:10
working 33:14
    33:18 66:20,23
    68:2
wouldn't 51:23
    63:16
write 27:20
    29:16 47:11
writes 69:9,19

# FREEDOM COURT REPORTING

**writing** 30:7
  64:3
**written** 49:3
  61:14,18
**wrong** 6:14,15
  6:16
**wrote** 69:8
**WYATT** 4:16

---
### X
**X** 5:1

---
### Y
**yards** 38:16
**year** 9:14 12:19
  12:20,21 15:2
  18:12,13,19,23
  19:5 22:16
  52:23 53:2
  54:8,11 65:2
  66:9
**years** 10:2 13:10
  32:6
**year's** 19:10
**yesterday** 39:23
**y'all** 50:2 57:22

---
### 1
**11** 11:19
**149** 6:19
**15** 1:15
**150** 6:18
**1505** 4:6
**167** 11:22
**19** 40:10 43:1
**1988** 1:15
**1998** 9:23

---
### 2
**2nd** 43:12
**2:06-CV-185-...**
  1:8 2:8
**20th** 1:18 2:22
**2000** 10:5,6
**2001** 11:9,10,17

  11:18 12:1
**2002** 12:2
**2003** 9:15
**2004** 8:6 66:6
**2005** 65:2 66:10
**2006** 20:14
  22:17,18,19,20
  22:22 23:5
  24:21 40:4
  43:6,20 53:2,3
**2007** 1:19 2:22
**234** 13:1
**28th** 22:19

---
### 3
**3rd** 40:4 43:6,11
  43:20 48:22
**3-A-2** 20:21 36:3
**36106** 4:13
**36107** 4:7

---
### 4
**4th** 43:11
**4001** 2:20 4:12
**4** ████████ 7:4

---
### 5
**5** 12:1,2
**5(d)** 1:13
**5:00** 35:7,11

---
### 6
**6** 5:4
**6-X-2** 36:3
**650-X-2** 19:21
**6634167** 7:7
**69** 5:5

---
### 9
**9:00** 35:7,11
**9:50** 2:22
**99** 10:5