# FREEDOM COURT REPORTING

Page 1

1     IN THE UNITED STATES DISTRICT COURT
2     FOR THE MIDDLE DISTRICT OF ALABAMA
3         NORTHERN DIVISION
4
5 RICARDO MATTHEWS, et al.,)
6     Plaintiffs, )
7 vs.       ) CASE NUMBER:
8 TOWN OF AUTAUGAVILLE, ) 2:06-CV-185-MHT
9 et al.,     )
10     Defendants. )
11
12    DEPOSITION OF DONNIE JEROME MARTIN
13     In accordance with Rule 5(d) of
14 The Alabama Rules of Civil Procedure, as
15 Amended, effective May 15, 1988, I, Cindy
16 Weldon, am hereby delivering to Jim
17 Debardelaben, the original transcript of the
18 oral testimony taken on the 20th day of
19 April, 2007, along with exhibits.
20     Please be advised that this is the
21 same and not retained by the Court Reporter,
22 nor filed with the Court.
23

Page 2

1     IN THE UNITED STATES DISTRICT COURT
2     FOR THE MIDDLE DISTRICT OF ALABAMA
3         NORTHERN DIVISION
4
5 RICARDO MATTHEWS, et al.,)
6     Plaintiffs, )
7 vs.       ) CASE NUMBER:
8       ) 2:06-CV-185-MHT
9 TOWN OF AUTAUGAVILLE, )
10 et al.,     )
11     Defendants. )
12
13    S T I P U L A T I O N
14    IT IS STIPULATED AND AGREED, by
15 and between the parties through their
16 respective counsel, that the deposition of
17 DONNIE J. MARTIN, may be taken before Cindy
18 Weldon, Certified Shorthand Reporter,
19 Commissioner and Notary Public, at the
20 offices of Nix, Holtsford, 4001 Carmichael
21 Road, Montgomery, Alabama, on April the
22 20th, 2007 at 12:40 p.m.
23    IT IS FURTHER STIPULATED AND

Page 3

1 AGREED that it shall not be necessary for
2 any objections to be made by counsel to any
3 questions, except as to form or leading
4 questions, and that counsel for the parties
5 may make objections and assign grounds at
6 the time of trial, or at the time said
7 deposition is offered in evidence, or prior
8 thereto.
9     IT IS FURTHER STIPULATED AND
10 AGREED that notice of filing of the
11 deposition by the Commissioner is waived.
12
13
14
15
16
17
18
19
20
21
22
23

Page 4

1    A P P E A R A N C E S
2
3 FOR THE PLAINTIFF:
4    MR. JIM DEBARDELABEN
5    DEBARDELABEN, WESTRY
6    1505 MADISON AVENUE
7    MONTGOMERY, ALABAMA 36107
8
9 FOR THE DEFENDANT:
10    MR. RICK HOWARD
11    NIX, HOLTSFORD
12    4001 CARMICHAEL ROAD
13    MONTGOMERY, ALABAMA 36106
14
15 ALSO PRESENT:
16    MR. LEVAN JOHNSON
17
18
19
20
21
22
23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-3**


PLAINTIFF'S EXHIBIT 3

# FREEDOM COURT REPORTING

Page 5

1        INDEX
2
3   EXAMINATION BY:              PAGE
4   MR. DEBARDELABEN                6
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 6

1        DONNIE JEROME MARTIN,
2   after first being duly sworn, testified
3            as follows:
4   EXAMINATION BY MR. DEBARDELABEN:
5        THE COURT REPORTER: Usual
6   stipulations?
7        MR. DEBARDELABEN: Sure.
8        MR. HOWARD: Sure.
9   **Q. Mr. Martin, this is a Federal**
10  **deposition. You have the right to read and**
11  **sign it or waive reading and signing it.**
12  **You might want to talk to your lawyer.**
13       MR. HOWARD: We'll converse after
14  it's over with.
15  **Q. Would you state your name,**
16  **please.**
17       A. Donnie Jerome Martin.
18  **Q. And what's your present address?**
19       A. 1626 Martin Drive, Deatsville,
20  Alabama 36022.
21  **Q. And what's your social security**
22  **number?**
23       A. ▇▇▇▇▇▇▇

Page 7

1   **Q. And what's your driver's license**
2   **number?**
3        A. I don't know off the top of my
4   head.
5   **Q. Do you have a valid Alabama**
6   **driver's license?**
7        A. Yes, sir.
8   **Q. How are you presently employed?**
9        A. With the City of Prattville.
10  **Q. And how long have you been**
11  **employed with the City of Prattville?**
12       A. Going on two years.
13  **Q. What's your position there?**
14       A. I'm a traffic officer.
15  **Q. And prior to being employed with**
16  **the City of Prattville, how were you**
17  **employed?**
18       A. With the Town of Autaugaville.
19  **Q. And what was your position with**
20  **the Town of Autaugaville?**
21       A. I was a police officer.
22  **Q. When did you go to work there?**
23       A. I don't know the exact date.

Page 8

1   **Q. Approximately.**
2        A. Approximately sometime in 2004.
3   **Q. 2004?**
4        A. Yes, sir.
5   **Q. Prior to going to work as a**
6   **full-time officer, did you work there as a**
7   **reserve officer?**
8        A. Yes, sir, I did.
9   **Q. And how long did you do that?**
10       A. As far as I can remember, a couple
11  of years.
12  **Q. I want to show you what's been**
13  **apparently Bates stamped one, two and three**
14  **and four. One, two, three and four, is this**
15  **your application for employment with the**
16  **Town of Autaugaville?**
17       A. Yes, sir. It appears to be.
18  **Q. And when is that, please, sir?**
19       A. The date on it is 3-31 of '04.
20  **Q. And is that when you went to work**
21  **there, approximately in '04?**
22       A. Yes, sir, approximately.
23  **Q. Okay. I want to show you what's**

2 (Pages 5 to 8)

# FREEDOM COURT REPORTING

Page 9

1   Bates stamped number five. Is that your
2   letter of resignation?
3       A. Yes, sir.
4       Q. When did you resign?
5       A. Let's see. 6-3-2005.
6       Q. And the time you were employed
7   there, were you a police officer?
8       A. Yes, sir.
9       Q. Where did you go through your
10  police officer training?
11      A. At the Tuscaloosa Police Academy.
12      Q. Is this your diploma from the
13  Tuscaloosa Police Academy?
14      A. Yes, sir. It's a copy of it, yes.
15      Q. Copy of it. When did you become
16  certified?
17      A. I graduated I think it was
18  November the 4th, 2004.
19      Q. 2004. So you worked from
20  approximately April of 2004 to November the
21  4th, 2004 before you were certified?
22      A. Before I graduated.
23      Q. Yes, sir. When did you become

Page 10

1   certified -- This is when you graduated --
2       A. Right.
3       Q. -- as a law enforcement officer by
4   the Alabama Peace Officers Standards and
5   Training?
6       A. Pardon?
7       Q. Do you know when you became a
8   certified law enforcement officer by APOSTC?
9       A. The date of graduation.
10      Q. Okay. What were your duties with
11  the Town of Autaugaville in April of 2004?
12      A. I answered calls, worked traffic.
13      Q. Were you in a police car by
14  yourself?
15      A. Yes, sir.
16      Q. No one was riding with you?
17      A. No, sir.
18      Q. I'm talking about from April 2004
19  until November of 2004 until you graduated.
20  When did you go off to school, to training
21  school?
22      A. I don't remember the exact month.
23  It was -- The academy is three months.

Page 11

1       Q. Okay. Now, when you were going to
2   the academy, did you stay at the academy?
3       A. During the week.
4       Q. Okay. How did you go about
5   getting a job with the Autaugaville Police
6   Department?
7       A. I went in and applied.
8       Q. Who did you apply to?
9       A. With Chief Johnson.
10      Q. Who did you interview with?
11      A. Chief Johnson.
12      Q. Did you interview with anybody
13  else?
14      A. Not that I can remember.
15      Q. Prior to being certified by the --
16  I'm going to call it APOSTC -- were you
17  involved in patrol operation for the purpose
18  of protection, prevention, suppression of
19  crime or the enforcement of traffic laws,
20  the highway laws?
21      A. Can you repeat that.
22      Q. Prior to you being certified by
23  APOSTC, were you involved in patrol

Page 12

1   operation for the purpose of detention,
2   prevention and suppression of crime or the
3   enforcement of the highway traffic laws?
4       A. Yes, sir.
5       Q. At that time when you were doing
6   that, did you have the power of arrest?
7       A. Yes, sir.
8       Q. Were you patrolling by vehicle or
9   on foot?
10      A. Vehicle.
11      Q. Okay. Under whose direct
12  supervision and control were you operating?
13      A. Chief Johnson.
14      Q. And where was Chief Johnson?
15      A. It just depends. I mean,
16  different places.
17      Q. Okay. What was your normal duty
18  hours?
19      A. That varied.
20      Q. Did you work 8:00 to 5:00 shifts
21  sometimes?
22      A. It's possible. I do not remember
23  my exact hours.

3 (Pages 9 to 12)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 13

1  Q.  Did you ever work nighttime?
2  A.  Yes, sir, it's possible.
3  Q.  Okay.  Did you ever -- Were you
4  ever working when you were the only officer
5  on duty for the Town of Autaugaville?
6  A.  I was the only officer in town,
7  yes, sir.
8  Q.  Where was Chief Johnson when he
9  was giving you direct supervision?
10  A.  I can't answer where he was at.
11  Q.  So you don't know where he was?
12  A.  No, sir.
13  Q.  How did you get direct supervision
14  from him?
15  A.  I have a radio.
16  Q.  By radio?
17  A.  Yes.
18  Q.  Who informed you that it was
19  proper for you to get direct supervision by
20  radio?
21  A.  I was told by Chief Johnson to
22  work those hours.
23  Q.  Okay.  When were you certified --

Page 14

1  given a radar certification?
2  A.  I do not remember the exact date.
3  Q.  Was it prior to going to the
4  Tuscaloosa Academy?
5  A.  I do not remember.
6  Q.  Okay.  If you were given a radar
7  certification, would it be in your personnel
8  file?
9  A.  I don't deal with personnel files.
10  I couldn't answer that.
11  Q.  Okay.  Do you know who certified
12  you?
13  A.  Yes, sir.
14  Q.  Who certified you?
15  A.  Sergeant Pat Kawaszi (spelled
16  phonetically) with the Prattville Police
17  Department.
18  Q.  With the Prattville Police
19  Department?
20  A.  Yes, sir.
21  Q.  Where were you -- What time of the
22  year was it that he certified you?
23  A.  I don't remember the exact year,

Page 15

1  time of year.
2  Q.  Was it while you were working with
3  the Town of Autaugaville?
4  A.  Yes, sir.
5  Q.  Okay.  When you went to work with
6  the Town of Autaugaville in March or April
7  of '04, what equipment were you given?
8  A.  As far as anything?
9  Q.  Yes, sir.
10  A.  I was given a side arm.  I think I
11  was given a baton, OC spray.  I had a
12  vehicle that was there at the police station
13  that I used which was equipped with radar.
14  Q.  Were you given a firearm?
15  A.  Yes, sir.
16  Q.  What kind of firearm were you
17  given?
18  A.  If I'm not mistaken, it was a
19  Glock forty caliber.
20  Q.  Had you received training on the
21  firearm?
22  A.  I got certified.
23  Q.  And how were you certified?

Page 16

1  A.  With the instructor.
2  Q.  Where was that?
3  A.  I don't remember the exact place.
4  Q.  You don't remember who certified
5  you?
6  A.  No, sir.
7  Q.  Do you know when you were
8  certified?
9  A.  I don't know the exact date.
10  Q.  Do you know if it was prior to
11  going to work as a full-time officer?
12  A.  I don't recall the exact time.
13  Q.  So you don't know if you were
14  certified as a firearms person prior to
15  getting a firearm and wearing it on duty
16  with the Town of Autaugaville?
17  A.  I don't remember the exact date I
18  was qualified.
19  Q.  That's what I'm asking.  Was it
20  prior to you going to work as a full-time
21  police officer with the Town of
22  Autaugaville?  I'm not asking the exact
23  date.

4  (Pages 13 to 16)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 17

1 But were you certified in firearms
2 prior to going to work as a full-time police
3 officer for the Town of Autaugaville?
4 MR. HOWARD: You're asking him
5 when they hired him? The day he hired him,
6 was he certified?
7 MR. DEBARDELABEN: Yes. Was he
8 certified in firearms.
9 MR. HOWARD: Qualified?
10 MR. DEBARDELABEN: I don't know if
11 it's certified or qualified.
12 MR. HOWARD: Y'all are saying
13 qualified and you're saying certified.
14 MR. DEBARDELABEN: Okay.
15 Whatever.
16 MR. HOWARD: Just tell him if you
17 remember.
18 A. I don't remember.
19 Q. I want to show you what's Bates
20 stamped number four twenty. And it's a
21 traffic ticket. It's four twenty, four
22 twenty-one and twenty-two. Is that a
23 traffic ticket you wrote?

Page 18

1 A. It's got my signature on it.
2 Q. Yes, sir. I mean, do you
3 recognize that as your traffic ticket?
4 A. Yes, sir.
5 Q. Okay. And I noticed the -- What's
6 the speed shown on that ticket?
7 A. Eighty-four.
8 Q. Can you tell me by looking at that
9 ticket and the speed if you did that by
10 radar or if that was a clock behind the car?
11 A. I can't tell you.
12 Q. Okay. Can you tell me -- What's
13 the date of that ticket?
14 A. 4-30 of '04.
15 Q. 4-30 of '04. Were you a certified
16 law enforcement officer by APOSTC at that
17 time?
18 A. As far as the APOSTC?
19 Q. Yes, sir.
20 A. No, sir. I hadn't graduated yet.
21 Q. Okay. When you were -- When you
22 gave that ticket, was there anybody else in
23 the vehicle with you?

Page 19

1 A. I do not remember.
2 Q. What time of day is that?
3 A. 11:58 a.m.
4 Q. So that's right before noon on --
5 okay. Oh. Is that ticket verified?
6 MR. HOWARD: Do you know what the
7 legal definition of verified is?
8 Q. Where it says verified and
9 acknowledged before me, did you swear to
10 that ticket?
11 A. Yes, sir.
12 Q. Okay. Who was the magistrate?
13 A. Maybe Lynn Lively.
14 Q. Okay. And when was that ticket
15 sworn to?
16 A. 5-3-04 is what the date on this
17 ticket is.
18 Q. They issued the ticket on the 4th
19 -- the 30th and she verified it on May 3rd,
20 didn't she, of '04?
21 A. According to the ticket.
22 Q. Okay. And you can't -- you don't
23 know whether or not you were trained on

Page 20

1 radar at that point in time?
2 A. No, sir, I do not.
3 MR. HOWARD: Trained or
4 certified?
5 MR. DEBARDELABEN: Certified.
6 Q. I'm using training and certified
7 on radar, that doesn't change it. Is there
8 -- What do you call --
9 MR. HOWARD: Then I'm going to
10 object to the form of all these questions.
11 Q. What do you call it when you get
12 radar training? Do you call it
13 certification or qualified?
14 A. You have training and
15 certification.
16 Q. Okay. You have training. Just
17 because you have training doesn't mean
18 you're certified, does it?
19 A. No, sir.
20 Q. Okay. Prior to going to work as a
21 full-time police officer, had you had any
22 kind of law enforcement training?
23 A. Yes, sir.

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 21

1    Q.  What kind had you had?
2    A.  I was a reserve police officer for
3  the Town of Autaugaville.
4    Q.  What kind of law enforcement
5  training did that give you?
6    A.  I rode with other certified
7  officers doing patrol, answering calls, got
8  qualified on the firearm at that time.  Had
9  applied -- or not applied, but went to other
10  training classes, just different training
11  classes.
12    Q.  Okay.  Did you take any training
13  classes on radar?
14    A.  I don't recall.
15    Q.  Did you take any -- Had you had
16  any training classes prior to going to work
17  with Autauga County on DUI, driving under
18  the influence, recognizing that and how to
19  give the test, the field test?
20    MR. HOWARD:  Object to form.  You
21  said Autaugaville.
22    Q.  Autaugaville.
23    A.  I have been around it and showed

Page 22

1  how -- or things to look for.
2    Q.  Yes, sir.
3    A.  Indications.
4    Q.  Had you been given any training by
5  a class on how to give a field sobriety test
6  prior to becoming a law enforcement officer?
7    A.  No, sir.
8    Q.  Okay.  How long after you went to
9  work with the Town of Autaugaville did you
10  get any training?  I mean full-time.
11    A.  I do not recall.
12    Q.  Did you get it the first week?
13    A.  I do not recall.  That was over
14  two years ago.
15    MR. DEBARDELABEN:  I want to
16  continue his deposition.  And I'm going to
17  get all of his records.  And I will continue
18  him because he obviously has a memory
19  problem.
20    And, you know, we're going to have
21  to continue some more anyway.  If not, once
22  I get his records, I'm going to have to go
23  back through here and do them all again.

Page 23

1    MR. HOWARD:  Not if you've got it
2  already.  You're looking for the date of his
3  certification in radar?
4    MR. DEBARDELABEN:  In radar and
5  DUI.  And I don't have any of that.  I've
6  looked through --
7    MR. HOWARD:  Is there even a --
8  The radar was 11 --
9    MR. DEBARDELABEN:  Well, let's
10  see.  We don't have that.
11    MR. HOWARD:  I don't know if
12  there's a certification for field sobriety
13  test.  If there is, it's on page forty-four.
14    Q.  You didn't get a field sobriety
15  test -- let's look at page forty-four --
16  until October, did you?
17    A.  That's what's on this paper here.
18    Q.  And you issued a DUI here to James
19  Wayne Puckett in April of '04, didn't you?
20    A.  That's what's on the paper.
21    Q.  Yes, sir.  And you weren't given
22  sobriety training until October?
23    A.  I didn't get this certificate

Page 24

1  until October the 6th, 2004.
2    Q.  And what does that certificate on
3  page forty-four show?
4    A.  It shows 10-6-2004, standard field
5  sobriety test certificate.
6    Q.  And when did you get your
7  breathalyzer certificate?  That's page
8  forty-five, isn't it?
9    A.  It says September the 14th, 2004.
10    Q.  Okay.  What did you do with the
11  copy of the ticket that's marked officer's
12  copy?
13    A.  It depends on what time you're
14  talking about.
15    Q.  When you were with the Town of
16  Autaugaville.
17    A.  It was -- I kept a copy of that.
18    Q.  You kept a copy?
19    A.  Yes, sir.
20    Q.  Did you take it home with you?
21    A.  Yes, sir.
22    Q.  You didn't leave it where you were
23  employed?

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 25

1   A.  No, sir.
2   Q.  What do you do now with the Town
3 of -- with the City of Prattville?
4   A.  The City takes it. I don't know
5 what they do with it. I'm assuming they
6 file it. But, I mean, I don't have it with
7 me.
8   Q.  Do they have a procedure for you
9 to turn it in?
10  A.  We turn in our own tickets, yes,
11 sir.
12  Q.  But you didn't have that procedure
13 with the Town of Autaugaville?
14  A.  You turn -- Well, the Town of
15 Autaugaville, you turned in the tickets and
16 you kept the officer's copy.
17  Q.  Are the only two places you've
18 been a police officer are the Town of
19 Autaugaville and the City of Prattville?
20  A.  Yes, sir.
21  Q.  Okay. On this ticket here, 4-23
22 that you issued to Mr. Puckett, can you tell
23 me who did the -- apparently the

Page 26

1 breathalyzer test, that there was a point oh
2 eight or more by way of alcohol in his or
3 her blood where it's checked down there?
4   A.  I see where that's at. No, sir, I
5 can't tell you who did the test.
6   Q.  Do you know if you did it or not?
7   A.  Not right off the top of my head.
8 I don't remember.
9   Q.  If you did, you wouldn't have been
10 qualified, would you?
11      MR. HOWARD:  Object to the form.
12  A.  The State of Alabama --
13  Q.  Were you qualified at that point
14 in time -- I'm talking about April the 19th,
15 '04 -- to do a breathalyzer?
16      MR. HOWARD:  Object to the form.
17 You can answer.
18  A.  I wasn't certified on the Draeger
19 at that time.
20  Q.  And what time of day or night was
21 that citation issued?
22  A.  10:00 p.m.
23  Q.  Were you working by yourself that

Page 27

1 day?
2   A.  I was in the car by myself. I
3 don't remember if anybody else was
4 scheduled.
5   Q.  Would you look at Bates stamp
6 number four twenty-five and four
7 twenty-six. Have you got it over there?
8   A.  Yes, sir.
9   Q.  And that's apparently a ticket
10 issued to Veronica Lee Dean, is that true,
11 of 9:43 a.m. on the morning of May 14th,
12 '04?
13  A.  Yes, sir. That's what's on the
14 paper.
15  Q.  Okay. And it shows driving while
16 suspended. What did you pull her over for?
17  A.  I do not remember exactly what I
18 pulled her over for.
19  Q.  Okay. While I'm looking for this
20 other stuff, do you have any relatives that
21 live within a hundred miles of Montgomery?
22      And I'm not interested in Dallas
23 County. It's basically Chilton County south

Page 28

1 and on the eastern side of the state.
2   A.  Yes, sir.
3   Q.  Can you give me their names,
4 please. And I'm only interested if they are
5 nineteen years or older. I don't want any
6 children. By blood or marriage.
7   A.  Printiss Martin, Danny Martin,
8 Patricia Martin, Dale Martin, Danny Martin,
9 Pam Martin, Joyce Martin. I don't remember
10 my uncle's wife's name.
11      Edna Martin, Brian Dennis,
12 Patricia Burnett, Lindsey Martin, Jamie
13 Martin, Kelly Martin. That's all I can
14 remember off the top of my head.
15  Q.  Are you married?
16  A.  Yes, I am.
17  Q.  What's your wife's name?
18  A.  Lindsey Martin.
19  Q.  When you were working in Florida
20 as a law enforcement officer --
21      MR. HOWARD:  That's not him.
22      MR. DEBARDELABEN:  You're right.
23 This is McCollum.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 29

1    Q.  Has anyone but Chief Johnson told
2  you it was okay for you to work by yourself
3  prior to you becoming a certified law
4  enforcement officer?
5    A.  No, sir.
6    Q.  Prior to you going to work, had
7  you been given any training on what to do if
8  a subject pulled a weapon on you?
9    A.  Can you repeat?
10    Q.  Yes, sir.  Prior to you going to
11  work full-time as an Autaugaville police
12  officer, I'm going to say around the first
13  of April '04, had you received any training
14  on what to do if a subject pulled a weapon
15  on you?
16    A.  Yes, sir.
17    Q.  Where was that?
18    A.  On-the-job training when I was a
19  reserve.
20    Q.  And who gave you that training?
21    A.  It was a prior chief, Chief
22  McMichael.
23    Q.  Is that the only training you had

Page 30

1  received, some on-the-job training from Jay
2  McMichael?
3    A.  Yes, sir.
4    Q.  How often did you track vehicles
5  by following them to get their speed?
6    A.  I do not remember how often I did
7  that.
8    Q.  Is that something you did with
9  regularity or frequency or did you mostly
10  rely on the radar?
11    A.  I mean, I don't remember how often
12  I did either one of them.
13    Q.  Okay.  Were you issued a ticket
14  book when you went to work as a full-time
15  officer?
16    A.  Yes, sir.
17    Q.  What training had you had in
18  writing tickets?
19    A.  As far as prior?
20    Q.  Yes, sir.
21    A.  When I was reserve.
22    Q.  When you were reserve and you were
23  writing tickets, were you with a certified

Page 31

1  officer?
2    A.  Yes, sir.
3    Q.  Prior to being hired in April of
4  '04, going to work in April of '04 as a
5  full-time officer, did you have any training
6  on how you arrested people, placed handcuffs
7  on them?
8    A.  Yes, sir.
9    Q.  And what kind of training was
10  that?
11    A.  It was demonstrated and showed by
12  Chief McMichael.
13    Q.  Okay.  And was that a ten-minute
14  course, two-week course or thirty-minute
15  course?
16    A.  It wasn't a two-week course.  But
17  how long, I could not tell you.
18    Q.  How often after you became a
19  full-time officer with the Town of
20  Autaugaville did you have somebody riding in
21  the vehicle with you?
22    A.  I don't remember exactly how often
23  somebody rode with me.

Page 32

1    Q.  Okay.
2    A.  I didn't keep a record of when
3  somebody rode with me everyday.
4    Q.  Okay.  Can you give me an estimate
5  or percentage of the time you'd have
6  somebody riding with you?
7    A.  Probably maybe fifty, sixty
8  percent of the time.
9    Q.  Fifty or sixty percent of the
10  time?
11    A.  Yes, sir.
12    Q.  Who would that be?
13    A.  It would be a reserve.
14    Q.  A reserve?
15    A.  Yes, sir.
16    Q.  Let me ask it this way.  After you
17  became a full-time officer with the Town of
18  Autaugaville up until you got your post
19  certification, how often did you have a
20  certified law enforcement officer riding
21  with you percentage-wise, if you can tell
22  me?
23    A.  None that I can remember.

8 (Pages 29 to 32)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 33

1  Q. Okay. At any time during that
2  period of time, did you have a reserve
3  officer riding with you?
4  A. No, sir.
5  Q. Okay. When you go through the
6  Alabama Peace Officers -- When you go
7  through the school -- When you went through
8  the school in Tuscaloosa, did you receive
9  any training on radar equipment?
10  A. No, sir.
11  Q. Okay. While you were acting as a
12  reserve officer, did you receive any
13  training on the radar equipment?
14  A. Other than -- not other than being
15  shown how to use it.
16  Q. And who showed you how to use it?
17  A. The certified officers. One was
18  Chief McMichael, Jim Watts, Kevin McNabb.
19  Q. Okay. After you became a
20  full-time officer, did you receive any
21  training on radar equipment prior to going
22  to APOSTC school?
23  A. I don't recall. I don't know

Page 34

1  exactly.
2  Q. What I show here, I don't -- or
3  what I've been provided with is that on
4  February the 25th, 2005, you got a
5  certificate of completion of competency for
6  Donnie Martin on Doppler radar equipment.
7  Does that ring a bell with you?
8  A. That's -- That's the date that I
9  was certified with Sergeant Kawaszi.
10  Q. Okay. Now, prior to that time,
11  had you had any type of certification or
12  competency on radar operation? That's
13  February 25th, 2005.
14  A. Not from the date that I was --
15  that I can remember from the date that I was
16  hired on full-time.
17  Q. Now, prior to that time, did you
18  use radar -- and that time is February 25th,
19  2005 -- to issue people speeding tickets?
20  A. Yes, sir.
21  Q. Who told you to do that?
22  A. Chief Johnson.
23  Q. So did you ever tell anyone that

Page 35

1  you did not have -- that you had not been
2  certified for competency on operating radar
3  equipment?
4  A. Not to my knowledge.
5  Q. Did you ever -- Were you ever
6  asked that to your knowledge in court?
7  A. No, sir. Not to my knowledge.
8  Q. Okay. When you stopped anybody
9  for speeding, did anybody say I wasn't going
10  that fast?
11  A. I don't remember exactly what
12  everybody said.
13  Q. People make up a lot of different
14  excuses, don't they?
15  A. Yes.
16  Q. Do you have a judgment or an
17  opinion of what percentage of your speeding
18  tickets that you issued were issued by radar
19  as opposed to tracking somebody from behind?
20  A. No, sir, I do not.
21  Q. Do you know if the police vehicle
22  you were driving had a calibrated
23  speedometer?

Page 36

1  A. No, sir, I do not.
2  Q. Did you ever use the speedometer
3  to issue tickets to someone, you know, track
4  them from behind?
5  A. Speedometer alone, no, sir.
6  Q. What else did you use?
7  A. Combination of the speedometer and
8  radar.
9  Q. Okay. So every ticket that you
10  issued as it relates to speed was either
11  radar or a combination of speedometer and
12  radar?
13  A. Yes, sir.
14  Q. So every ticket you issued, radar
15  was involved in it?
16  A. Yes, sir.
17  Q. And you were not -- I think here
18  it is -- certified to do radar until
19  February the 25th, '05, were you?
20  A. That's the date this was issued by
21  Sergeant Kawaszi.
22  Q. Yes, sir. And I use the word
23  certification. I think this says

9 (Pages 33 to 36)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 37

1    certificate of completion and competency,
2    Doppler radar equipment?
3        A.  Correct.
4        Q.  Excuse me.  Doppler radar
5    operation.  And prior to this date that the
6    sergeant issued this to you, you had no
7    certificate of competency and completion of
8    any type of radar equipment, did you?
9        A.  No, sir.
10       Q.  So when we look at this speeding
11   ticket here issued to Ms. Cynthia Cybill
12   Montgomery apparently on June 13th of '04 of
13   seventy-one in a fifty-five, it's number
14   four fifty-one, that was a -- that was
15   either by radar or a combination of radar
16   and tracking them with an automobile, wasn't
17   it?
18       A.  Yes, sir.
19       Q.  And she was going seventy -- And
20   you state she was going seventy-one in a
21   fifty-five mile an hour zone?
22       A.  Yes, sir.
23       Q.  But at that point in time, you

Page 38

1    didn't have a certificate of completion and
2    competency to issue -- to use radar, did
3    you?
4        A.  No, sir.
5        Q.  And who directed you to use radar?
6        A.  Chief Johnson.
7        Q.  Okay.  Can we say without going
8    through all the tickets -- and this might
9    speed it up a great deal -- that until
10   February the 25th, '05, you were not
11   certified -- you had no certificate of
12   completion and competency to use radar in
13   issuing a ticket?
14       A.  Yes, sir.
15       Q.  A speeding ticket?
16       A.  Yes, sir.
17       Q.  And all the speeding tickets you
18   issued from approximately April of '04
19   through February of '05 was either by radar
20   alone or a combination of radar and tracking
21   by automobile?
22       A.  Yes, sir.
23       Q.  Okay.  And in none of those

Page 39

1    tickets were you certified to do that?
2        A.  To that point.
3        Q.  Yes, sir.
4        A.  I had completed that class.
5        Q.  Yes, sir.  As you're headed out of
6    Autaugaville toward Prattville, where does
7    the police jurisdiction end, going up 14?
8        A.  Coming into Prattville?
9        MR. HOWARD:  Jurisdiction of
10   Prattville or the jurisdiction --
11       MR. DEBARDELABEN:  No.  The
12   jurisdiction of the Town of Autaugaville.
13       A.  I do not remember the exact road
14   name.
15       Q.  Is it before you go up what I've
16   always heard referred to as Autaugaville
17   Hill?
18       A.  Yes.
19       Q.  Is it before you go through the
20   swamp?
21       A.  Yes, sir.
22       Q.  So isn't it three miles outside
23   the city limit sign?

Page 40

1        A.  I couldn't answer that exactly.
2        Q.  And the city limit sign is right
3    on the other side of Mayor Jackson's house,
4    isn't it?  When I say -- excuse me -- on the
5    side towards Prattville from Mayor Jackson's
6    house.
7        A.  I don't know exactly where the
8    sign is.  It's in that area.
9        Q.  Well, how did you know when you
10   got outside the police jurisdiction of the
11   Town of Autaugaville?
12       A.  There was a sign.
13       Q.  There was a sign?
14       A.  Yes, sir.
15       Q.  As I understand it -- What's the
16   name of that swamp?
17       A.  Bear Creek Swamp.
18       Q.  Was it before you got to Bear
19   Creek Swamp?
20       A.  Headed toward Prattville, yes,
21   sir.
22       Q.  Did you ever issue anyone a ticket
23   outside the jurisdiction of Autaugaville

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

## FREEDOM COURT REPORTING

Page 41

1  while you were employed with the Town of
2  Autaugaville Police Department?
3       A.  Can you clarify as far as stopping
4  them out there and writing a citation?
5       Q.  I want to know both.  Did you stop
6  them out there and write them a citation?
7       A.  Yes, I did.
8       Q.  But you always had to catch them
9  -- they had to be violating the speed
10  within the jurisdiction?
11      A.  Correct.
12      Q.  Did you ever write anybody a
13  ticket that you determined was exceeding the
14  speed limit while they were outside the
15  jurisdiction of the Town of Autaugaville?
16      A.  No, sir.
17      Q.  And what is the furtherest outside
18  the jurisdiction that you'd have to stop
19  somebody to write them a ticket?
20      MR. HOWARD:  While you were
21  working --
22      Q.  While you were working at
23  Autaugaville.  I'm not interested in

Page 42

1  Prattville.
2       A.  I'm trying to -- Right past -- I
3  don't know exactly how far -- but right past
4  Bear Creek Swamp.
5       Q.  And you told me this.  When did
6  you leave --
7       A.  My last day with Autaugaville --
8       Q.  Yes.
9       A.  -- was June the 17th of 2005.  That
10  was my last day.
11      Q.  So you only had approximately five
12  months to write tickets for Autaugaville
13  after you became certified on Doppler radar
14  operation?
15      A.  From that date, yes, sir.
16      Q.  How long did you work as a reserve
17  police officer?
18      A.  Approximately from 2001.  Sometime
19  in 2001, I believe.
20      Q.  And how often did you work as a
21  reserve?
22      A.  Quite regularly.
23      Q.  And what would you do as a

Page 43

1  reserve?
2       A.  I would ride with a certified
3  officer, assist him on calls, assist him on
4  arrests, assist him on traffic stops, assist
5  him doing paperwork.
6       Q.  Were you aware when you made the
7  determination to go into law enforcement,
8  that before you could be a certified
9  officer, you had to go through an academy
10  and get certified by APOSTC?
11      A.  Yes, sir.
12      Q.  How long had you been aware of
13  that?
14      A.  When I got -- When I went as a
15  reserve because I checked into going to the
16  academy.
17      Q.  Did you ever know Chief McMichael
18  letting somebody patrol alone that wasn't a
19  certified officer?
20      A.  Yes, sir.
21      Q.  Who was that?
22      A.  Kevin McNabb.
23      Q.  He let Kevin McNabb patrol by

Page 44

1  himself before they got him certified?
2       A.  Yes, sir.
3       Q.  And how long did he do that?
4       A.  I don't know exactly how long.
5       Q.  Did you ride with Kevin McNabb?
6       A.  I had rode with Kevin McNabb, yes,
7  sir.
8       Q.  Prior to him being certified?
9       A.  I don't know the exact date he was
10  certified.  But I rode with him.
11      Q.  How many full time officers did
12  the City of -- excuse me -- the Town of
13  Autaugaville have at that time, if you
14  remember?
15      A.  At the time of -- which time?
16      Q.  With McMichael being the chief and
17  McNabb patrolling before he was certified.
18      A.  Three including him, full-time
19  officers.
20      Q.  And that being McMichael, McNabb
21  and who else?
22      A.  Jim -- my brain just went blank.
23      Q.  You're not that old.

11  (Pages 41 to 44)

### 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

Page 45

1    A.  No.
2          MR. HOWARD:  Don't worry about
3    it.  If you don't know it, just --
4          A.  Watts.  Jim Watts.  I stated it a
5    while ago.
6          Q.  And approximately when was that?
7          A.  At the time they were --
8          Q.  Yes.  I mean, what time, 2001, 2
9    or 3?
10         A.  Yes, sir.  In that time frame that
11   they were all three employed.
12         Q.  How did you know -- How are you
13   aware that McNabb was patrolling prior to
14   him being certified?
15         A.  He was hired on full-time when I
16   was a reserve there.
17         Q.  And do you know when he went to
18   school?
19         A.  I don't know the exact months.
20         Q.  Did you ever -- But you never rode
21   with him, did you, while he was -- before he
22   was certified?
23         A.  Before graduating, yes, sir.

Page 46

1          Q.  Okay.  You did ride with him?
2          A.  Yes, sir.
3          Q.  I had asked you that a while ago
4    and I thought you said no.
5          A.  Before he graduated, yes, sir.
6          Q.  Okay.  And how many times?
7          A.  I don't recall.
8          Q.  While you were working there, were
9    you ever encouraged to write more tickets,
10   speeding tickets?
11         A.  Not that I recall.  I mean, I
12   don't recall.
13         Q.  Were you ever told that we're not
14   writing enough tickets, words or words to
15   that effect?
16         A.  I don't recall.  I mean, it's been
17   two years ago.  I don't remember exactly
18   everything that was said.
19         Q.  Okay.  You just don't remember one
20   way or the other?
21         A.  I don't remember if they said
22   write more tickets or don't write more
23   tickets.

Page 47

1          Q.  Okay.  Officer, did you ever just
2    stop people to check and see if they had a
3    driver's license?
4          A.  No, sir.
5          Q.  You can't just stop somebody if
6    you want to check their license, can you?
7          A.  Not running down the road, no,
8    sir.
9          Q.  I want to show you Bates mark five
10   eighty-four on Mr. Jeminez.  What's the date
11   of that ticket?
12         A.  7-10 of 2004.
13         Q.  Can you tell me why he was stopped
14   by looking at that ticket?
15         A.  No, sir.
16         Q.  Does he have a companion case?  Is
17   it checked?
18         A.  Yes, sir.
19         Q.  Okay.  Because I don't have the
20   companion case.  That's why I was
21   wondering.  So you don't -- And he was just
22   charged with driving without first obtaining
23   a license.

Page 48

1          Now, when you've got traffic
2    circled, what does that mean by the
3    companion case?  That's 70661 or something
4    like that.
5          MR. HOWARD:  Five eighty-four?
6          MR. DEBARDELABEN:  Yes.
7          A.  Can you repeat the question?  I'm
8    sorry.
9          Q.  When it's checked down here
10   companion case, you have traffic circled.
11   What does that mean?
12         A.  That means there's another traffic
13   ticket.
14         Q.  Another traffic ticket?
15         A.  Yes, sir.
16         Q.  It should be issued the same day
17   of 7-10-04, shouldn't it?
18         A.  Yes, sir.
19         Q.  And it should be pretty near that
20   same ticket number, shouldn't it?
21         A.  Yes, sir.
22         Q.  It should be the one before or
23   after it.  It should be a 660 or 662,

12 (Pages 45 to 48)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

## FREEDOM COURT REPORTING

Page 49

1  shouldn't it?
2      A.  Something, yes, sir.
3      Q.  Yes, sir.  And no matter what
4  happened to the ticket, you should still --
5  there should still be a record of that?
6      A.  Should be, yes, sir.
7      Q.  So with the Town of Autaugaville
8  tickets, you still have those in your
9  possession?
10     MR. HOWARD:  If you'll look at
11 652.
12     Q.  Here we go.
13     MR. HOWARD:  I think that's the
14 name.
15     A.  Jiminez Stavo (spelled
16 phonetically).
17     MR. DEBARDELABEN:  What number?
18     MR. HOWARD:  662.  I'm sorry.
19 It's 652, Bates stamp number.  The ticket
20 number is 662.
21     Q.  So you stopped Mr. --
22     MR. DEBARDELABEN:  You said Bates
23 stamp 662?

Page 50

1      A.  652.  The ticket number is 662.
2      Q.  You stopped Mr. Jiminez for --
3  that's no insurance?
4      A.  Correct.
5      Q.  For no insurance.  And you'd have
6  to have a reason -- You just can't stop to
7  check for that, can you?
8      A.  Correct.
9      Q.  So there had to be another traffic
10 offense?
11     A.  Correct.
12     Q.  And it should be around 661 or --
13 well, 660 or 663, shouldn't it?
14     A.  Not necessarily.
15     MR. HOWARD:  No, that's not right.
16 You just have to have arguable probable
17 cause to stop somebody.
18     Q.  Now, traffic -- you said companion
19 case traffic.  What does that mean?
20     A.  It means another ticket was
21 issued.
22     Q.  Is driving without a license a
23 traffic case?

Page 51

1      A.  Yes, sir.
2      Q.  Before you get it?  So you can't
3  -- Would you have any notes any place that
4  tells me why you stopped Mr. Jiminez?
5      A.  No, sir.
6      Q.  That wouldn't be on your ticket?
7      A.  I don't know if it's on the ticket
8  or not.  It's not on this right here.
9      Q.  Well, I'm talking about on your
10 personal tickets that you kept after you
11 left the Town of Autaugaville.
12     A.  It's not always on the ticket, no,
13 sir.
14     Q.  So if I -- There's no way you can
15 tell me as you look at this ticket what was
16 your probable cause you had of stopping Mr.
17 Castabo Jiminez?
18     A.  No, sir.
19     Q.  And issuing him two tickets?
20     A.  No, sir.
21     Q.  The ticket I have, 652 --
22     MR. HOWARD:  Bates stamped 652.
23     Q.  My ticket does not show that that

Page 52

1  one was ever sworn to.  Is that correct,
2  that that wasn't sworn to before a
3  magistrate?
4      A.  That's what this is showing.
5      Q.  And it says something you can't
6  read.  Something to file at the back of it.
7  Do you know what that says?  It looks like
8  7, September '04 it was written.  If you'll
9  look at the back.  Can you tell me what that
10 says on the back of it?
11     A.  No, sir, I cannot.  I can't read
12 this handwriting.
13     Q.  I understand.
14     MR. DEBARDELABEN:  I thought it
15 might refresh his memory in looking at it.
16     MR. HOWARD:  It looks like he
17 continued the case until he proved he had
18 insurance and he did.
19     Q.  Was that ticket issued on the day
20 he was stopped?
21     A.  Yes, sir.
22     Q.  How do y'all go about getting
23 tickets verified?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

# FREEDOM COURT REPORTING

Page 53

1    A.   There or here now?
2    Q.   **In Autaugaville.**
3    A.   In Autaugaville.  We would take --
4    And once we wrote a ticket, then when we
5    would come in the next day and see if -- if
6    we worked night shift, the magistrate wasn't
7    in.  So when we came in the next day, we
8    would swear to them to her.
9    Q.   **Okay.  And she would verify it?**
10   A.   Yes, sir.
11   Q.   **Is there a procedure to turn all**
12   **the tickets in to the magistrate?**
13   A.   We had a tray that we put them in
14   at the end of our shift.
15   Q.   **Okay.  And she'd just come by and**
16   **verify?**
17   A.   When we came in the next day, we
18   would -- that's when we would get up with
19   her.
20   Q.   **And get them verified?**
21   A.   Right.
22   Q.   **Can you explain -- Do you have any**
23   **idea why that one wasn't verified?**

Page 54

1    A.   No, sir.
2    Q.   **Where is County Road 21?**
3    A.   North or south?
4    Q.   **South.**
5    A.   One part of it -- One part of 21
6    is north, which is beside the Mayor's
7    house.  Then just a little bit up the road,
8    21 picks back up on the right side and goes
9    out.
10   Q.   **How often did you calibrate the**
11   **radar equipment from April to November when**
12   **you were using it?**
13   A.   Before and after every stop.
14   Q.   **How did you know how to calibrate**
15   **it if you were not certified on it?**
16   A.   I was shown by Chief McMichael
17   before I went there full-time.  When I was a
18   reserve, by Officer McNabb and Officer
19   Watts.
20   Q.   **Did you ever check -- Did you**
21   **check the calibration after each stop after**
22   **you used it each time?**
23   A.   Yes, sir.

Page 55

1    Q.   **How did you do that?**
2    A.   With tuning forks.
3    Q.   **With tuning forks.**
4    A.   Yes, sir.
5    Q.   **And your checking and calibration**
6    **is only as good as they taught you?**
7    A.   Yes, sir.
8    Q.   **Do you know if any of them were**
9    **certified to teach?**
10   A.   I'm not -- No, I don't know.
11   Q.   **But you didn't get a certification**
12   **from them, did you?**
13   A.   No, sir.
14        MR. DEBARDELABEN:  That's it.

Page 56

1         C E R T I F I C A T E
2
3    STATE OF ALABAMA )
4    MONTGOMERY COUNTY)
5
6         I hereby certify that the above
7    and foregoing deposition was taken down by
8    me in stenotype, and the questions and
9    answers thereto were transcribed by means of
10   computer-aided transcription, and that the
11   foregoing represents a true and correct
12   transcript of the testimony given by said
13   witness upon said hearing.
14        I further certify that I am
15   neither of counsel, nor of kin to the
16   parties to the action, nor am I in any wise
17   interested in the result of said cause.
18
19
20   ----------------
21        CINDY WELDON
22
23

14  (Pages 53 to 56)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

**A**

academy 9:11
9:13 10:23
11:2,2 14:4
43:9,16
acknowledged
19:9
acting 33:11
action 56:16
address 6:18
advised 1:20
ago 22:14 45:5
46:3,17
AGREED 2:14
3:1,10
al 1:5,9 2:5,10
Alabama 1:2,14
2:2,21 4:7,13
6:20 7:5 10:4
26:12 33:6
56:3
alcohol 26:2
Amended 1:15
answer 13:10
14:10 26:17
40:1
answered 10:12
answering 21:7
answers 56:9
anybody 11:12
18:22 27:3
35:8,9 41:12
anyway 22:21
APOSTC 10:8
11:16,23 18:16
18:18 33:22
43:10
apparently 8:13
25:23 27:9
37:12
appears 8:17
application 8:15
applied 11:7
21:9,9

apply 11:8
approximately
8:1,2,21,22
9:20 38:18
42:11,18 45:6
April 1:19 2:21
9:20 10:11,18
15:6 23:19
26:14 29:13
31:3,4 38:18
54:11
area 40:8
arguable 50:16
arm 15:10
arrest 12:6
arrested 31:6
arrests 43:4
asked 35:6 46:3
asking 16:19,22
17:4
assign 3:5
assist 43:3,3,4,4
assuming 25:5
Autauga 21:17
21:21
Autaugaville 1:8
2:9 7:18,20
8:16 10:11
11:5 13:5 15:3
15:6 16:16,22
17:3 21:3,22
22:9 24:16
25:13,15,19
29:11 31:20
32:18 39:6,12
39:16 40:11,23
41:2,15,23
42:7,12 44:13
49:7 51:11
53:2,3
automobile
37:16 38:21
AVENUE 4:6
aware 43:6,12

45:13
a.m 19:3 27:11

**B**

back 22:23 52:6
52:9,10 54:8
basically 27:23
Bates 8:13 9:1
17:19 27:5
47:9 49:19,22
51:22
baton 15:11
Bear 40:17,18
42:4
becoming 22:6
29:3
believe 42:19
bell 34:7
bit 54:7
blank 44:22
blood 26:3 28:6
book 30:14
brain 44:22
breathalyzer
24:7 26:1,15
Brian 28:11
Burnett 28:12

**C**

C 4:1 56:1,1
caliber 15:19
calibrate 54:10
54:14
calibrated 35:22
calibration
54:21 55:5
call 11:16 20:8
20:11,12
calls 10:12 21:7
43:3
car 10:13 18:10
27:2
Carmichael
2:20 4:12
case 1:7 2:7

47:16,20 48:3
48:10 50:19,23
52:17
Castabo 51:17
catch 41:8
cause 50:17
51:16 56:17
certificate 23:23
24:2,5,7 34:5
37:1,7 38:1,11
certification
14:1,7 20:13
20:15 23:3,12
32:19 34:11
36:23 55:11
certified 2:18
9:16,21 10:1,8
11:15,22 13:23
14:11,14,22
15:22,23 16:4
16:8,14 17:1,6
17:8,11,13
18:15 20:4,5,6
20:18 21:6
26:18 29:3
30:23 32:20
33:17 34:9
35:2 36:18
38:11 39:1
42:13 43:2,8
43:10,19 44:1
44:8,10,17
45:14,22 54:15
55:9
certify 56:6,14
change 20:7
charged 47:22
check 47:2,6
50:7 54:20,21
checked 26:3
43:15 47:17
48:9
checking 55:5
chief 11:9,11

12:13,14 13:8
13:21 29:1,21
29:21 31:12
33:18 34:22
38:6 43:17
44:16 54:16
children 28:6
Chilton 27:23
Cindy 1:15 2:17
56:21
circled 48:2,10
citation 26:21
41:4,6
city 7:9,11,16
25:3,4,19
39:23 40:2
44:12
Civil 1:14
clarify 41:3
class 22:5 39:4
classes 21:10,11
21:13,16
clock 18:10
combination
36:7,11 37:15
38:20
come 53:5,15
Coming 39:8
Commissioner
2:19 3:11
companion
47:16,20 48:3
48:10 50:18
competency
34:5,12 35:2
37:1,7 38:2,12
completed 39:4
completion 34:5
37:1,7 38:1,12
computer-aided
56:10
continue 22:16
22:17,21
continued 52:17

# FREEDOM COURT REPORTING

control 12:12
converse 6:13
copy 9:14,15
    24:11,12,17,18
    25:16
correct 37:3
    41:11 50:4,8
    50:11 52:1
    56:11
counsel 2:16 3:2
    3:4 56:15
County 21:17,21
    27:23,23 54:2
    56:4
couple 8:10
course 31:14,14
    31:15,16
court 1:1,21,22
    2:1 6:5 35:6
Creek 40:17,19
    42:4
crime 11:19 12:2
Cybill 37:11
Cynthia 37:11

___

**D**

D 5:1
Dale 28:8
Dallas 27:22
Danny 28:7,8
date 7:23 8:19
    10:9 14:2 16:9
    16:17,23 18:13
    19:16 23:2
    34:8,14,15
    36:20 37:5
    42:15 44:9
    47:10
day 1:18 17:5
    19:2 26:20
    27:1 42:7,10
    48:16 52:19
    53:5,7,17
deal 14:9 38:9

Dean 27:10
Deatsville 6:19
Debardelaben
    1:17 4:4,5 5:4
    6:4,7 17:7,10
    17:14 20:5
    22:15 23:4,9
    28:22 39:11
    48:6 49:17,22
    52:14 55:14
DEFENDANT
    4:9
Defendants 1:10
    2:11
definition 19:7
delivering 1:16
demonstrated
    31:11
Dennis 28:11
Department
    11:6 14:17,19
    41:2
depends 12:15
    24:13
deposition 1:12
    2:16 3:7,11
    6:10 22:16
    56:7
detention 12:1
determination
    43:7
determined
    41:13
different 12:16
    21:10 35:13
diploma 9:12
direct 12:11
    13:9,13,19
directed 38:5
DISTRICT 1:1
    1:2 2:1,2
DIVISION 1:3
    2:3
doing 12:5 21:7

43:5
Donnie 1:12
    2:17 6:1,17
    34:6
Doppler 34:6
    37:2,4 42:13
Draeger 26:18
Drive 6:19
driver's 7:1,6
    47:3
driving 21:17
    27:15 35:22
    47:22 50:22
DUI 21:17 23:5
    23:18
duly 6:2
duties 10:10
duty 12:17 13:5
    16:15

___

**E**

E 4:1,1 5:1 56:1
    56:1
eastern 28:1
Edna 28:11
effect 46:15
effective 1:15
eight 26:2
eighty-four 18:7
    47:10 48:5
either 30:12
    36:10 37:15
    38:19
employed 7:8,11
    7:15,17 9:6
    24:23 41:1
    45:11
employment
    8:15
encouraged 46:9
enforcement
    10:3,8 11:19
    12:3 18:16
    20:22 21:4

22:6 28:20
    29:4 32:20
    43:7
equipment 15:7
    33:9,13,21
    34:6 35:3 37:2
    37:8 54:11
equipped 15:13
estimate 32:4
et 1:5,9 2:5,10
everybody 35:12
everyday 32:3
evidence 3:7
exact 7:23 10:22
    12:23 14:2,23
    16:3,9,12,17
    16:22 39:13
    44:9 45:19
exactly 27:17
    31:22 34:1
    35:11 40:1,7
    42:3 44:4
    46:17
EXAMINATI...
    5:3 6:4
exceeding 41:13
excuse 37:4 40:4
    44:12
excuses 35:14
exhibits 1:19
explain 53:22

___

**F**

F 56:1
far 8:10 15:8
    18:18 30:19
    41:3 42:3
fast 35:10
February 34:4
    34:13,18 36:19
    38:10,19
Federal 6:9
field 21:19 22:5
    23:12,14 24:4

fifty 32:7,9
fifty-five 37:13
    37:21
fifty-one 37:14
file 14:8 25:6
    52:6
filed 1:22
files 14:9
filing 3:10
firearm 15:14
    15:16,21 16:15
    21:8
firearms 16:14
    17:1,8
first 6:2 22:12
    29:12 47:22
five 9:1 42:11
    47:9 48:5
Florida 28:19
following 30:5
follows 6:3
foot 12:9
foregoing 56:7
    56:11
forks 55:2,3
form 3:3 20:10
    21:20 26:11,16
forty 15:19
forty-five 24:8
forty-four 23:13
    23:15 24:3
four 8:14,14
    17:20,21,21
    27:6,6 37:14
frame 45:10
frequency 30:9
full 44:11
full-time 8:6
    16:11,20 17:2
    20:21 22:10
    29:11 30:14
    31:5,19 32:17
    33:20 34:16
    44:18 45:15

___

# 367 VALLEY AVENUE
# (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

54:17
further 2:23 3:9
  56:14
furtherest 41:17

_____
**G**
getting 11:5
  16:15 52:22
give 21:5,19
  22:5 28:3 32:4
given 14:1,6
  15:7,10,11,14
  15:17 22:4
  23:21 29:7
  56:12
giving 13:9
Glock 15:19
go 7:22 9:9
  10:20 11:4
  22:22 33:5,6
  39:15,19 43:7
  43:9 49:12
  52:22
goes 54:8
going 7:12 8:5
  11:1,16 14:3
  16:11,20 17:2
  20:9,20 21:16
  22:16,20,22
  29:6,10,12
  31:4 33:21
  35:9 37:19,20
  38:7 39:7
  43:15
good 55:6
graduated 9:17
  9:22 10:1,19
  18:20 46:5
graduating
  45:23
graduation 10:9
great 38:9
grounds 3:5

_____
**H**

handcuffs 31:6
handwriting
  52:12
happened 49:4
head 7:4 26:7
  28:14
headed 39:5
  40:20
heard 39:16
hearing 56:13
highway 11:20
  12:3
Hill 39:17
hired 17:5,5
  31:3 34:16
  45:15
Holtsford 2:20
  4:11
home 24:20
hour 37:21
hours 12:18,23
  13:22
house 40:3,6
  54:7
HOWARD 4:10
  6:8,13 17:4,9
  17:12,16 19:6
  20:3,9 21:20
  23:1,7,11
  26:11,16 28:21
  39:9 41:20
  45:2 48:5
  49:10,13,18
  50:15 51:22
  52:16
hundred 27:21

_____
**I**
idea 53:23
including 44:18
Indications 22:3
influence 21:18
informed 13:18
instructor 16:1

insurance 50:3,5
  52:18
interested 27:22
  28:4 41:23
  56:17
interview 11:10
  11:12
involved 11:17
  11:23 36:15
issue 34:19 36:3
  38:2 40:22
issued 19:18
  23:18 25:22
  26:21 27:10
  30:13 35:18,18
  36:10,14,20
  37:6,11 38:18
  48:16 50:21
  52:19
issuing 38:13
  51:19

_____
**J**
J 2:17
Jackson's 40:3,5
James 23:18
Jamie 28:12
Jay 30:1
Jeminez 47:10
Jerome 1:12 6:1
  6:17
Jim 1:16 4:4
  33:18 44:22
  45:4
Jiminez 49:15
  50:2 51:4,17
job 11:5
Johnson 4:16
  11:9,11 12:13
  12:14 13:8,21
  29:1 34:22
  38:6
Joyce 28:9
judgment 35:16

June 37:12 42:9
jurisdiction 39:7
  39:9,10,12
  40:10,23 41:10
  41:15,18

_____
**K**
Kawaszi 14:15
  34:9 36:21
keep 32:2
Kelly 28:13
kept 24:17,18
  25:16 51:10
Kevin 33:18
  43:22,23 44:5
  44:6
kin 56:15
kind 15:16
  20:22 21:1,4
  31:9
know 7:3,23
  10:7 13:11
  14:11 16:7,9
  16:10,13 17:10
  19:6,23 22:20
  23:11 25:4
  26:6 33:23
  35:21 36:3
  40:7,9 41:5
  42:3 43:17
  44:4,9 45:3,12
  45:17,19 51:7
  52:7 54:14
  55:8,10
knowledge 35:4
  35:6,7

_____
**L**
L 2:13
law 10:3,8 18:16
  20:22 21:4
  22:6 28:20
  29:3 32:20
  43:7
laws 11:19,20

12:3
lawyer 6:12
leading 3:3
leave 24:22 42:6
Lee 27:10
left 51:11
legal 19:7
letter 9:2
letting 43:18
let's 9:5 23:9,15
LEVAN 4:16
license 7:1,6
  47:3,6,23
  50:22
limit 39:23 40:2
  41:14
Lindsey 28:12
  28:18
little 54:7
live 27:21
Lively 19:13
long 7:10 8:9
  22:8 31:17
  42:16 43:12
  44:3,4
look 22:1 23:15
  27:5 37:10
  49:10 51:15
  52:9
looked 23:6
looking 18:8
  23:2 27:19
  47:14 52:15
looks 52:7,16
lot 35:13
Lynn 19:13

_____
**M**
MADISON 4:6
magistrate
  19:12 52:3
  53:6,12
March 15:6
mark 47:9

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

marked 24:11
marriage 28:6
married 28:15
Martin 1:12
  2:17 6:1,9,17
  6:19 28:7,7,8,8
  28:8,9,9,11,12
  28:13,13,18
  34:6
matter 49:3
MATTHEWS
  1:5 2:5
Mayor 40:3,5
Mayor's 54:6
McCollum
  28:23
McMichael
  29:22 30:2
  31:12 33:18
  43:17 44:16,20
  54:16
McNabb 33:18
  43:22,23 44:5
  44:6,17,20
  45:13 54:18
mean 12:15 18:2
  20:17 22:10
  25:6 30:11
  45:8 46:11,16
  48:2,11 50:19
means 48:12
  50:20 56:9
memory 22:18
  52:15
MIDDLE 1:2
  2:2
mile 37:21
miles 27:21
  39:22
mistaken 15:18
Montgomery
  2:21 4:7,13
  27:21 37:12
  56:4

month 10:22
months 10:23
  42:12 45:19
morning 27:11

——————
N
N 2:13 4:1 5:1
name 6:15 28:10
  28:17 39:14
  40:16 49:14
names 28:3
near 48:19
necessarily
  50:14
necessary 3:1
neither 56:15
never 45:20
night 26:20 53:6
nighttime 13:1
nineteen 28:5
Nix 2:20 4:11
noon 19:4
normal 12:17
north 54:3,6
NORTHERN
  1:3 2:3
Notary 2:19
notes 51:3
notice 3:10
noticed 18:5
November 9:18
  9:20 10:19
  54:11
number 1:7 2:7
  6:22 7:2 9:1
  17:20 27:6
  37:13 48:20
  49:17,19,20
  50:1

——————
O
O 2:13
object 20:10
  21:20 26:11,16
objections 3:2,5

obtaining 47:22
obviously 22:18
OC 15:11
October 23:16
  23:22 24:1
offense 50:10
offered 3:7
officer 7:14,21
  8:6,7 9:7,10
  10:3,8 13:4,6
  16:11,21 17:3
  18:16 20:21
  21:2 22:6
  25:18 28:20
  29:4,12 30:15
  31:1,5,19
  32:17,20 33:3
  33:12,20 42:17
  43:3,9,19 47:1
  54:18,18
officers 10:4
  21:7 33:6,17
  44:11,19
officer's 24:11
  25:16
offices 2:20
oh 19:5 26:1
okay 8:23 10:10
  11:1,4 12:11
  12:17 13:3,23
  14:6,11 15:5
  17:14 18:5,12
  18:21 19:5,12
  19:14,22 20:16
  20:20 21:12
  22:8 24:10
  25:21 27:15,19
  29:2 30:13
  31:13 32:1,4
  33:1,5,11,19
  34:10 35:8
  36:9 38:7,23
  46:1,6,19 47:1
  47:19 53:9,15

old 44:23
older 28:5
once 22:21 53:4
on-the-job 29:18
  30:1
operating 12:12
  35:2
operation 11:17
  12:1 34:12
  37:5 42:14
opinion 35:17
opposed 35:19
oral 1:18
original 1:17
outside 39:22
  40:10,23 41:14
  41:17

——————
P
P 2:13 4:1,1
page 5:3 23:13
  23:15 24:3,7
Pam 28:9
paper 23:17,20
  27:14
paperwork 43:5
Pardon 10:6
part 54:5,5
parties 2:15 3:4
  56:16
Pat 14:15
Patricia 28:8,12
patrol 11:17,23
  21:7 43:18,23
patrolling 12:8
  44:17 45:13
Peace 10:4 33:6
people 31:6
  34:19 35:13
  47:2
percent 32:8,9
percentage 32:5
  35:17
percentage-wise

32:21
period 33:2
person 16:14
personal 51:10
personnel 14:7,9
phonetically
  14:16 49:16
picks 54:8
place 16:3 51:3
placed 31:6
places 12:16
  25:17
PLAINTIFF 4:3
Plaintiffs 1:6 2:6
please 1:20 6:16
  8:18 28:4
point 20:1 26:1
  26:13 37:23
  39:2
police 7:21 9:7
  9:10,11,13
  10:13 11:5
  14:16,18 15:12
  16:21 17:2
  20:21 21:2
  25:18 29:11
  35:21 39:7
  40:10 41:2
  42:17
position 7:13,19
possession 49:9
possible 12:22
  13:2
post 32:18
power 12:6
Prattville 7:9,11
  7:16 14:16,18
  25:3,19 39:6,8
  39:10 40:5,20
  42:1
present 4:15
  6:18
presently 7:8
pretty 48:19

# 367 VALLEY AVENUE
# (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

**prevention** 11:18 12:2
**Printiss** 28:7
**prior** 3:7 7:15 8:5 11:15,22 14:3 16:10,14 16:20 17:2 20:20 21:16 22:6 29:3,6,10 29:21 30:19 31:3 33:21 34:10,17 37:5 44:8 45:13
**probable** 50:16 51:16
**Probably** 32:7
**problem** 22:19
**procedure** 1:14 25:8,12 53:11
**proper** 13:19
**protection** 11:18
**proved** 52:17
**provided** 34:3
**Public** 2:19
**Puckett** 23:19 25:22
**pull** 27:16
**pulled** 27:18 29:8,14
**purpose** 11:17 12:1
**put** 53:13
**p.m** 2:22 26:22

— Q —
**qualified** 16:18 17:9,11,13 20:13 21:8 26:10,13
**question** 48:7
**questions** 3:3,4 20:10 56:8
**Quite** 42:22

— R —

**R** 4:1 56:1
**radar** 14:1,6 15:13 18:10 20:1,7,12 21:13 23:3,4,8 30:10 33:9,13 33:21 34:6,12 34:18 35:2,18 36:8,11,12,14 36:18 37:2,4,8 37:15,15 38:2 38:5,12,19,20 42:13 54:11
**radio** 13:15,16 13:20
**read** 6:10 52:6 52:11
**reading** 6:11
**reason** 50:6
**recall** 16:12 21:14 22:11,13 33:23 46:7,11 46:12,16
**receive** 33:8,12 33:20
**received** 15:20 29:13 30:1
**recognize** 18:3
**recognizing** 21:18
**record** 32:2 49:5
**records** 22:17 22:22
**referred** 39:16
**refresh** 52:15
**regularity** 30:9
**regularly** 42:22
**relates** 36:10
**relatives** 27:20
**rely** 30:10
**remember** 8:10 10:22 11:14 12:22 14:2,5 14:23 16:3,4

16:17 17:17,18 19:1 26:8 27:3 27:17 28:9,14 30:6,11 31:22 32:23 34:15 35:11 39:13 44:14 46:17,19 46:21
**repeat** 11:21 29:9 48:7
**Reporter** 1:21 2:18 6:5
**represents** 56:11
**reserve** 8:7 21:2 29:19 30:21,22 32:13,14 33:2 33:12 42:16,21 43:1,15 45:16 54:18
**resign** 9:4
**resignation** 9:2
**respective** 2:16
**result** 56:17
**retained** 1:21
**RICARDO** 1:5 2:5
**RICK** 4:10
**ride** 43:2 44:5 46:1
**riding** 10:16 31:20 32:6,20 33:3
**right** 6:10 10:2 19:4 26:7 28:22 40:2 42:2,3 50:15 51:8 53:21 54:8
**ring** 34:7
**road** 2:21 4:12 39:13 47:7 54:2,7
**rode** 21:6 31:23 32:3 44:6,10

45:20
**Rule** 1:13
**Rules** 1:14
**running** 47:7

— S —

**S** 2:13 4:1
**saying** 17:12,13
**says** 19:8 24:9 36:23 52:5,7 52:10
**scheduled** 27:4
**school** 10:20,21 33:7,8,22 45:18
**security** 6:21
**see** 9:5 23:10 26:4 47:2 53:5
**September** 24:9 52:8
**sergeant** 14:15 34:9 36:21 37:6
**seventy** 37:19
**seventy-one** 37:13,20
**she'd** 53:15
**shift** 53:6,14
**shifts** 12:20
**Shorthand** 2:18
**show** 8:12,23 17:19 24:3 34:2 47:9 51:23
**showed** 21:23 31:11 33:16
**showing** 52:4
**shown** 18:6 33:15 54:16
**shows** 24:4 27:15
**side** 15:10 28:1 40:3,5 54:8
**sign** 6:11 39:23

40:2,8,12,13
**signature** 18:1
**signing** 6:11
**sir** 7:7 8:4,8,17 8:18,22 9:3,8 9:14,23 10:15 10:17 12:4,7 13:2,7,12 14:13,20 15:4 15:9,15 16:6 18:2,4,19,20 19:11 20:2,19 20:23 22:2,7 23:21 24:19,21 25:1,11,20 26:4 27:8,13 28:2 29:5,10 29:16 30:3,16 30:20 31:2,8 32:11,15 33:4 33:10 34:20 35:7,20 36:1,5 36:13,16,22 37:9,18,22 38:4,14,16,22 39:3,5,21 40:14,21 41:16 42:15 43:11,20 44:2,7 45:10 45:23 46:2,5 47:4,8,15,18 48:15,18,21 49:2,3,6 51:1,5 51:13,18,20 52:11,21 53:10 54:1,23 55:4,7 55:13
**sixty** 32:7,9
**sobriety** 22:5 23:12,14,22 24:5
**social** 6:21
**somebody** 31:20 31:23 32:3,6

# FREEDOM COURT REPORTING

35:19 41:19
43:18 47:5
50:17
**sorry** 48:8 49:18
**south** 27:23 54:3
54:4
**speed** 18:6,9
30:5 36:10
38:9 41:9,14
**speeding** 34:19
35:9,17 37:10
38:15,17 46:10
**speedometer**
35:23 36:2,5,7
36:11
**spelled** 14:15
49:15
**spray** 15:11
**stamp** 27:5
49:19,23
**stamped** 8:13
9:1 17:20
51:22
**standard** 24:4
**Standards** 10:4
**state** 6:15 26:12
28:1 37:20
56:3
**stated** 45:4
**STATES** 1:1 2:1
**station** 15:12
**Stavo** 49:15
**stay** 11:2
**stenotype** 56:8
**STIPULATED**
2:14,23 3:9
**stipulations** 6:6
**stop** 41:5,18
47:2,5 50:6,17
54:13,21
**stopped** 35:8
47:13 49:21
50:2 51:4
52:20

**stopping** 41:3
51:16
**stops** 43:4
**stuff** 27:20
**subject** 29:8,14
**supervision**
12:12 13:9,13
13:19
**suppression**
11:18 12:2
**Sure** 6:7,8
**suspended**
27:16
**swamp** 39:20
40:16,17,19
42:4
**swear** 19:9 53:8
**sworn** 6:2 19:15
52:1,2

────────
**T**
**T** 2:13,13 56:1,1
**take** 21:12,15
24:20 53:3
**taken** 1:18 2:17
56:7
**takes** 25:4
**talk** 6:12
**talking** 10:18
24:14 26:14
51:9
**taught** 55:6
**teach** 55:9
**tell** 17:16 18:8
18:11,12 25:22
26:5 31:17
32:21 34:23
47:13 51:15
52:9
**tells** 51:4
**ten-minute**
31:13
**test** 21:19,19
22:5 23:13,15

24:5 26:1,5
**testified** 6:2
**testimony** 1:18
56:12
**thereto** 3:8 56:9
**things** 22:1
**think** 9:17 15:10
36:17,23 49:13
**thirty-minute**
31:14
**thought** 46:4
52:14
**three** 8:13,14
10:23 39:22
44:18 45:11
**ticket** 17:21,23
18:3,6,9,13,22
19:5,10,14,17
19:18,21 24:11
25:21 27:9
30:13 36:9,14
37:11 38:13,15
40:22 41:13,19
47:11,14 48:13
48:14,20 49:4
49:19 50:1,20
51:6,7,12,15
51:21,23 52:19
53:4
**tickets** 25:10,15
30:18,23 34:19
35:18 36:3
38:8,17 39:1
42:12 46:9,10
46:14,22,23
49:8 51:10,19
52:23 53:12
**time** 3:6,6 9:6
12:5 14:21
15:1 16:12
18:17 19:2
20:1 21:8
24:13 26:14,19
26:20 32:5,8

32:10 33:1,2
34:10,17,18
37:23 44:11,13
44:15,15 45:7
45:8,10 54:22
**times** 46:6
**told** 13:21 29:1
34:21 42:5
46:13
**top** 7:3 26:7
28:14
**town** 1:8 2:9
7:18,20 8:16
10:11 13:5,6
15:3,6 16:16
16:21 17:3
21:3 22:9
24:15 25:2,13
25:14,18 31:19
32:17 39:12
40:11 41:1,15
44:12 49:7
51:11
**track** 30:4 36:3
**tracking** 35:19
37:16 38:20
**traffic** 7:14
10:12 11:19
12:3 17:21,23
18:3 43:4 48:1
48:10,12,14
50:9,18,19,23
**trained** 19:23
20:3
**training** 9:10
10:5,20 15:20
20:6,12,14,16
20:17,22 21:5
21:10,10,12,16
22:4,10 23:22
29:7,13,18,20
29:23 30:1,17
31:5,9 33:9,13
33:21

**transcribed** 56:9
**transcript** 1:17
56:12
**transcription**
56:10
**tray** 53:13
**trial** 3:6
**true** 27:10 56:11
**trying** 42:2
**tuning** 55:2,3
**turn** 25:9,10,14
53:11
**turned** 25:15
**Tuscaloosa** 9:11
9:13 14:4 33:8
**twenty** 17:20,21
**twenty-five** 27:6
**twenty-one**
17:22
**twenty-six** 27:7
**twenty-two**
17:22
**two** 7:12 8:13,14
22:14 25:17
46:17 51:19
**two-week** 31:14
31:16
**type** 34:11 37:8

────────
**U**
**U** 2:13
**uncle's** 28:10
**understand**
40:15 52:13
**UNITED** 1:1 2:1
**use** 33:15,16
34:18 36:2,6
36:22 38:2,5
38:12
**Usual** 6:5

────────
**V**
**valid** 7:5
**varied** 12:19
**vehicle** 12:8,10

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

# FREEDOM COURT REPORTING

15:12 18:23
31:21 35:21
**vehicles** 30:4
**verified** 19:5,7,8
19:19 52:23
53:20,23
**verify** 53:9,16
**Veronica** 27:10
**violating** 41:9
**vs** 1:7 2:7

---

### W

**waive** 6:11
**waived** 3:11
**want** 6:12 8:12
8:23 17:19
22:15 28:5
41:5 47:6,9
**wasn't** 26:18
31:16 35:9
37:16 43:18
52:2 53:6,23
**Watts** 33:18
45:4,4 54:19
**way** 26:2 32:16
46:20 51:14
**Wayne** 23:19
**weapon** 29:8,14
**wearing** 16:15
**week** 11:3 22:12
**Weldon** 1:16
2:18 56:21
**went** 8:20 11:7
15:5 21:9 22:8
30:14 33:7
43:14 44:22
45:17 54:17
**weren't** 23:21
**WESTRY** 4:5
**We'll** 6:13
**we're** 22:20
46:13
**wife's** 28:10,17
**wise** 56:16

**witness** 56:13
**wondering**
47:21
**word** 36:22
**words** 46:14,14
**work** 7:22 8:5,6
8:20 12:20
13:1,22 15:5
16:11,20 17:2
20:20 21:16
22:9 29:2,6,11
30:14 31:4
42:16,20
**worked** 9:19
10:12 53:6
**working** 13:4
15:2 26:23
28:19 41:21,22
46:8
**worry** 45:2
**wouldn't** 26:9
51:6
**write** 41:6,12,19
42:12 46:9,22
46:22
**writing** 30:18,23
41:4 46:14
**written** 52:8
**wrote** 17:23
53:4

---

### X

**X** 5:1

---

### Y

**year** 14:22,23
15:1
**years** 7:12 8:11
22:14 28:5
46:17
**y'all** 17:12 52:22

---

### Z

**zone** 37:21

---

### 0

**04** 8:19,21 15:7
18:14,15 19:20
23:19 26:15
27:12 29:13
31:4,4 37:12
38:18 52:8
**05** 36:19 38:10
38:19

---

### 1

**10-6-2004** 24:4
**10:00** 26:22
**11** 23:8
**11:58** 19:3
**12:40** 2:22
**13th** 37:12
**14** 39:7
**14th** 24:9 27:11
**15** 1:15
**1505** 4:6
**1626** 6:19
**17th** 42:9
**19th** 26:14
**1988** 1:15

---

### 2

**2** 45:8
**2:06-CV-185-...**
1:8 2:8
**20th** 1:18 2:22
**2001** 42:18,19
45:8
**2004** 8:2,3 9:18
9:19,20,21
10:11,18,19
24:1,9 47:12
**2005** 34:4,13,19
42:9
**2007** 1:19 2:22
**21** 54:2,5,8
**25th** 34:4,13,18
36:19 38:10

---

### 3

**3** 45:9
**3rd** 19:19
**3-31** 8:19
**30th** 19:19
**36022** 6:20
**36106** 4:13
**36107** 4:7

---

### 4

**4th** 9:18,21
19:18
**4-23** 25:21
**4-30** 18:14,15
**4001** 2:20 4:12
██████
6:23

---

### 5

**5(d)** 1:13
**5-3-04** 19:16
**5:00** 12:20

---

### 6

**6** 5:4
**6th** 24:1
**6-3-2005** 9:5
**652** 49:11,19
50:1 51:21,22
**660** 48:23 50:13
**661** 50:12
**662** 48:23 49:18
49:20,23 50:1
**663** 50:13

---

### 7

**7** 52:8
**7-10** 47:12
**7-10-04** 48:17
**70661** 48:3

---

### 8

**8:00** 12:20

---

### 9

**9:43** 27:11

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**