# FREEDOM COURT REPORTING

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE MIDDLE DISTRICT OF ALABAMA
3        NORTHERN DIVISION
4
5  RICARDO MATTHEWS, et al.,)
6     Plaintiffs,  )
7  vs.            ) CASE NUMBER:
8  TOWN OF AUTAUGAVILLE,  ) 2:06-CV-185-MHT
9  et al.,        )
10    Defendants.  )
11
12    DEPOSITION OF WYATT LEE SEGERS, III
13      In accordance with Rule 5(d) of
14 The Alabama Rules of Civil Procedure, as
15 Amended, effective May 15, 1988, I, Cindy
16 Weldon, am hereby delivering to Jim
17 Debardelaben, the original transcript of the
18 oral testimony taken on the 20th day of
19 April, 2007, along with exhibits.
20      Please be advised that this is the
21 same and not retained by the Court Reporter,
22 nor filed with the Court.
23

Page 2

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE MIDDLE DISTRICT OF ALABAMA
3        NORTHERN DIVISION
4
5  RICARDO MATTHEWS, et al.,)
6     Plaintiffs,  )
7  vs.            ) CASE NUMBER:
8                 ) 2:06-CV-185-MHT
9  TOWN OF AUTAUGAVILLE,  )
10 et al.,        )
11    Defendants.  )
12
13      S T I P U L A T I O N
14      IT IS STIPULATED AND AGREED, by
15 and between the parties through their
16 respective counsel, that the deposition of
17 WYATT L. SEGERS, III, may be taken before
18 Cindy Weldon, Certified Shorthand Reporter,
19 Commissioner and Notary Public, at the
20 offices of Nix, Holtsford, 4001 Carmichael
21 Road, Montgomery, Alabama, on April the
22 20th, 2007 at 11:30 a.m.
23      IT IS FURTHER STIPULATED AND

Page 3

1  AGREED that it shall not be necessary for
2  any objections to be made by counsel to any
3  questions, except as to form or leading
4  questions, and that counsel for the parties
5  may make objections and assign grounds at
6  the time of trial, or at the time said
7  deposition is offered in evidence, or prior
8  thereto.
9       IT IS FURTHER STIPULATED AND
10 AGREED that notice of filing of the
11 deposition by the Commissioner is waived.

Page 4

1       A P P E A R A N C E S
2
3  FOR THE PLAINTIFF:
4     MR. JIM DEBARDELABEN
5     DEBARDELABEN, WESTRY
6     1505 MADISON AVENUE
7     MONTGOMERY, ALABAMA 36107
8
9  FOR THE DEFENDANT:
10    MR. RICK HOWARD
11    NIX, HOLTSFORD
12    4001 CARMICHAEL ROAD
13    MONTGOMERY, ALABAMA 36106
14
15 ALSO PRESENT:
16    MR. LEVAN JOHNSON

1 (Pages 1 to 4)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800**



PLAINTIFF'S EXHIBIT 4

FREEDOM COURT REPORTING

Page 5

1  INDEX
2
3  EXAMINATION BY:            PAGE
4  MR. DEBARDELABEN             6
5
6
7
8       EXHIBITS
9            PAGE
10 PLAINTIFF'S EXHIBIT NO. 1      33
11 PLAINTIFF'S EXHIBIT NO. 2      35
12 PLAINTIFF'S EXHIBIT NO. 1-A - 2-A   36
13
14
15
16
17
18
19
20
21
22
23

Page 6

1       WYATT LEE SEGERS, III,
2    after first being duly sworn, testified
3            as follows:
4  EXAMINATION BY MR. DEBARDELABEN:
5       THE COURT REPORTER: Usual
6  stipulations?
7       MR. HOWARD: We'll read and sign.
8    Q.  Mr. Segers, this is a Federal
9  deposition. You have the right to read and
10 sign or waive reading and signing.
11      You might want to talk to your
12 lawyer about that and let us know. Would
13 you state your name, please, sir.
14   A.  Wyatt Lee Segers, the third.
15   Q.  And how are you employed, Mr.
16 Segers?
17   A.  I'm a police officer with the City
18 of Wetumpka.
19   Q.  And how long have you been at the
20 City of Wetumpka?
21   A.  Since February 6th, 2006.
22   Q.  Okay. Prior to February the 6th,
23 2006, where were you employed?

Page 7

1    A.  Auburn University Montgomery
2  Campus Police Department.
3    Q.  And when were you employed there?
4    A.  September '04 to February '06.
5    Q.  Okay. After you were employed
6  there -- prior to being employed there,
7  where were you employed?
8    A.  I was working for the Town of
9  Autaugaville as a police officer.
10   Q.  Okay. When did you go to work for
11 the Town of Autaugaville?
12   A.  I believe it was in March '04.
13   Q.  And how long did you work for the
14 Town of Autaugaville?
15   A.  I worked there a total of about
16 six months if I remember right.
17   Q.  While you were going -- let me
18 show you this. This is Bates stamped one
19 thirty-five through one thirty-seven. Do
20 you recognize that document?
21   A.  Yes, sir.
22   Q.  What's that document?
23   A.  It's an application with the Town

Page 8

1  of Autaugaville.
2    Q.  And is that where you applied with
3  them?
4    A.  Yes, sir.
5    Q.  And what does that application
6  date show?
7    A.  February 14th, '04.
8    Q.  But you think you went to work
9  with them in March?
10   A.  If I remember right, I believe it
11 took a while for me to go before the Board,
12 which was some of the Town council members
13 and the chief and the mayor if I remember
14 right.
15   Q.  When you went to work for the Town
16 of Autaugaville, what kind of equipment were
17 you issued?
18   A.  I was issued my uniforms, my duty
19 belt, duty gear, all the holsters and
20 holders and things and weapon and vest.
21 Just everything basically a police officer
22 would be issued.
23   Q.  You were issued a weapon?

2 (Pages 5 to 8)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

## FREEDOM COURT REPORTING

Page 9

1    A.  Yes, sir.
2    Q.  When did you start carrying that
3  weapon on duty?
4    A.  I was not allowed to carry it
5  until I got certified with it.
6    Q.  And when were you certified?
7    A.  I don't remember the exact date.
8  But it would have been before I -- the first
9  time I rode in the patrol car, I got
10 certified right before I went to work that
11 day.
12   Q.  I want to show you -- How did you
13 get certified?
14   A.  With my weapon?
15   Q.  Yes, sir.
16   A.  It was the firearms instructor at
17 the range down there in Autaugaville.
18   Q.  Kent Gutes (spelled phonetically)?
19   A.  It may have been Jay McMichael.
20   Q.  Jay McMichael?
21   A.  Or one of them.  I can't remember
22 exactly which one.
23   Q.  You talking about the range on

Page 10

1  County Road 13?
2    A.  It's in the -- I don't remember
3  what road it was on.  I know it was a dirt
4  road in Autaugaville.
5    Q.  About five miles down a dirt road?
6    A.  It's a long drive.
7    Q.  On the right?
8    A.  Yes, sir.
9    Q.  So you don't know if it was Jay
10 McMichael or Ken Gutes that certified you?
11   A.  I think I got certified on -- It
12 seems like I got certified on two different
13 occasions, once maybe with Jay McMichael and
14 once with the other guy that I can't
15 remember his name.
16   Q.  Black headed guy?
17   A.  I can't remember.  All I can tell
18 you is I remember he was a former police
19 officer in Washington State if that's him,
20 if I remember right.
21   Q.  Okay.  What weapon did you get
22 certified on?
23   A.  It was the Glock model 22.

Page 11

1    Q.  What did you do to get certified?
2    A.  I shot the firearms course like
3  APOSTC requires.
4    Q.  Did you receive any training from
5  anybody on what to do if you got in an
6  adverse situation when somebody pulled a
7  firearm on you?
8    A.  Just the policies and procedures
9  manuals, I read about that, about the use of
10 force and just talking with Chief Johnson
11 about different things that may arise or,
12 you know, riding with him, you know, getting
13 on-the-job training and so forth.
14   Q.  Okay.  But you received no
15 training of what -- how to react in an
16 adverse situation?
17      MR. HOWARD:  Object to the form.
18      THE WITNESS:  I'm sorry?
19      MR. HOWARD:  I objected.  You can
20 answer if you know.
21   A.  I don't -- Not like you would get,
22 you know, at the Police Academy or
23 whatever.  But just on-the-job training,

Page 12

1  just discussing things and if something
2  happened while at work.
3    Q.  I want to show you Bates stamp
4  number one forty furnished to me by your
5  lawyers.  Does that appear to be a
6  resignation from the Montgomery Police
7  Academy?
8    A.  Yes, sir.
9    Q.  When did you attend the Police
10 Academy?
11   A.  It was -- I don't remember the
12 exact dates.  But it was sometime in March
13 of '04.
14   Q.  For how long?
15   A.  I think I resigned like my first
16 week there I believe.
17   Q.  Why did you resign?
18   A.  I passed the physical agility test
19 they required and the push-ups and sit-ups
20 and so forth.  But they were giving you so
21 much homework and everything, you had to
22 stay up just all night with no sleep and
23 everything and then be at work the first

3 (Pages 9 to 12)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

Page 13

1  thing the next morning. So that's why I
2  resigned from it.
3      Q. Now, what was the purpose in the
4  first place of going to the Montgomery
5  Police Academy?
6      A. It's probably because they don't
7  charge agencies for training.
8      Q. Okay. Who was paying for this?
9      A. I'm not really sure. They
10 probably -- probably grants to the Police
11 Academy. But I'm not sure.
12     Q. How did you come to apply to go to
13 the Montgomery Police Academy?
14     A. Chief Johnson I believe did the --
15 set all that up for me.
16     Q. He set it up?
17     A. Yes, sir.
18     Q. And you were working in the
19 Academy -- I mean going to the Academy and
20 then working a shift?
21     A. No, sir. I don't believe so. If
22 I remember right, when you're in the
23 Academy, basically you're just in the

Page 14

1  Academy. You're not working a job, also.
2  You don't have time.
3      Q. Okay. So you went a week at the
4  Academy?
5      A. Yes, sir.
6      Q. And then you decided not to go any
7  more?
8      A. Yes, sir.
9      Q. Did you discuss that with Chief
10 Johnson before you resigned?
11     A. Yes, sir.
12     Q. And tell me about that
13 conversation.
14     A. I told one of the instructors
15 there at the Academy and he told me to call
16 Chief Johnson. And Chief Johnson just said
17 something to the effect, well, are you sure
18 you want to do that.
19        You know they may let you stay in
20 if you change your mind. But I didn't
21 change my mind.
22     Q. So you're telling me that the
23 Academy gave you homework?

Page 15

1      A. Yes, sir.
2      Q. Did you stay at the Academy or
3  were you -- you'd go to your home at night?
4      A. In Montgomery, you go back to your
5  home.
6      Q. So they gave you homework to do?
7      A. Yes, sir.
8      Q. And they gave you class work?
9      A. Yes, sir.
10     Q. And training during the daytime?
11     A. Yes, sir.
12     Q. What time did you start in the
13 morning?
14     A. If I remember right, we were
15 supposed to start at eight o'clock.
16 Although they told us to be there at 8:00.
17 But one day I got there a few minutes before
18 8:00 and they had started it early. So I
19 guess it wasn't any really set time.
20     Q. Were you getting paid by the Town
21 of Autaugaville while you were going to the
22 Police Academy?
23     A. Yes, sir.

Page 16

1      Q. Did you attend any more -- After
2  you resigned that training effective March
3  31st, it says, did you attend any more
4  training?
5      A. I went to the Tuscaloosa Police
6  Academy.
7      Q. And when did you go to the
8  Tuscaloosa Police Academy?
9      A. If I remember right, it started
10 like the end of April. And then I graduated
11 on July -- around July 15th, '04.
12     Q. Between the time of resigning the
13 Police Academy in Montgomery and going to
14 the Tuscaloosa Police Academy, what did you
15 do?
16     A. I talked to Chief Johnson and I
17 went back to work for Autaugaville while I
18 was waiting on that academy to start up in
19 Tuscaloosa.
20     Q. Okay. And how long is the
21 Academy?
22     A. The State requires twelve weeks.
23     Q. Okay. I want to show you what's

4 (Pages 13 to 16)

# FREEDOM COURT REPORTING

Page 17

1  been Bates stamped as one seventy-four. Is
2  that your diploma from APOSTC where you
3  graduated from the Academy?
4      A.  Yes, sir.
5      Q.  And you were certified July the
6  15th, 2004?
7      A.  Yes, sir.
8      Q.  When you left the Montgomery
9  Police Academy and went to work for the Town
10 of Autaugaville, were you patrolling in the
11 vehicle by yourself?
12     A.  Yes, sir.
13     Q.  What was --
14     A.  That was after Chief Johnson --
15 after I had ridden with him from the job
16 training and -- well, that was it.
17     Q.  Okay.  Tell me about riding with
18 Chief Johnson with the on-the-job training.
19 When did you ride with him with on-the-job
20 training?
21     A.  When did I do it?
22     Q.  Yes, sir.
23     A.  We would go out together.  We

Page 18

1  would ride in his patrol vehicle and he
2  showed me, you know, how to use the
3  equipment and as far as traffic stops and so
4  forth and how to write tickets and how to
5  approach people for safety reasons on a
6  traffic stop and so forth.
7      Q.  What equipment did he show you how
8  to use?
9      A.  Of course, he showed me how to use
10 radar and how to use the radio, the lights
11 on the patrol car.  I never had to use OC
12 spray on anyone or anything like that.
13         I don't know if I even had to use
14 my handcuffs before.  But he basically just
15 showed me how to use the equipment.
16     Q.  When he showed you how to do the
17 radar, did you get a certification?
18     A.  No, sir.
19     Q.  Did you use the radar in your
20 traffic patrolling?
21     A.  I did.
22     Q.  Did you ever write any tickets
23 from it?

Page 19

1      A.  No, sir.
2      Q.  What was the purpose of using it?
3      A.  Just to determine people's speed,
4  to see if they are speeding.
5      Q.  After you used it and clicked it
6  on and got the speed, did you recalibrate
7  it?
8      A.  My understanding is, it's not a
9  law enforcement officer's job to
10 recalibrate.  They have some companies --
11 like in Wetumpka where I'm working now,
12 there's a company that comes in that does
13 that periodically.
14     Q.  You don't have a tuning fork to
15 recalibrate the --
16     A.  I've got a tuning fork where I can
17 check the speed.  And we had them in
18 Autaugaville, also.
19     Q.  Did you do that after every time
20 you turned it on?
21     A.  I would do it when I got in the
22 patrol car.  Every day when I came to work
23 on the shift, I would check that with the

Page 20

1  tuning fork.
2      Q.  Okay.  You didn't check it after
3  every time you turned it on and used it?
4      A.  The only time I have every done it
5  is just when I've come to work on the
6  shift.  And I check it when I first cut it
7  on when I get in the patrol car, just to
8  make sure it's accurate.  And I don't check
9  it again until I come to work the next time.
10     Q.  What was your work hours in
11 Autaugaville?
12     A.  I was working on day shift like
13 8:00 a.m. to 4:00 p.m., if I remember right.
14     Q.  Okay.
15     A.  Five days a week.
16     Q.  What days of the week were you
17 working?
18     A.  Seems like I may have been working
19 on the weekend, maybe one day like on a
20 Saturday.  The other four days were during
21 the week all in a row.  But my schedule --
22 You know, Chief Johnson would change my
23 schedule periodically to work different

5 (Pages 17 to 20)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

Page 21

1  days.
2  Q. On the weekends when you were
3  working, who was there working with you?
4  A. I was by myself if I remember
5  right.
6  Q. Was there anybody else down in the
7  police department?
8  A. No, sir.
9  Q. If you needed help, what did you
10 do?
11 A. I had a radio. I could call.
12 There were some Autaugaville County deputies
13 that could come back you up if you needed
14 anything. Some of them lived in the town or
15 real close by. Then also I had -- Chief
16 Johnson had his radio on. I could contact
17 him by radio or phone.
18 Q. Were you ever supervised by Kevin
19 McNabb, Deputy McNabb?
20 A. I wasn't supervised by him. But
21 he did -- I know one time there was an
22 accident and he came to help me with that
23 accident.

Page 22

1  Q. Where was Chief Johnson?
2  A. He was off that day.
3  Q. He was off that day?
4  A. Yes.
5  Q. So he wasn't available to
6  supervise you?
7  A. No, sir. But I contacted him and
8  talked to him on the radio or phone one. I
9  think it was radio.
10 Q. And how soon after the accident or
11 how long after the accident did Deputy
12 McNabb come up?
13 A. He got there very quickly.
14 Q. But you weren't working under his
15 supervision?
16 A. No, sir.
17 Q. Okay. And to your knowledge, he
18 wasn't supposed to be supervising you?
19 A. No, sir.
20 Q. Did you write any tickets at that
21 accident?
22 A. Yes, sir. I wrote two.
23 Q. Did you serve them at the

Page 23

1  accident?
2  A. No, sir.
3  Q. Why not?
4  A. I was new and I didn't think about
5  it is probably why I didn't do it. No proof
6  of insurance and driving suspended.
7  Q. At the time you wrote those two
8  tickets, were you a certified law
9  enforcement officer?
10 A. If I remember right, I was not.
11 Q. Let's see. We're looking at Bates
12 stamp seven eighteen, seven nineteen and
13 seven twenty-one. Is that what you have
14 there? I think I left out seven twenty.
15 A. I see what you're talking about
16 now. That's what I have.
17 Q. When did you issue these tickets?
18 And we're talking --
19 A. Looks like April 18th, '04. That
20 sounds about right.
21 Q. Who did you issue them to?
22 A. Ricardo Matthews.
23 Q. Now, I noticed back here on Bates

Page 24

1  stamp seven eighteen, the tickets on seven
2  eighteen and seven nineteen Bates stamp, the
3  ticket was issued to subject per Chief
4  Johnson after officer left the accident
5  scene?
6  A. Yes, sir.
7  Q. Now, you just told me prior to
8  this that you wrote him up before. Now, did
9  you write these tickets before he left the
10 accident scene?
11 A. It was after.
12 Q. After.
13 A. Yes, sir.
14 MR. HOWARD: Wait a minute, Jim.
15 MR. DEBARDELABEN: We're talking
16 about Bates stamp seven eighteen and seven
17 nineteen.
18 MR. HOWARD: Right. I don't think
19 those Bates stamp numbers have the back of
20 the ticket. So what I would like to do is
21 go make copies of the back of the ticket.
22 MR. DEBARDELABEN: Sure.
23 MR. HOWARD: And go ahead and put

**FREEDOM COURT REPORTING**

Page 25

1  them -- Here's what I've got on those
2  tickets. The other copies I might have
3  made, they're a little bit clearer and they
4  have a second page.
5       MR. DEBARDELABEN: I would
6  appreciate that.
7       MR. HOWARD: I just remembered I
8  had that.
9       MR. DEBARDELABEN: And I'll just
10 wait for you to make copies.
11      MR. HOWARD: Okay. And I think
12 this also has the officer's notes, seven
13 nineteen and seven twenty-one. So we'll
14 keep that part and add this.
15      MR. DEBARDELABEN: That's great.
16      (Whereupon, a short recess was
17 taken.)
18    Q.  I want you to look at Bates stamp
19 seven twenty.
20    A.  Yes, sir.
21    Q.  That ticket. On my ticket,
22 there's some writing up at the top on the
23 first page?

Page 26

1     A.  Right.
2     Q.  What does that say?
3     A.  This was -- I made this copy off
4  of the copies of the tickets that I kept for
5  myself. And I went to court when Ricardo
6  Matthews was there. And I had made a note
7  up here that he had still not paid it at the
8  time that I went to court.
9         I checked with the magistrate
10 there I believe and they told me they hadn't
11 paid yet. So I went on in to court.
12    Q.  And what does it say over in the
13 right-hand corner? It says -- It looks like
14 9-7 something. I can't read the date. 9
15 dash 7 dash --
16    A.  Oh, yes. I put the date. Because
17 I had asked chief if I needed to go and he
18 said, well, don't go to court unless you get
19 a subpoena. I'd get a subpoena, you know,
20 if he hadn't paid it yet. If he had paid
21 it, I wouldn't have gotten one.
22    Q.  Okay. And I think up there beside
23 Autauga County it says drop this ticket?

Page 27

1     A.  Right. I dropped this one in
2  court. I was giving him a break. I dropped
3  the driving suspended and I was just going
4  to -- I did not drop the no proof of
5  insurance. He was going to have to pay it.
6     Q.  Okay. Now, let's look at the --
7  turn over to seven twenty-one. It says this
8  ticket was issued to subject per Chief
9  Johnson after officer left the accident
10 scene.
11        Found out at a later date I was
12 not supposed to write this ticket at the
13 accident scene. What does that mean?
14    A.  I believe it was Deputy McNabb
15 told me that I should have written the
16 ticket there and I should not have written
17 it later.
18        But I found out later that wasn't
19 true. I understand you've got up to a year
20 to write a UTC just like on a misdemeanor or
21 arrest.
22    Q.  How did you find that out?
23    A.  That's what the magistrate in

Page 28

1  Wetumpka where I work now has told me.
2     Q.  Okay. But when did you write the
3  note found out at a later date I was not
4  supposed to write this ticket at accident
5  scene?
6     A.  I wrote it at some point after I
7  wrote that ticket not long after I wrote
8  it. But it wouldn't have been the same
9  day. Probably a few days later.
10    Q.  All right. Whose name was this
11 car registered in? Can you tell from the
12 ticket?
13    A.  Looks like I checked the driver,
14 Ricardo.
15    Q.  But it had no tag; right?
16    A.  Right.
17    Q.  Did you find out why it didn't
18 have no tag?
19    A.  I don't -- I don't recall now. I
20 know that if they don't have a tag, you can
21 run them by the VIN number on the vehicle.
22    Q.  How long after this ticket --
23 after the accident did you issue the ticket?

7 (Pages 25 to 28)

FREEDOM COURT REPORTING

Page 29

1   A. I don't remember now. It probably
2   was within a few days, though. It could
3   have even been the next day. If I remember
4   right, I -- I can't remember if I went to
5   his home or if I went to where he works to
6   issue them. I can't remember now.
7   Q. Okay.
8   A. It was probably one of the two.
9   Q. When did you write the no proof of
10  insurance ticket?
11  A. I would have written them at the
12  same time. That driving suspended and the
13  no proof of insurance, I wrote them at the
14  same time if I remember right.
15  Q. After you left the accident scene?
16  A. Yes, sir.
17  Q. Okay. Are these the only tickets
18  you wrote while you were not a certified
19  police officer?
20  A. Yes, sir.
21  Q. What did you do the other time you
22  were on patrol?
23  A. I stopped -- I stopped some

Page 30

1   people. But the times I stopped them, I
2   gave them a written warning instead of a
3   UTC.
4   Q. Were you -- When you went to
5   training, were you aware that -- drop that
6   question. Were you ever aware that to be
7   able to patrol and enforce the law and
8   arrest people, you were supposed to be a
9   certified officer?
10  A. No, sir.
11      MR. HOWARD: Object to form.
12  Q. Who told you to go out and start
13  patrolling?
14  A. I'm sure it was Chief Johnson
15  because he was the one that I was working
16  directly for that made the schedule out and
17  so forth.
18  Q. Did you depend on Chief Johnson to
19  make sure you complied with what the rules
20  and regulations were of the law?
21  A. Yes, sir.
22  Q. Were you aware of Rule 650-X-2.01,
23  Number 2, prior to -- or have you ever been

Page 31

1   aware of that one?
2   A. I probably was not aware of it at
3   the time. I don't think I was.
4   Q. And you depended on Chief Johnson
5   to tell you what to do?
6   A. Yes, sir.
7   Q. I might have asked you this. Why
8   didn't you give those tickets to Mr.
9   Matthews at the scene?
10  A. I'm sure the reason I didn't was
11  because I was new and it was the first
12  accident that I had been on where you had an
13  injury. And there was just a lot of chaos
14  and confusion.
15      And so, you know, I was trying to
16  get the accident worked and trying to make
17  sure that the girl that was -- that had the
18  -- I think she had a broken leg that was
19  riding the motorcycle that was involved --
20  that she got paramedics there to take care
21  of her and so forth.
22  Q. Were you aware that Mr. Matthews
23  had just bought that car that day?

Page 32

1   A. No, sir.
2   Q. One thing I don't understand. I
3   want you to look at the tickets without the
4   Bates stamps.
5   A. Yes, sir.
6   Q. And I want you to look at tickets
7   -- we'll go by the number first. Look at
8   6347085. And I'll give it to you.
9   A. Okay.
10  Q. And I want you to compare that
11  with this ticket here, 085, with the one
12  with the Bates stamp on it. And I think --
13  You see those two tickets?
14  A. Yes, sir.
15  Q. And I noticed where you signed it
16  it says verified before me -- verified and
17  acknowledged before me this date and it's
18  got 4-19-04; correct?
19  A. Yes, sir.
20  Q. And it's got Clara Mims on there;
21  is that correct? That you verified --
22  A. Right. Right.
23  Q. Now, as I look at the one with the

FREEDOM COURT REPORTING

Page 33

1  Bates stamp mark on it, where is Ms. Mim's
2  signature?
3      A.  It's not on there.
4      Q.  It looks like down at the bottom
5  -- and you can't make it out on this --
6  that Mr. Matthews' signature is down there?
7      A.  Right.
8      Q.  Did you deliver this ticket to Mr.
9  Matthews before it was verified before Ms.
10 Mims?
11     A.  I believe I did.  But I -- I think
12 I did, but I'm not positive.  But I would
13 have thought I did.
14     Q.  Let's look at the next one which
15 would be ticket number 6347086.
16        MR. HOWARD:  Jim, let's go ahead
17 and mark this --
18        MR. DEBARDELABEN:  Yes, let's go
19 ahead and mark these.
20        MR. HOWARD:  -- as Plaintiff's
21 Exhibit 1.
22        MR. DEBARDELABEN:  Yes.
23        (Whereupon, Plaintiff's Exhibit

Page 34

1  No. 1 was marked for identification and
2  attached to the original transcript.)
3      Q.  Is Ms. Mims' signature on that
4  ticket?
5      A.  Yes, sir.
6      Q.  Now, from what I have as Bates
7  stamp seven eighteen and seven nineteen --
8  isn't it 086?
9        MR. HOWARD:  Yes, you are correct.
10     Q.  It appears on the copy I got -- it
11 doesn't come through real clean -- that Mr.
12 Matthews again signed that ticket -- and
13 this is the Bates stamped one -- prior to --
14 and the copy he was delivered was not
15 certified.  Is that what you've got?
16     A.  Wait now.  Say that again.
17     Q.  Ms. Mims' certified the ticket --
18     A.  Right.
19     Q.  -- to you on the 19th?
20     A.  Right.
21     Q.  But it appears the copy -- the one
22 copy that's got the defendant's signature on
23 it does not have the complaint certified,

Page 35

1  does it?
2      A.  No, sir.
3      Q.  So he was delivered a copy of this
4  complaint without it being certified, wasn't
5  he, apparently?
6      A.  I'm sure he was because you have
7  to go to the magistrate at a later time --
8      Q.  Okay.
9      A.  -- to get them to sign it.  And
10 you swear to it.
11     Q.  Is it -- Let's mark that as
12 Plaintiff's Exhibit No. 2.
13        (Whereupon, Plaintiff's Exhibit
14 No. 2 was marked for identification and
15 attached to the original transcript.)
16        MR. DEBARDELABEN:  Rick, to make
17 this so it kind of flows, let's put this one
18 together with the two tickets.
19        So Plaintiff's Exhibit 1 will be
20 the signed and unsigned ticket and
21 Plaintiff's Exhibit 2 will be the signed and
22 unsigned ticket.  You might have a better
23 copy than me and I'll be happy to

Page 36

1  substitute.
2        MR. HOWARD:  I'll tell you what we
3  can do, is put -- let me go make a copy of
4  the Bates stamped tickets.
5        MR. DEBARDELABEN:  Yes.  I have
6  the Bates stamp right here.
7        MR. HOWARD:  Well, if you need an
8  extra copy, I can go do it.  We can put them
9  as copies of like one 1-A and 2-A.
10       MR. DEBARDELABEN:  Yes.  I just
11 want to keep that together.
12       (Whereupon, Plaintiff's Exhibits
13 1-A and 2-A were marked for identification
14 and attached to the original transcript.)
15       MR. DEBARDELABEN:  Let's be sure
16 we've got them right.  85 will be 1-A and 86
17 will be 2-A.
18     Q.  What do you do with the copy of
19 the ticket that says officer's copy?
20     A.  The two tickets that I wrote in
21 Autaugaville, I kept those two tickets.
22     Q.  Do you have them with you now?
23     A.  I don't have them with me now.  I

9 (Pages 33 to 36)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

Page 37

1  have them at home.
2      Q.  You have them at home?
3      A.  Yes.
4      Q.  Do you keep tickets in Wetumpka
5  that says officer's copy?
6      A.  No, sir.
7      Q.  What do you do with them in
8  Wetumpka?
9      A.  They're all turned in together.
10     Q.  Who are they turned in to?
11     A.  We have a box, a metal box that's
12 thick metal with a pad lock on it. And one
13 of our two magistrates -- Kenny Harris, he's
14 the only one that has a key to it.
15         We drop all the paperwork and
16 UTC's in the box and he comes over once a
17 day during the week when he works and he
18 picks all the ones up that were written
19 since he was there last.
20     Q.  So Mr. Harris collects them up?
21     A.  Yes, sir.
22     Q.  Was that the procedure when you
23 got to Wetumpka?

Page 38

1      A.  Yes, sir.
2      Q.  What about at when you worked at
3  AUM, did you write tickets?
4      A.  Yes, sir.
5      Q.  What did do you with the officer's
6  copy at AUM?
7      A.  We were allowed to keep them.
8      Q.  You were allowed to keep them?
9      A.  Yes, sir.
10     Q.  That's the only two places you
11 have worked besides Autaugaville, isn't it?
12     A.  Yes, sir.
13     Q.  But Wetumpka doesn't allow that?
14     A.  No, sir.
15     Q.  Do you know why?
16     A.  No, sir.
17     Q.  Okay.
18         MR. DEBARDELABEN: I have nothing
19 else.
20         MR. HOWARD: I don't have any.
21
22
23

Page 39

1         C E R T I F I C A T E
2
3  STATE OF ALABAMA )
4  MONTGOMERY COUNTY)
5
6         I hereby certify that the above
7  and foregoing deposition was taken down by
8  me in stenotype, and the questions and
9  answers thereto were transcribed by means of
10 computer-aided transcription, and that the
11 foregoing represents a true and correct
12 transcript of the testimony given by said
13 witness upon said hearing.
14        I further certify that I am
15 neither of counsel, nor of kin to the
16 parties to the action, nor am I in any wise
17 interested in the result of said cause.
18
19
20        ----------------
21         CINDY WELDON
22
23

10 (Pages 37 to 39)

**A**
able 30:7
academy 11:22
  12:7,10 13:5
  13:11,13,19,19
  13:23 14:1,4
  14:15,23 15:2
  15:22 16:6,8
  16:13,14,18,21
  17:3,9
accident 21:22
  21:23 22:10,11
  22:21 23:1
  24:4,10 27:9
  27:13 28:4,23
  29:15 31:12,16
accurate 20:8
acknowledged
  32:17
action 39:16
add 25:14
adverse 11:6,16
advised 1:20
agencies 13:7
agility 12:18
AGREED 2:14
  3:1,10
ahead 24:23
  33:16,19
al 1:5,9 2:5,10
Alabama 1:2,14
  2:2,21 4:7,13
  39:3
allow 38:13
allowed 9:4 38:7
  38:8
Amended 1:15
answer 11:20
answers 39:9
anybody 11:5
  21:6
APOSTC 11:3
  17:2
apparently 35:5

appear 12:5
appears 34:10
  34:21
application 7:23
  8:5
applied 8:2
apply 13:12
appreciate 25:6
approach 18:5
April 1:19 2:21
  16:10 23:19
arrest 27:21
  30:8
asked 26:17
  31:7
assign 3:5
attached 34:2
  35:15 36:14
attend 12:9 16:1
  16:3
Auburn 7:1
AUM 38:3,6
Autauga 26:23
Autaugaville 1:8
  2:9 7:9,11,14
  8:1,16 9:17
  10:4 15:21
  16:17 17:10
  19:18 20:11
  21:12 36:21
  38:11
available 22:5
AVENUE 4:6
aware 30:5,6,22
  31:1,2,22
a.m 2:22 20:13

**B**
B 5:8
back 15:4 16:17
  21:13 23:23
  24:19,21
basically 8:21
  13:23 18:14

Bates 7:18 12:3
  17:1 23:11,23
  24:2,16,19
  25:18 32:4,12
  33:1 34:6,13
  36:4,6
believe 7:12
  8:10 12:16
  13:14,21 26:10
  27:14 33:11
belt 8:19
better 35:22
bit 25:3
Black 10:16
Board 8:11
bottom 33:4
bought 31:23
box 37:11,11,16
break 27:2
broken 31:18

**C**
C 4:1 39:1,1
call 14:15 21:11
Campus 7:2
car 9:9 18:11
  19:22 20:7
  28:11 31:23
care 31:20
Carmichael
  2:20 4:12
carry 9:4
carrying 9:2
CASE 1:7 2:7
cause 39:17
certification
  18:17
certified 2:18
  9:5,6,10,13
  10:10,11,12,22
  11:1 17:5 23:8
  29:18 30:9
  34:15,17,23
  35:4

certify 39:6,14
change 14:20,21
  20:22
chaos 31:13
charge 13:7
check 19:17,23
  20:2,6,8
checked 26:9
  28:13
chief 8:13 11:10
  13:14 14:9,16
  14:16 16:16
  17:14,18 20:22
  21:15 22:1
  24:3 26:17
  27:8 30:14,18
  31:4
Cindy 1:15 2:18
  39:21
City 6:17,20
Civil 1:14
Clara 32:20
class 15:8
clean 34:11
clearer 25:3
clicked 19:5
close 21:15
collects 37:20
come 13:12 20:5
  20:9 21:13
  22:12 34:11
comes 19:12
  37:16
Commissioner
  2:19 3:11
companies
  19:10
company 19:12
compare 32:10
complaint 34:23
  35:4
complied 30:19
computer-aided
  39:10

confusion 31:14
contact 21:16
contacted 22:7
conversation
  14:13
copies 24:21
  25:2,10 26:4
  36:9
copy 26:3 34:10
  34:14,21,22
  35:3,23 36:3,8
  36:18,19 37:5
  38:6
corner 26:13
correct 32:18,21
  34:9 39:11
council 8:12
counsel 2:16 3:2
  3:4 39:15
County 10:1
  21:12 26:23
  39:4
course 11:2 18:9
court 1:1,21,22
  2:1 6:5 26:5,8
  26:11,18 27:2
cut 20:6

**D**
D 5:1
dash 26:15,15
date 8:6 9:7
  26:14,16 27:11
  28:3 32:17
dates 12:12
day 1:18 9:11
  15:17 19:22
  20:12,19 22:2
  22:3 28:9 29:3
  31:23 37:17
days 20:15,16,20
  21:1 28:9 29:2
daytime 15:10
Debardelaben

| | | | | |
|---|---|---|---|---|
| 1:17 4:4,5 5:4 6:4 24:15,22 25:5,9,15 33:18,22 35:16 36:5,10,15 38:18 | 27:3 29:12 **drop** 26:23 27:4 30:5 37:15 **dropped** 27:1,2 **duly** 6:2 **duty** 8:18,19 9:3 | **find** 27:22 28:17 **firearm** 11:7 **firearms** 9:16 11:2 **first** 6:2 9:8 12:15,23 13:4 20:6 25:23 | 26:17,18 30:12 32:7 33:16,18 35:7 36:3,8 **going** 7:17 13:4 13:19 15:21 16:13 27:3,5 **gotten** 26:21 | 34:1 35:14 36:13 **III** 1:12 2:17 6:1 **injury** 31:13 **instructor** 9:16 **instructors** 14:14 |
| **decided** 14:6 **DEFENDANT** 4:9 **Defendants** 1:10 2:11 **defendant's** 34:22 **deliver** 33:8 **delivered** 34:14 35:3 **delivering** 1:16 **department** 7:2 21:7 **depend** 30:18 **depended** 31:4 **deposition** 1:12 2:16 3:7,11 6:9 39:7 **deputies** 21:12 **Deputy** 21:19 22:11 27:14 **determine** 19:3 **different** 10:12 11:11 20:23 **diploma** 17:2 **directly** 30:16 **dirt** 10:3,5 **discuss** 14:9 **discussing** 12:1 **DISTRICT** 1:1 1:2 2:1,2 **DIVISION** 1:3 2:3 **document** 7:20 7:22 **drive** 10:6 **driver** 28:13 **driving** 23:6 | **E** **E** 4:1,1 5:1,8 39:1,1 **early** 15:18 **effect** 14:17 **effective** 1:15 16:2 **eight** 15:15 **eighteen** 23:12 24:1,2,16 34:7 **employed** 6:15 6:23 7:3,5,6,7 **enforce** 30:7 **enforcement** 19:9 23:9 **equipment** 8:16 18:3,7,15 **et** 1:5,9 2:5,10 **evidence** 3:7 **exact** 9:7 12:12 **exactly** 9:22 **EXAMINATI...** 5:3 6:4 **Exhibit** 5:10,11 5:12 33:21,23 35:12,13,19,21 **exhibits** 1:19 36:12 **extra** 36:8 **F** **F** 39:1 **far** 18:3 **February** 6:21 6:22 7:4 8:7 **Federal** 6:8 **filed** 1:22 **filing** 3:10 | 31:11 32:7 **five** 10:5 20:15 **flows** 35:17 **follows** 6:3 **force** 11:10 **foregoing** 39:7 39:11 **fork** 19:14,16 20:1 **form** 3:3 11:17 30:11 **former** 10:18 **forth** 11:13 12:20 18:4,6 30:17 31:21 **forty** 12:4 **found** 27:11,18 28:3 **four** 20:20 **furnished** 12:4 **further** 2:23 3:9 39:14 **G** **gear** 8:19 **getting** 11:12 15:20 **girl** 31:17 **give** 31:8 32:8 **given** 39:12 **giving** 12:20 27:2 **Glock** 10:23 **go** 7:10 8:11 13:12 14:6 15:3,4 16:7 17:23 24:21,23 | **graduated** 16:10 17:3 **grants** 13:10 **great** 25:15 **grounds** 3:5 **guess** 15:19 **Gutes** 9:18 10:10 **guy** 10:14,16 **H** **H** 5:8 **handcuffs** 18:14 **happened** 12:2 **happy** 35:23 **Harris** 37:13,20 **headed** 10:16 **hearing** 39:13 **help** 21:9,22 **holders** 8:20 **holsters** 8:19 **Holtsford** 2:20 4:11 **home** 15:3,5 29:5 37:1,2 **homework** 12:21 14:23 15:6 **hours** 20:10 **HOWARD** 4:10 6:7 11:17,19 24:14,18,23 25:7,11 30:11 33:16,20 34:9 36:2,7 38:20 **I** **identification** | **insurance** 23:6 27:5 29:10,13 **interested** 39:17 **involved** 31:19 **issue** 23:17,21 28:23 29:6 **issued** 8:17,18 8:22,23 24:3 27:8 **J** **Jay** 9:19,20 10:9 10:13 **Jim** 1:16 4:4 24:14 33:16 **job** 14:1 17:15 19:9 **Johnson** 4:16 11:10 13:14 14:10,16,16 16:16 17:14,18 20:22 21:16 22:1 24:4 27:9 30:14,18 31:4 **July** 16:11,11 17:5 **K** **keep** 25:14 36:11 37:4 38:7,8 **Ken** 10:10 **Kenny** 37:13 **Kent** 9:18 **kept** 26:4 36:21 **Kevin** 21:18 **key** 37:14 **kin** 39:15 |

kind 8:16 35:17
know 6:12 10:3
  10:9 11:12,12
  11:20,22 14:19
  18:2,13 20:22
  21:21 26:19
  28:20 31:15
  38:15
knowledge
  22:17

**L**

L 2:13,17
law 19:9 23:8
  30:7,20
lawyer 6:12
lawyers 12:5
leading 3:3
Lee 1:12 6:1,14
left 17:8 23:14
  24:4,9 27:9
  29:15
leg 31:18
let's 23:11 27:6
  33:14,16,18
  35:11,17 36:15
LEVAN 4:16
lights 18:10
little 25:3
lived 21:14
lock 37:12
long 6:19 7:13
  10:6 12:14
  16:20 22:11
  28:7,22
look 25:18 27:6
  32:3,6,7,23
  33:14
looking 23:11
looks 23:19
  26:13 28:13
  33:4
lot 31:13

**M**

MADISON 4:6
magistrate 26:9
  27:23 35:7
magistrates
  37:13
manuals 11:9
March 7:12 8:9
  12:12 16:2
mark 33:1,17,19
  35:11
marked 34:1
  35:14 36:13
Matthews 1:5
  2:5 23:22 26:6
  31:9,22 33:6,9
  34:12
mayor 8:13
McMichael 9:19
  9:20 10:10,13
McNabb 21:19
  21:19 22:12
  27:14
mean 13:19
  27:13
means 39:9
members 8:12
metal 37:11,12
MIDDLE 1:2
  2:2
miles 10:5
Mims 32:20
  33:10 34:3,17
Mim's 33:1
mind 14:20,21
minute 24:14
minutes 15:17
misdemeanor
  27:20
model 10:23
Montgomery
  2:21 4:7,13 7:1
  12:6 13:4,13
  15:4 16:13
  17:8 39:4

months 7:16
morning 13:1
  15:13
motorcycle
  31:19

**N**

N 2:13 4:1 5:1
name 6:13 10:15
  28:10
necessary 3:1
need 36:7
needed 21:9,13
  26:17
neither 39:15
never 18:11
new 23:4 31:11
night 12:22 15:3
nineteen 23:12
  24:2,17 25:13
  34:7
Nix 2:20 4:11
NORTHERN
  1:3 2:3
Notary 2:19
note 26:6 28:3
notes 25:12
notice 3:10
noticed 23:23
  32:15
number 1:7 2:7
  12:4 28:21
  30:23 32:7
  33:15
numbers 24:19

**O**

O 2:13
Object 11:17
  30:11
objected 11:19
objections 3:2,5
OC 18:11
occasions 10:13
offered 3:7

officer 6:17 7:9
  8:21 10:19
  23:9 24:4 27:9
  29:19 30:9
officer's 19:9
  25:12 36:19
  37:5 38:5
offices 2:20
Oh 26:16
Okay 6:22 7:5
  7:10 10:21
  11:14 13:8
  14:3 16:20,23
  17:17 20:2,14
  22:17 25:11
  26:22 27:6
  28:2 29:7,17
  32:9 35:8
  38:17
once 10:13,14
  37:16
ones 37:18
on-the-job 11:13
  11:23 17:18,19
oral 1:18
original 1:17
  34:2 35:15
  36:14
o'clock 15:15

**P**

P 2:13 4:1,1
pad 37:12
page 5:3,9 25:4
  25:23
paid 15:20 26:7
  26:11,20,20
paperwork
  37:15
paramedics
  31:20
part 25:14
parties 2:15 3:4
  39:16

passed 12:18
patrol 9:9 18:1
  18:11 19:22
  20:7 29:22
  30:7
patrolling 17:10
  18:20 30:13
pay 27:5
paying 13:8
people 18:5 30:1
  30:8
people's 19:3
periodically
  19:13 20:23
phone 21:17
  22:8
phonetically
  9:18
physical 12:18
picks 37:18
place 13:4
places 38:10
PLAINTIFF 4:3
Plaintiffs 1:6 2:6
Plaintiff's 5:10
  5:11,12 33:20
  33:23 35:12,13
  35:19,21 36:12
please 1:20 6:13
point 28:6
police 6:17 7:2,9
  8:21 10:18
  11:22 12:6,9
  13:5,10,13
  15:22 16:5,8
  16:13,14 17:9
  21:7 29:19
policies 11:8
positive 33:12
PRESENT 4:15
prior 3:7 6:22
  7:6 24:7 30:23
  34:13
probably 13:6

13:10,10 23:5
28:9 29:1,8
31:2
procedure 1:14
  37:22
procedures 11:8
proof 23:5 27:4
  29:9,13
Public 2:19
pulled 11:6
purpose 13:3
  19:2
push-ups 12:19
put 24:23 26:16
  35:17 36:3,8
p.m 20:13

**Q**
question 30:6
questions 3:3,4
  39:8
quickly 22:13

**R**
R 4:1 39:1
radar 18:10,17
  18:19
radio 18:10
  21:11,16,17
  22:8,9
range 9:17,23
react 11:15
read 6:7,9 11:9
  26:14
reading 6:10
real 21:15 34:11
really 13:9
  15:19
reason 31:10
reasons 18:5
recalibrate 19:6
  19:10,15
recall 28:19
receive 11:4
received 11:14

recess 25:16
recognize 7:20
registered 28:11
regulations
  30:20
remember 7:16
  8:10,13 9:7,21
  10:2,15,17,18
  10:20 12:11
  13:22 15:14
  16:9 20:13
  21:4 23:10
  29:1,3,4,6,14
remembered
  25:7
Reporter 1:21
  2:18 6:5
represents 39:11
required 12:19
requires 11:3
  16:22
resign 12:17
resignation 12:6
resigned 12:15
  13:2 14:10
  16:2
resigning 16:12
respective 2:16
result 39:17
retained 1:21
Ricardo 1:5 2:5
  23:22 26:5
  28:14
Rick 4:10 35:16
ridden 17:15
ride 17:19 18:1
riding 11:12
  17:17 31:19
right 6:9 7:16
  8:10,14 9:10
  10:7,20 13:22
  15:14 16:9
  20:13 21:5
  23:10,20 24:18

26:1 27:1
28:10,15,16
29:4,14 32:22
32:22 33:7
34:18,20 36:6
36:16
right-hand
  26:13
road 2:21 4:12
  10:1,3,4,5
rode 9:9
row 20:21
Rule 1:13 30:22
rules 1:14 30:19
run 28:21

**S**
S 2:13 4:1 5:8
safety 18:5
Saturday 20:20
says 16:3 26:13
  26:23 27:7
  32:16 36:19
  37:5
scene 24:5,10
  27:10,13 28:5
  29:15 31:9
schedule 20:21
  20:23 30:16
second 25:4
see 19:4 23:11
  23:15 32:13
Segers 1:12 2:17
  6:1,8,14,16
September 7:4
serve 22:23
set 13:15,16
  15:19
seven 23:12,12
  23:13,14 24:1
  24:1,2,16,16
  25:12,13,19
  27:7 34:7,7
seventy-four

17:1
shift 13:20 19:23
  20:6,12
short 25:16
Shorthand 2:18
shot 11:2
show 7:18 8:6
  9:12 12:3
  16:23 18:7
showed 18:2,9
  18:15,16
sign 6:7,10 35:9
signature 33:2,6
  34:3,22
signed 32:15
  34:12 35:20,21
signing 6:10
sir 6:13 7:21 8:4
  9:1,15 10:8
  12:8 13:17,21
  14:5,8,11 15:1
  15:7,9,11,23
  17:4,7,12,22
  18:18 19:1
  21:8 22:7,16
  22:19,22 23:2
  24:6,13 25:20
  29:16,20 30:10
  30:21 31:6
  32:1,5,14,19
  34:5 35:2 37:6
  37:21 38:1,4,9
  38:12,14,16
situation 11:6
  11:16
sit-ups 12:19
six 7:16
sleep 12:22
somebody 11:6
soon 22:10
sorry 11:18
sounds 23:20
speed 19:3,6,17
speeding 19:4

spelled 9:18
spray 18:12
stamp 12:3
  23:12 24:1,2
  24:16,19 25:18
  32:12 33:1
  34:7 36:6
stamped 7:18
  17:1 34:13
  36:4
stamps 32:4
start 9:2 15:12
  15:15 16:18
  30:12
started 15:18
  16:9
state 6:13 10:19
  16:22 39:3
STATES 1:1 2:1
stay 12:22 14:19
  15:2
stenotype 39:8
STIPULATED
  2:14,23 3:9
stipulations 6:6
stop 18:6
stopped 29:23
  29:23 30:1
stops 18:3
subject 24:3
  27:8
subpoena 26:19
  26:19
substitute 36:1
supervise 22:6
supervised
  21:18,20
supervising
  22:18
supervision
  22:15
supposed 15:15
  22:18 27:12
  28:4 30:8

FREEDOM COURT REPORTING

Page 44

| | | | | |
|---|---|---|---|---|
| sure 13:9,11 14:17 20:8 24:22 30:14,19 31:10,17 35:6 36:15 | thirty-seven 7:19 | transcript 1:17 34:2 35:15 36:14 39:12 | **V** | 28:1 37:4,8,23 38:13 |
| | thought 33:13 | | vehicle 17:11 18:1 28:21 | we'll 6:7 25:13 32:7 |
| | ticket 24:3,20,21 25:21,21 26:23 27:8,12,16 28:4,7,12,22 28:23 29:10 32:11 33:8,15 34:4,12,17 35:20,22 36:19 | transcription 39:10 | verified 32:16 32:16,21 33:9 | we're 23:11,18 24:15 |
| suspended 23:6 27:3 29:12 | | trial 3:6 | vest 8:20 | we've 36:16 |
| swear 35:10 | | true 27:19 39:11 | VIN 28:21 | wise 39:16 |
| sworn 6:2 | | trying 31:15,16 | vs 1:7 2:7 | witness 11:18 39:13 |
| **T** | | tuning 19:14,16 20:1 | **W** | |
| T 2:13,13 5:8 39:1,1 | | turn 27:7 | wait 24:14 25:10 34:16 | work 7:10,13 8:8,15 9:10 12:2,23 15:8 16:17 17:9 19:22 20:5,9 20:10,23 28:1 |
| | tickets 18:4,22 22:20 23:8,17 24:1,9 25:2 26:4 29:17 31:8 32:3,6,13 35:18 36:4,20 36:21 37:4 38:3 | turned 19:20 20:3 37:9,10 | waiting 16:18 | |
| tag 28:15,18,20 | | Tuscaloosa 16:5 16:8,14,19 | waive 6:10 | |
| take 31:20 | | twelve 16:22 | waived 3:11 | |
| taken 1:18 2:17 25:17 39:7 | | twenty 23:14 25:19 | want 6:11 9:12 12:3 14:18 16:23 25:18 32:3,6,10 36:11 | |
| talk 6:11 | | twenty-one 23:13 25:13 27:7 | | worked 7:15 31:16 38:2,11 |
| talked 16:16 22:8 | | | | working 7:8 13:18,20 14:1 19:11 20:12,17 20:18 21:3,3 22:14 30:15 |
| talking 9:23 11:10 23:15,18 24:15 | time 3:6,6 9:9 14:2 15:12,19 16:12 19:19 20:3,4,9 21:21 23:7 26:8 29:12,14,21 31:3 35:7 | two 10:12 22:22 23:7 29:8 32:13 35:18 36:20,21 37:13 38:10 | warning 30:2 | |
| | | | Washington 10:19 | |
| | | | wasn't 15:19 21:20 22:5,18 27:18 35:4 | |
| tell 10:17 14:12 17:17 28:11 31:5 36:2 | | **U** | weapon 8:20,23 9:3,14 10:21 | works 29:5 37:17 |
| | times 30:1 | U 2:13 | week 12:16 14:3 20:15,16,21 37:17 | wouldn't 26:21 28:8 |
| telling 14:22 | told 14:14,15 15:16 24:7 26:10 27:15 28:1 30:12 | understand 27:19 32:2 | | write 18:4,22 22:20 24:9 27:12,20 28:2 28:4 29:9 38:3 |
| test 12:18 | | understanding 19:8 | weekend 20:19 | |
| testified 6:2 | | | weekends 21:2 | writing 25:22 |
| testimony 1:18 39:12 | top 25:22 | uniforms 8:18 | weeks 16:22 | written 27:15,16 29:11 30:2 37:18 |
| | total 7:15 | UNITED 1:1 2:1 | Weldon 1:16 2:18 39:21 | |
| thereto 3:8 39:9 | town 1:8 2:9 7:8 7:11,14,23 8:12,15 15:20 17:9 21:14 | University 7:1 | | |
| thick 37:12 | | unsigned 35:20 35:22 | went 8:8,15 9:10 14:3 16:5,17 17:9 26:5,8,11 29:4,5 30:4 | wrote 22:22 23:7 24:8 28:6 28:7,7 29:13 29:18 36:20 |
| thing 13:1 32:2 | | | | |
| things 8:20 11:11 12:1 | | use 11:9 18:2,8,9 18:10,11,13,15 18:19 | | |
| think 8:8 10:11 12:15 22:9 23:4,14 24:18 25:11 26:22 31:3,18 32:12 33:11 | traffic 18:3,6,20 | | weren't 22:14 | Wyatt 1:12 2:17 6:1,14 |
| | training 11:4,13 11:15,23 13:7 15:10 16:2,4 17:16,18,20 30:5 | | WESTRY 4:5 | |
| | | Usual 6:5 | Wetumpka 6:18 6:20 19:11 | **X** |
| third 6:14 | | UTC 27:20 30:3 | | X 5:1,8 |
| thirty-five 7:19 | transcribed 39:9 | UTC's 37:16 | | |

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

| | |
|---|---|
| **Y** | 36107 4:7 |
| year 27:19 | |
| **0** | **4** |
| 04 7:4,12 8:7 | 4-19-04 32:18 |
| 12:13 16:11 | 4:00 20:13 |
| 23:19 | 4001 2:20 4:12 |
| 06 7:4 | **5** |
| 085 32:11 | 5(d) 1:13 |
| 086 34:8 | |
| **1** | **6** |
| 1 5:10 33:21 | 6 5:4 |
| 34:1 35:19 | 6th 6:21,22 |
| 1-A 5:12 36:9,13 | 6347085 32:8 |
| 36:16 | 6347086 33:15 |
| 11:30 2:22 | 650-X-2.01 |
| 13 10:1 | 30:22 |
| 14th 8:7 | **7** |
| 15 1:15 | 7 26:15 |
| 15th 16:11 17:6 | |
| 1505 4:6 | **8** |
| 18th 23:19 | 8:00 15:16,18 |
| 19th 34:19 | 20:13 |
| 1988 1:15 | 85 36:16 |
| | 86 36:16 |
| **2** | **9** |
| 2 5:11 30:23 | 9 26:14 |
| 35:12,14,21 | 9-7 26:14 |
| 2-A 5:12 36:9,13 | |
| 36:17 | |
| 2:06-CV-185-... | |
| 1:8 2:8 | |
| 20th 1:18 2:22 | |
| 2004 17:6 | |
| 2006 6:21,23 | |
| 2007 1:19 2:22 | |
| 22 10:23 | |
| **3** | |
| 31st 16:3 | |
| 33 5:10 | |
| 35 5:11 | |
| 36 5:12 | |
| 36106 4:13 | |