IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICARDO MATTHEWS and ) | |
| CLEO FRANK JACKSON, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| ) | CASE NO:2:06 cv 185-DRB |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| TOWN OF AUTAUGAVILLE, et al., ) | |
| ) | |
| ) | |
|     Defendants. ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE

Counsel for the parties in the above-styled case have complied with the Court s Order to schedule a conference wherein settlement discussion occurred.  On or about March 11, 2008, the parties attempted to settle the case, however, where unable to agree to an amount in terms of settlement.  Settlement discussions are ongoing, and in the event that the parties are able to settle this case, the Court will be promptly notified.

Respectfully submitted this the 17th day of March, 2008.

/s/Jim L. DeBardelaben
Attorney for Plaintiff
ASB: 4800-A40J

**OF COUNSEL:**
Jim L. DeBardelaben, Esq.
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 17th day of March, 2008.

Rick A. Howard, Esq.
Alex Holtsford, Jr., Esq.
April M. Wills, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128

                                                         /s/ Jim L. DeBardelaben