IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Ricardo Matthews, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | 2:06 cv 185-MHT |
| | * | |
| Town of Autaugaville, et al., | * | |
| | * | |
| Defendants. | * | |

## DEFENDANTS' WITNESS LIST[1]

COME NOW Defendants, by and through counsel, and state the following witnesses may be called to testify at the trial of this matter:

1.  LeVan Johnson
    c/o Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
    P.O. Box 4128
    Montgomery, AL 36103-4128
    (334) 215-8585

2.  Curtis Jackson
    c/o Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
    P.O. Box 4128
    Montgomery, AL 36103-4128
    (334) 215-8585

3.  Wyatt Lee Segers
    77 Cherry Street
    Wetumpka, Alabama 36067
    (334) 567-8102

---

[1] These witnesses are for the claim by Ricardo Matthews, as Cleo Jackson has not made an appearance in this case or presented himself for a deposition.

4. Donnie Martin
   1626 Martin Drive
   Deatsville, Alabama
   (334)361-7498

5. Alfred Wadsworth, Jr.
   614 Foxwood Road
   Prattville, Alabama
   (334) 361-0857

6. Cleo Frank Jackson
   115 White Oak Ct.
   Prattville, Alabama

7. Ricardo Matthews
   204 North Picket Street
   Autaugaville, AL

8. Representative/Custodian of Records
   City of Prattville Municipal Court
   101 West Main Street
   Prattville, Alabama 36067
   (334) 361-3621

9. Representative/Custodian of Records
   Autauga County District Court
   134 North Court Street
   Prattville, Alabama 36067
   (334) 361-3811

10. Representative/Custodian of Records
    Autauga County Circuit Court
    134 North Court Street
    Prattville, Alabama 36067
    (334) 361-3811

11. Representative/Custodian of Records
    Montgomery County District Court
    251 S. Lawrence Street
    Montgomery, Alabama 36102
    (334) 832-1340

12. Representative/Custodian of Records
    Montgomery County Circuit Court
    251 S. Lawrence Street
    Montgomery, Alabama 36102
    (334) 832-1340

13.     Representative/Custodian of Records
    Town of Autaugaville
    P.O. Box 237
    Autaugaville, Alabama 36003
    (334) 365-9563

14.     Laura Danford
    City Hall Autaugaville
    P.O. Box 237
    Autaugaville, Alabama 36003
    (334) 365-9563

15.     Mary Carolyn
    204 Taylor Street
    Autaugaville, AL 36003
    (912) 571-0874

16.     Any person needed to authenticate documents in Defendant's exhibit list.

17.     Alan Benefield
    Alabama Peace Officers Standard Training Commission
    RSA Union Building
    100 North Union Street, Suite 600
    Montgomery, Alabama 36130
    (334) 242-4045

18.     Representative/Custodian of Records
    Alabama Peace Officers Standard Training Commission
    RSA Union Building
    100 North Union Street, Suite 600
    Montgomery, Alabama 36130
    (334) 242-4045

19.     Carla Mims
    134 North Court Street
    Prattville, Alabama
    (334) 361-3739

20.     Representative/Custodian of Records
    Autauga County Jail
    136 North Court Street
    Prattville, Alabama

21.     Whit Moncrief
    Circuit Court Clerk
    Autauga County

134 North Court Street
Prattville, Alabama 36067
(334) 361-3811

                                Respectfully submitted,

                                /sRick A. Howard
                                ALEX L. HOLTSFORD, JR. (HOL048)
                                RICK A. HOWARD (HOW045)
                                APRIL W. MCKAY (WIL304)
                                Attorneys for Defendants

OF COUNSEL:

Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

4

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Jim L. Debardelaben
1505 Madison Avenue
Post Office Box 152
Montgomery, AL 36101-0152

    This the 13th day of May, 2008.

                                                  /s Rick A. Howard
                                                OF COUNSEL