IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Ricardo Matthews, | * |
| Plaintiffs, | * |
| vs. | *   2:06 cv 185-MHT |
| Town of Autaugaville, et al., | * |
| Defendants. | * |

## DEFENDANTS' EXHIBIT LIST[1]

COME NOW Defendants, by and through counsel, and state the following exhibits may be utilized at the trial of this matter:

| Exhibit | Description |
|---|---|
| 1 | Alabama Uniform Traffic Accident Report, April 18, 2004, involving an automobile accident between Plaintiff and Mary Carolyn. |
| 2 | Alabama Uniform Traffic Ticket and Complaint, April 18, 2004, #6347086 for driving without proof of insurance. |
| 3 | Alabama Uniform Traffic Ticket and Complaint, April 18, 2004, #6347085 for driving while suspended. |
| 4 | Abstract of Court record for the no insurance charge where Plaintiff pled guilty. |
| 5 | Abstract of Court record for driving while suspended where charge was |

---

[1] These exhibits are for the claim by Ricardo Matthews, as Cleo Jackson has not made an appearance in this case or presented himself for a deposition.

|     | dismissed. |
|-----|------------|
| 6   | Alabama Uniform Traffic Ticket and Complaint, November 11, 2005. |
| 7   | Abstract of court record for driving while suspended and related computer documents |
| 8   | Alabama Uniform Arrest Report, November 11, 2005, failure to appear for possession of controlled substance and warrant out of Autauga County. |
| 9   | Alabama Uniform Ticket and Complaint, February 24, 2006. |
| 10  | Alabama Uniform Traffic Ticket and Complaint, July 3, 2006. |
| 11  | Alabama Uniform Incident/Offense Report on Ricardo Matthews for carrying a concealed weapon without a permit, August 26, 2001. |
| 12  | Alabama Uniform Incident/Offense Report, April 17, 2003, where Alma Bristo alleged domestic violence against Plaintiff. |
| 13  | Alabama Uniform Arrest Report on Freeman Matthews for DUI, December 27, 2005. |
| 14  | Plaintiff Ricardo Matthews' response to Defendants' Request for Admission. |
| 15  | Plaintiff Ricardo Matthews' response to Defendants' First Interrogatories. |
| 16  | Documents from Michael McCollum's personnel file. |
| 17  | Document from Wyatt Lee Segers' personnel file. |
| 18  | Video tape of a traffic stop on Plaintiff. |
| 19. | Document from Alabama Peace Officers Standards and Training Commission. |
| 20. | Alabama Uniform Traffic Ticket and Complaint, Ticket # 7063837 and court documents. |

        Respectfully submitted,

        /sRick A. Howard
        ALEX L. HOLTSFORD, JR. (HOL048)
        RICK A. HOWARD (HOW045)
        APRIL W. MCKAY (WIL304)
        Attorneys for Defendants

OF COUNSEL:

Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Jim L. Debardelaben
1505 Madison Avenue
Post Office Box 152
Montgomery, AL 36101-0152

    This the 13th day of May, 2008.

        /s Rick A. Howard
        OF COUNSEL