IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Ricardo Matthews, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | 2:06 cv 185-MHT |
| | * | |
| Town of Autaugaville, et al., | * | |
| | * | |
| Defendants. | * | |

### DEFENDANTS' IDENTIFICATION OF DEPOSITION PARTS FOR USE AT TRIAL[1]

COME NOW Defendants, by and through counsel, and state the following parts of deposition may be used as evidence at that trial of this case.

A.   Deposition of Ricardo Matthews:

1.   Page 8, Lines 4-23;

2.   Page 9, Lines 1-20;

3.   Page 10, Lines 17-20;

4.   Page 12, Lines 7-10;

5.   Page 12, Lines 14-17;

6.   Page13 Lines 3-20;

7.   Page 14, Lines 3-14;

8.   Page 20, Lines 19-23;

9.   Page 21, Lines 1-8;

---

[1] These deposition lines are for the claim by Ricardo Matthews, as Cleo Jackson has not made an appearance in this case or presented himself for a deposition.

10. Page 23, Lines 13-21;

11. Page 36, Lines 21-23;

12. Page 37, Lines 1-6;

13. Page 37, Lines 20-23

14. Page 38, Lines 1-2;

15. Page 43, Lines 13-18;

16. Page 45, Lines 3-7;

17. Page 50, Lines 15-23;

18. Page 51, Lines 1-6;

19. Page 52, Lines 10-23;

20. Page 53, Lines 1-8;

21. Page 54, Lines 14-17;

22. Page 55, Lines 5-18;

23. Page 56, Lines 17-22;

24. Page 58, Lines 17-20;

25. Page 61, Lines 11-23;

26. Page 62, Lines 1-3;

27. Page 66, Lines 22-23;

28. Page 67, Lines 1-8;

29. Page 67, Lines 21-23;

30. Page 68, Lines 1-12;

31. Page 70, Lines 12-23;

32. Page 71, Lines 2-5;

33. Page 72, Lines 7-11;

34. Page 73, Lines 22-23;

35. Page 74, Lines 1-2;

36. Page 74, Line 23;

37. Page 75, Lines 1-7;

38. Page 78, Lines 16-18.

Respectfully submitted,


/sRick A. Howard
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendants

OF COUNSEL:

Nix Holtsford Gilliland
         Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Jim L. Debardelaben
1505 Madison Avenue
Post Office Box 152
Montgomery, AL 36101-0152

This the 13th day of May, 2008.

/s Rick A. Howard
OF COUNSEL