IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RICARDO MATTHEWS and** ) | |
| **CLEO FRANK JACKSON, et al.,** ) | |
| Plaintiffs, ) | |
| ) | **CASE NO:2:06 cv 185-DRB** |
| vs. ) | |
| **TOWN OF AUTAUGAVILLE, et al.,** ) | |
| Defendants. ) | |

## PLAINTIFFS DESIGNATION OF DEPOSITIONS TO BE USED AT TRIAL

COMES NOW the Plaintiffs, by and through their counsel of record and list the depositions which will be used at the trial of this case:

1. The complete deposition of Defendant LeVan Johnson

2. The complete deposition of Defendant Donnie Martin.

3. The complete deposition of Defendant Curtis Jackson

4. The complete deposition of Defendant Wyatt Segers, III.

Respectfully submitted this the 14th day of May, 2008.

/s/ Jim L. DeBardelaben
Attorney for Plaintiffs
ASB: 4800-A40J
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206 Telephone
(334) 265-9299 Facsimile
jimdebard@aol.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 14th day of May, 2008.

Rick A. Howard, Esq.
Alex Holtsford, Jr., Esq.
April M. Wills, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128

                                                   /s/ Jim L. DeBardelaben