IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICARDO MATTHEWS and <br> CLEO FRANK JACKSON, et al., <br>     Plaintiffs, <br><br> vs. <br><br> TOWN OF AUTAUGAVILLE, et al., <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )  CASE NO:2:06 cv 185-DRB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS EXHIBIT LIST**

COMES NOW the Plaintiffs, by and through their counsel of record and list the following exhibits which will be used at the trial of this case:

Exhibit #1    Alabama Peace Officer Standard and Training Commission Rules

Exhibit #2    Alabama Peace Officers Standard and Training Commission Rule 650-X-2.01

Exhibit #3    Personnel file of LeVan Johnson

Exhibit #4    Personnel file of Brett Wadsworth

Exhibit #5    Personnel file of Mike McCollum

Exhibit #6    Personnel file of Donnie Martin

Exhibit #7    Personnel file of Wyatt Segers, III

Exhibit #8    All citations issued by Defendant Mike McCollum, prior to him being certified by APOSTC

Exhibit #9    All citations issued by Defendant Wyatt Segers, III, prior to him being certified by APOSTC

| | |
|---|---|
| Exhibit #10 | All citations issued by Defendant Donnie Martin, prior to him being certified by APOSTC |
| Exhibit #11 | All citations issued by Officer Brett Wadsworth, prior to him being certified by APOSTC |
| Exhibit #12 | Ticket Log containing tickets issued by Defendant Mike McCollum |
| Exhibit #13 | Ticket Log containing tickets issued by Defendant Donnie Martin |
| Exhibit #14 | Ticket Log containing tickets issued by Defendant Wyatt Segers, III |
| Exhibit #15 | Ticket Log containing tickets issued by Officer Brett Wadsworth |
| Exhibit #16 | Arrest Log containing arrest reports made by Defendant Mike McCollum |
| Exhibit #17 | Arrest Log containing arrest reports made by Defendant Donnie Martin |
| Exhibit #18 | Arrest Log containing arrest reports made by Officer Brett Wadsworth |
| Exhibit #19 | Deposition of Defendant LeVan Johnson |
| Exhibit #20 | Deposition of Defendant Donnie Martin |
| Exhibit #21 | Deposition of Defendant Curtis Jackson |
| Exhibit #22 | Deposition of Defendant Wyatt Lee Segers, III |

Respectfully submitted this the 14th day of May, 2008.

/s/ Jim L. DeBardelaben
Attorney for Plaintiffs
ASB: 4800-A40J
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206 Telephone
(334) 265-9299 Facsimile
jimdebard@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 14th day of May, 2008.

Rick A. Howard, Esq.
Alex Holtsford, Jr., Esq.
April M. Wills, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128


                                                   /s/ Jim L. DeBardelaben