IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICARDO MATTHEWS and ) | |
| CLEO FRANK JACKSON, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| ) | CASE NO:2:06 cv 185-DRB |
| ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| TOWN OF AUTAUGAVILLE, et al., ) | |
| ) | |
| ) | |
|     Defendants. ) | |

## PLAINTIFFS WITNESS

COMES NOW the Plaintiffs, by and through their counsel of record and list the following witnesses which will be called to testify at the trial of this case:

1. Ricardo Matthews
   Plaintiff
   Autaugaville, Alabama

2. Cleo Frank Jackson
   Plaintiff
   3115 Partridge Road
   Montgomery, Alabama 36111

3. LeVan Johnson
   Defendant
   Former Police Chief
   Prattville, Alabama

4. Curtis Jackson
   Defendant
   Former Mayor of the Town of Autaugaville
   Autaugaville, Alabama

5.  Michael McCollum- (will call as witness if able to locate)
    Defendant
    Former Police Officer for the Town of Autaugaville
    Address unknown

6.  Donnie Martin
    Defendant
    Former Police Officer for the Town of Autaugaville
    Deatsville, Alabama

7.  Wyatt Lee Seger, III
    Defendant
    Former Police Officer for the Town of Autaugaville
    Wetumpka, Alabama

8.  R. Alana Benefield
    Executive Secretary of APOSTC
    Montgomery, Alabama

9.  Laura Danford- (will call as witness if needed)
    Autaugaville, Alabama

10. Mabeline Lively- (will call as witness if needed)
    Autaugaville, Alabama

11. Richard D. Lively- (will call as witness if needed)
    Prattville, Alabama

12. Henry Wade McCormick- (will call as witness if needed)
    2471 Lightwood Road
    Deatsville, Alabama 36022

13. Any and all witnesses named by the Defendants to be used for rebuttal.

Respectfully submitted this the 14th day of May, 2008.

/s/ Jim L. DeBardelaben
Attorney for Plaintiffs
ASB: 4800-A40J
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206 Telephone
(334) 265-9299 Facsimile
jimdebard@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 14th day of May, 2008.

Rick A. Howard, Esq.
Alex Holtsford, Jr., Esq.
April M. Wills, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128

                                                /s/ Jim L. DeBardelaben