IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICARDO MATTHEWS, etc., et al., )<br>)<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>TOWN OF AUTAUGAVILLE, etc., et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv185-MHT |

**ORDER**

By agreement of the parties made at the pretrial conference on May 19, 2008, it is ORDERED as follows:

(1) Plaintiff Cleo Frank Jackson and his claims are dismissed with prejudice.

(2) Defendant Michael McCollum is dismissed with prejudice.

DONE, this the 20th day of May, 2008.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**