IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICARDO MATTHEWS, on behalf )
of himself and all others   )
similarly situated,         )
                            )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )    2:06cv185-MHT
                            )         (WO)
TOWN OF AUTAUGAVILLE,       )
etc., et al.,               )
                            )
    Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment (Doc. No. 27), filed by defendants Town of Autaugaville, LeVan Johnson, Curtis Jackson, Donnie Martin, and Wyatt Lee Segers, is granted.

(2) Judgment is entered in favor of defendants Town of Autaugaville, Johnson, Jackson, Martin, and Segers and

against plaintiff Ricardo Matthews, with plaintiff Matthews taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Matthews, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of August, 2008

                                                /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE